# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PORCHA WOODRUFF,
    an individual,              Case No.
        Plaintiff,             Hon.

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in his Official
Capacities, and

        Defendants.

---

## INDEX OF EXHIBITS TO PLAINTIFF
## PORCHA WOODRUFF'S COMPLAINT

**Exhibit**      **Description**

1. VICTIM's Police Report and VICTIM's Statement

2. Medical Release

3. 36th District Court Documents

# EXHIBIT

# 1

# DETROIT POLICE REQUEST FOR WARRANT

|  | 23CATS080CJ | **INVESTIGATOR'S REPORT** | | | | Prosecutor Case No. | |
|---|---|---|---|---|---|---|---|
|  | **Police Offense Number** | **COMMERCIAL AUTO THEFT SECTION** | | | | | |
| ☐ | | **2301290262** | | | DATE | 2/4/2023 | |

| CUST | DEFENDANT NAME (Last, First, Middle)    FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| IC | **White, Daniel, Liorn  8411 Siebert St. Detroit MI 48234** | 42 | M | B | 11/19/1980 | 1924794P |
| NIC | **Woodruff, Porcha, Amaya 17227 Ontario St. Detroit MI 48015** | 32 | F | B | 10/16/1990 | 5103455T |

Offense  (To be filled in by Prosecutor)

| Place of Offense: | Date: | 1/29/2023 | Date of Complaint:: |
|---|---|---|---|
| Bessemore/Gratiot Ave | Time: | 7:45PM | 2/4/2023 |

| Complainant's Name (Last, First, Middle)    Full Address: | Age | Sex | Race | Phone No. |
|---|---|---|---|---|
| Walker, Laurence, Earl JR | 25 | M | B | |

| Person to Sign (Last, First, Middle) | Reviewing Attorney and Bar No. |
|---|---|
| Information and Belief | |

## DETAILS OF INVESTIGATION

### GUN - Yes   INJURY - Yes   VIDEO - Yes

**Vehicle: Gold 2018 Chevrolet Malibu ERY4446/MI VIN: 1G1ZD5ST5JF231757**

***Circumstances:*** Sunday January 29, 2023, Detroit Police Officers Kelly Larson badge 2770 and Gregory Scouten badge 3573, dressed in Detroit Police class B approved uniforms, responded to 9963 Gratiot for a robbery not armed in progress run. Officers met the victim, Laurence Walker who stated he was robbed and carjacked at gunpoint.

Mr. Walker stated earlier in the day, he met a female in the area of 7 Mile and Hoover in the city of Detroit. Mr. Walker stated he was dropping the female off in the area of Bessemore/Gratiot, when the female exited, she was let in the back seat of a dark color Chevy Tahoe. A male then exits the Tahoe and approach Mr. Walker, stating the female left her phone in his vehicle. Mr. Walker exits his vehicle

| | Reviewed & Approved By: | Approved via E-MAIL |
|---|---|---|
| | | /S/ Captain Anthony D'Rourke |
| Officer in Charge      Badge. | Precinct/Bureau | Commanding Officer    Precinct/Bureau |
| P.O. LaShauntia Oliver  #4585 | CATS | Captain Anthony O'Rourke |

## DETROIT POLICE REQUEST FOR WARRANT

and begun to look for the females phone when the male produced a handgun stating "take everything off". Mr. Walker took his coat, shoes, and pants off. The male suspect then gets into Mr. Walker's Gold 2018 Chevy Malibu bearing Michigan license plate ERY4446 VIN 1G1ZD5ST5JF231757 and flee the area.

Members of Detroit Police Commercial Auto Theft Section responded to the location of 9963 Gratiot. Detective Fletcher obtained a written statement from Mr. Walker. Mr. Walker stated earlier in the day on January 29, 2023, he met a black female at 19934 Hoover. Mr. Walker stated the female was upset and crying so, he asked if she wanted to talk in his car. Mr. Walker and the female got into his vehicle and began drinking liquor that the female had in her bag. Mr. Walker and the female went to a liquor store where they continued to hang with one another in Mr. Walker's Chevy Malibu. Mr. Walker stated to Det. Fletcher, he did not know the exact street he was on however stated he believes it was two streets North of the 9963 Gratiot, when he was dropping the female off. Once there, the female exits and gets into a dark color Chevy Tahoe as a black male exited the same vehicle and approached him stating the female left her phone in his car. While looking for the phone, the male produced a handgun pointing it at Mr. Walker's chest, demanding Mr. Walker's property. Mr. Walker stated to Det. Fletcher, the male suspect demanded that he took off his pants while taking his gold chain. Mr. Walker's wallet containing his identification cards were left inside the vehicle when the suspect fled driving away in Mr. Walker's Gold 2018 Chevy Malibu.

**Investigation:** I OIC Oliver of Commercial Auto Theft was assigned this case January 30, 2023. January 31, 2023, I contacted Mr. Walker using his mother's phone number. Mr. Walker advised me he had his cell phone in his possession and stated the phone was dropped off at 6420 Van Dyke by a female and that the clerk answered the phone when the phone rang so that is how he was able to retrieve it. I OIC Oliver made the location of 6420 Van Dyke where I observed on video surveillance, a black female, medium complexion, wearing red pants, dark color jacket, and had the same exact hair style (honey blonde/brown) curly wig, Mr. Walker described over the phone to me. I OIC Oliver submitted an AVERT request for a member of Detroit Police to extract the video. I OIC Oliver, submitted a facial rec on the female who turned the cell phone over to the clerk. I OIC Oliver was given the name of Porcha Woodruff, Defendant number two.

February 2, 2023, I OIC Oliver, obtained a statement from Mr. Walker. Mr. Walker stated as a few days had gone by, he was able to recall more details of the carjacking incident and the events prior to. Mr. Walker stated after he met Defendant Woodruff, who he named as (Trinidad) at Hoover Market located at 19934 Hoover, the two went to Bellagio Liquor parking lot where they engaged in sexual intercourse. While leaving, Mr. Walker and Defendant Woodruff drove to the BP gas station located at 6420 Van Dyke. Mr. Walker stated he observed Defendant Woodruff have several interactions with people. Mr. Walker stated after he and Defendant Woodruff left the BP gas station, he drove to the area of Bessemore and Gratiot where he was then carjacked.

After I had spoken with Mr. Walker and he advised me he recalls being at the BP gas station prior to being carjacked, I made the location a second time and checked for video. I observed Mr. Walker's

|  | | |
|---|---|---|
| Officer in Charge | Badge. | Precinct/Bureau |
| P.O. LaShauntia Oliver #4585 | | CATS |

Reviewed & Approved By:

Approved via E-MAIL
/S/ Captain Anthony O'Rourke

Commanding Officer    Precinct/Bureau
**Captain Anthony O'Rourke**

## DETROIT POLICE REQUEST FOR WARRANT

Gold Chevy Malibu pull into the parking lot at approximately 5:53pm on January 29, 2023. I observed on video, Defendant Woodruff exiting the passenger seat of the Malibu. Defendant Woodruff had bizarre behavior, she was wearing a red t-shirt no coat, coming in and out of the gas station several times, appearing to be arguing with someone over the phone, having many different interactions with people there, and I also observed several vehicles pull into the lot and Defendant Woodruff approaching them. I observed on video, a Black Chevy Tahoe, which was described earlier, and a Silver GMC Envoy with a black male exiting. I observed on video, Defendant Woodruff open the driver side door of Mr. Walker's Malibu and the black male who exited the Envoy at the passenger door of Mr. Walker vehicle. Both front doors were open and both Defendant Woodruff and the male subject can be observed pulling and tugging on Mr. Walker who was in the driver seat. Defendant Woodruff can be observed on video taking what appeared to be an item from Mr. Walker. Mr. Walker stated to OIC Oliver, he believed he may have been drugged by Defendant Woodruff because he stated he has never felt the way he did that night, Mr. Walker stated he was dazing off several times, falling asleep, and just did not feel like himself and knows that just from consuming liquor would not make him feel the way he did while in the presence of Defendant Woodruff. I OIC Oliver watched on video, Mr. Walker's brake lights and gas being pressed several times even though the vehicle was parked. This is odd behavior for one who is alert and aware. Mr. Walker did not mention to OIC Oliver he was being tugged and pulled on, I OIC Oliver strongly believe he may have not been aware of what was occurring due to him dazing off and coming in and out of his sleep.

February 2, 2023, Commercial Auto Theft Section members, wearing plain clothes, were canvassing the area of Van Dyke and Lynch when Detective Fletcher observed the vehicle bearing Michigan plate ERY4446, traveling N/B Van Dyke passing Lynch. Members conducted moving surveillance following the vehicle to a business located at 19458 Conant, the driver exited the vehicle and entered the location, moments later, the same male re-entered the carjacked vehicle. Members called for a marked patrol car to conduct a traffic investigation. Scout 7-8 Adam manned by Officer Justin Wilcox badge 4452, operating a marked patrol vehicle wearing Detroit Police class B approved uniform conducted the traffic investigation. Officers confirmed the Michigan plate ERY4446 Vin 1G1ZD5ST5JF231757 into L.E.I.N and the vehicle came back as the 2018 RA UDAA Chevrolet Malibu registered to Mr. Walker. The subject was identified by a Michigan identification card as Daniel White. Defendant White was handcuffed and checked for contraband, Officer Hebner retrieved the vehicle key from the driver's seat where Defendant White was sitting. Officer Hebner, retrieve Defendant White's red Apple iPhone which was placed on evidence tag number 690577-2. Officer Wilcox transported Defendant White to the Detroit Detention Center. Members of Commercial Auto Theft remained at the scene awaiting an adult to pick up the minor child who was inside the carjacked vehicle. The vehicle was towed to Mt. Elliot, placed on evidence tag number 690577-3.

February 3, 2023, Mr. Walker came to the Detroit Detention Center to view a live lineup however there were not enough males to conduct a proper live lineup therefore, a photo lineup was conducted with OIC Oliver, Det. Greenwald, and Attorney Wyatt Harris P number 54891, present. Mr. Walker positively identified Defendant White as the person who carjacked him. Mr. Walker viewed a photo lineup which included a photo of Defendant Woodruff and positively identified her as being the

Reviewed & Approved By:

_Approved via email_

_/S/ Captain Anthony D'Rourke_

| Officer in Charge | Badge | Precinct/Bureau | Commanding Officer | Precinct/Bureau |

P.O. LaShauntia Oliver  #4585          CATS

Captain Anthony O'Rourke

AUTHORITY: PA 59 of 1935
Compliance Voluntary

## DETROIT POLICE REQUEST FOR WARRANT

female he was with for hours and was with just before he was carjacked on Bessemore/Gratiot. I asked Mr. Walker if Defendant Woodruff attempted to help him during or after the carjacking and he replied "no".

**Confession/Admission:** February 3, 2023, Officer Glover and Gray of Commercial Auto Theft conducted an interrogation of Defendant White. Defendant White Read his Constitutional Rights. Defendant White stated he knows the female who goes by the name of "Trinidad" and denied carjacking Mr. Walker.

**Witnesses:**

1) P.O Kelly Larson of the 7th precinct will testify to responding to the scene of report 2301290262.
2) P.O Gregory Scouten of the 7th precinct will testify to responding to the scene of report 2301290262.
3) Officer Gary Guarino of AVERT unit will testify to the extraction of video at 6420 Van Dyke.
4) Crime Analyst Nathan Howell of Crime Intel will testify to the facial rec, report 2301290262.
5) P.O Justin Wilcox of the 7th precinct will testify to transport of Defendant White.
6) Det. Don Greenwald of CATS will testify to preparing Defendant Woodruff lineup, being present at the time of lineups.
7) P.O Jacob Hebner of CATS will testify to being on the arrest scene and retrieving Defendant White's cell phone.
8) P.O Ned Gray of CATS will testify to the interrogation of Defendant White.
9) P.O Quentin Glover of CATS will testify to the interrogation of Defendant White.
10) Det. Anthony Fletcher of CATS will testify to observing vehicle/driver.
11) OIC Oliver of CATS will testify to preparing the investigator's report and being the OIC of case 2301290262.

_Approved via Email_
_/s/ Captain Anthony O'Rourke_

Officer in Charge    Badge.    Precinct/Bureau
**P.O. LaShauntia Oliver  # 4585**          **CATS**

Reviewed & Approved By:

Commanding Officer    Precinct/Bureau
**Captain Anthony O'Rourke**

Complainant: 2301290262

23CATS080CJ

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

| IN CUSTODY<br>(x)  YES  ( )  NO | Dept. Precinct<br>DPD /CATS | Date 2/4/2023 | ( )   Further Investigation Ordered<br>( )   Further Investigation Completed |
|---|---|---|---|

| I ( ) DENY   ( ) RECOMMEND THE ISSUING OF A WARRANT AGAINST: | | | | | MISDEMEANOR ( ) | | FELONY ( ) |

| DEFENDANT NAME (Last, First, Middle) | FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| White, Daniel, Liorn  8411 Siebert St. Detroit MI 48234 | | 42 | M<br>= | B | 11/19/1980 | 1924794P |
| Woodruff, Porcha, Amaya 17227 Ontario St. Detroit MI 48015 | | 32 | F | M | 10/16/1990 | 5103455T |

Offense 1 _____   Defn. No. 1  2  3
    Attempted ( )  MCLA _____
Offense 2 _____   Defn. No. 1  2  3
    Attempted ( )  MCLA _____
Offense 3 _____   Defn. No. 1  2  3
    Attempted ( )  MCLA _____

Denial Reason:



Denial Code:

Defn. No. 1: _____   Defn. No. 2: _____   Defn. No. 3: _____
Instructions:

| | |
|---|---|
| _____<br>Date Completed | Signed: _____<br>Assistant Prosecuting Attorney & Bar No. |

000014

**DETROIT**

**DEPARTMENT**

**POLICE**

## INFORMATION FOR ARRAIGNMENT ON WARRANT

| DEFENDANT'S NAME | RACE | SEX | | WARRANT NUMBER |
|---|---|---|---|---|
| DANIEL LIORN WHITE | B | M | | |
| AKA | | | | |
| DANIEL LIRONE WHITE | | | | |

| DEFENDANT'S ADDRESS | LENGTH OF TIME LIVED IN DETROIT |
|---|---|
| 8411 SIEBERT ST. DETROIT MI 48234 | |

| MARITAL STATUS | NUMBER OF CHILDREN | SUPPORTING FAMILY? |
|---|---|---|
| ☐MARRIED   ☐SINGLE   ☐OTHER (SPECIFY) | | ☐YES        ☐NO |

| EMPLOYED? | IF YES, WHERE? | HOW LONG? |
|---|---|---|
| ☐YES   ☐NO   **UNK** | | |

### RECORD OF CONVICTIONS

| FELONIES | MISDEMEANORS |
|---|---|
| SEE CCH | |
| | |
| | |
| | |

| OTHER CASES PENDING | BOND ON OTHER CASES |
|---|---|
| | |
| | |
| | |
| | |

| ON PAROLE? | ON PROBATION? | OFFICERS REQUEST EXAMINATION? |
|---|---|---|
| ☐YES        ☐NO | ☐YES        ☐NO | ☐YES        ☐NO |

FURLOUGH OR TIME OFF DATES WHICH MIGHT INTERFERE WITH EXAMINATION

ADDITIONAL INFORMATION

| NAME OF OFFICER IN CHARGE OF CASE | RANK | UNIT |
|---|---|---|
| P.O. LASHAUNTIA OLIVER | P.O. | CATS |

| DATE ARRAIGNED | | JUDGE |
|---|---|---|
| | | |

| PLEA | BOND | EXAMINATION DATE | DEFENSE ATTORNEY |
|---|---|---|---|
| | | | |

| NAME OF ARRAIGNMENT OFFICER | RANK | UNIT |
|---|---|---|
| | | |

**DETROIT**

**DEPARTMENT**

**POLICE**

## INFORMATION FOR ARRAIGNMENT ON WARRANT

| DEFENDANT'S NAME<br>PORCHA WOODRUFF | RACE<br><br>B | SEX<br><br>F | ▓▓▓▓▓ | WARRANT NUMBER |
|---|---|---|---|---|

| DEFENDANT'S ADDRESS<br><br>17227 Ontario St. Detroit MI 48015 | LENGTH OF TIME LIVED IN DETROIT |
|---|---|

| MARITAL STATUS<br>☐MARRIED      ☐SINGLE      ☐OTHER (SPECIFY) | NUMBER OF CHILDREN | SUPPORTING FAMILY?<br>☐YES       ☐NO |
|---|---|---|

| EMPLOYED?<br>☐YES      ☐NO | IF YES, WHERE?<br>UNK | HOW LONG? |
|---|---|---|

### RECORD OF CONVICTIONS

| FELONIES<br>SEE CCH | MISDEMEANORS |
|---|---|
|  |  |
|  |  |

| OTHER CASES PENDING | BOND ON OTHER CASES |
|---|---|
|  |  |
|  |  |
|  |  |

| ON PAROLE?<br>☐YES        ☐NO | ON PROBATION?<br>☐YES        ☐NO | OFFICERS REQUEST EXAMINATION?<br>☐YES        ☐NO |
|---|---|---|

FURLOUGH OR TIME OFF DATES WHICH MIGHT INTERFERE WITH EXAMINATION

ADDITIONAL INFORMATION

| NAME OF OFFICER IN CHARGE OF CASE<br>P.O. LASHAUNTIA OLIVER | RANK<br>P.O. | UNIT<br>CATS |
|---|---|---|

| DATE ARRAIGNED | JUDGE |
|---|---|

| PLEA | BOND | EXAMINATION DATE | DEFENSE ATTORNEY |
|---|---|---|---|

| NAME OF ARRAIGNMENT OFFICER | RANK | UNIT |
|---|---|---|

000016

# Wayne County Prosecutor's Office Witness List

The People of the State of Michigan

           Vs.

**DANIEL WHITE**

Attorney for Defendant

Circuit Court No. _____

Recorder's Court No._____

Detroit Case No.

**2301290262**

*The names and residences of the witnesses for the People in the above-entitled cause are listed below. The witnesses the People intend to produce at trial, pursuant to MCLA 767.40a(3), are designated by an "X" in the boxes to the left.*

| **NAMES** | **RESIDENCES** |
| --- | --- |
| | (List next leave/furlough dates for all police witnesses) |
| | (List phone numbers for all civilian witnesses) |
| ☐ P.O KELLY LARSON | DPD 7TH PRECINCT |
| ☐ P.O GREGORY SCOUTEN | DPD 7TH PRECINCT |
| ☐ P.O GARY GUARINO | DPD AVERT UNIT |
| ☐ P.O NATHAN HOWELL | DPD CRIME INTEL UNIT |
| ☐ P.O JUSTIN WILCOX | DPD 7TH PRECINCT |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ DET. DON GREENWALD | Detroit Police Department |
| ☐ P.O JACOB HEBNER | Commercial Auto Theft Section |
| ☐ P.O NED GRAY | 1180 Oakman Blvd Detroit, MI |
| ☐ P.O QUENTIN GLOVER | |
| ☐ DET. ANTHONY FLETCHER | |
| ☐ | |
| ☐ | |
| ☐ ATTORNEY WYATT HARRIS | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ OIC: LASHAUNTIA OLIVER | |

| Warrant APA | Date: | Trial APA-Final Witness List | Date: |
| --- | --- | --- | --- |
| | | | |

## Wayne County Prosecutor's Office Witness List

The People of the State of Michigan

Vs.
**PORCHA WOODRUFF**

Attorney for Defendant

Circuit Court No. _____

Recorder's Court No._____

Detroit Case No.

**2301290262**

*The names and residences of the witnesses for the People in the above-entitled cause are listed below. The witnesses the People intend to produce at trial, pursuant to MCLA 767.40a(3), are designated by an "X" in the boxes to the left.*

| | NAMES | RESIDENCES |
|---|---|---|
| | | (List next leave/furlough dates for all police witnesses) |
| | | (List phone numbers for all civilian witnesses) |
| ☐ | P.O KELLY LARSON | DPD 7TH PRECINCT |
| ☐ | P.O GREGORY SCOUTEN | DPD 7TH PRECINCT |
| ☐ | P.O GARY GUARINO | DPD AVERT UNIT |
| ☐ | P.O NATHAN HOWELL | DPD CRIME INTEL UNIT |
| ☐ | P.O JUSTIN WILCOX | DPD 7TH PRECINCT |
| ☐ | | |
| ☐ | | |
| ☐ | DET. DON GREENWALD | Detroit Police Department |
| ☐ | P.O JACOB HEBNER | Commercial Auto Theft Section |
| ☐ | P.O NED GRAY | 1180 Oakman Blvd Detroit, MI |
| ☐ | P.O QUENTIN GLOVER | |
| ☐ | DET. ANTHONY FLETCHER | |
| ☐ | | |
| ☐ | ATTORNEY WYATT HARRIS | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | **OIC: LASHAUNTIA OLIVER** | |

| Warrant APA | Date: | Trial APA-Final Witness List | Date: |
|---|---|---|---|
| | | | |

## STATEMENT FORM
☑ INTERVIEW  ☐ INTERROGATION

detroit **police**  Page 1 of 2

**Contact Location (Check One):**
☐ Walk-In to Police Facility  ☐ In Field/At Scene  ☐ Hospital  ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)
Location/Place: _9963 Gratiot_

**Print Information:**

| STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: | | FILE/CASE NO 23012.90262 | |
| Det. Anthony Fletcher D-4589 | | PRECINCT/COMMAND CATS | |
| DATE STATEMENT TAKEN 01/29/23 | START TIME 9:25 P | END TIME 10:00 P | |
| NAME OF PERSON PROVIDING STATEMENT Laurence Walker | D.O.B. | AGE 25 | SEX M | RACE Blk | HGT. | WGT. |
| SOC. SEC. NO. (LAST 4 DIGITS) | RESIDENCE | | PHONE: BUS. RES. | |
| EMPLOYER | DEPARTMENT | | BADGE NO. | SHIFT |
| RESIDING WITH: | CHILDREN / SCHOOL: | | | |
| RELATIVES / FRIENDS: | ADDRESS | | PHONE: | |
| REVIEWING SUPERVISOR RANK, FULL NAME, BADGE (PRINT): Sgt Antonio Allen S-1214 | | SIGNATURE OF REVIEWING SUPERVISOR | |
| DATE: 1-29-23 | TIME: 11:04p | PRECINCT/COMMAND CATS | |

Q: Are you the owner of a Chevy Malibu, gold in color, license plate EKY 4446?

A: Yes

Q: Was this vehicle taken from you in a carjacking today?

A: Yes

Q: Explain to me what happened?

A: I pulled up to the Hoover Market on Hoover/State Fair. I met a young lady and she was crying. So I asked her if she want to talk in the car. She got in the car and we started drinking liquor that she already had w/ her. Shortly after, we left there and went to the Bellagos Liquor Store on Mack/St. Jean. We sat there and continued drinking. I noticed there I started feeling really tired and I passed out. When I woke up she was telling me to take her home. I didn't drink nearly what she drank. She did something to my drink. I took her home in a daze. I pulled up to a house and she got out immediately.

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME  1/29/30 23 10:Pm

PRINT NAME ___Laurence Walker___          (CONTINUED)          Page __2__ of __2__

She got in a Tahoe that was parked behind me on the opposite side of the street. That's when a guy came up to my window and said she left her phone in my car. I started looking for her phone then my car alerted me my phone had been disconnected. He walked away and came back and said "Ok, she left her phone". I told him I'm looking for my phone. I opened the door to look under my seat and that's when he robbed me —

Q: Did he say anything to you during the robbery?

A: He said "You already know what it is. Don't make me kill you" I reached in my pocket and noticed I didn't have my gun on me. That's when he said "Don't move, stop reaching in your pocket" I reached in my other pocket & he said "Stop moving, I don't want to kill you. He asked me where was my gun & I told him I didn't have one. He told me to take my pants off & he took my chain. I ran the opposite way from where he drove off.

Q: What street were you on?

A: I don't know

Q: What type of weapon did he have?

A: 9mm or 45 cal. It was black

Q: Describe this person to me

A: B/M/25-27, 5'9-5'10, 135-150 lbs, slim build, thin mustache Goll beard, light complx wearing a black jacket

Q: Where was the weapon pointed during the robbery?

A: My chest

Q: Would you recognize this person if you saw him again?

A: Yes.

Q: If this person is arrest, will you prossecute?

A: Yes

**STATEMENT FORM**

detroit **police**   Page 1 of 2

☑ INTERVIEW   ☐ INTERROGATION

**Contact Location (Check One):**
☑ Walk-In to Police Facility   ☐ In Field/At Scene   ☐ Hospital   ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)
Location/Place: 1180 Oakman

**Print Information:**

FILE/CASE NO. 2301802262

| STATEMENT TAKEN BY, RANK, FIRST / LAST NAME, BADGE: | PRECINCT/COMMAND |
|---|---|
| P/O L. Oliver 4585 | CATS |

| DATE STATEMENT TAKEN: 2-2-23 | START TIME 11:45 am | END TIME 12:50 pm |

| NAME OF PERSON PROVIDING STATEMENT Laurence Walker | | AGE 25 | SEX m | RACE B | HGT 5'11 | WGT 145 |

| SOC. SEC. NO. (LAST 4 DIGITS): | | PHONE: BUS. RES. |

| EMPLOYER | DEPARTMENT | BADGE NO. | SHIFT |

| RESIDING WITH: | CHILDREN / SCHOOL: |

| RELATIVES / FRIENDS: | ADDRESS | PHONE: |

| REVIEWING SUPERVISOR RANK, FULL NAME, BADGE (PRINT): Sgt Antonio Allen, S-1214 | SIGNATURE OF REVIEWING SUPERVISOR: |
| DATE: 2-3-23 | TIME: 11:00a | PRECINCT/COMMAND: CATS |

Q- Do you understand your constitutional rights?
A- Yes

Q- Is there anything you'd like to add to your original statement?
A- Yes, When we were at the Bellagio, me and the girl (Trinidad) had sex. After that I fell asleep from there we went to the BP on Van Dyke/94 around 6:30pm- 7:15pm, When I parked She got out and went up to a newer model Black Tahoe. I saw her hug the passenger light skin dude, It was a dark skin dude in the driver seat, The girl went inside the BP and bought me a Breeze pen. From there we went to Gratiot/Bessemore I think, I saw the same Tahoe, the light skin dude got out to let the girl in. She got out my car and into the back of the Tahoe. The light skin dude walked over saying she left her phone thats when my car said

_____   12:50 pm
SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME

C of D- 72-ST (4-76)   DPD-103 (Rev. 04/2014)

PRINT NAME Laurence Walker (CONTINUED) Page 2 of 2

Bluetooth disconnected and I started looking for my cell phone. This is when the light skin dude pulled a gun out on me saying "you already know what it is". I got scared, I put my hands in my pockets, I guess that freaked him out. He started yelling at me I took my coat off which had my key in the left pocket, I came out my black shoes and adidas jogging pants just to prove that I didnt have a gun on me. I didnt want him to shoot me. He got into my car and drove off. The female "Trinidad" was just standing in the street not doing anything to help. I took off running to the liquor store where I called police.

Q- Would you be able to recognize the female?
A- Yes

Q- Would you be able to recognize the male?
A- Yes

Q- How did you get your cell phone back?
A- She brought it back up to the BP gas station the next day 1-30-23

Q- Were you injured at all due to the crime?
A- Yes, my feet had frost bite and had to be off work for a few days.

Q- Describe the female?
A- Brown skin, honey blonde/brown curly wig, brown boots, gray sweat pants,

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME    12:50 pm

C of D- 72-ST (4-76)    DPD-103 (Rev. 04/2014)


**detroit police**

PROBATION ☐   PAROLE ☐   ID ONLY ☐   17 YEAR ONLY ☐

## Detainee Input Sheet   Kiosk ID Number_____

| Section 1   Detainee Information | Booking # 103487 | Booking Date / Military Time: 02/02/2023  13:40 |
|---|---|---|

| SID # 1924494P | CB # | ID # | TCN Live Scan DM232O3084X |
|---|---|---|---|

| Name WHITE, DANIEL LIRONE | | SS# | Hair BRO | Eyes BRO |
|---|---|---|---|---|

| Alias SCOTT, ANTHONY | Drivers Lic # W300135522880 | Age / Sex / Race 42 / M / B | Date of Birth 11/19/1980 | Complx LGT | Height 5'10 |
|---|---|---|---|---|---|

| Address 8411 SIEBERT ST          DETROIT, MI 48234 | Married Unknown, 0 | Weight 190 | Precinct 11 |
|---|---|---|---|

| List Detainee Medical / Mental Issues and Observations: Asthma. | Have you traveled to any Western African Country within the past 21 days? If yes, the date, country and airline: ☐ Yes ☒ No |
|---|---|
| | Notification: |

Arrest Location: 19458 Conant

| Arrest Date/Time 02/02/2023 1244兵ん | Agy DPD | F/M F | Report # 2301290262 | MICR 1200 | Arresting Officer Leonard, Kenneth G | Badge # D 4179 | Scout Car # 5330 |
|---|---|---|---|---|---|---|---|

| Charge Description ROBBERY - CARJACKING     + BUILD + | | | Warrant # |
|---|---|---|---|

| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |
|---|---|---|---|---|

| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |
|---|---|---|---|---|

| Review of Arrest UF-001 Completed: ☐ Yes ☐ No | Material Witness UF-006 Completed: ☐ Yes ☐ No | Privilege Restriction UF-008/DPD 700 Completed: ☐ Yes ☐ No  Initiated by: |
|---|---|---|

| FDS | Probable Cause? ☒ Yes ☐ No | Date / Military Time: 2/2/23 1350 | Custodial Status of Detainee: Yes | DNA on file? ☒ Yes ☐ No   DNA Required? ☐ Yes ☐ No |
|---|---|---|---|---|
| | Print /Signature/ Badge of Supervisor Reviewing Probable Cause and Authorizing Custodial Status | | | DNA sample collected by |

+ Page 2 - HOLD +

PH # 517-706-1078

| Member Identifying Hold(s) / Warrant(s) Print Rank, Last, First Name: Cpl. DERRICK WILSON | Badge 5720 | Date 2/2/23 | Signature |
|---|---|---|---|

# Detroit Police Department

**Arrest Report**

1301 3rd Ave
Detroit, MI 48226
Tel: 313-596-1800   Fax: 313-596-1450

CB Number: 103487|129792
Arrest Date: 02-02-2023 :
Report Printed: 02-02-2023 15:10

## ARRESTEE

| Name | | | | | S.S.N. | | |
|---|---|---|---|---|---|---|---|
| WHITE, DANIEL LIRONE | | | | | | | |

| D.O.B. | Sex | Race | Height | Weight | Hair Color | Eye Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| 11-19-1980 | M | B | 510 | 190 | BRO | BRO | | |

| Street Address | City | State | Zip | County |
|---|---|---|---|---|
| 8411 SIEBERT ST | DETROIT | MI | 48234 | |

| Telephone | Cell Phone | Business Phone | Pager |
|---|---|---|---|
| | | | |

| Alias | Alias D.O.B. | Maiden |
|---|---|---|
| SCOTT, ANTHONY | | No |

| Place of Birth | Arrest Location (Location Name, Street Address, City, State, Zip) |
|---|---|
| MICHIGAN | |

## I.D.

| DPD Number | CB Number | Case # |
|---|---|---|
| 5296868 | 103487|129792 | |

| SID | FBI # | D.L. State | D.L. Number |
|---|---|---|---|
| | | | W300135522880 |

## PHYSICAL

| Hair Style | Facial Hair | Hair Length | | SMTO | |
|---|---|---|---|---|---|
| | | | **Code** | | **Description** |
| | | Handed | | | |
| | | Glasses No | | | |
| | | Contacts No | | | |

## BACKGROUND

| Marital Status | Education | Read English | Write English | Speak English | Caution |
|---|---|---|---|---|---|
| | | No | No | No | |

| Gang | Gang Name | Member Type |
|---|---|---|
| | | |

| Employer | Occupation | Employer Telephone |
|---|---|---|
| | | |

| Employer Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Emergency Contact | Relationship | Phone |
|---|---|---|
| | | |

## VEHICLE

| Year | Make | Model | Color | VIN |
|---|---|---|---|---|
| | | | | |

| Owner | Plate | Insured By | Towed By | Accident |
|---|---|---|---|---|
| | | | | No |

| Release Info |
|---|
| |

## UIO

| P.B.T. | B.A.C. | Blood Test | Urine Test | In Car Video | Squad # | Testing Officer |
|---|---|---|---|---|---|---|
| No | | No | No | No | | |

## CHARGES

| Charge 1 | Charge Code & Description | | | | | Offense Location | |
|---|---|---|---|---|---|---|---|
| | 1200 ROBBERY | | | | | | |
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | | Charge Type Code | Disposition | Date of Offense |
| F | 1 | 2301290262 | | | 3 | REW | 02-02-2023 |

| Charge 2 | Charge Code & Description | | | | | Offense Location | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | | Charge Type Code | Disposition | Date of Offense |
| | | | | | | | |

| Charge 3 | Charge Code & Description | | | | | Offense Location | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | | Charge Type Code | Disposition | Date of Offense |
| | | | | | | | |

| Charge 4 | Charge Code & Description | | | | | Offense Location | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | | Charge Type Code | Disposition | Date of Offense |
| | | | | | | | |

| Charge 5 | Charge Code & Description | | | | | Offense Location | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | | Charge Type Code | Disposition | Date of Offense |
| | | | | | | | |

| User: ALLENA841 | **DETROIT POLICE DEPARTMENT** | 01/29/2023 22:00:29 |
|---|---|---|

## Event Report

(** Event In-Progress **)

| Event ID: **2023-029-03524** | Call Ref #: 207 | Date/Time Received: 01/29/2023 19:53:21 |
|---|---|---|

| Rept #: 23-0129-0262   Call Source : E911 | Prime  A0712<br>Unit :  LARSON, KELLY A | Service Involved |
|---|---|---|

| | | LAW | | | |
|---|---|---|---|---|---|

**Location: 9963 GRATIOT AVE**

| X-ST: | *CADILLAC AVE*<br>*PETER HUNT ST* | Jur: CAD<br>St/Beat: 701 | Service: LAW<br>District: 07P | Agency: DPD<br>RA: EAST |
|---|---|---|---|---|

Business: PRINCE LIQUOR            Phone:

| Nature: **ROBBERY NOT ARMED I/P** | Alarm Lvl: 1 | Priority: 1 | Medical Priority: |
|---|---|---|---|

| Caller: LIQUOR,PRINCE | Alarm: | Call Taker: EDWARDSE224 |
|---|---|---|
| Addr: 9963 GRATIOT AVE    Phone: | Alarm Type: | Console: CT18D |

| Vehicle: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: | Close Comments: |
|---|---|---|---|

Notes:
9963 GRATIOT AVE......CUSTOMER ENTERED THE STORE SAYING HE WAS ROBBED.....UNKW PERP OR WEAPS [01/29/23 19:54:08 EDWARDSE224]
VIC IS A BLK M WRNG A BLU SHIRT AND NO JEANS....SEZ PERPS TOOK HIS PANTS [01/29/23 19:55:06 EDWARDSE224]
{A0712} ADV UPDATE [01/29/23 19:55:40 TURNERJ730]
CRIME INTEL NOTIFIED [01/29/23 19:55:43 EDWARDSE224]
Linked Events 2023-029-03607(290) to 2023-029-03524(207) [01/29/23 20:30:14 BILLOPSM048]
[LAW] INV PERSON....F CALLER SEZ NEIGHBOR SEZ BLACK MALE RAN DOWN BESSEMORE AND VINTON TOWARDS GRATIOT IN JUST UNDERWEAR [01/29/23 20:17:06 PHILLIPSA438] [01/29/23 20:30:52 BILLOPSM048]
[LAW] (313) 704-1768 [01/29/23 20:30:58 BILLOPSM048]
SCOUT 773 MADE SCENE, WAS ADVISED BY 712 THAT CALLER WAS VICTIM OF RA, PER ROBBED HIM AT GUNPOINT AND TOOK HIS 2018 GOLD MALIBU AND HIS PANTS. SCOUT MAKING NOTIFICATIONS. 30 SERIES MADE SCENE GOT DESCRIPTION AND ADVISED THEY WOULD BE CANVASING AREA FOR VEHICLE. 773 CANVASSING [01/29/23 20:31:38 Unit:0772]
VINTON AVE/BESSEMORE ST [01/29/23 20:32:07 BILLOPSM048]
{A0712} ADV NEED PL [01/29/23 20:34:29 TURNERJ730]
{A0712} REQ PL ATS [01/29/23 21:00:56 TURNERJ730]
{2400} ***ADV ATS ABOVE LOC*** [01/29/23 21:17:06 TURNERJ730]
{A0712} PL AT SCENE [01/29/23 21:48:15 BILLOPSM048]
{2400} *****ADV CRIME INTEL TO LOOK AT GROUP IN AREA **** [01/29/23 21:57:37 TURNERJ730]

### Times

| | | | | |
|---|---|---|---|---|
| Call Received: 01/29/2023 19:53:21 | Time From Call Received | | | |
| Call Routed: 01/29/2023 19:54:19 | 000:00:58 | Unit Reaction: 000:12:13 | *(1st Dispatch to 1st Arrive)* | |
| Call Take Finished: 01/29/2023 19:55:44 | 000:02:23 | En-Route: 000:00:18 | *(1st Dispatch to 1st En-Route)* | |
| 1st Dispatch: 01/29/2023 19:54:45 | 000:01:24 *(Time Held):* | On-Scene:  : : | *(1st Arrive to Last Clear)* | |
| 1st En-Route: 01/29/2023 19:55:03 | 000:01:42 | | | |
| 1st Arrive: 01/29/2023 20:06:58 | 000:13:37 *(Reaction Time):* | | | |
| Last Clear: | : : | | | |

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| A0712 | 241458 | DXY | DispatchXY | 01/29/2023 19:54:45 | 13483195.00,314446.94 | | TURNERJ730 |
| A0712 | 241458 | D | Dispatched | 01/29/2023 19:54:45 | Stat/Beat: 700 | | TURNERJ730 |
| A0712 | 241458 | E | En-Route | 01/29/2023 19:55:03 | | | TURNERJ730 |
| A0712 | 241458 | A | Arrived | 01/29/2023 20:06:58 | | | TURNERJ730 |
| 0772 | 240200 | D | Dispatched | 01/29/2023 20:12:21 | Stat/Beat: 700 | | Unit:0772 |
| 0772 | 240200 | E | En-Route | 01/29/2023 20:12:21 | Stat/Beat: 700 | | Unit:0772 |
| 0772 | 240200 | A | Arrived | 01/29/2023 20:18:25 | | | Unit:0772 |
| 0772 | 240200 | C | Cleared | 01/29/2023 20:43:47 | | AST | Unit:0772 |
| 2400 | 200410 | D | Dispatched | 01/29/2023 21:16:53 | 207 | | TURNERJ730 |
| 2400 | 200410 | E | En-Route | 01/29/2023 21:16:53 | 207 | | TURNERJ730 |
| 2400 | 200410 | A | Arrived | 01/29/2023 21:16:53 | 207 | | TURNERJ730 |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TR | Time Received | 01/29/2023 19:53:21 | By: E911 | | EDWARDSE224 |
| | | ENT | Entered Street | 01/29/2023 19:53:23 | 9963 GRATIOT AVE | | EDWARDSE224 |
| | | VER | Verified Street | 01/29/2023 19:53:23 | 9963 GRATIOT AVE | | EDWARDSE224 |
| | | DLS | Duplicate List | 01/29/2023 19:53:23 | Potential Duplicate Events Listed (1 | | EDWARDSE224 |
| | | VPRM | Viewed Premise | 01/29/2023 19:53:26 | Location Information | | EDWARDSE224 |
| | | ENT | Entered Remarks | 01/29/2023 19:54:08 | | | EDWARDSE224 |
| | | ENT | Entered Nature | 01/29/2023 19:54:19 | ROBBERY NOT ARMED I/P | | EDWARDSE224 |
| | | FF | Fast Forward to LAW | 01/29/2023 19:54:19 | LAW | | EDWARDSE224 |
| | | PAGE | Automatic Nature Page | 01/29/2023 19:54:20 | Paged 7THPCTGL | | PAGESRV |
| | | VEVT | Viewed Event | 01/29/2023 19:54:41 | User First Viewed Event CAD | | TURNERJ730 |
| | | PAGE | Auto Premise Range Page | 01/29/2023 19:54:47 | Paged 7THPCTGL | | PAGESRV |
| | | ARM | Added Remarks | 01/29/2023 19:55:06 | | | EDWARDSE224 |
| | | ARM | Added Remarks | 01/29/2023 19:55:40 | | | TURNERJ730 |
| | | ARM | Added Remarks | 01/29/2023 19:55:43 | | | EDWARDSE224 |
| | | FIN | Finished Call Taking | 01/29/2023 19:55:44 | | | EDWARDSE224 |
| | | VEVT | Viewed Event | 01/29/2023 20:10:26 | User First Viewed Event CAD | | BILLOPSM048 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:22:53 | Units: A0712 >>> 15Min. | | BILLOPSM048 |
| | | LINK | Linked Events | 01/29/2023 20:30:13 | 1) Linked Events 2023-029-03607(290) to | | BILLOPSM048 |
| | | ... | Linked Events... | 01/29/2023 20:30:13 | 2) 2023-029-03524(207) | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:30:14 | | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:30:52 | Notes sent from LAW event #202302903607 | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:30:58 | Notes sent from LAW event #202302903607 | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:31:38 | | | Unit:0772 |
| | | RPT | Requested Report# | 01/29/2023 20:31:47 | DPD Report #23-0129-0262 Unit:A0712 | | Unit:A0712 |
| | | ARM | Added Remarks | 01/29/2023 20:32:07 | | | BILLOPSM048 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:34:00 | Units: 0772 >>> 15Min. | | TURNERJ730 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:34:00 | Units: 0772 >>> 15Min. | | TURNERJ730 |
| | | ARM | Added Remarks | 01/29/2023 20:34:29 | | | TURNERJ730 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:40:39 | Units: A0712 >>> 15Min. | | TURNERJ730 |
| | | ARM | Added Remarks | 01/29/2023 21:00:56 | | | TURNERJ730 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 21:01:05 | Units: A0712 >>> 25Min. | | TURNERJ730 |
| | | VEVT | Viewed Event | 01/29/2023 21:08:32 | User First Viewed Event CAD | | HOWELLL132 |
| | | ARM | Added Remarks | 01/29/2023 21:17:06 | | | TURNERJ730 |
| | | VEVT | Viewed Event | 01/29/2023 21:21:30 | User First Viewed Event CAD | | ARNOLDS739 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 21:48:08 | Units: A0712,2400 >>> 15Min. | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 21:48:15 | | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 21:57:37 | | | TURNERJ730 |

| Related Names | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
| LIQUOR, PRINCE | CALLER | | | | 0 | | | | (313) 469-9177 | | |
| Address: | GRATIOT AVE DETROIT MI 48213 | | | | | | | | | | |

** Printed While event in-progress **



# CONSTITUTIONAL RIGHTS
# CERTIFICATE OF NOTIFICATION

Report #
2301290262

Daniel Lamore White
B/m  Age 42   11-19-1980   # 517-706-1078
8411  Siebert  St

Room4

## I understand that:

_RW_  1. I have a right to remain silent and that I do not have to answer any questions put to me or make any statements.

_DCW_  2. Any statement I make or anything I say will be used against me in a Court of Law.

_DCW_  3. I have the right to have an attorney (lawyer) present before and during the time I answer any questions or make any statement.

_DCW_  4. If I cannot afford an attorney (lawyer), one will be appointed for me without cost by the Court prior to any questioning.

_DCW_  5. I can decide at any time to exercise my rights and not answer any questions or make any statement.

_DCW_ I understand that these are my rights under the Law. I have not been threatened or promised anything, and I now desire and agree to answer any questions put to me or to make a statement.

### In the presence of:

PO  Glover  #927
**WITNESS**

CPL  Gray  #764
**WITNESS**

x _Daniel White_
**SIGNATURE**

02/03/2023
**DATE**

2:36 pm
**TIME**

☒ This certificate of notification was read to the suspect, and he/she had an opportunity to read it. Further, the suspect was given an opportunity to ask any questions that he/she might have concerning this certificate and his/her rights.

☐ Suspect is illiterate. He/she has had the rights under the law, as defined above, explained to him/her, and has agreed to answer questions or make a statement.

☐ Suspect can read and write. The rights, as defined above, have been explained to him/her, and he/she has agreed to make a voluntary statement but has refused to sign this certificate.

REMARKS: Mr White states he can read and write. Mr White has his GED and left handed.

02/03/2023   2:36 pm
**DATE**       **TIME**

Detroit Detention Center
**PLACE**

P.O  Glover  #927
**OFFICER**

CFTS
**PCT./SECTION**

CPL  Gray  #764
**OFFICER**

CFTS
**PCT./SECTION**

C of D—78-CE (Rev. 8-75)   D.P.D. 342-B

000047

# STATEMENT FORM

☐ INTERVIEW   ☒ INTERROGATION

detroit police   Page _1_ of _1_

## Contact Location (Check One):

☐ Walk-In to Police Facility   ☐ In Field/At Scene   ☐ Hospital   ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place: _Detroit Detention Center_

## Print Information:

Room 4

FILE/CASE NO. 23D129-0262

| STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: | | | | | PRECINCT/COMMAND |
|---|---|---|---|---|---|
| PO Q. Glover #927 | | | | | CATS |

| DATE STATEMENT TAKEN: 02-03-2023 | START TIME 02-03-2023 2:44Pm | | END TIME 3:50pm | |
|---|---|---|---|---|

| NAME OF PERSON PROVIDING STATEMENT Daniel Linore White | D.O.B. 11-19-1980 | AGE 42 | SEX m | RACE B | HGT. | WGT. |
|---|---|---|---|---|---|---|
| SOC. SEC. NO. (LAST 4 DIGITS): | RESIDENCE 8411 Siebert St | | | PHONE: BUS. RES. | | |
| EMPLOYER | DEPARTMENT | | | BADGE NO. | | SHIFT |
| RESIDING WITH: | CHILDREN / SCHOOL: | | | | | |
| RELATIVES / FRIENDS: | ADDRESS | | | PHONE: | | |

| REVIEWING SUPERVISOR RANK, FULL NAME/ BADGE (PRINT): Sgt Antonio Allen 51214 | SIGNATURE OF REVIEWING SUPERVISOR: |
|---|---|
| DATE: 2-3-23   TIME: 11:16p | PRECINCT/COMMAND: CATS |

Q: Did you understand your Constitutional Rights?
A: yes

Q: Are you under the influence?
A: NO

_Refused to sign - See Video_

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME

C of D-72-ST (4-76)                                                                 DPD-103 (Rev. 04/2014)

Precinct or Bureau _CATS_
Conducted by _Glover_

**DETROIT POLICE DEPARTMENT**
**INTERROGATION RECORD**

At _DIT_   Room 4

Ident. No. _290129-0262_
Date _02-03-2023_   Time _____
_2:41 Pm_

You are advised of your constitutional right to remain silent; that you do not have to answer any questions which are put to you, and that anything you may say may be used against you in a court of law in the event of prosecution. You are further advised that you have a right to obtain counsel if you so desire.

I have been advised of my rights and have read the notification above.

Advised by _Glover_                           × _Darnel White_

Name _Darnel White_                    Nickname _____   Phone No. _____
Address _8411 Siebert_                                 Previous Address _____
Years in City ____ Age _42_ DOB _11-19-80_ Birthplace _Detroit_   Race _B_   Sex _M_
Height ____ Weight ____ Eye Color _Bro_   Glasses _Reading_   Type ____

### CIRCLE APPROPRIATE DATA BELOW

**BUILD**
Thin
~~Very thin~~
(Medium)
Muscular
Heavy
Very heavy

**MOUSTACHE, BEARD, ETC.**
(Beard)
Eyebrows: heavy, bushy
Goatee
Mustache: heavy, medium
    thin, Chinese
Sideburns
Unshaven

**COMPLEXION**
Dark
(Light)
Medium
Ruddy
Sallow
Olive

**AMPUTATIONS**
Arm: left, right
Ears: left, right
Fingers: left, right
Foot: left, right
Hand: left, right
Leg: left, right

**HAIR COLOR**
(Black)
Blonde
Brown
Light brown
Dyed
Gray
Partial gray
Red
White

**NOSE**
Broken
Broad
Crooked
Flat
Hooked
Large/small
Long
Thin
Upturned

**TEETH**
False
Gaps
Gold
(Good)
Irregular
Missing: lower, upper
Protruding
Stained/decayed
Chipped

**FACIAL ODDITIES**
Birthmark(s)
Chin: protrude, recede
Freckles
Lips: thick, thin
Moles
Pimples
Pockmarks
Hollow cheeks

**HAIR TYPE**
(Bald), part. bald
Bushy
Crew/very short
Curly, wavy
Fad/quo vadis
Kinky
Processed
Straight
Thin/receding
Long

**SPEECH (During Crime)**
Foreign/broken
Mexican/Spanish
Impediment
Rapid
Refined
Soft or low
Southern
Stutters
Vulgar/profane

**FACIAL SCARS**
Cheek: left, right
Chin
Ear: left, right
Eyebrow: left, right
Eye area: left, right
Forehead
Hare-lip
Lip: left, right
Nose
Pierced earlobes

**EYE DEFECTS**
Bulging
Cast: left, right
Cataracts
Crossed
Different colors
Eye missing
Squints/blinks
Slanted

**BODY SCARS**
Arm: left, right
Chest
Hand: left, right
Neck
Wrist: left, right

**TYPE OF TATTOO**
(Initials)
(Names)
(Words), Phrases
(Pictures)
Designs

**TATTOOS**
(Arm: left, right)
(Chest), back
Fingers: left, right
Hand: left, right
Pachuca

**DEFORMITIES**
Bow-legged
Cauliflower ears
Crippled arm: left, right
Crippled fingers: left, right
Crippled hand: Left, right
Crippled leg: left, right

---

### FOR USE IN NARCOTIC CASES

Drug used _____   Peddled _____ Possessed _____ When Started _____
Quantity per day _____ Cost per day _____ Previous Cures _____
Reason _____   Needlemarks _____
Sources _____   Board of Health Notified _____

DPD 342

C of D–5-HI (Rev. 2.66)

**Detroit Police Department**

**Victim/Witness
Photographic Line-Up
Statement**

| Original Primary Victim | | | IR# |
|---|---|---|---|
| Laurence Walker | | | 23-0129-0262 |

| Original Primary Crime/Incident | Original Officer | Unit/Code | Date of Original Report |
|---|---|---|---|
| CARJACKING | P.O Oliver | CATS | 1-29-23 |

| Location of Presentation | Case Officer | Unit/Code | Today's Date |
|---|---|---|---|
| 17601 Mound | P.O Oliver | CATS | 2-3-23 |

**VICTIM/WITNESS viewing the Line-up:**
**NAME (Printed)** Laurence Walker

**Type of Line-up viewed:** **Sequential** ☐ **Simultaneous** ☐

1. I (can) (cannot) make an identification. ___LW___
(Witness initials)

2. I have circled the number of the person who committed the crime now being investigated.

 1 ②  3   4   5   6   7   8      ___LW___
(Witness initials)

**Statement of
Certainty:** I picked #2 based on seeing the individual in person
for multiple hours, prior to me being carjacked.

**VICTIM/WITNESS
SIGNATURE:** _(signature)_   **DATE & TIME:** 2-3-23 2:03pm

**LINE-UP
ADMINISTRATOR'S
SIGNATURE:** _(signature)_   **DATE & TIME:** 2/3/23 2:03pm

**Officer Notes:** **Start Time:** **End Time:**
Started at 2:02pm Ended a 2:03pm.

Det. Greenwald present

| Administrating Officer Name | Unit/Code Number | Supervisor Approving | Unit/Code Number |
|---|---|---|---|

| Case Status | Case Disposition | | |
|---|---|---|---|
| ☐ Open  ☐ Closed Cleared | ☐ Unfounded  ☐ Person Located | ☐ Juvenile/No Custody | ☐ Extradition Declined |
| ☐ Inactive  ☐ Closed/Leads Exhausted | ☐ Cleared By Arrested  ☐ Cleared By Arrest/Other Agency | ☐ Refused to Cooperate  ☐ Services Rendered | ☐ Prosecution Declined  ☐ Death of Offender |

| Routing | Referred To | |
|---|---|---|
| | | Page 1 of 1 |

WSPD/rcs newsuplement 06-27-02













# EXHIBIT

# 2

Facility - OB History and Physical - Chanel Perkovic - Ascension St John Hospital for WOODRUFF, PORCHA AMAYA 10/16/1990 (32yo F) #5908229 E#1716118

| | | |
|---|---|---|
| Ascension St John Hospital | Patient: | WOODRUFF, PORCHA |
| 22101 Moross | Admit Dt: 2/16/2023 | DOB: 10/16/1990 |
| Detroit, MI 48236- | FIN:    107399443048 | MRN: 10739944 |

## History & Physical

DOCUMENT NAME:                History and Physical
DOCUMENT STATUS:             Auth (Verified)
AUTHORED BY:                     Perkovic ,Chanel DO (2/16/2023 22:47 EST)
SIGN INFORMATION:             Rodriguez,Jacquelyn Nicole MD (2/17/2023 07:36 EST);
                                        Perkovic ,Chanel DO (2/17/2023 00:13 EST)

### Assessment/Plan
32yo G6P2032 at 34w6d presenting for cramping/back pain.

**#Cramping, back pain**
- cramping every 10-15mins during the day today
- pt was arrested this morning and wrongfully accused of a crime therefore released
- only drank one cup of lemonade while detained
- denies any lof or vb
- SVE: cl/l/h
- UA: 22 squams, 36 wbc, 3 rbc, small leuks, 40 ketones, neg nitrites > sent for culture
- BSUS: vertex, AFI: 11cm
- toco: irritability, rare ctx
- IVF bolus administered

**#Fetus**
- FHT reactive & reassuring

**#Maternal**
- normotensive, afebrile, HR: 90s
- GDMA1- well controlled and taking sugars at home > (POC: 111)

**Dispo:** Stable for discharge
- Patient is stable to go home at this time, reports that her contractions have spaced out now and she is comfortable following IVF
- Toco: rare ctx > now quiet
- FHR tracing is reactive and reassuring
- To follow-up with her OB/Gyn as scheduled > return precautions rvd

Patient staffed with Dr. Rodriguez

### Chief Complaint
Cramping

### History of Present Illness
Ms. Woodruff is a 32yo G6P2032 at 34w6d presenting for cramping and back pain that started this afternoon. Patient states that she was pulled out of a line up and wrongfully accused of a crime but was detained from 7:00am to about one hour prior to arrival. She states that she was sitting on a hard bench and only got one lemonade to drink while she was at the police station. She states that during the afternoon she started to notice occasional contractions, q 10-15 minutes, and the pain would be "whole belly tightening" and also feel the pain in her back and hips. She denies any vb or lof. She denies any urinary complaints. She reports good FM.

Fetal Movement: Positive    Contractions: Positive    Loss of Fluid: Negative    Vaginal Bleeding: Negative

Estimated Due Date: 3/24/23
Dating Method: Sure LMP c/w 12 wk u/s
Steroids Given: No
If yes, at what gestational age and indication?

### Primary OB/GYN: Dr. Tumaneng

### Current Pregnancy:
- no complications to date

Print Date/Time:   2/17/2023 07:36 EST

Report Request ID:   350875312

Facility - OB History and Physical - Chanel Perkovic - Ascension St John Hospital for WOODRUFF, PORCHA AMAYA 10/16/1990 (32yo F) #5908229 E#1716118

| | |
|---|---|
| Ascension St John Hospital | Patient: WOODRUFF, PORCHA |
| 22101 Moross | Admit Dt: 2/16/2023     DOB: 10/16/1990 |
| Detroit, MI 48236- | FIN:       107399443048    MRN: 10739944 |

## History & Physical

**Past OB History:**
G: 6
T: 2 FTVD x 2, no complications
P: 0
A: 3 (VTP x 3)
L: 2
Biggest baby: 7#

**Past GYN History:**
History of LEEP or cryoablation? No
History of STIs? denies

**Past Medical History:**
- SC trait
- GDMA1

**Past Surgical History:**
- denies

**Medications**:
- PNV

**Allergies**:
- NKDA

**Social History:**
- denies tobacco, drugs, and alcohol use in pregnancy

**Review of Systems**
see HPI

**Vitals & Measurements**

| Systolic Blood Pressure: 97 mmHg | Respiratory Rate: 18 br/min | Peripheral Pulse Rate: 145 bpm |
|---|---|---|
| Diastolic Blood Pressure: 64 mmHg | Oxygen Saturation: 98 % | |
| | Body Mass Index: 26 kg/m2 | Primary Pain Intensity: 5-Moderate Pain |
| Clinical Weight (kg): 69.5 kg | | |

**Temperature (Oral)**
98.1 deg F
**Heart Rate (Peripheral)**
145
**Respiratory Rate**
18
**Blood Pressure**
97/64
**SpO2**
98%
**Weight**
69.5 kg

**Physical Exam**
General: Comfortable
HEENT: Normal
Pulmonary: No apparent distress
Cardiovascular: Not Done
Abdomen: Gravid, no tenderness to palpation
Musculoskeletal: Not done

Print Date/Time:   2/17/2023 07:36 EST

Report Request ID:   350875312

Facility - OB History and Physical - Chanel Perkovic - Ascension St John Hospital for WOODRUFF, PORCHA AMAYA 10/16/1990 (32yo F) #5908229 E#1716118

Ascension St John Hospital
22101 Moross
Detroit, MI 48236-

Patient:   WOODRUFF, PORCHA
Admit Dt: 2/16/2023          DOB: 10/16/1990
FIN:          107399443048     MRN: 10739944

## History & Physical

Speculum Exam: deferred
SVE: cl/l/h

Fetal Heart Tracing: 140 baseline, mod v, +a, -d
Toco: irritability, rare ctx

Bedside Ultrasound:
Presentation: Cephalic

Lab Results

| Urinalysis/UDA | |
|---|---|
| UA Color: STRAW | |
| UA Appear: SLT CLOUDY Abnormal | |
| UA Spec Grav: 1.025 | |
| UA pH: 6 | |
| UA Protein: NEG | |
| UA Glucose: 500 Abnormal | |
| UA Ketones: 40 Abnormal | |
| UA Urobilinogen: NORMAL | |
| UA Blood: NEG | |
| UA Nitrite: NEG | |
| UA Leuk Est: SMALL Abnormal | |
| UA RBC: 3 /HPF High | |
| UA WBC: 36 /HPF High | |
| UA Bacteria: OCCASIONAL | |
| UA Squam Epithelial: 22 | |

*Electronically Signed on 02/17/2023 00:13 EST*
_____

*Perkovic , Chanel  DO*

*Electronically Signed on 02.17.2023 07:36 EST*
_____

*,Rodriguez, Jacquelyn Nicole MD*

Print Date/Time:  2/17/2023 07:36 EST

Report Request ID:  350875312

# EXHIBIT

# 3

**The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.**

## 36TH DISTRICT COURT

**Return to Search Results**

### Register of Action

Return to Search

```
|STATE OF MICHIGAN      |              | CASE NO:  2305544002 D01 FY |
|36TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS  |                     |
|ORI820365J            |              | STATUS: CLSD     03/07/23  |
|PIN: 2301290262       |              |                            |
```

```
                        JUDGE OF RECORD: SABREE,ALIYAH,        P-74756
                                JUDGE: SABREE,ALIYAH,          P-74756
STATE OF MICHIGAN v
                                        CTN: 822370255602
    WOODRUFF/PORCHA/AMAYA                TCN: DS23217260A
                                        SID: 5103455T
                                 ENTRY DATE: 02/04/23
                                OFFENSE DATE: 01/29/23   745 PM
                                ARREST DATE:
                        VEHICLE TYPE:       VPN:
YEAR OF BIRTH: 1990  SEX: F  RACE: B        CDL: U
VEH YR:        VEH MAKE:                    PAPER PLATE:
```

```
DEFENSE ATTORNEY ADDRESS          BAR NO.
LAND,IVAN L.,                     P-65879
25900 GREENFIELD RD              Telephone No.
STE 210
OAK PARK        MI 48237          (248) 968-4545
```

```
OFFICER: OLIVER LASHAUNTIA M      |DEPT: 0349012
                                  |
PROSECUTOR: KERKER,ALEXANDER PA    |   P-86282
                   E/EARL         |
```

```
REF:  A C/M/F: F  750529A                         PACC#750.529A
CARJACKING
ARRAIGNMENT DATE:  02/16/23    PLEA:    MUTE & NGBC   PLEA DATE: 02/16/23
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 03/07/23
SENTENCING DATE:
       FINE        COST ST.COST     CON     MISC.     REST   TOT FINE    TOT DUE
      0.00        0.00    0.00     0.00     0.00     0.00       0.00       0.00
        JAIL SENTENCE:            PROBATION:
    VEH IMMOB START DATE:            NUMBER OF DAYS:      VEH FORFEITURE:
_____


    BOND HISTORY:
        100,000.00   PERSONAL   BOND CONTINUED
_____


REF:  B C/M/F: F  750529                           PACC#750.529
ROBBERY-ARMED
ARRAIGNMENT DATE:  02/16/23    PLEA:    MUTE & NGBC   PLEA DATE: 02/16/23
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 03/07/23
SENTENCING DATE:
       FINE        COST ST.COST     CON     MISC.     REST   TOT FINE    TOT DUE
      0.00        0.00    0.00     0.00     0.00     0.00       0.00       0.00
        JAIL SENTENCE:            PROBATION:
    VEH IMMOB START DATE:            NUMBER OF DAYS:      VEH FORFEITURE:
_____


NAME: WOODRUFF/PORCHA/AMAYA           CASE NO: 2305544002    PAGE   2
_____

 DATE                        ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
_____


01/29/23
   A  ORIGINAL CHARGE          CARJACKING                               259
   B  ORIGINAL CHARGE          ROBBERY-ARMD                             259
02/04/23
        FILING DATE              020423                                 259
   A  AUTHORIZATION OF COMPLAINT DATE                                   259
        PROS GARCIA,GARRETT RYAN                          P-74100       259
        COMPLAINT ISSUANCE DATE                                         259
        MAG   JOHNSON,RODNEY M.,                          P-78121       259
        WARRANT ENTRY REQUESTED    20423 1233P                          842
        SYSIDNO (20:) GENERATED BY LEIN
```

```
                              49168717                                    842
        WARRANT ENTERED INTO LEIN                                         842
02/06/23
        LEIN 2ND PARTY CHECK DONE FOR WARRANT ENTRY                       553
02/16/23
        TCN ADDED                                                         495
        WARRANT CANCELLATION REQUESTED
                              21623 1150A                                 842
        WARRANT CANCELLATION ACCEPTED
                              21623 1150A                                 842
        WARRANT CANCELED FROM LEIN                                        842
        DEFT SCHEDULED FOR ARRAIGNMENT IN CRTRM 134                       842
        FILE RECEIVED FROM L BROWN                                        842
        MISCELLANEOUS ACTION      ALL COUNTS                              495
        SCHEDULED FOR ARRAIGNMENT 021623  230P  ECHARTEA,LAURA A.,   P-41489  495
        PRETRIAL RELEASE ORDER GENERATED
                              ALL COUNTS                                  043
        ARRAIGNMENT HELD        ALL COUNTS                                043
        MAG  ECHARTEA,LAURA A.,                              P-41489      043
        STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT                043
        SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                              022723  830A  SABREE,ALIYAH,    P-74756     043
        SCHEDULED FOR EXAMINATION 030623  845A  SABREE,ALIYAH,   P-74756  043
        PERSONAL                                                          043
        BOND SET                              $ 100000.00                 043
        VIDEO RECORDING                                                   043
        VIRTUAL HEARING SCHEDULED                                         043
        DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT         043
        PETITION FOR COURT APPOINTED ATTORNEY FILED                       043
        NO CONTACT WITH VICTIM, DIRECTLY OR INDIRECTLY                    043
        BOND CONDITIONS: NO WEAPONS                                       043
        BOND CONDITIONS IN LEIN                                           043
02/17/23
        MISCELLANEOUS ACTION      ALL COUNTS                              799
        ATT  MCRIPLEY,GIL WHITNE                              P-41150     799
        ORDER FOR COURT APPOINTED ATTORNEY GRANTED                        799


NAME: WOODRUFF/PORCHA/AMAYA              CASE NO: 2305544002   PAGE   3
```

---

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
| --- | --- | --- |

---

```
02/27/23
        PROCEEDING HELD           ALL COUNTS                                058
        JDG  SABREE,ALIYAH,                                     P-74756     058
        PROS KERKER,ALEXANDER PA                                P-86282     058
        ATT  MCRIPLEY,GIL WHITNE                                P-41150     058
        SCHEDULED FOR EXAMINATION 030723 1030A  SABREE,ALIYAH,  P-74756     058
        BOND CONTINUED                                                      058
        VIRTUAL HEARING HELD                                                058
        IN-PERSON HEARING SCHEDULED                                         058
        COURT REPORTER: SHARON BURRELL                                      058
        MISCELLANEOUS ACTION      ALL COUNTS                                058
        REMOVED FROM CALENDAR      030623  845A  SABREE,ALIYAH,  P-74756    058
        NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                                058
03/07/23
    A   PROCEEDING HELD           CARJACKING                               058
        JDG  SABREE,ALIYAH,                                     P-74756     058
        PROS KERKER,ALEXANDER PA                                P-86282     058
        ATT  LAND,IVAN L.,                                      P-65879     058
        IN-PERSON HEARING HELD                                              058
        COURT REPORTER: KATHY FEARS CSR #5681                               058
        PROCEEDING HELD           ALL COUNTS                                058
        DISMISSED BY PARTY                                                  058
        DISMISSED WITHOUT PREJUDICE                                         058
        INSUFFICIENT EVIDENCE                                               058
        CASE CLOSED                                                         058
        CHR SENT TO MSP                                                     058
        FILE SENT TO FILE ROOM                                              058
              ***** END OF REGISTER OF ACTIONS ***** 08/03/23 12:49
```

Return to Search