**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PORCHA WOODRUFF,                                Case No.: 5:23-cv-11886

    Plaintiff,                                      Hon. Judith E. Levy

- vs -

CITY OF DETROIT and LASHAUNTIA OLIVER,

    Defendants.
_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C. | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for CITY OF DETROIT |
| 25900 Greenfield Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Ave., Ste. 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

**STIPULATED ORDER ADJOURNING DEADLINE FOR RESPONSIVE PLEADING**

    **WHEREAS**, this action was filed on or about August 3, 2023.

    **WHEREAS**, Defendant, CITY OF DETROIT, was served with a copy of the Summons and Complaint on or about August 4, 2023.

    **WHEREAS**, Defendant, LASHAUNTIA OLIVER, was served with a copy of the Summons and Complaint on or about August 4, 2023.

**WHEREAS**, Counsel for CITY OF DETROIT, who is also anticipated to serve as Counsel for LASHAUNTIA OLIVER, will be out of state and unavailable from August 8, through August 15, 2023.

**THIS MATTER HAVING COME BEFORE THIS HONORABLE COURT BY STIPULATION OF THE PARTIES, AND THE COURT BEING FULLY ADVISED OF THE PREMISES**:

IT IS HEREBY ORDERED that the deadline for Defendants, CITY OF DETROIT and LASHAUNTIA OLIVER, to file their first responsive pleading is adjourned to September 1, 2023.

Date: August 14, 2023

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**SO STIPULATED:**

Respectfully submitted,

/s/ Ivan L. Land
Ivan L. Land (P65879)
Attorney for Plaintiff

/s/ Gregory B. Paddison
Gregory B. Paddison (P75963)
Attorney for CITY OF DETROIT

Dated: August 14, 2023