UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PORCHA WOODRUFF,
    an individual,
        Plaintiff,

Case No. 5:23-cv-11886
Hon. Judith E. Levy

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in her Official
Capacities, and

    Defendants.

_____

## REPLY TO DEFENDANT CITY OF DETROIT'S SPECIAL AND AFFIRMATIVE DEFENSES

Plaintiff, PORCHA WOODRUFF, alleges the following:

1. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 1, as untrue.

2. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 2, as untrue.

3. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 3, as untrue by way of further answer the Defendant lists as "his" but Plaintiff is a female.

4. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 4, as untrue.

5. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 5, as untrue.

6. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 6, as untrue.

7. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 7, as untrue.

8. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 8, as untrue by way of further answer the Defendant lists as "himself" but Plaintiff is a female.

9. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 9, as untrue.

10. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 10, as untrue.

11. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 11, as untrue.

12. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 12, as untrue.

13. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 13, as untrue.

14. Plaintiff denies the allegations contained in Defendant's Special and Affirmative Defenses Paragraph 14, as untrue.

Wherefore, Plaintiff respectfully request this Honorable Court grant the relief requested in its complaint.

Dated: September 1, 2023             /s/Ivan L. Land
                                     Ivan L. Land (P65879)
                                     Law Offices of Ivan L. Land, P.C.
                                     25900 Greenfield Rd., Suite 210
                                     Oak Park, MI  48237-1267
                                     248.968.4545 / (f) 248.968.4540
                                     ill4law@aol.com
                                     **Attorney for PLAINTIFF**

**Certificate of Service**

I hereby certify that I electronically filed the foregoing papers with the Court Clerk via ECF on September 1, 2023, to serve all parties.

/s/Ivan L. Land
Ivan L. Land