UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Porcha Woodruff,

          Plaintiff,

v.

City of Detroit and LaShauntia Oliver,

          Defendants.

_____/

Case No. 23-11886

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## SCHEDULING ORDER

Pursuant to the Joint Discovery Plan (ECF No. 11) filed by the parties on September 24, 2023, IT IS HEREBY ORDERED that the following scheduling order is entered:

| EVENT | DEADLINE |
|---|---|
| Email Case Manager regarding the parties' recommended Alternative Dispute Resolution procedure and timing: | **November 30, 2023** |
| Rule 26(a)(1) Initial Disclosures due: | **October 2, 2023** |
| **Fact** Discovery completed by: | **February 12, 2024** |
| **Expert** Discovery completed by: | **May 14, 2024** |

| | |
|---|---|
| Plaintiff's Expert Witness Disclosures/Reports due: | **March 11, 2024** |
| Defendants' Expert Witness Disclosures/Reports due: | **April 9, 2024** |
| Dispositive Motions filed by: | **June 11, 2024** |
| Motions *in Limine* filed by: | **December 2, 2024** |
| **Joint** Final Pretrial Order submitted by: | **December 16, 2024** |
| Final Pretrial Conference: | **January 7, 2025 at 10:30 a.m.** |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | **January 14, 2025** |
| Trial Date: | **January 21, 2025 at 8:30 a.m.** |
| **JURY TRIAL** ||

**Expert Discovery**

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

**Discovery Disputes**

The parties are required to first confer and attempt to narrow any disagreements regarding discovery. E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court's Case Manager via email prior to filing any discovery motions. The Court will

then hold a video status conference with the parties regarding the subject of the dispute. The Court will only permit discovery motions to be filed after it holds a conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.

Dated: September 28, 2023  s/Judith E. Levy
Ann Arbor, Michigan   JUDITH E. LEVY
   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 28, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager