## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

PORCHA WOODRUFF,                                    Hon. Judith E. Levy
    Plaintiff,                                 Case No.: 5:23-cv-11886

- vs -

CITY OF DETROIT and LASHAUNTIA OLIVER,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,        CITY OF DETROIT LAW DEPARTMENT
Ivan L. Land Sr. (P65879)                 Gregory B. Paddison (P75963)
Attorney for Plaintiff                    Attorney for Defendants
25900 Greenfield, Rd., Ste. 210           Coleman A. Young Municipal Center
Oak Park, MI 48237                        2 Woodward Avenue, Suite 500
(248) 968-4545                            Detroit, MI 48226
Ill4law@aol.com                           (313) 237-0435
                                          paddisong@detroitmi.gov

_____/

## DEFENDANTS' PRELIMINARY WITNESS LIST

    **NOW COMES** CITY OF DETROIT and LASHAUNTIA OLIVER, by and through their attorney, Gregory B. Paddison, and lists the following individual(s) and entities for Defendants' Preliminary Witness List:

### PARTIES

1. PORCHA WOODRUFF
   Available through Counsel
   25900 Greenfield, Rd., Ste. 210
   Oak Park, MI 48237
   (248) 968-4545

2. LASHAUNTIA OLIVER
   Available through Counsel

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226

## RECORDS CUSTODIANS & OTHER WITNESSES

1.     Anthony Fletcher
       Available through Counsel
       CITY OF DETROIT LAW DEPARTMENT
       2 Woodward Ave., Ste. 500
       Detroit, MI 48226
       (313) 237-0435
       paddisong@detroitmi.gov

2.     Dewayne Jones
       Available through Counsel
       CITY OF DETROIT LAW DEPARTMENT
       2 Woodward Ave., Ste. 500
       Detroit, MI 48226
       (313) 237-0435
       paddisong@detroitmi.gov

3.     Quentin Glover
       Available through Counsel
       CITY OF DETROIT LAW DEPARTMENT
       2 Woodward Ave., Ste. 500
       Detroit, MI 48226
       (313) 237-0435
       paddisong@detroitmi.gov

4.     Ned Gray
       Available through Counsel
       CITY OF DETROIT LAW DEPARTMENT
       2 Woodward Ave., Ste. 500
       Detroit, MI 48226
       (313) 237-0435
       paddisong@detroitmi.gov

5.     Donald Greenwald
       Available through Counsel

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

6.    Ian Mcbee
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

7.    Jacob Hebner
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

8.    Nathan Howell
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

9.    Elayne Wordlaw
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

10.   George Ogorman
      Available through Counsel

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

11.   Antonio Allen
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

12.   Patricia Dunlap
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

13.   David Patterson
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

14.   Ian Marchand
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

15.   Justin Wilcox
      Available through Counsel

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

16.  Lateisha Brown
     Available through Counsel
     CITY OF DETROIT LAW DEPARTMENT
     2 Woodward Ave., Ste. 500
     Detroit, MI 48226
     (313) 237-0435
     paddisong@detroitmi.gov

17.  Kamrin Dean
     Available through Counsel
     CITY OF DETROIT LAW DEPARTMENT
     2 Woodward Ave., Ste. 500
     Detroit, MI 48226
     (313) 237-0435
     paddisong@detroitmi.gov

18.  David Collins
     Available through Counsel
     CITY OF DETROIT LAW DEPARTMENT
     2 Woodward Ave., Ste. 500
     Detroit, MI 48226
     (313) 237-0435
     paddisong@detroitmi.gov

19.  Kelly Larsen
     Available through Counsel
     CITY OF DETROIT LAW DEPARTMENT
     2 Woodward Ave., Ste. 500
     Detroit, MI 48226
     (313) 237-0435
     paddisong@detroitmi.gov

20.  William Trzos
     Available through Counsel

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

21.   D.I. Clark
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

22.   J.J. Johnson
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

23.   Gregory Scouten
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

24.   Sgt. Clark
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

25.   Sgt. Dedeluk
      Available through Counsel

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

26.   Wilbur Medley
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

27.   Sojurn Bentley
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

28.   Gary Guarino
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

29.   Anthony O'Rourke
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

30.   David Tadajewski
      Available through Counsel

7

CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

31. David Lavalley
Available through Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

32. Kenneth Leonard
Available through Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

33. Gregory Fenech
Available through Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

34. Jason Clark
Available through Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

35. Matthew Webb

Available through Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

36.   Marcus Rice
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

37.   James E. White
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435
      paddisong@detroitmi.gov

38.   Alexander Kerer
      Address Unknown

39.   Wyatt Harris
      Address Unknown

40.   Daniel White
      8411 Siebert
      Detroit, MI

41.   Hon. Aliyah Sabree
      Address Unknown

42.   Hon. Prentis Edwards Jr.
      Address Unknown

43.   Joseph Kurily

Address Unknown

44.   Laurence Walker
      165 Rhode Island St.
      Highland Park, MI
      (248) 773-2327

45.   Joshua Lowe
      20136 Helen St.
      Detroit, MI

46.   James Humphrey
      Address Unknown

47.   Any and all City of Detroit employees in any way connected with this matter.
      Available through Counsel
      CITY OF DETROIT LAW DEPARTMENT
      2 Woodward Ave., Ste. 500
      Detroit, MI 48226
      (313) 237-0435

48.   All necessary rebuttal witnesses.
      Address(es) unknown.

49.   All necessary impeachment witnesses.
      Address(es) unknown.

50.   All witnesses who can dispute PORCHA WOODRUFF'S pain and suffering.
      Address(es) unknown.

51.   Individuals necessary or needed to support or submit documentary evidence
      sought to be introduced by Defendant.
      Address(es) unknown.

52.   Any and all expert witnesses Defendant requires to rebut Plaintiff's
      allegations made in the Complaint.
      Address(es) unknown.

53.   All physicians or medical personnel or their assistants conducting
      Independent Medical Examinations.

Address(es) unknown.

54.    Other Witnesses to be determined during the course of discovery.

55.    Shadow Investigations – Records Custodian
       19337 Farmington Rd.
       Livonia, MI 48152
       (888) 425-4418

56.    Gumshoe Detective Agency – Records Custodian
       PO Box 1032
       Hazel Park, MI 48030

57.    Records Custodian – Law Enforcement Information Network

58.    Records Custodian – City of Detroit

59.    Records Custodian – Detroit Police Department

60.    Records Custodian – Michigan State Police

61.    Records Custodian – Detroit Detention Center

62.    Records Custodian – State Network of Agency Photographs

63.    Records Custodian – DataWorks Plus

64.    Records Custodian – State of Michigan

65.    Records Custodian – Ascension St. John's Hospital

66.    Records Custodian – Xfinity Mobile

67.    Records Custodian – T-Mobile

68.    Records Custodian – Wayne County Prosecutor's Office

69.    Treating Physicians (Ascension St. John's Hospital)

70.    Records Custodian - BP Gas Station

6420 Van Dyke
Detroit, Michigan

71. Any and all hospitals, clinics, medical or psychological facilities, healing or examining/consulting physicians or offices where Plaintiff have been treated for physical, psychological and emotional injuries or problems.
Addresses unknown.

72. Other Witnesses to be determined during the course of discovery

73. MES Solutions – Records Custodian
26261 Evergreen Rd., Ste. 200
Southfield, MI 48076
(866) 637-7575

74. City of Detroit Police Department – Records Custodian
Available through Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435

75. Michigan Secretary of State – Records Custodian
430 W. Allegan St.
Lansing, MI 48933

76. Michigan Department of Social Services – Records Custodian
14061 Lappin St.
Detroit, MI 48205

77. Michigan Department of Corrections – Records Custodian

78. Facebook, Inc. – Records Custodian

79. Mid-America Evaluation Group – Records Custodian
28175 Haggerty Road
Novi, MI 48377

80. Internal Revenue Service – Records Custodian
Address Unknown

81.   United States Social Security Administration – Records Custodian
      (800) 772-1213

82.   Michigan Department of Human and Health Services – Records Custodian
      26355 Michigan Ave.,
      Inkster, MI 48141

83.   Wayne County Circuit Court – Records Custodian
      Address Unknown

84.   36th District Court Records Custodian
      421 Madison Ave., Detroit, MI

85.   Any and all hospitals, clinics, medical or psychological facilities, healing or
      examining/consulting physicians or offices where Plaintiffs have been treated
      for physical, psychological and emotional injuries or problems.
      Addresses unknown.

**POSSIBLE DEFENDANT EXPERTS**

1.   Ljubisa Dragovic, Forensic Pathologist
     1200 N. Telegraph Rd.
     Pontiac, MI 48341

2.   Bruce D. Serven, D.C., C.C.S.P.
     26261 Evergreen Rd., Ste. 200
     Southfield, MI  48076
     (866) 637-7575

3.   Stanley S. Lee, MD
     26261 Evergreen Rd., Ste. 200
     Southfield, MI  48076
     (866) 637-7575

4.   Dr. Saul Weingarden, M.D., Psychiatry
     20307 12 Mile Rd., Ste. 104
     Southfield, MI 48076
     (248) 353-3388

13

5.     Dr. Ayman Rayes
       1380 Coolidge Highway, Ste. 150
       Troy, MI 48084

6.     Dr. Gerald Levinson
       30055 Northwestern Highway, Ste. 160
       Farmington Hills, MI 48334

7.     Dr. Jack Lennox, D.O., Orthopedics
       28100 Grand River Ave., Ste. 209
       Farmington Hills, MI 48336
       (248) 474-5081

8.     William Leuchter, M.D., Neurology
       26400 W. 12 Mile Rd. # 170
       Southfield, MI 48034
       (248) 208-8787

9.     Brian Kirschner, M.D. Neurology
       32255 Northwestern Hwy. #40
       Farmington Hills, MI 48334
       (248) 355-3875

10.    Dr. Calameze Dudley, Psychiatry
       3290 W Big Beaver Rd. #509
       Troy, MI 48084
       (248) 290-2220

11.    Dr. Bradley Axelrod, Neuropsychology
       4646 John R St.
       Detroit, MI 48201
       (313) 576-1000

12.    Dr. Ronald Lederman, Orthopedics
       2300 Haggerty Rd. # 1110
       W. Bloomfield Twp., MI 48323
       (248) 669-2000

13.    Dr. Steven Arbit, PMR
       Address Unknown

14

(248) 650-5861

14.    Dr. Anthony Munaco, Radiology and Diagnostic
23800 Orchard Lake Rd.
Farmington Hills, MI 48336
(248) 476-2420

15.    B. Michael Grant, Economist
28831 Telegraph Rd.
Southfield, MI 48034
(248) 355-4479

16.    Kelly Derango, Economist
1401 Cherry St., Kalamazoo, MI 49008
(269) 345-3239

17.    Physicians and medical professionals associated with the Mid America
Evaluation Group
28175 Haggerty Rd.
Novi, MI 48377
(248) 994-9008

18.    Steven D. Ashley ("Mr. Ashley")
Police Procedure Expert
15 Custer Ct.
Monroe, MI 48161
(517) 548-2275

## OTHER

1. All parties to this action

2. Any witness disclosed on another party's Witness List

3. Any witness disclosed in further depositions, investigation, or discovery

4. Any necessary identification/authentication witness

5. Any necessary rebuttal witnesses

## RESERVATION

1.      Defendant reserves the right to take *De Bene Esse* depositions.

2.      Defendant reserves the right to amend its Witness List up until the time of Trial as additional witnesses become known

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: December 7, 2023          /s/     Gregory B. Paddison
                                         Gregory B. Paddison (P75963)
                                         Attorney for Defendants