UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PORCHA WOODRUFF,
   an individual,
      Plaintiff,

Case No. 5:23-cv-11886
Hon. Judith E. Levy

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in her Official
Capacities, and

      Defendants.

---

## STIPULATION TO AMEND THE SCHEDULING ORDER

Pursuant to the stipulation of the parties, the Court amends the scheduling order as follows:

| Event/Deadline | Proposed Date |
|---|---|
| Fact Discovery Cutoff | June 10, 2024 |
| Expert Discovery Cutoff | September 11, 2024 |
| Plaintiff's Expert Witness Disclosures/Reports | July 9, 2024 |
| Defendants' Expert Witness Disclosures/Reports | August 7, 2024 |

| Dispositive Motions | October 9, 2024 |
| --- | --- |
| Motions in Limine | April 1, 2025 |
| Joint Final Pretrial Order submitted by | April 29, 2025 |
| Final Pretrial Conference | May 6, 2025 at 10:30 a.m. |

Date: February 13, 2024

| /s/ Ivan L. Land | /s/ Gregory Paddison (w/ Consent) |
| --- | --- |
| Ivan L. Land (P65879) | Gregory Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendant |

| Proposed Joint Jury Instructions & Verdict Form submitted by: | 5/13/2025 |
| --- | --- |
| Jury Trial | 5/20/2025 at 8:30 a.m. |

SO ORDERED.

Date: February 27, 2024

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge