UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Porcha Woodruff,

                Plaintiff(s),

v.                                         Case No. 5:23-cv-11886-JEL-APP
                                                     Hon. Judith E. Levy

Detroit, City of, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 672, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  September 19, 2024 at 01:30 PM

**ADDITIONAL INFORMATION:**   \*\*Settlement statements are due by 9/12/24.\*\* Please refer to Judge Patti's Settlement Conference Practice guidelines available at https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Leanne Hosking
                                                      Case Manager

Dated:   February 28, 2024