UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Porcha Woodruff,

                Plaintiff,      Case No. 23-cv-11886

v.                                  Judith E. Levy
                                   United States District Judge

City of Detroit, *et al.*,

                                   Mag. Judge Anthony P. Patti

                Defendants.

_____/

## **ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL [19]**

The Court has reviewed Plaintiff's motion to compel full and complete discovery responses and extend fact discovery. (ECF No. 19.) The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☒ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: _____.

The document (ECF No. 19) is STRICKEN and not part of the record.

IT IS SO ORDERED.

Dated: June 11, 2024　　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
