2/7/2024

**ROBIN A. HANKS, Ph.D., ABPP-ABCN**

**EDUCATION**

| | |
|---|---|
| Ph.D.<br>1996 | Wayne State University<br>Detroit, Michigan<br>Major: Clinical Psychology<br>(Full Accreditation by the American Psychological Association)<br>**Dissertation**: *The Ecological Validity of Measures of Executive Functioning in a Traumatically Brain Injured Sample*. |
| M.A.<br>1993 | Wayne State University<br>Detroit, Michigan<br>Major:  Clinical Psychology<br>Minor:  Biopsychology<br>(Full Accreditation by the American Psychological Association)<br>**Thesis:** *Communication Deficits and Frontal Lobe Functioning in Psychosis-Prone Undergraduates*. |
| B.A.<br>1990 | Wayne State University<br>Detroit, Michigan<br>*Magna Cum Laude*<br>*With University Honors and Honors in Psychology*<br>Major: Psychology |

**POSTGRADUATE TRAINING**

| | |
|---|---|
| 1997-1999 | Postdoctoral Fellowship in Clinical Neuropsychology and Rehabilitation Medicine<br>Department of Rehabilitation Medicine<br>University of Washington, Seattle, WA |
| 1996-1997 | APA Approved Internship in Clinical Psychology and Neuropsychology<br>Department of Psychology<br>Long Island Jewish Medical Center, Glen Oaks, NY |

**FACULTY APPOINTMENTS**

| | |
|---|---|
| 2013-present | Professor FTA<br>Department of Physical Medicine and Rehabilitation<br>Wayne State University School of Medicine, Detroit, MI |
| 2009-present | Associate Professor |

Department of Emergency Medicine
Wayne State University School of Medicine, Detroit, MI

2006-present    Adjunct Faculty-Associate Professor
Department of Psychology
University of Windsor, Windsor, Ontario
Canada

2004-2013    Associate Professor
Department of Physical Medicine and Rehabilitation
Wayne State University School of Medicine, Detroit, MI

2000-present    Adjunct Faculty
Department of Psychology
Wayne State University, Detroit, MI.

1999-2012    Graduate Faculty Examiner
Graduate School
Wayne State University, Detroit, MI.

1999- 2004    Assistant Professor
Department of Physical Medicine and Rehabilitation
Wayne State University School of Medicine, Detroit, MI

**HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS**

2005-2010    Member of the Detroit Medical Center Advisory Committee and
Psychiatry and Behavioral Medicine Practice Credentialing Committee.

2000-present    Project Director – Southeastern Michigan Traumatic Brain Injury System

1999-2000    Associate Project Director – Southeastern Michigan Traumatic Brain
Injury System

1999-present    Chief of Rehabilitation Psychology and Neuropsychology
Rehabilitation Institute of Michigan, Detroit, MI.

1999- present    Director of Training
Department of Rehabilitation Psychology and Neuropsychology
Rehabilitation Institute of Michigan, Detroit, MI.

1999    Clinical Neuropsychologist - Stroke and Geriatric; Brain Injury Services

| | |
|---|---|
| 1998-1999 | Junior Faculty |
| | Department of Rehabilitation Medicine |
| | University of Washington, Seattle, WA |
| | |
| 1992 | Part-time Faculty |
| | Department of Psychology |
| | Wayne State University, Detroit, MI |

## MAJOR PROFESSIONAL SOCIETIES

2001- present  American Board of Clinical Neuropsychology

2001- present  American Board of Professional Psychology

2004 – 2009    American Congress of Rehabilitation and the Brain Injury ISIG.

2004-present   Michigan Psychological Association

2000-2006      Association of Psychologists in Academic Health Centers

1995- 2011     National Academy of Neuropsychology
               Professional Member, 1998 through present (Associate 1995-1997)

1992- present  International Neuropsychological Society
               Member, 1998 through present (Associate Member, 1992-1997)

1991- present  American Psychological Association
               Member, 1998 through present, (Affiliate 1991-1997)
               APA Division Memberships:
               Division 40 (Society for Clinical Neuroscience):  Clinical
                   Neuropsychology
               Division 22:  Rehabilitation Psychology
               Women in Neuropsychology (WIN)

## LICENSURE

1999- present  Licensed Psychologist, State of Michigan Board of Psychology, License
               #9459

1998           Licensed Psychologist, State of Washington Board of Psychology
               License # 2291

1994-1996      Limited Licensed Psychologist, State of Michigan Board of Psychology,
               License # 9459

**BOARD CERTIFICATION**

2001 –present Diplomate in Clinical Neuropsychology, American Board of Professional
Psychology, American Board of Clinical Neuropsychology


**HONORS/AWARDS**

| | |
|---|---|
| 2023 | Best Student Presentation De La Garza, R., Vann, D. A., Broomfield, R. R., Sanders, G. D., Hanks, R. A., & Rapport, L. J. Alexithymia Moderates the Relationship between Memory for Emotion and Companionship. Presented at ABRCMS (Annual Biomedical Research Conference For Minoritized Scientists) 2023, Phoenix, AZ. |
| 2023 | Science Research Excellence Award – Second Place at the Annual University of Detroit Undergraduate and Graduate Research Symposium. De La Garza, R., Vann, D. A., Broomfield, R. R., Sanders, G. D., Hanks, R. A., & Rapport, L. J. Alexithymia Moderates the Relationship between Memory for Emotion and Companionship. Presented at the Annual University of Detroit Undergraduate and Graduate Research Symposium, October 2023, Detroit Michigan |
| 2020 | Minority Student Research Award, First Place for mentored student S. Patrick.  American Psychological Association. Patrick, S.D., Rapport, L.J., Kanser, R.J., Hanks, R.A., Bashem, J.R. Performance validity assessment using response time on the Warrington Recognition Memory Test. Presented at 2020 APA Conference, August 2020, Washington, D.C. |
| 2018 | Student Research Award, First Place for mentored student R. Kanser.  American Academy of Clinical Neuropsychology/The Clinical Neuropsychologist. Kanser, R.J., Rapport, L. J., Bashem, J.R., & Hanks, R.A. (2018). Detecting malingering in traumatic brain injury: combining response time with performance validity test accuracy.  The Clinical Neuropsychologist, 31, 644-653. |
| 2017 | Student Research Award, First Runner Up for mentored student R. Kanser. American Academy of Clinical Neuropsychology.  Kanser, Robert J; Rapport, Lisa; Bashem, Jesse R.; Billing, Nia M.; Hanks, Robin A.; Axelrod, Bradley N. & Miller, Justin B. Strategies of |

successful and unsuccessful simulators coached to feign traumatic brain injury.  Presented at the 2017 AACN Conference, June 2017, Boston, MA.

2017        Student Research Award In Recognition of Outstanding Research in Rehabilitation Psychology for mentored student K. Seagly. American Board of Rehabilitation Psychology Seagly, K., Millis, S., Hanks, R. Long-term Trajectory of Life Satisfaction 25 Years Following TBI. Presented at the 2017 Rehabilitation Psychology Conference, February 2017, Albuquerque, NM

2016        Best Datablitz Presentation for Hanks, R.A., Rapport, L.J., Millis, S.R., Scott, C., Pearson, C., Ayaz, I. A Brief Educational Intervention to Maximize Positive Outcomes after Concussion presented at the 13th Conference of the Neurorehabilitation Special Interest Group of the World Federation of NeuroRehabilitation, July 2016, Glasgow, Scotland.

2013        Student Award for mentored student J. Bashem, American Psychological Association, Division 5 – Evaluation, Measurement, and Statistics - Bashem, J.R., Miller, J.B., Rapport, L.J., Hanks, R.A., Millis, S.R. (2013). Detection of Suboptimal Effort on the NV-MSVT in    Traumatic Brain Injury.

2012        Student Award for mentored student J.Bashem.  American Psychological Association     Division 5 – Evaluation, Measurement, and Statistics - American Psychological Association. Bashem, JR, Miller, JB., Rapport, L.J., Hanks, R.A., Millis, S.R., Suboptimal Effort on Five Symptom Validity Tests in Traumatic Brain Injury.

2011        Applied Neuropsychology Student Award for J. Bashem, mentored student – Division 40 (Neuropsychology) – American Psychological Association. Bashem  J.R., Miller, J.B., Rapport, L.J., Hanks, R.A., Millis, S.R. Suboptimal Effort on Reliable Digit Span and the Medical Symptom Validity Test in Traumatic Brain Injury.

2011        Best Minority Student Poster Award for M. Williams, mentored student – Division 40 (Clinical Neuropsychology) – American Psychological Association. Williams, M.W., Rapport, L.J., Greene, H.A., Hanks, R.A., Millis, S.R. Incremental validity of neuropsychological

|      |      |
|------|------|
|      | evaluations and CT scans in predicting long-term outcomes for persons with traumatic brain injury. |
| 2010 | Fellow: Division 40 – American Psychological Association |
| 2010 | Fellow: Division 22 – American Psychological Association |
| 2006 | Early Career Award – Division 22 (Rehabilitation Psychology) – American Psychological Association |
| 2003 | Blue Ribbon Award for Excellence in Research - Division 40 (Clinical Neuropsychology)– American Psychological Association. Kennepohl, S., Shore, D., Nabors, N., Hanks, R.A. (2003). African American Acculturation and Neuropsychological Testing following Traumatic Brain Injury. |
| 2002 | National Institutes of Health Loan Repayment Award |
| 2000 | First Prize Presentation – 19th Annual National Symposium of the Brain Injury Association |

**SERVICE**

**Wayne State University**

Departmental – Director of Training in Clinical Neuropsychology,

University – Graduate Examiner for WSU Graduate School

**Detroit Medical Center/Rehabilitation Institute of Michigan -** Chief of Rehabilitation Psychology and Neuropsychology/ Director of Training in Clinical Neuropsychology, 2000 - present

**University Physician Group** - Chief of Rehabilitation Psychology and Neuropsychology – Department of Physical Medicine and Rehabilitation – 2007-2012

**Tenet Physician Group** (VHS Physician Group) - Chief of Rehabilitation Psychology and Neuropsychology, 2012-present

**Professional (e.g., medical or scientific organizations and societies)**

American Psychological Association (APA):

| 2008-2010 | Member at Large – Division of Rehabilitation Psychology (Division 22) – Executive Committee |

| 2003-2006 | Chairperson, American Speech and Hearing Association/ American Psychological Association, Division 40, Joint Commission on Interprofessional Relations |
|---|---|
| 1998-2002 | Member, American Speech and Hearing Association/ American Psychological Association, Division 40, Joint Commission on Interprofessional Relations |
| 1997- 2000 | Member, Scientific Program Committee, Division 40: Clinical Neuropsychology |

State of Michigan:

| 2005- 2014 | Advisory Board Member – State of Michigan Traumatic Brain Injury Services and Prevention Council |
|---|---|
| 2002-2014 | Advisory Board Member – State of Michigan Traumatic Brain Injury Grant – Funded by the Health Related Services Administration. |

**Other National Boards and Committees**

| 2020-present | Invitational member of the NINDS/NICHD Common Data Elements (CDEs) Working Group for the Rehabilitation CDE project for the Cognitive Subgroup - National Institute of Neurological Disorders and Stroke (NINDS), National Institute of Child Health and Human Development (NICHD), and National Institutes of Health (NIH). |
|---|---|
| 2007-2013 | Association of Postdoctoral Programs in Clinical Neuropsychology liaison to the Clinical Neuropsychology Synarchy |
| 2005-2009 | Secretary and Treasurer, The Association of Postdoctoral Programs in Clinical Neuropsychology |
| 2003-present | Work Sample Reviewer – American Board of Clinical Neuropsychology |
| 2003-2006 | Member, Board of Directors, Association of Postdoctoral Programs in Clinical Neuropsychology |
| 2002-2005 | Member, Nominating Committee, Association of Postdoctoral Programs in Clinical Neuropsychology |
| 2017 & 2024 | Panel participant and reviewer for the American College of Occupational & Environmental Medicine's Guidelines on Traumatic Brain Injury. |

**Consulting**

2012 - present Independent consulting practice, Robin Hanks, Ph.D., PLLC, 333 W. 7th
Street, Suite 190, Royal Oak, Michigan

1999-2012     Independent consulting practice, Psychological Systems Inc., Royal Oak,
Michigan

1999-2005     Consultant to Clinical Psychology Internship, Department of Veterans
Affairs Medical Center, Detroit, Michigan

1998-1999     Psychological consultant for archival processing of psychologically-
relevant collections for the King County Archives, Seattle, WA

**Scholarly Service**
### Grant Review Committees

National/International – Department of Defense – Traumatic Brain Injury
Grants – 2008 – Review Panel Member

National Institute on Disability and Rehabilitation Research –
Rehabilitation Grants – 2014- Review Panel Member

### Service for Peer-Reviewed Journals

**Editorial Board Membership**
2010 – 2015 Associate Editor - *The Clinical Neuropsychologist*
2016 - present Editorial Board Member - *The Clinical
Neuropsychologist*
2005 – present Editorial Board Member - *Rehabilitation Psychology*

**Review of Manuscripts**

2012- present  Ad Hoc Reviewer for *Archives of Clinical
Neuropsychology*

2008 – 2010    Ad Hoc Reviewer for *The Clinical Neuropsychologist*

2006 – present Ad Hoc Reviewer for *Journal of the International
Neuropsychological Society*

2006 – present Ad Hoc Reviewer for *Archives of Physical Medicine and
Rehabilitation*

2003           Ad Hoc Reviewer for *Journal of Neurological Sciences*

2003           Ad Hoc Reviewer for *Aging, Neuropsychology, and
Cognition*

2001 – 2006    Ad Hoc Reviewer for *Journal of Head Trauma Rehabilitation*

**Other Scholarly Service (e.g., Institutional Review Board, Clinical Evaluation Committee, Data and Safety Monitoring Board, moderator for scientific session)**

2011    Symposium Organizer: Effective Practices that Improve Community Integration and Long-Term Outcomes for Individuals with TBI.  – 3rd Federal Interagency Conference on TBI

2009    Moderator –  The Neurobiology of Memory: Advances in Basic and Translational Research – International Neuropsychological Society Annual Conference.

2000    Session Chair:  Assessing Feigned Impairment in Head Injury – American Psychological Association Annual Conference

1999    Session Chair:  Traumatic Brain Injury- American Psychological Association Annual Conference

1998    Session Co-Chair: Neuropsychology of Head Injury, Medical Disorders and Psychiatric Disorders – American Psychological Association Annual Conference

**TEACHING**

Courses Taught:
   Undergraduate
        1992    Abnormal Psychology
        1991-1992    Learning and Memory, Lab Section

Graduate Professional

2003–2016    Detroit Receiving Hospital: Life Stress Center – Clinical Psychology Practicum Program
             **Seminars Taught:**
             - Diagnosis, Rehabilitation, and Psychological-Cognitive Treatment of TBI.
             - Emotional Adjustment and Psychological Treatment After TBI for Survivors and Their Family Members.
             - Assessment and Treatment of Mild Traumatic Brain Injury.

| 2003-Present | Wayne State University, Dept. of Psychology, Clinical Psychology Graduate Program. |
|---|---|

**Seminars Taught:**
- Neuropsychology of Stroke
- Neuropsychology of TBI

| 2000 | Wayne State University, Dept. of Psychology, Clinical Psychology Graduate Program |
|---|---|

**Graduate Course:** Advanced Neuropsychological Assessment

| 1999-present | Rehabilitation Institute of Michigan Postdoctoral Training Program in Neuropsychology & Rehabilitation Psychology |
|---|---|

**Seminars Taught:**
- Neuropsychology of Attention
- Neuropsychology of Visual-Spatial Deficits
- Neuropsychology of Language
- Neuropsychology of Memory
- Neuropsychology of Executive Functioning
- Neuropsychological, Medical & Functional Outcome After Stroke
- Emotional Changes in Normal Aging, Dementia, and Stroke
- Minority Issues in Neuropsychology
- Traumatic Brain Injury Series I-IV: Neuropathologic Substrates, Neurobehavioral Sequela, Inpatient Assessment, and Intervention
- Subcortical Functions Series I-IV:  Memory, Language, Visuospatial Abilties, Executive Functions, and Mood.
- Acute Confusional States and Delirium
- Evidence Based Practice
- Forensic Neuropsychology
- Positive Psychology
- Assessment and Treatment of Mild Traumatic Brain Injury
- Innovative Neuroimaging Techniques
- Improving Psychotherapy Outcomes
- Treatment of Somatic Disorders/Postconcussive Symptoms

| 1999-2018 | Department of Veterans Affairs Medical Center (Detroit) Clinical Psychology Internship Program |
|---|---|

**Seminars Taught:**
- Neuropsychology of Traumatic Brain Injury
- Neuropsychology of Stroke
- Acute Confusional States and Delirium
- Cortical Dementias
- Assessment and Treatment of Mild TBI
- Treatment of Somatic Disorders

1999-2011    Wayne State University School of Medicine
Physical Medicine and Rehabilitation Residency Program
**Seminars Taught:**
- Basic Statistics
- Research Outcomes and Measures
- Evidence Based Practice
- Neuropsychology of Traumatic Brain Injury
- Reviewing Empirical Studies with and Evidence Based Practice Approach
- Assessment and Treatment of Mild TBI

1999    Wayne State University: Department of Occupational Therapy
**Seminar Taught:**
- Neuropsychological Aspects of TBI

1999    Wayne State University: Department of Vocational Rehabilitation
**Seminar Taught:**
- Neuropsychology and Vocational Rehabilitation

1999-2000    Wayne State University: Department of Physical Therapy
**Seminar Taught**:
- Psychosocial Adjustment to Disability

**Mentorship**
    **Graduate Students**

| | |
|---|---|
| 2023-2024 | Allison Moll – Wayne State University |
| 2023-2024 | Cole France – University of Detroit – Mercy |
| 2023-2024 | Brady Malone – University of Detroit - Mercy |
| 2022-2023 | Brittany Fust – Central Michigan University |
| 2021-2023 | Robianne Broomfield – Wayne State University |
| 2021-2023 | Kylie Kadey – Wayne State University |
| 2021-2022 | Sarah Patrick – Wayne State University |
| 2020-2022 | Jessica Katschke – Wayne State University |
| 2020-2022 | Gavin Sanders – Wayne State University |
| 2019-2021 | Lauren Radigen – Wayne State University |
| 2019-2020 | Hallie Tankha – Wayne State University |
| 2019-2020 | Rebecca Campbell – Wayne State University |
| 2019-2021 | Jeremy Grant – Wayne State University |
| 2018-2020 | Tara Mcauley – University of Windsor |
| 2018-2020 | Jonathan Sober – Wayne State University |
| 2018-2020 | Monica De Iorio – Wayne State Univeristy |
| 2017-2019 | Tiffany Anderson  - Eastern Michigan University |
| 2017-2020 | Ted Allaire – Eastern Michigan University |
| 2017-2019 | Evan Gross – Wayne State University |
| 2016-2017 | Bobbi Issacs – Wayne State University |

| 2016-2017 | Nia Billings – Wayne State University |
| 2016-2018 | Robert Kanser – Wayne State University |
| 2016-2017 | Molly Cairncross – University of Windsor |
| 2015-2017 | Jaspreet Rai – University of Windsor |
| 2015-2017 | Dragana Ostojic – University of Windsor |
| 2015-2018 | Eva Keatley -  University of Windsor |
| 2015-2016 | Veronica Archer – Central Michigan University |
| 2015-2016 | Kimberly Painter – Pacific University |
| 2015-2017 | Andria Norman – Wayne State University |
| 2014-2016 | Christina Wong – Wayne State University |
| 2014-2015 | Annalise Rahman-Filipiak – Wayne State University |
| 2014-2015 | Brianne Booker – Wayne State University |
| 2013-2015 | Rachel Kay – Wayne State University |
| 2013-2014 | Thomas Duda – University of Windsor |
| 2013-2015 | Leia Vos – Wayne State University |
| 2013-2014 | Michael Sugarman – Wayne State University |
| 2013-2015 | Aimee Moore – Eastern Michigan University |
| 2013-2015 | Hillary Greene – Wayne State University |
| 2013-2015 | Andrea Jackson – University of Windsor |
| 2011-2013 | Ciaran Constidine – University of Windsor |
| 2011-2013 | Selena Hodsman – University of Windsor |
| 2011-2013 | Summar Reslan – Eastern Michigan University |
| 2010-2011 | Bojana Knezevic – University of Windsor |
| 2010-2011 | Elmar Gardizi – University of Windsor |
| 2010-2011 | Jordan Urlacher – University of Windsor |
| 2010-2011 | Michael Williams – Wayne State University |
| 2009-2010 | Bruce King – University of Windsor |
| 2009-2010 | Laura Krasean – University of Windsor |
| 2009-2011 | Emily Briceno – Wayne State University |
| 2009-2011 | Erin Holcomb – Wayne State University |
| 2008-2010 | Kaja Telmet Harper –Wayne State University |
| 2007-2010 | Justin Miller – Wayne State University |
| 2007-2009 | Carolyn Scott – Wayne State University |
| 2007-2009 | Christopher Domen – Wayne State University |
| 2007-2010 | Shelley Ylijoa – University of Windsor |
| 2007-2008 | Julie Griffen – Wayne State University |
| 2006-2009 | Sarah Meachen – Wayne State University |
| 2006-2008 | Brigid Waldron (Perrine) – Wayne State University |
| 2006-2007 | Paul Cernin – Wayne State University |
| 2005-2007 | Treena Blake – University of Windsor |
| 2005-2007 | Shauna Kashluba – University of Windsor |
| 2005-2006 | Tara McHugh – University of Windsor |
| 2005-2006 | Amanda Schaffer – Wayne State University |
| 2005-2006 | Angela McLinden – University of Windsor |
| 2005-2007 | Kristen Loeher (Vortruba) – Wayne State University |
| 2004-2006 | Cherisse McKay – University of Windsor |

| | |
|---|---|
| 2004-2006 | Noah Silverberg – University of Windsor |
| 2003-2005 | Alicia Crossland (Shapinsky) – Wayne State University |
| 2003-2005 | Annette Colangelo – University of Windsor |
| 2002-2004 | Omar Mahmood – Wayne State University |
| 2002-2004 | Chand Taneja – University of Windsor |
| 2002-2003 | Tanya Ergh (Sherman) – Wayne State University |
| 2000-2002 | Anthony Lequerica – Wayne State University |
| 2000-2001 | Christine Paradee – Wayne State University |
| 1999-2000 | Renee Coleman (Bryer) –Wayne State University |
| 1999-2000 | Stephen Kennepohl – University of Windsor |
| 1999 | Laura Dreer – Central Michigan University |
| 1999 | Laura Huebner – Michigan State University |

## Postdoctoral Residents

| | |
|---|---|
| 2023-2025 | Christina DiBlasio |
| 2023-2025 | Melissa Levy |
| 2022-2024 | Erica Benfield |
| 2022-2024 | Carson Teague |
| 2022-2024 | Naghmeh Moadab |
| 2021-2023 | Christopher Williams |
| 2021-2023 | Jordan Fuller |
| 2020-2022 | Karina Powell |
| 2020-2022 | Megan Dorenkamp |
| 2020-2022 | Evan Gross |
| 2019-2021 | Amanda Zwilling |
| 2019-2021 | Bess Martin |
| 2018-2020 | Andria Norman |
| 2018-2020 | Kyr Hudson Mariouw |
| 2018-2020 | Lindsey Bupp |
| 2017-2019 | Jason Kisser |
| 2017-2019 | Emily Robinett |
| 2016-2018 | Shereen Haj-Hassan |
| 2016-2018 | Rose Dunn |
| 2016-2018 | Selena Scott |
| 2015-2017 | Katharine Seagly |
| 2015-2017 | Rochelle O'Neil |
| 2014-2016 | Summar Reslan |
| 2014-2016 | Lauren Cristanti |
| 2013-2015 | Joseph McLaughlan |
| 2013-2015 | Diana VanDeKreeke |
| 2012-2014 | Lee Perry |
| 2012-2014 | Kaja Telmet Harper |
| 2011-2013 | Julie Griffen |
| 2011-2013 | Sarah VanDyke |
| 2010-2012 | Carolyn Scott |

2010-2012     Maritza Figueroa
2009-2011     Tara McHugh
2009-2011     Jeremy Davis
2008-2010     Virginia Zuverza-Chavarria
2008-2010     Amy Bagley
2007-2009     Marie Dahdah
2007-2009     Edwin Bercaw
2006-2008     Scott Mooney
2006-2008     Christian Schutte
2005-2007     John Tsanadis
2005-2007     Eduardo Montoya
2004-2006     Tanya (Ergh) Sherman
2004-2006     Penny Wolfe
2003-2005     Adele Haber
2003-2005     Jeffrey Wertheimer
2002-2004     Samantha Backhaus
2002-2004     Kathy Likens
2001-2003     Quinton Poore
2001-2003     Cory Hessel
2000-2002     Christopher Pierce
1999-2001     Paul Newman
1999-2001     Bradley Kauder

**Theses/Dissertations**

2024    Committee Member. E. Dudek. <u>The Interaction Between Cognitive and Motor Functioning in Predicting 1-Year Functional Outcomes Among People with Traumatic Brain Injury, Masters Thesis in Clinical Neuropsychology, Department of Psychology, University of Houston.</u>

2023    Committee Member. R. Broomfield. <u>The Effects of Recognition and Memory for Emotions on Social Functioning Following Traumatic Brain Injury.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2023    Committee Member. S. Patrick. Detecting Feigned Cognitive Impairment Using Pupillomtery on the Warrington Recognition Memory Test for Words. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2023    Committee Member.  G. Sanders. <u>A New Paradigm for the Assessment and Recognition of Memory and Emotions Following Traumatic Brain Injury</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University

2021    Committee Member.  L. Radigan. <u>Memory for Emotional Expressions in Adults with Acquired Brain Injury.</u>  Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2019    Committee Member. E. Keatley.  <u>Measuring Affective Processing in Traumatic Brain Injury.</u>  Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor.

2019    Committee Member. N. Billings.  <u>Race and Emotion Perception in Adults with Moderate to Severe Traumatic Brain Injury.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2019    Committee Member. L. Radigan. <u>Psychometric Properties for the Multicultural Facial Recognition Test.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2018    Committee Member. M. DeIorio.  <u>Perspective-Taking Accuracy and Relationship Quality after Traumatic Brain Injury.</u>  Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2018    Committee Member.  R. Kanser. <u>The Eyes Never Lie: Detecting Simulated Traumatic Brain Injury With Eyetracking</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2016    Committee Member. R. Kanser, <u>Strategies of Successful and Unsuccessful Simulators Coached to Feign Traumatic Brain Injury</u>.  Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2016    Committee Member. R. Kay, <u>Neuropsychological Correlates of Facial Emotion Perception in Moderate to Severe TBI</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2016    Committee Member. H.Greene, <u>Health Efficacy, Self-Promotion, and Functional Outcomes Among Individuals with Acquired Brain Injury</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2016    Committee Member. J. Bashem. <u>Performance validity assessment in bona fide and simulated traumatic brain injury.</u> Dissertation in Clinical Psychology, Department of Psychology, Wayne State University

2015    Committee Member. B. King, <u>Grief Experience Among Family Caregivers Following Traumatic Brain Injury</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor.

2015    Committee Member. M. Williams. <u>Neuropsychological Predictors of Engagement in Rehabilitation Therapy and Functional Independence in Individuals with</u>

<u>Acquired Brain Injuries.</u> Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2014   Committee Member. E. Gardizi. <u>Cognitive, Neurological, and Psychosocial Predictors of Early-Phase and Chronic-Phase Post-TBI Depression</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor.

2013   Committee Member. C. Wong. <u>Neurobiological Correlates of Personality and Emotional Expression in Traumatic Brain Injury.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2012   Committee Member. K. Telmet Harper, <u>Emotional Expression and Coping Style in Predicting Well-Being Among TBI Survivors and Caregivers</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2012   Committee Member. S. Ylioja, <u>Neurobehavioural Outcome in Traumatic Brain Injury in Relation to Acute Computed Tomography Data and Neuropsychological Test Performance.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor.

2011   Committee Member. T. Blake, <u>Relation of Executive Functioning and Affect To Psychosocial Outcome After Traumatic Brain Injury.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor.

2011   Committee Member.  M. Williams, <u>Incremental Validity of Neuropsychological Evaluations to Computed Tomography Scans for Predicting Long-Term Outcomes Among Persons with Traumatic Brain Injury</u>. Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2010   Committee Member. S. Meachen, <u>Long-term Psychological Outcome in Persons with Traumatic Brain Injury and Their Caregivers: Physiological/Neuroendrocrine Reactivity to Stress, Unawareness of Deficit, and Perceived Social Support.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2010   Committee Member. B. Waldron-Perrine, <u>The Influence of Religion and Spirituality on Rehabilitation Outcomes Among Traumatic Brain Injury Survivors.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2010   Committee Member. J. Miller, <u>Assessment of Memory Function and Effort Using the Wechsler Memory Scale – 4th Edition.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2008   Committee Member. O. Chu, <u>The Mechanisms and Effectiveness of Space Retrieval in Learning Face Name Associations,</u> Masters Thesis, Department of Psychology, Wayne State University.

2007   Committee Member. C. Eichenhorn, <u>Self-Assessment of Driving Ability and the Decision to Resume Driving Following Stroke</u>.  Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2007   Committee Member. K. Telmet Harper, <u>Predictors of Community Integration Among Individuals with Multiple Sclerosis.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2007   Committee Member. S. Kashluba, <u>A Longitudinal Investigation of Neuropsychological and Functional Outcome after Complicated Mild Traumatic Brain Injury,</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor, Windsor, Canada.

2007   Committee Member. A. Shapinsky, <u>Assessment of Medical Decision Making Capacity in a Rehabilitation Population.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2006    Committee Member. C. Paradee, <u>Circadian Preference and Facial Emotional Perception Among Cognitively and NonCognitively Impaired Rehabilitation Inpatients</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2005   Committee Member. C. Taneja, <u>Clinical Validation of the CVLT-2 Short Form in Stroke Patients</u>, Doctoral Dissertation in Clinical Psychology, Department of Psychology, University of Windsor, Windsor, Canada.

2004   Committee Member. K. Ryan, <u>Predictors of Subjective Well-Being Among Individuals with Multiple Sclerosis.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2004   Committee Member. A. Lequerica, <u>Agitation and Disinhibition in Traumatic Brain Injury: Impact on Progress in Acute Rehabilitation Therapies.</u> Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2003   Committee Member. C. Paradee, <u>Early to Bed, Early to Rise: Effect of Circadian Preference on Neuropsychological Performance Among Rehabilitation Inpatients.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2003    Committee Member. T. Ergh, <u>Awareness of Deficit in Multiple Sclerosis and its Relation to Caregiver Distress</u>. Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2002    Committee Member. O. Mahmood, <u>The Relationship between Neuropsychological Performance and Level of Sleep Disturbance in Traumatic Brain Injured Patients.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2002    Committee Member. K. Loeher, <u>Impulsivity and Traumatic Brain Injury: The Relationship Between Behavioral Observation, Performance Measures, and Rating Scales.</u> Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

2001    Committee Member.  T. Gershkovich-Jones, <u>Cognitive and Psychosocial Predictors of Subjective Well-Being in Older Adults</u>.  Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2000    Committee Member. R. Coleman, <u>Awareness and Fitness to Drive in a TBI Population.</u>  Doctoral Dissertation in Clinical Psychology, Department of Psychology, Wayne State University.

2000    Committee Member.  T. Ergh,  <u>Predictors of Family Functioning and Distress Among Caregivers of Patients with Traumatic Brain Injury</u>.  Masters Thesis in Clinical Psychology, Department of Psychology, Wayne State University.

## FUNDED RESEARCH

2024-2027    Co-Investigator. <u>Thriving After TBI: A Longitudinal Investigation of Resilience-Related Factors for Psychosocial Growth After Traumatic Brain Injury. Department of Defense.  3 year grant (Total $500,000., subcontract $107, 902).</u>

2022-2027    Principal Investigator.  <u>Southeastern Michigan Traumatic Brain Injury Model System.</u> National Institute on Disability, Independent Living and Rehabilitation Research. 5 year grant (Total $ 2,244,194).

2021-2028    Co-Investigator. <u>Comparing Treatment Approaches to Promote Inpatient Rehabilitation Effectiveness for Traumatic Brain Injury (CARE 4 TBI).</u> National Institutes of Health.  7 year grant (Total $ 16,114,184; subcontract $897,327).

2020-2025    Co-Investigator. <u>BeHEALTHY: Chronic Disease Management for Traumatic Brain Injury.</u> National Institute on Disability, Independent Living and Rehabilitation Research. 5 year grant (Total $500,000; subcontract $36,000).

## COMPLETED FUNDED RESEARCH

2018-2023    Co-Investigator. <u>Characterization and Treatment of Chronic Pain after Moderate to Severe Traumatic Brain Injury</u>. National Institute on Disability, Independent Living and Rehabilitation Research. 5 year grant (Total $600,000; subcontract $114,600).

2017-2023    Principal Investigator.  <u>Southeastern Michigan Traumatic Brain Injury Model System.</u> National Institute on Disability, Independent Living and Rehabilitation Research. 5 year grant (Total $2,230,000).

2016-2018    Co-Investigator. <u>Positive psychological traits and psychological flexibility in a model of SCI rehabilitation and adjustment,</u> Craig H. Neilsen Foundation, 2 year grant (Total $299,282).

2015-2016    Principal Investigator. <u>Funding for Predoctoral Clinical and Research Training</u>. Rehabilitation Institute of Michigan Fund; 1 year grant (Total $46,000).

2015-2018    Co-Investigator. <u>Visual Gaze and Validity of Cognitive Evaluations</u>. National Institute on Disability, Independent Living and Rehabilitation Research. 3 year grant (Total $596,558).

2015-2019    Co-Investigator. <u>Quality of Life in Caregivers of Traumatic Brain Injury</u>: <u>The TBI-Care QOL</u>.  National Institute of Health – National Institute of Nursing Research. Subcontract awarded to WSU Department of PM&R: 2 year grant (Total $221,933).

2016-2019    Co-Investigator. <u>Quality of Life in Caregivers of Traumatic Brain Injury:   The TBI-Care QOL</u>.  Defense and Veterans Brain Injury Center. Research. Subcontract awarded to WSU Department of PM&R: 3 year grant (Total $98,384).

2014-2016    Co-Investigator. <u>The Dynamics of Pain Acceptance, Well-Being, and Functioning in Spinal Cord Injury</u>. Craig H. Neilsen Foundation, 2 year grant (Total $299,282).

2014-2016    Principal Investigator. <u>Funding for Predoctoral Clinical and Research Training</u>. Rehabilitation Institute of Michigan Fund; 1 year grant (Total $46,000).

2013-2017    Co-Investigator. <u>North Texas TBI Model System Comparative Effectiveness Study</u>.  National Institute on Disability and Rehabilitation Research.  4 year contract (Total $5,000)

2013-2017    Principal Investigator. <u>Prevention of Long Term Consequences of Mild Traumatic Brain Injury</u>. National Institute on Disability and Rehabilitation Research. A Field Initiated Grant. 4 year grant (Total $591,060).

2013-2017    Co-Investigator. <u>The Menopause Transition in Women with Traumatic Brain Injury</u>. National Institute on Disability and Rehabilitation Research. A Field Initiated Grant. 4 year grant (Total $595,709).

2013-2014    Principal Investigator. <u>Funding for Predoctoral Clinical and Research Training</u>. Del Harder Research Foundation. Detroit Medical Center; 1 year grant (Total $47,000).

2012-2016    Principal Investigator. <u>Southeastern Michigan Traumatic Brain Injury Longitudinal Research Project.</u> National Institute on Disability and Rehabilitation Research; 4 year grant (Total $139,600).

2012-2015    Consultant. <u>Cognitive Behavioral Therapy (CBT) for Caregivers of Operation Iraqi Freedom/Operation Enduring Freedom (OIF/OEF) Service Members with Traumatic Brain Injury.</u> National Institute on Disability and Rehabilitation Research. A Field Initiated Grant. 3 year grant (Total $600,000).

2011-2013    Principal Investigator. <u>Funding for Predoctoral Clinical and Research Training</u>. Del Harder Research Foundation. Detroit Medical Center; 2 year grant (Total $90,000).

2011-2012    Co-Investigator. <u>Reported Outcomes (PROs) for Children and Young Adults: Determining a Transitional Scoring Link Between the Current Pediatric and Adult PROMIS Item Banks.</u> Subcontract awarded to WSU Department of PM&R; 1 year grant (Total $74,933).

2009-2015    Co-Investigator. <u>Rehabilitation Research and Training Center on Developing Strategies to Foster Community Integration and Participation in Persons with Traumatic Brain Injury.</u> National Institute on Disability and Rehabilitation Research. 5 year grant (Total $4,250,000).

2008-2012    Principal Investigator. <u>Southeastern Michigan Traumatic Brain Injury System: A Model System of Comprehensive Care for Persons with Traumatic Brain Injury.</u>  National Institute on Disability and Rehabilitation Research.  4 year grant (Total $1,751,743).

2008-2011    Principal Investigator: <u>Neuroanatomical Correlates of Positive Psychology Among People with Traumatic Brain Injury: A Biopsychosocial Model</u>. National Institute on Disability and Rehabilitation Research. A Field Initiated Grant. Funded $593,022.

2008-2011     Co-Investigator: <u>A New Measure of Subjective Fatigue in Persons with Traumatic Brain Injury</u>. National Institute on Disability and Rehabilitation Research. A Field Initiated Grant. Funded $596,000.

2008          Co-Investigator. <u>Physiological Reactivity to Stress and Unawareness of Deficit Among Persons with TBI and their Caregivers</u>. Del Harder Foundation for Rehabilitation Research. Funded $20,000.

2007-2012     Principal Investigator. <u>Southeastern Michigan Traumatic Brain Injury Longitudinal Research Project.</u> National Institute on Disability and Rehabilitation Research. Funded $35,000.

2007-2010     Co-Investigator: <u>Pathways to Depression: An Examination of Vulnerability and Stress in Adults with Spinal Cord Injury</u>. National Institute on Disability and Rehabilitation Research. A Field Initiated Grant. Funded $596,000.

2004-2005     Co-Principal Investigator: <u>Neural Correlates of Driving in a Sample of TBI Survivors Using Real-Time fMRI.</u> Del Harder Foundation for Rehabilitation Research. Funded $20,000.

2002-2008     Principal Investigator. <u>Southeastern Michigan Traumatic Brain Injury System: A Model System of Comprehensive Care for Persons with Traumatic Brain Injury</u>.  National Institute on Disability and Rehabilitation Research.  5 year grant (Total $1,820,000).

2000-2002     Principal Investigator. <u>Southeastern Michigan Traumatic Brain Injury System: A Model System of Comprehensive Care for Persons with Traumatic Brain Injury</u>.  National Institute on Disability and Rehabilitation Research.  5 year grant (Total 1,720,000).

2002          Co-Principal Investigator: <u>Experienced burden among women with multiple sclerosis and their caregivers associated with executive functioning, menstrual cyclicity, and social support</u>. United Way Foundation and the Del Harder Foundation for Rehabilitation Research. Funded $20,000.

2001          Principal Investigator: <u>A 12 Week, Multicenter, Randomized, Double-Blinded, Placebo-Controlled, Preliminary Study to Determine the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Patients with Persistent Mild to Moderate Memory Impairments Resulting from One to Three Closed Head Injuries.</u> Eisai Pharmaceuticals.  Funded $85,000.

1999          Principal Investigator: <u>Funding for Research in TBI.</u> United Way Foundation and the Del Harder Foundation for Rehabilitation Research. Funded $50,000.

1999-2002    Neuropsychologist and Co-Investigator: <u>A 12 Week, Multicenter,</u>
<u>Randomized, Double-Blind, Placebo-Controlled Evaluation of the</u>
<u>Efficacy and Safety of Donepezil Hydrochloride (E2020) in the Treatment</u>
<u>of Cognitive Impairment in Patients with Multiple Sclerosis</u>. Pfizer and
Eisai Pharmaceuticals. Funded $40,000.

1999-2000    Co-Investigator and Coordinator of Neuropsychology. <u>Southeastern</u>
<u>Michigan Traumatic Brain Injury System:  A Model System of</u>
<u>Comprehensive Care for Persons with Traumatic Brain Injury</u>.  National
Institute on Disability and Rehabilitation Research (Principle Investigator:
Ross Zafonte, Ph.D.) 5 year grant (Total 1,720,000).

1999-2000    Project Director. <u>Postdoctoral Training in Clinical Neuropsychology and</u>
<u>Rehabilitation Psychology.</u>  United Way Foundation and the Del Harder
Foundation for Rehabilitation Research.  Funded $96,000.

 1998-1999    Project Coordinator. <u>University of Washington Traumatic Brain Injury</u>
<u>System:  A Model System of Comprehensive Care for Persons with</u>
<u>Traumatic Brain Injury.</u> National Institute on Disability and
Rehabilitation Research (Principle Investigator:  Sureyya Dikmen, Ph.D.)
Funded $344,000.


**PUBLICATIONS**
Journal Articles - * Indicates a paper mentored by me for one of my students

1. Kalpakjian, C.Z., Hanks, R., Quint, E., Millis, S., Sander, A.M., Lequerica, A.H.,
Bushnik, T., Brunner, B., Rapport, L.J. (In Press). Assessing Menopause Symptoms
in Women with Traumatic Brain Injury: The Development and Initial Testing of a
New Scale. Women's Health. 2023 Dec 14;:1-14.
doi:10.1080/03630242.2023.2294969. [Epub ahead of print] PubMed PMID:
38097958.

2. Boone, K.B., Kaufman, P., Sweet, J., Leatherberry, D., Beatty, R., Silva, D., Victor,
T., Boone, R., Spector, J., Hebben, N., Hanks, R., James, J. (In Press). Attorney
Demands for Protected Psychological Test Information:  Is Access Necessary for
Cross Examination, or Does it Lead to Misinformation? An Interorganizational
Position Paper. The Clinical Neuropsychologist.

3. Patrick, S., Rapport, L.J., Hanks, R.A., Kanser, R. (In Press). Detecting Feigned
Cognitive Impairment Using Pupillometry on the Warrington Recognition Memory
Test for Words. Journal of Clinical and Experimental Neuropsychology.

4. Hanks, R.A., Ketchum, J., Peckham, M., Sevigny, M., Sander, A., Martin, A., et al.
(2024). Associations of Chronic Pain with Psychosocial Outcomes after Traumatic

Brain Injury: A NIDILRR and VA TBI Model Systems Collaborative Project. Journal of Head Trauma Rehabilitation. January/Feb; 39 (1).

5. Harrison-Felix, C, Sevigny, M., Beaulieu, C.L., Callender, L, Dams-O'Connor, K., Hammond, F.M., Hanks, R., Ketchum, J., Martin, A., Marwitz, J.H., Peckham, M., Rabinowitz, A.R., Sander, A.M., Sterling, A., Walker, W.C., Nakase-Richardson, R., Hoffman, J.M. (2024). Characterization and Treatment of Chronic Pain After Traumatic Brain Injury- Comparison of Characteristics Between Individuals With Current Pain, Past Pain, and No Pain: A NIDILRR and VA TBI Model Systems Collaborative Project. Journal of Head Trauma Rehabilitation, January/Feb; 39 (1).

6. Nakase-Richardson R, Cotner BA, Agtarap SD, Martin AM Ching D, O'Connor DR, Tweed A, Haun JN, Hanks RA, Bergquist TF, Hammond FM, Zafonte RD, Hoffman JM. (2024) Provider Perceived Facilitators and Barriers to Identifying, Perceiving, and Seeking Healthcare for Chronic Pain after TBI: A NIDILRR and VA TBI Model Systems Collaborative Project. J Head Trauma Rehabil, January/Feb; 39 (1).

7. Nakase-Richardson R, Cotner BA, Martin AM, Agtarap SD, Tweed A, Esterov D, O'Connor DR, Ching D, Haun JN, Hanks RA, Bergquist TF, Hammond FM, Zafonte RD, Hoffman JM. (2024) Provider Perspectives of Facilitators and Barriers to Reaching and Utilizing Chronic Pain Healthcare for Persons with Traumatic Brain Injury: A NIDILRR and VA TBI Model Systems Collaborative Project, J Head Trauma Rehabil, January/Feb; 39 (1).

8. Haun JN, Nakase-Richardson R, Cotner BA, Agtarap SD, Martin AM, Tweed A, Hanks RA, Wittine L, Bergquist TF, Hoffman JM. (2024) Stakeholder engagement to identify implementation strategies to overcome barriers to delivering chronic pain treatments: A NIDILRR and VA TBI Model Systems Collaborative Project, J Head Trauma Rehabil, January/Feb; 39 (1).

9. Sander AM, Christensen K, Loyo K, Williams M, Leon-Novelo L, Ngan E, Agtarap S, Martin AM, Neumann D, Hammond FM, Hanks R, Hoffman J. Coping With Chronic Pain After Traumatic Brain Injury: Role of Race/Ethnicity and Effect on Participation Outcomes in a TBI Model Systems Sample. Arch Phys Med Rehabil. 2023 Jul;104(7):1099-1106. doi: 10.1016/j.apmr.2023.03.003. Epub 2023 Mar 24. PMID: 36966956.

10. Sander AM, Pappadis MR, Bushnik T, Chiaravalloti ND, Driver S, Hanks R, Lercher K, Neumann D, Rabinowitz A, Seel RT, Weber E, Ralston RK, Corrigan J, Kroenke K, Hammond FM. An Umbrella Review of Self-Management Interventions for Health Conditions With Symptom Overlap With Traumatic Brain Injury. J Head Trauma Rehabil. 2023 Jun 9. doi: 10.1097/HTR.0000000000000863. Epub ahead of print. PMID: 37294622.

11.  Kanser RJ, Kretzmer T, Soble JR, Hanks RA. Neuropsychologists' perspectives of chronic traumatic encephalopathy (CTE). Clin Neuropsychol. 2023 Jul 27:1-20. doi: 10.1080/13854046.2023.2241191. Epub ahead of print. PMID: 37501137.

12.  Carlozzi NE, Graves C, Troost JP, Kallen MA, Tulsky DS, Hanks RA, Ianni PA, Miner JA, Sander AM. Initial Evidence for Reliable and Valid Use of Scores on the 8-Item Econ-QOL Short Form to Measure Economic Quality of Life in Caregivers of Persons With Traumatic Brain Injury. Arch Phys Med Rehabil. 2023 Mar;104(3):430-437. doi: 10.1016/j.apmr.2022.07.015. Epub 2022 Aug 6. PMID: 35944601; PMCID: PMC9899870.

13. Martin BJ, Sober JD, Millis SR, Hanks RA, Reslan S, Waldron-Perrine B. CVLT-3 response bias as an indicator of performance validity in a litigating population. Clin Neuropsychol. 2023 Jan;37(1):81-90. doi: 10.1080/13854046.2021.1993347. Epub 2021 Oct 25. PubMed PMID: 34689724.

14. *Dorenkamp, M., Waldron-Perrine, B., Hanks, R. (2023). Influence of Acceptance and Commitment Therapy (ACT) Core Processes on Anxiety and Stress in Persons with Spinal Cord Injury (SCI): A Cross-Sectional Study. Archives of Physical Medicine and Rehabilitation, 104(4), 612-618 http://doi: 10.1016/j.apmr.2022.11.004. Epub 2022 Dec 5. PubMed PMID: 36481262.

15.  Sander, A.M., Williams, M., Loyo, K., Leon-Novelo, L. Ngan, E., Neumann, D., Agtarap, S., Martin, A.M., Hoffman, J., Christensen, K., Hanks, R., Hammond, F.M. (2023). Disparities in chronic pain experience and treatment following traumatic brain injury: A Traumatic Brain Injury Model System Study.  Journal of Head Trauma Rehabilitation, 38 (2). 125-136. doi: 10.1097/HTR.0000000000000870. PubMed PMID: 36883895.

16.  Waldron-Perrine B, Kisser J, Robinett E, Hanks RA, Kratz A. Association between Acceptance and Commitment Therapy (ACT) processes and depressive symptoms and pain interference in persons with spinal cord injury (SCI). Rehabil Psychol. 2022 Nov;67(4):602-609. doi: 10.1037/rep0000466. Epub 2022 Sep 1. PubMed PMID: 36048060.

17.  Boone, Kyle; Sweet, Jerry J.; Byrd, Desiree; Denney, Robert; Hanks, Robin; Kaufmann, Paul; Kirkwood, Michael; Larrabee, Glenn; Marcopulos, Bernice; Morgan, Joel; Paltzer, June; Rivera Mindt, Monica; Schroeder, Ryan; Sim, Anita; Suhr, Julie A (Published online January 17, 2022). Official Position of the American Academy of Clinical Neuropsychology on Test Security, The Clinical Neuropsychologist, 36(3), 523-545. https://doi.org/10.1080/13854046.2021.2022214.

18.  Cohen, D., Bhushan, B., Hanks, R. et al. (2022). Examining Cultural, Ethnic, and Religious Differences with the Brief Multidimensional Measure of Religiousness and Spirituality in the U.S. and India. J Relig Health. Oct. 1-15. https://doi.org/10.1007/s10943-021-01433-0

19.* Kanser, R. J., Rapport, L. J., Hanks, R. A., & Patrick, S. D. (2022). Utility of WAIS-IV Digit Span indices as measures of performance validity in moderate to severe traumatic brain injury. The Clinical Neuropsychologist, 36(7), 1950-1963. https://doi.org/10.1080/13854046.2021.1921277

20.* Patrick, S. D., Rapport, L. J., Kanser, R. J., Hanks, R. A., & Bashem, J. R. (2021). Detecting simulated versus bona fide traumatic brain injury using pupillometry. Neuropsychology, 35(5), 472-485. https://doi.org/10.1080/13854046.2020.1716997

21. *Kanser, R. J., Rapport, L. J., Hanks, R. A., & Patrick, S. D. (2021). Time and money: Exploring enhancements to performance validity research designs. Applied Neuropsychology: Adult, December, 1-8. *https://doi.org/10.1080/23279095.2021.2019740*

22.* Patrick, S. D., Rapport, L. J., Kanser, R. J., Hanks, R. A., & Bashem, J. R. (2021). Performance validity assessment using response time on the Warrington Recognition Memory Test. The Clinical Neuropsychologist, July, 1-20. https://doi.org/doi:10.1080/13854046.2020.1716997

23. *Williams MW, Rapport LJ, Hanks RA, Parker HA.(2021) Engagement in rehabilitation therapy and functional outcomes among individuals with acquired brain injuries ‡. Disabil Rehabil. May 17;:1-9. http://doi.org/10.1080/09638288.2019.1613682.

24. Carlozzi NE, Kallen MA, Brickell TA, Lange RT, Boileau NR, Tulsky D, Hanks RA, Massengale JP, Nakase-Richardson R, Ianni PA, Miner JA, French LM, Sander AM. Measuring emotional suppression in caregivers of adults with traumatic brain injury. Rehabil Psychol. 2020 Nov;65(4):455-470. doi: 10.1037/rep0000291. Epub 2019 Oct 3. PubMed PMID: 31580109; PubMed Central PMCID: PMC7117989.

25. Carlozzi, N. E., Boileau, N. R., Hanks, R. A., Sander, A. M., Nakase-Richardson, R., & Massengale, J. P. (2020). Sleep impairment is related to health-related quality of life among caregivers of lower-functioning traumatic brain injury survivors. Rehabilitation Psychology, 65(4), 443–454. https://doi.org/10.1037/rep0000334

26. Kratz, A. L., Boileau, N. R., Sander, A. M., Nakase-Richardson, R., Hanks, R. A., Massengale, J. P., Miner, J. A., & Carlozzi, N. E. (2020). Do emotional distress and functional problems in persons with traumatic brain injury contribute to perceived sleep-related impairment in caregivers? Rehabilitation Psychology, 65(4), 432–442. https://doi.org/10.1037/rep0000327

27. Hanks, R. A., Boileau, N. R., Norman, A. L., Nakase-Richardson, R., Mariouw, K. H., & Carlozzi, N. E. (2020). Spirituality and outcomes in caregivers of persons with traumatic brain injury (TBI). Rehabilitation Psychology, 65(4), 347–359. https://doi.org/10.1037/rep0000304

28. Hahn, E. A., Boileau, N. R., Hanks, R. A., Sander, A. M., Miner, J. A., & Carlozzi, N. E. (2020). Health literacy, health outcomes, and the caregiver role in traumatic brain injury. Rehabilitation Psychology, 65(4), 401–408. https://doi.org/10.1037/rep0000330

29. Raad, J. H., Tulsky, D., Lange, R. T., Brickell, T. A., Sander, A. M., Hanks, R. A., ... & Carlozzi, N. E. (2020). Establishing the Factor Structure of a Health-Related Quality of Life Measurement System for Caregivers of Persons Living with Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation. 101(7), 1220-1232.

30. Cohen, D., Bhushan, B., Hanks, R., Yoon, D. P., Johnstone, B., & Hunt, I. (2020). The right parietal lobe, sense of self, and empathy: cross-cultural, ethnic, and religious considerations. Mental Health, Religion & Culture, 1-23. https://doi.org/10.1080/13674676.2020.1725454

31. Carlozzi, N. E., Lange, R. T., French, L. M., Kallen, M. A., Boileau, N. R., Hanks, R. A., Nakase-Richardson, R., Massengale, J. P., Sander, A. M., Hahn, E. A., Miner, J. A., & Brickell, T. A. (2020). TBI-CareQOL military health care frustration in caregivers of service members/veterans with traumatic brain injury. Rehabilitation Psychology, 65(4), 360–376. https://doi.org/10.1037/rep0000305

32. Carlozzi, N. E., Boileau, N. R., Kallen, M. A., Nakase-Richardson, R., Hahn, E. A., Tulsky, D. S., Miner, J. A., Hanks, R. A., Massengale, J. P., Lange, R. T., Brickell, T. A., French, L. M., Ianni, P. A., & Sander, A. M. (2020). Reliability and validity data to support the clinical utility of the Traumatic Brain Injury Caregiver Quality of Life (TBI-CareQOL). Rehabilitation Psychology, 65(4), 323–336. https://doi.org/10.1037/rep0000295

33. *Kanser, R., Bashem, J., Patrick, S., Hanks, R.A., Rapport, L.J. (2020). Detecting Feigned Traumatic Brain Injury with Eye Tracking During a Test of Performance Validity. *Neuropsychology,* Vol 34(3), Mar 2020, 308-320. doi:http://dx.doi.org/10.1037/neu0000613.

34. Carlozzi, N. E., Lange, R. T., Kallen, M. A., Boileau, N. R., Sander, A. M., Massengale, J. P., Nakase-Richardson, R., Tulsky, D. S., French, L. M., Hahn, E. A., Ianni, P. A., Miner, J. A., Hanks, R., & Brickell, T. A. (2020). Assessing vigilance in caregivers after traumatic brain injury: TBI-CareQOL Caregiver Vigilance. Rehabilitation Psychology, 65(4), 418–431. https://doi.org/10.1037/rep0000302

35. Kisala PA, Tulsky DS, Boulton AJ, Heinemann A, Victorson D, Sherer M, Sander AM, Chiaravalloti N, Carlozzi NE, Hanks R. Development and Psychometric Characteristics of the TBI-QOL Independence Item Bank and Short Form and the TBI-QOL Asking for Help Scale. Archives of physical medicine and rehabilitation, 101(1), 33-42.

36. Sander, A. M., Boileau, N. R., Hanks, R. A., Tulsky, D. S., & Carlozzi, N. E. (2020). Emotional suppression and hypervigilance in military caregivers: Relationship to negative and positive affect. The Journal of Head Trauma Rehabilitation, 35(1), E10-E20. doi: 10.1097/HTR.0000000000000507.

37. Rapport, L. J., Wong, C. G., & Hanks, R. A. (2020). Resilience and well-being after traumatic brain injury. Disability and rehabilitation, 42(14), 2049-2055. doi: 10.1080/09638288.2018.1552327. PubMed PMID: 31155974.

38. Kisala PA, Bushnik T, Boulton AJ, Hanks RA, Kolakowsky-Hayner SA, Tulsky DS. (2019) Measuring Fatigue in TBI: Development of the TBI-QOL Fatigue Item Bank and Short Form. J Head Trauma Rehabil.  Sep/Oct;34(5):289-297. doi: 10.1097/HTR.0000000000000530. PubMed PMID: 31498228.

39. Heinemann AW, Kisala PA, Boulton AJ, Sherer M, Sander AM, Chiaravalloti N, Bushnik T, Hanks R, Roth E, Tulsky DS. (2019). Development and Calibration of the TBI-QOL Ability to Participate in Social Roles and Activities and TBI-QOL Satisfaction with Social Roles and Activities Item Banks and Short Forms. Arch Phys Med Rehabil. 2019 Aug 29;. doi: 10.1016/j.apmr.2019.07.015. PubMed PMID: 31473208.

40. Carlozzi NE, Kallen MA, Ianni PA, Hahn EA, French LM, Lange RT, Brickell TA, Hanks R, Sander AM. The Development of a New Computer-Adaptive Test to Evaluate Strain in Caregivers of Individuals With TBI: TBI-CareQOL Caregiver Strain. Arch Phys Med Rehabil. 2019 Apr;100(4S):S13-S21. doi: 10.1016/j.apmr.2018.05.033. Epub 2018 Aug 25. PubMed PMID: 29966647; PubMed Central PMCID: PMC6389439.

41. Kisala PA, Boulton AJ, Cohen ML, Slavin MD, Jette AM, Charlifue S, Hanks R, Mulcahey MJ, Cella D, Tulsky DS. (2019). Interviewer-versus self-administration of PROMIS® measures for adults with traumatic injury. Health psychology, 38(5), 435.

42. Carlozzi NE, Kallen MA, Sander AM, Brickell TA, Lange RT, French LM, Ianni PA, Miner JA, Hanks R. The Development of a New Computer Adaptive Test to Evaluate Anxiety in Caregivers of Individuals With Traumatic Brain Injury: TBI-CareQOL Caregiver-Specific Anxiety. Arch Phys Med Rehabil. 2019 Apr;100(4S):S22-S30. doi: 10.1016/j.apmr.2018.05.027. Epub 2018 Jun 26. PubMed PMID: 29958902; PubMed Central PMCID: PMC6309947.

43. Carlozzi NE, Kallen MA, Hanks R, Kratz AL, Hahn EA, Brickell TA, Lange RT, French LM, Ianni PA, Miner JA, Sander AM. The Development of a New Computer Adaptive Test to Evaluate Feelings of Being Trapped in Caregivers of Individuals With Traumatic Brain Injury: TBI-CareQOL Feeling Trapped Item Bank. Arch Phys Med Rehabil. 2019 Apr;100(4S):S43-S51. doi: 10.1016/j.apmr.2018.06.025. Epub 2018 Jul 31. PubMed PMID: 30075146; PubMed Central PMCID: PMC6422745.

44. Hahn, EA., Ianni, PA, Hanks, RA, Miner, JA, Freedman, J, Carlozzi, NE. (2019). Survey response burden in caregivers of civilians and service members/veterans with traumatic brain injury.  Patient Related Outcomes Measures.  2019:10, pages 59-66. https://doi.org/10.2147/PROM.S171712.

45. Bupp, L., Waldron-Perrine, B., Hanks, R., & Kratz, A. (2019). Predictors of Anxiety and Positive Affect in SCI: Contributions from Spiritual Well-Being, Fusion, and Values. Archives of Physical Medicine and Rehabilitation, 100(10), e109.

46. Hanks R, Millis S, Scott S, Gattu R, O'Hara NB, Haacke M, Kou Z. The relation between cognitive dysfunction and diffusion tensor imaging parameters in traumatic brain injury. Brain Inj. 2019;33(3):355-363. doi: 10.1080/02699052.2018.1553073. Epub 2018 Dec 19. PubMed PMID: 30563361.

47. *Keatley E, Hanks R, Sander AM, Kratz AL, Tulsky DS, Ianni P, Miner J, Carlozzi NE. Group Differences Among Caregivers of Civilians and Service Members or Veterans With Traumatic Brain Injury. Arch Phys Med Rehabil. 2019 Apr;100(4S):S52-S57. doi: 10.1016/j.apmr.2018.11.009. Epub 2018 Dec 8. PMID: 30537488

48. *Parker HA, Rapport LJ, Williams MW, Hanks RA, Lumley MA, Bogg T. Functional independence after acquired brain injury: Prospective effects of health self-efficacy and cognitive impairment. Rehabil Psychol. 2018 Nov;63(4):595-603. doi: 10.1037/rep0000243. Epub 2018 Sep 24. PubMed PMID: 30247052.

49. Sander AM, Hanks RA, Ianni PA, Boileau NR, Kratz AL, Hahn EA, Tulsky DS, Carlozzi NE. Sociocultural Factors Influencing Caregiver Appraisals Following Traumatic Brain Injury. Arch Phys Med Rehabil. 2019 Apr;100(4S):S58-S64. doi: 10.1016/j.apmr.2018.08.193. Epub 2018 Oct 23.PMID: 30365926

50. Carlozzi NE, Kallen MA, Hanks R, Hahn EA, Brickell TA, Lange RT, French LM, Kratz AL, Tulsky DS, Cella D, Miner JA, Ianni PA, Sander AM. The TBI-CareQOL Measurement System: Development and preliminary validation of health-related quality of life measures for caregivers of civilians and service members/veterans with traumatic brain injury. Arch Phys Med Rehabil. 2019 Apr;100(4S):S1-S12. doi: 10.1016/j.apmr.2018.08.175. Epub 2018 Sep 7. PMID: 30195987

51. Hanks RA, Rapport L, Seagly K, Millis S, Scott C, Pearson C. Outcomes after Concussion Recovery Education: The Effects of Litigation and Disability Status on Maintenance of Symptoms. J Neurotrauma. 2019 Feb 15;36(4):554-558. doi: 10.1089/neu.2018.5873. Epub 2018 Sep 6.PMID: 30117361

52. Tulsky DS, Kisala PA, Boulton AJ, Jette AM, Thissen D, Ni P, DeWalt DA, Huang IC, Liu Y, Mulcahey MJ, Slavin M, Magnus B, Crump H, Hanks R, Charlifue S, Reeve BB. Determining a transitional scoring link between PROMIS® pediatric and

adult physical health measures. Qual Life Res. 2019 May;28(5):1217-1229. doi: 10.1007/s11136-018-2073-3. Epub 2018 Dec 11.PMID: 30539361

53. Carlozzi NE, Kallen MA, Ianni PA, Sander AM, Hahn EA, Lange RT, Brickell TA, French LM, Miner JA, Hanks R. The development of a two new computer adaptive tests to evaluate feelings of loss in caregivers of individuals with traumatic brain injury: TBI-CareQOL Feelings of Loss-Self and Feelings of Loss-Person with Traumatic Brain Injury. Arch Phys Med Rehabil. 2019 Apr;100(4S):S31-S42. doi: 10.1016/j.apmr.2018.05.026. Epub 2018 Jun 26. PMID: 29958904

54. Carlozzi NE, Hanks R, Lange RT, Brickell TA, Ianni PA, Miner JA, French LM, Kallen MA, Sander AM. Understanding Health-related Quality of Life in Caregivers of Civilians and Service Members/Veterans With Traumatic Brain Injury: Establishing the Reliability and Validity of PROMIS Mental Health Measures. Arch Phys Med Rehabil. 2019 Apr;100(4S):S94-S101. doi: 10.1016/j.apmr.2018.05.021. Epub 2018 Jun 19.PMID: 29932885

55. Sander AM, Clark AN, van Veldhoven LM, Hanks R, Hart T, Leon Novelo L, Ngan E, Arciniegas DB. Factor analysis of the everyday memory questionnaire in persons with traumatic brain injury. Clin Neuropsychol. 2018 Apr;32(3):495-509. doi: 10.1080/13854046.2017.1368714. Epub 2017 Aug 29. PubMed PMID: 28849703.

56. *Kanser RJ, Rapport LJ, Bashem JR, Hanks RA. Detecting malingering in traumatic brain injury: combining response time with performance validity test accuracy. Clin Neuropsychol. 2019 Jan;33(1):90-107. doi: 10.1080/13854046.2018.1440006. Epub 2018 Feb 22. PMID: 29469640   First Place winner of the Second Annual TCN/AACN Student Project Competition.

57. * Seagly, KS,  O'Neil, RL, Hanks, R.A. (2018) Pre-injury psychosocial and demographic predictors of long-term functional outcomes post-TBI, Brain Injury, 32:1, 78-83, DOI: 10.1080/02699052.2017.1374467

58. *Reslan S, Kalpakjian CZ, Hanks RA, Millis SR, Bombardier CH. Rasch analysis of alcohol abuse and dependence diagnostic criteria in persons with spinal cord injury. Spinal Cord. 2017 May;55(5):497-501. doi: 10.1038/sc.2016.146. Epub 2017 Feb 28. PubMed PMID: 28244502.

59. Parker, H. A., Rapport, L. J., Williams, M. W., Hanks, R. A., Lumley, M. A., & Bogg, T. (2018). Functional independence after acquired brain injury: Prospective effects of health self-efficacy and cognitive impairment. Rehabilitation Psychology, 63(4), 595– 603. https://doi.org/10.1037/rep0000243

60. *Kanser RJ, Rapport LJ, Bashem JR, Billings NM, Hanks RA, Axelrod BN, Miller JB. Strategies of successful and unsuccessful simulators coached to feign traumatic brain injury. Clin Neuropsychol. 2017 Apr;31(3):644-653. doi: 10.1080/13854046.2016.1278040. Epub 2017 Jan 13. PubMed PMID: 28084893.

61. Kratz AL, Kalpakjian CZ, Hanks RA. Are intensive data collection methods in pain research feasible in those with physical disability? A study in persons with chronic pain and spinal cord injury. Qual Life Res. 2017 Mar;26(3):587-600. doi: 10.1007/s11136-016-1494-0. Epub 2017 Jan 17. PubMed PMID: 28097459.

62. Sherer M, Nick TG, Sander AM, Melguizo M, Hanks R, Novack TA, Tulsky D, Kisala P, Luo C, Tang X. Groupings of Persons With Traumatic Brain Injury: A New Approach to Classifying Traumatic Brain Injury in the Post-Acute Period. J Head Trauma Rehabil. 2017 Mar/Apr;32(2):125-133. doi: 10.1097/HTR.0000000000000207. PubMed PMID: 26709583.

63. Kratz AL, Ehde DM, Bombardier CH, Kalpakjian CZ, Hanks RA. Pain Acceptance Decouples the Momentary Associations Between Pain, Pain Interference, and Physical Activity in the Daily Lives of People With Chronic Pain and Spinal Cord Injury. J Pain. 2017 Mar;18(3):319-331. doi: 10.1016/j.jpain.2016.11.006. Epub 2016 Dec 2. PubMed PMID: 27919770.

64. Johnstone B, Hanks R, Bhushan B, Cohen D, Roseberry J, et al. Selflessness as a Universal Neuropsychological Foundation of Spiritual Transcendence: Validation with Christian, Hindu, and Muslim Tradition. Mental health, religion & culture. 2017; 20(2):175-187.

65. *Wong CG, Rapport LJ, Meachen SJ, Hanks RA, Lumley MA. Behavioral inhibition and activation systems in traumatic brain injury. Rehabil Psychol. 2016 Nov;61(4):397-407. PubMed PMID: 27831731.

66. Hanks RA, Jackson AM, Crisanti LK. Predictive validity of a brief outpatient neuropsychological battery in individuals 1-25 years post traumatic brain injury. Clin Neuropsychol. 2016 Oct;30(7):1074-86. doi: 10.1080/13854046.2016.1194479. Epub 2016 Jun 7. PubMed PMID: 27270111.

67. Hanks RA, Rapport LJ, Waldron Perrine B, Millis SR. Correlates of resilience in the first 5 years after traumatic brain injury. Rehabil Psychol. 2016 Aug;61(3):269-276. doi: 10.1037/rep0000069. Epub 2016 Feb 8. PubMed PMID: 26855130.

68. Sander AM, Maestas KL, Pappadis MR, Hammond FM, Hanks RA; NIDILRR Traumatic Brain Injury Model Systems Module Project on Sexuality After TBI.. Multicenter Study of Sexual Functioning in Spouses/Partners of Persons With Traumatic Brain Injury. Arch Phys Med Rehabil. 2016 May;97(5):753-9. doi: 10.1016/j.apmr.2016.01.009. Epub 2016 Feb 1. PubMed PMID: 26845190.

69. Reeve BB, Thissen D, DeWalt DA, Huang IC, Liu Y, Magnus B, Quinn H, Gross HE, Kisala PA, Ni P, Haley S, Mulcahey MJ, Charlifue S, Hanks RA, Slavin M, Jette A, Tulsky DS. Linkage between the PROMIS® pediatric and adult emotional distress measures. Qual Life Res. 2016 Apr;25(4):823-33. doi: 10.1007/s11136-015-1143-z.

Epub 2015 Sep 30. PubMed PMID: 26424169; PubMed Central PMCID: PMC4814370.

70. Johnstone B, Bhushan B, Hanks R, Yoon DP, Cohen D. Factor Structure of the Brief Multidimensional Measure of Religiousness/Spirituality in US and Indian Samples with Traumatic Brain Injury. J Relig Health. 2016 Apr;55(2):572-86. doi: 10.1007/s10943-015-0170-y. PubMed PMID: 26708139.

71. Liu J, Xia S, Hanks R, Wiseman N, Peng C, Zhou S, Haacke EM, Kou Z. Susceptibility Weighted Imaging and Mapping of Micro-Hemorrhages and Major Deep Veins after Traumatic Brain Injury. J Neurotrauma. 2016 Jan 1;33(1):10-21. doi: 10.1089/neu.2014.3856. Epub 2015 May 26. PubMed PMID: 25789581.

72. Tulsky DS, Kisala PA, Victorson D, Carlozzi N, Bushnik T, Sherer M, Choi SW, Heinemann AW, Chiaravalloti N, Sander AM, Englander J, Hanks R, Kolakowsky-Hayner S, Roth E, Gershon R, Rosenthal M, Cella D. TBI-QOL: Development and Calibration of Item Banks to Measure Patient Reported Outcomes Following Traumatic Brain Injury. J Head Trauma Rehabil. 2016 Jan-Feb;31(1):40-51. doi: 10.1097/HTR.0000000000000131. PubMed PMID: 25931184; PubMed Central PMCID: PMC4697960.

73. Sherer M, Davis LC, Sander AM, Nick TG, Luo C, Pastorek N, Hanks R. Factors Associated with Word Memory Test Performance in Persons with Medically Documented Traumatic Brain Injury. Clin Neuropsychol. 2015;29(4):522-41. doi: 10.1080/13854046.2015.1052763. Epub 2015 Jun 11. PubMed PMID: 26063081.

74. Sherer M, Sander AM, Nick TG, Melguizo MS, Tulsky DS, Kisala P, Hanks R, Novack TA. Key dimensions of impairment, self-report, and environmental supports in persons with traumatic brain injury. Rehabil Psychol. 2015 May;60(2):138-46. doi: 10.1037/rep0000030. PubMed PMID: 26120740.

75. *Greene HA, Rapport LJ, Millis SR, Hanks RA, Williams MW. Rasch analysis of the coping inventory for stressful situations in individuals with moderate to severe traumatic brain injury. Arch Phys Med Rehabil. 2015 Apr;96(4):659-66. doi: 10.1016/j.apmr.2014.11.006. Epub 2014 Nov 25. PubMed PMID: 25461689.

76. *Gardizi E, Hanks RA, Millis SR, Figueroa MJ. Comorbidity and insurance as predictors of disability after traumatic brain injury. Arch Phys Med Rehabil. 2014 Dec;95(12):2396-401. doi: 10.1016/j.apmr.2014.06.004. Epub 2014 Jun 24. PubMed PMID: 24972339.

77. Hanks RA, Rapport LJ, Waldron-Perrine B, Millis SR. Role of character strengths in outcome after mild complicated to severe traumatic brain injury: a positive psychology study. Arch Phys Med Rehabil. 2014 Nov;95(11):2096-102. doi: 10.1016/j.apmr.2014.06.017. Epub 2014 Jul 7. PubMed PMID: 25010535.

78. *Reslan S, Hanks RA. Factors associated with alcohol-related problems following moderate to severe traumatic brain injury. Rehabil Psychol. 2014 Nov;59(4):453-458. doi: 10.1037/a0037186. Epub 2014 Jul 14. PubMed PMID: 25019307.

79. *Williams MW, Rapport LJ, Millis SR, Hanks RA. Psychosocial outcomes after traumatic brain injury: life satisfaction, community integration, and distress. Rehabil Psychol. 2014 Aug;59(3):298-305. doi: 10.1037/a0037164. Epub 2014 Jul 14. PubMed PMID: 25019312.

80. *Bashem JR, Rapport LJ, Miller JB, Hanks RA, Axelrod BN, Millis SR. Comparisons of five performance validity indices in bona fide and simulated traumatic brain injury. Clin Neuropsychol. 2014;28(5):851-75. doi: 10.1080/13854046.2014.927927. Epub 2014 Jul 1. PubMed PMID: 24983387.

81. Millis SR, Meachen SJ, Griffen JA, Hanks RA, Rapport LJ. Rasch analysis of the community integration measure in persons with traumatic brain injury. Arch Phys Med Rehabil. 2014 Apr;95(4):734-40. doi: 10.1016/j.apmr.2013.11.020. Epub 2013 Dec 18. PubMed PMID: 24361818.

82. *Van Dyke SA, Millis SR, Axelrod BN, Hanks RA. Assessing effort: differentiating performance and symptom validity. Clin Neuropsychol. 2013;27(8):1234-46. doi: 10.1080/13854046.2013.835447. Epub 2013 Sep 12. PubMed PMID: 24028487.

83. Silverberg ND, Hanks RA, Tompkins SC. Education quality, reading recognition, and racial differences in the neuropsychological outcome from traumatic brain injury. Arch Clin Neuropsychol. 2013 Aug;28(5):485-91. doi: 10.1093/arclin/act023. PubMed PMID: 23858087; PubMed Central PMCID: PMC3858031.

84. Hanks RA, Sander AM, Millis SR, Hammond FM, Maestas KL. Changes in sexual functioning from 6 to 12 months following traumatic brain injury: a prospective TBI model system multicenter study. J Head Trauma Rehabil. 2013 May-Jun;28(3):179-85. doi: 10.1097/HTR.0b013e31828b4fae. PubMed PMID: 23661069.

85. Sander AM, Maestas KL, Nick TG, Pappadis MR, Hammond FM, Hanks RA, Ripley DL. Predictors of sexual functioning and satisfaction 1 year following traumatic brain injury: a TBI model systems multicenter study. J Head Trauma Rehabil. 2013 May-Jun;28(3):186-94. doi: 10.1097/HTR.0b013e31828b4f91. PubMed PMID: 23661070.

86. Olson-Madden JH, Brenner LA, Matarazzo BB, Signoracci GM; Expert Consensus Collaborators. Identification and treatment of TBI and co-occurring psychiatric symptoms among OEF/OIF/OND veterans seeking mental health services within the State of Colorado: establishing consensus for best practices. Community Ment Health J. 2013 Apr;49(2):220-9. doi: 10.1007/s10597-012-9572-4. Epub 2013 Jan 17. Erratum in: Community Ment Health J. 2014 Apr;50(3):373. Arciniegas, David B [added]. PubMed PMID: 23325070.

87.*Davis JJ, Axelrod BN, McHugh TS, Hanks RA, Millis SR. Number of impaired scores as a performance validity indicator. J Clin Exp Neuropsychol. 2013;35(4):413-20. doi: 10.1080/13803395.2013.781134. Epub 2013 Mar 20. PubMed PMID: 23514206.

88.*Williams MW, Rapport LJ, Hanks RA, Millis SR, Greene HA. Incremental validity of neuropsychological evaluations to computed tomography in predicting long-term outcomes after traumatic brain injury. Clin Neuropsychol. 2013;27(3):356-75. doi: 10.1080/13854046.2013.765507. Epub 2013 Feb 8. PubMed PMID: 23391004.

89.Johnson SC, Silverberg ND, Millis SR, Hanks RA. Symptom validity indicators embedded in the Controlled Oral Word Association Test. Clin Neuropsychol. 2012;26(7):1230-41. doi: 10.1080/13854046.2012.709886. Epub 2012 Aug 3. PubMed PMID: 22856612.

90.Hanks RA, Rapport LJ, Wertheimer J, Koviak C. Randomized controlled trial of peer mentoring for individuals with traumatic brain injury and their significant others. Arch Phys Med Rehabil. 2012 Aug;93(8):1297-304. doi: 10.1016/j.apmr.2012.04.027. PubMed PMID: 22840826.

91.*Davis LC, Sherer M, Sander AM, Bogner JA, Corrigan JD, Dijkers MP, Hanks RA, Bergquist TF, Seel RT. Preinjury predictors of life satisfaction at 1 year after traumatic brain injury. Arch Phys Med Rehabil. 2012 Aug;93(8):1324-30. doi: 10.1016/j.apmr.2012.02.036. PubMed PMID: 22840830.

92.Sander AM, Maestas KL, Pappadis MR, Sherer M, Hammond FM, Hanks R; NIDRR Traumatic Brain Injury Model Systems Module Project on Sexuality After TBI.. Sexual functioning 1 year after traumatic brain injury: findings from a prospective traumatic brain injury model systems collaborative study. Arch Phys Med Rehabil. 2012 Aug;93(8):1331-7. doi: 10.1016/j.apmr.2012.03.037. PubMed PMID: 22840831.

93.*Holcomb EM, Millis SR, Hanks RA. Comorbid disease in persons with traumatic brain injury: descriptive findings using the modified cumulative illness rating scale. Arch Phys Med Rehabil. 2012 Aug;93(8):1338-42. doi: 10.1016/j.apmr.2012.04.029. PubMed PMID: 22840832.

94.*Gardizi E, Millis SR, Hanks R, Axelrod B. Rasch analysis of the postconcussive symptom questionnaire: measuring the core construct of brain injury symptomatology. Clin Neuropsychol. 2012;26(6):869-78. doi: 10.1080/13854046.2012.702789. Epub 2012 Jul 18. PubMed PMID: 22809014.

95.*Davis JJ, McHugh TS, Axelrod BN, Hanks RA. Performance validity and neuropsychological outcomes in litigants and disability claimants. Clin Neuropsychol. 2012;26(5):850-65. doi: 10.1080/13854046.2012.686631. Epub 2012 May 25. PubMed PMID: 22630329.

96.*Miller JB, Axelrod BN, Rapport LJ, Hanks RA, Bashem JR, Schutte C. Substitution of California Verbal Learning Test, second edition for Verbal Paired Associates on the Wechsler Memory Scale, fourth edition. Clin Neuropsychol. 2012;26(4):599-608. doi: 10.1080/13854046.2012.677478. Epub 2012 Mar 30. PubMed PMID: 22462576.

97.*Miller JB, Axelrod BN, Rapport LJ, Millis SR, Vandyke S, Schutte C, Hanks RA. Parsimonious prediction of Wechsler Memory Scale, Fourth Edition scores: immediate and delayed memory indexes. J Clin Exp Neuropsychol. 2012;34(5):531-42. doi: 10.1080/13803395.2012.665437. Epub 2012 Mar 2. PubMed PMID: 22385414.

98.*Davis JJ, McHugh TS, Bagley AD, Axelrod BN, Hanks RA. Cross-validation of picture completion effort indices in personal injury litigants and disability claimants. Arch Clin Neuropsychol. 2011 Dec;26(8):768-73. doi: 10.1093/arclin/acr079. Epub 2011 Oct 10. PubMed PMID: 21986956.

99.Nakase-Richardson R, Sherer M, Seel RT, Hart T, Hanks R, Arango-Lasprilla JC, Yablon SA, Sander AM, Barnett SD, Walker WC, Hammond F. Utility of post-traumatic amnesia in predicting 1-year productivity following traumatic brain injury: comparison of the Russell and Mississippi PTA classification intervals. J Neurol Neurosurg Psychiatry. 2011 May;82(5):494-9. doi: 10.1136/jnnp.2010.222489. Epub 2011 Jan 17. PubMed PMID: 21242285.

100.Waldron-Perrine B, Rapport LJ, Hanks RA, Lumley M, Meachen SJ, Hubbarth P. Religion and spirituality in rehabilitation outcomes among individuals with traumatic brain injury. Rehabil Psychol. 2011 May;56(2):107-16. doi: 10.1037/a0023552. PubMed PMID: 21574729.

101.*Bercaw EL, Hanks RA, Millis SR, Gola TJ. Changes in neuropsychological performance after traumatic brain injury from inpatient rehabilitation to 1-year follow-up in predicting 2-year functional outcomes. Clin Neuropsychol. 2011 Jan;25(1):72-89. doi: 10.1080/13854046.2010.532813. Epub 2010 Nov 29. PubMed PMID: 21120763.

102.Vangel SJ Jr, Rapport LJ, Hanks RA. Effects of family and caregiver psychosocial functioning on outcomes in persons with traumatic brain injury. J Head Trauma Rehabil. 2011 Jan-Feb;26(1):20-9. doi: 10.1097/HTR.0b013e318204a70d. PubMed PMID: 21209560.

103.*Miller JB, Millis SR, Rapport LJ, Bashem JR, Hanks RA, Axelrod BN. Detection of insufficient effort using the advanced clinical solutions for the Wechsler Memory Scale, fourth edition. Clin Neuropsychol. 2011 Jan;25(1):160-72. doi: 10.1080/13854046.2010.533197. PubMed PMID: 21253964.

104. *Ylioja S, Hanks R, Baird A, Millis S. Are cognitive outcome and recovery different in civilian penetrating versus non-penetrating brain injuries? Clin Neuropsychol. 2010 Oct;24(7):1097-112. doi: 10.1080/13854046.2010.516021. PubMed PMID: 20924980.

105. *Schutte C, Hanks R. Impact of the presence of alcohol at the time of injury on acute and one-year cognitive and functional recovery after traumatic brain injury. Int J Neurosci. 2010 Aug;120(8):551-6. doi: 10.3109/00207454.2010.494789. PubMed PMID: 20615059.

106. *Griffen JA, Hanks RA, Meachen SJ. The reliability and validity of the Community Integration Measure in persons with traumatic brain injury. Rehabil Psychol. 2010 Aug;55(3):292-297. doi: 10.1037/a0020503. PubMed PMID: 20804273.

107. *Wolfe PL, Millis SR, Hanks R, Fichtenberg N, Larrabee GJ, Sweet JJ. Effort indicators within the California Verbal Learning Test-II (CVLT-II). Clin Neuropsychol. 2010 Jan;24(1):153-68. doi: 10.1080/13854040903107791. Epub 2009 Sep 11. PubMed PMID: 19750408.

108. Donders J, Hanks R, Morgan J, Ricker J, Sweet J. Best practice guidelines for forensic neuropsychological examinations of patients with traumatic brain injury. J Head Trauma Rehabil. 2009 Sep-Oct;24(5):413-4; discussion 414-8, author reply 418-9. doi: 10.1097/HTR.0b013e3181b9aa59. PubMed PMID: 19858973.

109. *Scott CA, Rapport LJ, Coleman Bryer R, Griffen J, Hanks R, McKay C. Self-assessment of driving ability and the decision to resume driving following stroke. J Clin Exp Neuropsychol. 2009 Apr;31(3):353-62. doi: 10.1080/13803390802169067. Epub 2008 Jun 16. PubMed PMID: 18608674.

110. *Tsanadis J, Montoya E, Hanks RA, Millis SR, Fichtenberg NL, Axelrod BN. Brain injury severity, litigation status, and self-report of postconcussive symptoms. Clin Neuropsychol. 2008 Dec;22(6):1080-92. doi: 10.1080/13854040701796928. Epub 2008 Feb 26. PubMed PMID: 18609319.

111. *Wertheimer JC, Hanks RA, Hasenau DL. Comparing functional status and community integration in severe penetrating and motor vehicle-related brain injuries. Arch Phys Med Rehabil. 2008 Oct;89(10):1983-90. doi: 10.1016/j.apmr.2008.04.010. PubMed PMID: 18929027.

112. *Kashluba S, Hanks RA, Casey JE, Millis SR. Neuropsychologic and functional outcome after complicated mild traumatic brain injury. Arch Phys Med Rehabil. 2008 May;89(5):904-11. doi: 10.1016/j.apmr.2007.12.029. PubMed PMID: 18452740.

113. Rapport LJ, Bryer RC, Hanks RA. Driving and community integration after traumatic brain injury. Arch Phys Med Rehabil. 2008 May;89(5):922-30. doi: 10.1016/j.apmr.2008.01.009. PubMed PMID: 18452742.

114. Kalmar K, Novack TA, Nakase-Richardson R, Sherer M, Frol AB, Gordon WA, Hanks RA, Giacino JT, Ricker JH. Feasibility of a brief neuropsychologic test battery during acute inpatient rehabilitation after traumatic brain injury. Arch Phys Med Rehabil. 2008 May;89(5):942-9. doi: 10.1016/j.apmr.2008.01.008. PubMed PMID: 18452744.

115. Hanks RA, Millis SR, Ricker JH, Giacino JT, Nakese-Richardson R, Frol AB, Novack TA, Kalmar K, Sherer M, Gordon WA. The predictive validity of a brief inpatient neuropsychologic battery for persons with traumatic brain injury. Arch Phys Med Rehabil. 2008 May;89(5):950-7. doi: 10.1016/j.apmr.2008.01.011. PubMed PMID: 18452745.

116. *Meachen SJ, Hanks RA, Millis SR, Rapport LJ. The reliability and validity of the brief symptom inventory-18 in persons with traumatic brain injury. Arch Phys Med Rehabil. 2008 May;89(5):958-65. doi: 10.1016/j.apmr.2007.12.028. PubMed PMID: 18452746.

117. *Votruba KL, Rapport LJ, Vangel SJ Jr, Hanks RA, Lequerica A, Whitman RD, Langenecker S. Impulsivity and traumatic brain injury: the relations among behavioral observation, performance measures, and rating scales. J Head Trauma Rehabil. 2008 Mar-Apr;23(2):65-73. doi: 10.1097/01.HTR.0000314525.93381.69. PubMed PMID: 18362760.

118. *Paradee C, Rapport L, Lumley M, Hanks R. Circadian preference and facial emotion recognition among rehabilitation inpatients. Rehabilitation psychology. 2008; 53:46-53.

119. Stucky K, Buterakos J, Crystal T, Hanks R. Acquiring CMS Funding for an APA-Accredited Postdoctoral Psychology Fellowship Program. Training and education in professional psychology. 2008; 2:165-175.

120. *Waldron-Perrine B, Hanks R, Perrine S. Pharmacotherapy for Postacute Traumatic Brain Injury: A Literature Review for Guidance in Psychological Practice. Rehabilitation psychology. 2008; 53:426-456.

121. *Silverberg ND, Hanks RA, Buchanan L, Fichtenberg N, Millis SR. Detecting response bias with performance patterns on an expanded version of the Controlled Oral Word Association Test. Clin Neuropsychol. 2008 Jan;22(1):140-57. PubMed PMID: 17853150.

122. *Silverberg ND, Hanks RA, McKay C. Cognitive estimation in traumatic brain injury. J Int Neuropsychol Soc. 2007 Sep;13(5):898-902. PubMed PMID: 17697421.

123. Chu BC, Millis S, Arango-Lasprilla JC, Hanks R, Novack T, Hart T. Measuring recovery in new learning and memory following traumatic brain injury: a mixed-

effects modeling approach. J Clin Exp Neuropsychol. 2007 Aug;29(6):617-25. PubMed PMID: 17691034.

124. Arango-Lasprilla JC, Rosenthal M, Deluca J, Komaroff E, Sherer M, Cifu D, Hanks R. Traumatic brain injury and functional outcomes: does minority status matter? Brain Inj. 2007 Jun;21(7):701-8. PubMed PMID: 17653944.

125. *Lequerica AH, Rapport LJ, Loeher K, Axelrod BN, Vangel SJ Jr, Hanks RA. Agitation in acquired brain injury: impact on acute rehabilitation therapies. J Head Trauma Rehabil. 2007 May-Jun;22(3):177-83. PubMed PMID: 17510593.

126. *Sherman TE, Rapport LJ, Hanks RA, Ryan KA, Keenan PA, Khan O, Lisak RP. Predictors of well-being among significant others of persons with multiple sclerosis. Mult Scler. 2007 Mar;13(2):238-49. Epub 2007 Jan 29. PubMed PMID: 17439890.

127. Benson RR, Meda SA, Vasudevan S, Kou Z, Govindarajan KA, Hanks RA, Millis SR, Makki M, Latif Z, Coplin W, Meythaler J, Haacke EM. Global white matter analysis of diffusion tensor images is predictive of injury severity in traumatic brain injury. J Neurotrauma. 2007 Mar;24(3):446-59. PubMed PMID: 17402851.

128. *Ryan KA, Rapport LJ, Sherman TE, Hanks RA, Lisak R, Khan O. Predictors of subjective well-being among individuals with multiple sclerosis. Clin Neuropsychol. 2007 Mar;21(2):239-62. PubMed PMID: 17455016.

129. Hart T, Hanks R, Bogner J, Millis S, Esselman P. Blame Attribution in Intentional and Unintentional Traumatic Brain Injury. Rehabilitation psychology. 2007; 52:152-161.

130. Arango-Lasprilla JC, Rosenthal M, Deluca J, Cifu DX, Hanks R, Komaroff E. Functional outcomes from inpatient rehabilitation after traumatic brain injury: how do Hispanics fare? Arch Phys Med Rehabil. 2007 Jan;88(1):11-8. PubMed PMID: 17207669.

131. Hanks RA, Rapport LJ, Vangel S. Caregiving appraisal after traumatic brain injury: The effects of functional status, coping style, social support and family functioning. NeuroRehabilitation. 2007;22(1):43-52. PubMed PMID: 17379947.

132. *Pierce CA, Hanks RA. Life satisfaction after traumatic brain injury and the World Health Organization model of disability. Am J Phys Med Rehabil. 2006 Nov;85(11):889-98. PubMed PMID: 17079961.

133. *Lequerica A, Rapport L, Whitman RD, Millis S, Vangel S, et al. Psychometric properties of the Rehabilitation Therapy Engagement Scale When Used Among Individuals with acquired brain injury. Rehabilitation psychology. 2006; 51(4):331-337.

134. Rapport LJ, Hanks RA, Bryer RC. Barriers to driving and community integration after traumatic brain injury. J Head Trauma Rehabil. 2006 Jan-Feb;21(1):34-44. PubMed PMID: 16456390.

135. Vangel SJ Jr, Rapport LJ, Hanks RA, Black KL. Long-term medical care utilization and costs among traumatic brain injury survivors. Am J Phys Med Rehabil. 2005 Mar;84(3):153-60. PubMed PMID: 15725788.

136. *Paradee CV, Rapport LJ, Hanks RA, Levy JA. Circadian preference and cognitive functioning among rehabilitation inpatients. Clin Neuropsychol. 2005 Feb;19(1):55-72. PubMed PMID: 15814478.

137. *Backhaus SL, Fichtenberg NL, Hanks RA. Detection of sub-optimal performance using a floor effect strategy in patients with traumatic brain injury. Clin Neuropsychol. 2004 Dec;18(4):591-603. PubMed PMID: 15841959.

138. *Mahmood O, Rapport LJ, Hanks RA, Fichtenberg NL. Neuropsychological performance and sleep disturbance following traumatic brain injury. J Head Trauma Rehabil. 2004 Sep-Oct;19(5):378-90. PubMed PMID: 15597029.

139. *Kennepohl S, Shore D, Nabors N, Hanks R. African American acculturation and neuropsychological test performance following traumatic brain injury. J Int Neuropsychol Soc. 2004 Jul;10(4):566-77. PubMed PMID: 15327735.

140. Orme DR, Johnstone B, Hanks R, Novack T. The WRAT-3 Reading subtest as a measure of premorbid intelligence among persons with brain injury. Rehabilitation psychology. 2004; 49:250-253.

141. *Ergh TC, Hanks RA, Rapport LJ, Coleman RD. Social support moderates caregiver life satisfaction following traumatic brain injury. J Clin Exp Neuropsychol. 2003 Dec;25(8):1090-101. PubMed PMID: 14566583.

142. Sherer M, Nick TG, Sander AM, Hart T, Hanks R, Rosenthal M, High WM Jr, Yablon SA. Race and productivity outcome after traumatic brain injury: influence of confounding factors. J Head Trauma Rehabil. 2003 Sep-Oct;18(5):408-24. PubMed PMID: 12973271.

143. Hart T, Whyte J, Polansky M, Millis S, Hammond FM, Sherer M, Bushnik T, Hanks R, Kreutzer J. Concordance of patient and family report of neurobehavioral symptoms at 1 year after traumatic brain injury. Arch Phys Med Rehabil. 2003 Feb;84(2):204-13. PubMed PMID: 12601651.

144. Hanks RA, Wood DL, Millis S, Harrison-Felix C, Pierce CA, Rosenthal M, Bushnik T, High WM Jr, Kreutzer J. Violent traumatic brain injury: occurrence, patient

characteristics, and risk factors from the Traumatic Brain Injury Model Systems project. Arch Phys Med Rehabil. 2003 Feb;84(2):249-54. PubMed PMID: 12601657.

145. Bushnik T, Hanks RA, Kreutzer J, Rosenthal M. Etiology of traumatic brain injury: characterization of differential outcomes up to 1 year postinjury. Arch Phys Med Rehabil. 2003 Feb;84(2):255-62. PubMed PMID: 12601658.

146. *Jones T, Rapport L, Hanks R, Lichtenberg P, Telmet K. Cognitive and psychosocial predictors of subjective well-being in urban older adults. Clin Neuropsychol. 2003 Feb;17(1):3-18. PubMed PMID: 12854007.

147. Zafonte RD, Ricker JH, Hanks RA, Wood DL, Amin A, Lombard L. Spinal epidural abscess: study of early outcome. J Spinal Cord Med. 2003 Winter;26(4):345-51. PubMed PMID: 14992335.

148. Black KL, Hanks RA, Wood DL, Zafonte RD, Cullen N, Cifu DX, Englander J, Francisco GE. Blunt versus penetrating violent traumatic brain injury: frequency and factors associated with secondary conditions and complications. J Head Trauma Rehabil. 2002 Dec;17(6):489-96. PubMed PMID: 12802240.

149. *Coleman RD, Rapport LJ, Ergh TC, Hanks RA, Ricker JH, Millis SR. Predictors of driving outcome after traumatic brain injury. Arch Phys Med Rehabil. 2002 Oct;83(10):1415-22. PubMed PMID: 12370878.

150. Ylvisaker M, Hanks R, Johnson-Greene D. Perspectives on rehabilitation of individuals with cognitive impairment after brain injury: rationale for reconsideration of theoretical paradigms. J Head Trauma Rehabil. 2002 Jun;17(3):191-209. Review. PubMed PMID: 12086574.

151. *Ergh TC, Rapport LJ, Coleman RD, Hanks RA. Predictors of caregiver and family functioning following traumatic brain injury: social support moderates caregiver distress. J Head Trauma Rehabil. 2002 Apr;17(2):155-74. PubMed PMID: 11909512.

152. Hanks RA, Temkin N, Machamer J, Dikmen SS. Emotional and behavioral adjustment after traumatic brain injury. Arch Phys Med Rehabil. 1999 Sep;80(9):991-7. PubMed PMID: 10488997.

153. Rapport LJ, Hanks RA, Millis SR, Deshpande S. Executive Functioning and Predictors of falls in the rehabilitation setting. Archives of physical medicine and rehabilitation. 1999; 79:629-633.

154. Hanks R, Rapport L, Millis S, Deshpande S. Measures of executive functioning as a predictor of functional ability and social integration in a rehabilitation sample. Archives of physical medicine and rehabilitation. 1999; 80:1031-1037.

155. Hanks R, Allen J, Ricker J, Deshpande S. Normative data on a measure of design fluency: The Make a Figure Test. Assessment. 1996; 3:459-466.

156. Hanks R, Lichtenberg P. Functional outcome across four decades of the older adult lifespan: A cross-sectional study of age and rehabilitation outcome in geriatric patients. Archives of physical medicine and rehabilitation. 1996; 77:783-792.

157. Poreh A, Ross T, Hanks R, Whitman RD. Ethnicity, Socioeconomic Background, and Psychosis-Proneness in a Diverse Sample of College Students. Current Psychology: Developmental, Learning, Personality, Social. 1995; 13:365-370.

**Book Authorships, Editorships, and Chapters**

1. Griffen, J., Hanks, R. (2014). Cognitive and Behavioral Outcomes in Traumatic Brain Injury. In Sherer, M., Sander, A. (Ed.) *Handbook on the Neuropsychology of Traumatic Brain Injury*. New York: Springer Publishing Company.

2. Mooney, S., Hanks, R. (2011) Recovery Following Mild Traumatic Brain Injury. In Morgan, J., Baron, IS, Ricker, J.H., (Ed.). *Casebook of Clinical Neuropsychology*. Oxford: Oxford University Press.

3. Coleman, R.D., Rapport, L.J., Hanks, R.A., (2005). Determining Fitness to Drive: Neuropsychological and Psychological Considerations.  In Pellerito, J. (Ed*.) Driver Rehabilitation: Principles and Practice*. New York: Elsevier.

4.  Hanks, R.A., Ricker, J.H., & Millis, S.R. (2004) Empirical Evidence Regarding the Neuropsychological Assessment of Moderate and Severe Traumatic Brain Injury.  In Ricker, J.H. (Ed.) *Differential Diagnosis in Adult Neuropsychological Assessment*. New York: Springer Publishing Company.

5. Goldman, R.S., Robinson, D., Grube, B, Hanks, R.A., Putnam, K., Walder, D.J., & Kane, J.M. (2000).  General Psychiatric Symptom Measures. In H.A. Rush & H.A. Pincus (Eds.), *Handbook of Psychiatric Measures*. Washington, D.C., American Psychiatric Press.

**INVITED LECTURES/PRESENTATIONS (Since 2013)**

Carlozzi, N., Hanks, R.A. (2019). Understanding Health Related Quality of Life in Care Partners of Persons with Traumatic Brain Injury.  Presented to the Brain Injury Association of Michigan's Annual Conference, September 13, 2019, Lansing, Michigan.

Hanks, R.A. (2018).  Positive Psychology Outcomes in Mild Complicated to Severe Traumatic Brain Injury.  Presented to the Department of Physical Medicine and Rehabilitation at the University of Michigan, November 8, 2018, Ann Arbor, Michigan.

Hanks, R.A. (2018). *Resilience in TBI.*  Presented at the Michigan Brain Injury Providers Council, August 14, 2018, Livonia, Michigan.

Hanks, R.A., (2016). *Psychosocial Adjustment in Moderate to Severe TBI.* Presented at the Annual Brain Injury Symposium of Mid-Michigan, June 3, 2016, Lansing, Michigan.

Hanks, R.A. (2015). *Peer Mentoring as a Method to Improve Community Integration.* Presented at the 5th Annual Conference on Neurology and Epidemiology. Presented November 19, 2015, Gold Coast, Australia.

Hanks, R. (2014). *Positive Psychology and Resiliency in Moderate to Severe TBI.* Presented at the Brain Injury Association of Michigan, Presented, September 12, 2014, Lansing, Michigan.

Hanks, R. (2014). *Positive Psychology: Examining Predictors of Optimal Outcomes in Moderate to Severe TBI.* Presented at the Annual Rehabilitation Psychology Mid-Year Conference, February 28, 2014, San Antonio, Texas.

Hanks, R. (2013). *Optimizing Concussion Recovery.* Presented at the Michigan Occupational and Environmental Medicine Association's 88th Annual Scientific Meeting and Michigan Association of Occupational Health Nurses Annual Scientific Meeting, Grand Rapids, Michigan, September 28, 2013.

Hanks, R. (2013) *Updates from the Southeastern Michigan Traumatic Brain Injury System.* Presented at the Michigan Traumatic Brain Injury Providers Council, Grand Rapids, Michigan, May 14, 2013.

Hanks, R (2013). *Findings from the Southeastern Michigan Traumatic Brain Injury System.* Presented at the Department of Neurosurgery, Wayne State University School of Medicine, January 31, 2013.

## CONFERENCE PRESENTATIONS

Sanders, G., Rapport, L.J., Broomfield, R., Hanks, R.A., Lumley, M.A., Lngenecker,S.A., Radigan. L.J., (2024). Cognitive Status Moderates the Relationship Between Experience Emotion and Memory for Facial Emotion. Poster presentation at the annual meeting of the American Academy of Clinical Neuropsychology, June 2024, Scottsdale, A.Z.

Broomfield., R., Weaver, D., Sanders, G., Lumley, M., Hanks, R., Rapport, L. (2024) Empathy and Affect Recognition and Memory as Predictors of Community Integration. Poster presentation at the 52nd Annual Meeting of the International Neuropsychological Society, February 2024, New York, N.Y.

Flores, E.V., Kanser, R.J., Hanks, R.A., Rapport, L.J. (2024) Comparing Trail Making Test-derived Performance Test in Moderate to Severe Traumatic Brain Injury. Poster presentation at the 52nd Annual Meeting of the International Neuropsychological Society, February 2024, New York, N.Y.

Patrick, S. Eringros, N., Sanders, G., Broomfield, R., Hanks, R., Rapport, L. (2024). Sleep Quality, Affect Intensity, and Attention after TBI. Poster presentation at the 52nd Annual Meeting of the International Neuropsychological Society, February 2024, New York, N.Y.

Hanks, R.A., Teague, C., Rapport, L.J., Waldron-Perrine, B., Reslan, S., Mills, S., and Simpson, G. (2024, February). Strength 2 Strength: Building and Maintaining Social Support Amongst Care Partners of Persons with Traumatic Brain Injury. Poster accepted for presentation at the 2024 Rehabilitation Psychology Conference, Austin, TX.

De La Garza, Vann D., Broomfield, R, Sanders, G., Hanks, R., Rapport, L. Alexithymia Moderates the Relationship between Memory for Emotion and Companionship (2023).  Poster presentation at the Annual Biomedical Research Conference for Minoritized Scientists (ABRCMS), November 2023, Phoenix, AZ.

Hanks, R., Rapport, L, Kalpakjian, C. (2023).  Coping with Menopause after Traumatic Brain Injury. Poster presentation at the 14th World Congress on Brain Injury, March 2023, Dublin, Ireland.

Rapport, L.J., Kalpakjian, C.Z., Hanks, R.A., Quint, E.H. (2023). The Menopause Transition in Women with Traumatic Brain Injury.  Oral presentation at the 50th International Neuropsychological Society conference, February 2023, San Diego, CA.

Sanders, G., Rapport, L.J., Broomfield, R., Plummer, S.D., Flores, E., Hanks, R.A., Lumley, M.A., Langenecker, S., Radigan, L. (2023) Assessing Memory for Emotions Separately from Emotion Recognition.  Poster presentation at the 50th International Neuropsychological Society conference, February 2023, San Diego, CA.

Patrick, S.D., Rapport, Kanser, R.J., Hanks, R.A., Bashem, J.B. (2023) Detecting Feigned Cognitive Impairment Using Pupillometry on the Warrington Recognition Memory Test for Words. Poster presentation at the 50th International Neuropsychological Society conference, February 2023, San Diego, CA.

Kanser, R.K., Kretzmer, T.K., Soble, J. R., & Hanks, R.A. (2022). Neuropsychologists' Perceptions of Chronic Traumatic Encephalopathy (CTE). Poster presented at the 49th International Neuropsychological Society conference, February 2022, New Orleans, LA.

Gross, E.Z., Hanks, R.A. (2022). Perceived Financial Vulnerability among People with a History of Moderate to Severe Traumatic Brain Injury. Poster presented at the 49th International Neuropsychological Society conference, February 2022, New Orleans, LA.

Radigan, L.J., Rapport, L.J., Billings, N.A., Broomfield, R. Lumley, M.A., Hanks, R.A., Langenecker, S. (2022). Relationship Between Self-Reported Affect and Emotion Perception Following Acquired Brain Injury. Poster presented at the 2022 Annual

Meeting of the international Neuropsychological Society, February 2022. New Orleans, LA.

Dorenkamp, M., Grant, J., Millis, S.R., Hanks, R. A. (2021). Age as a Predictor of Functional Recovery Five Years After Complicated Mild and Moderate Traumatic Brain Injury. Poster presented at the Annual Meeting of the American Psychological Association, August 2021.

Sanders, G., Rapport, L.J., Millis, S.R., Hanks. R.A. (2021). Growth Curve Trajectories of Processing Speed After Moderate or Severe Traumatic Brain Injury. Poster presented at the 48th International Neuropsychological Society conference, February 2020, San Diego, CA.

Radigan, L.J., Rapport, L.J., Hanks, R.A. (2021). Influence of Insurance Type on Disability and Emotional Outcomes Following TBI. Poster presented at the 48th International Neuropsychological Society conference, February 2020, San Diego, CA.

Martin, B., Sober, J., Millis, S.R., Hanks, R.A., Reslan, S., Waldron-Perrine, B. (2021). CVLT-3 Response Bias as an indicator of engagement in a litigating mTBI population. Poster presented at the 48th International Neuropsychological Society, February 2020, San Diego, CA.

Radigan, L.J., Billings, N.M., Millis, S. Hanks, R.A., Lumley, M.A, Rapport, L.J. (2020). *Rasch Analysis of the Multicultural Facial Recognition Test.* Poster presented at the Annual Convention of the American Psychological Association, August 2020, Washington, DC.

Patrick, S.D., Rapport, L.J., Kanser, R.J., Hanks, R.A., Bashem, J.B. (2020). *Something old, something new: Pupillary response in performance validity testing.* Poster presented at the Annual Meeting of the American Psychological Association, August 2020, Washington, D.C.

De Iorio, M., Rapport, L.J., Davis, K., Lumley, M., Hanks, R.A., Waldron Perrine, B (2020). *I know how you feel: Perspective-taking difficulty following TBI.* Poster presented at the 47th International Neuropsychological Society, February 2020, Denver, CO.

Patrick, S.D., Rapport, L.J., Kanser, R.J., Hanks, R.A. & Bashem, J.R. (2020). *Detecting Simulated Versus Bona Fide Traumatic Brain Injury Using Pupillometry.* Poster be presented at the 47th International Neuropsychological Society, February 2020, Denver, CO.

Radigan, L.J., Billings, N.M., Rapport, L.J., Lumley, M.A, Hanks, R.A., (2020). *Detection of Own Race Bias Using the Multicultural Facial Recognition Test.* Poster presented at the 48th Annual Meeting of the International Neuropsychological Society, February 2020, Denver, CO.

Bupp, L., Waldron-Perrine, B., Hanks, R., Kratz, A. (2019). *Predictors of Anxiety and Positive Affect in SCI: Contributions from Spiritual Well-Being, Fusion, and Values.* Poster presented at the American Congress of Rehabilitation Medicine, November 2019, Chicago, IL.

Carlozzi, N.E. Sander, A.M., Boileau, N.R., Kallen, M.A., Lange R.T., French, L, Massengale, J.P., Nakase-Richardson, R., Hanks, R.A. Hahn, E.A., Kratz, A.L., Tulsky, D.S., Miner, J.A., Ianni, P.A., Brickell, T.  (2019). *Caregiver Vigilance and Emotional Suppression: New Measures for caregivers of individuals with Traumatic Brain Injury.* Poster presented at HealthMeasures User Conference, June 2019, Chicago, IL.

Patrick, S.D., Rapport, L.J., Kanser, R.J., Hanks, R.A., & Bashem, J.B. (2019). *Performance Validity Assessment of Bona Fide and Simulated Traumatic Brain Injury Using Response Time on the Recognition Memory Test.* Poster presented at the 47th annual meeting of International Neuropsychological Society Conference, February 2019, New York, NY.

Radigan, L., Rapport, L.J., Billings, N., Hanks, R.A. (2019). Preliminary Examination of Psychometric Properties for the Multicultural Facial Recognition Test. Poster presented at the 47th annual meeting of International Neuropsychological Society Conference, February 2019, New York, NY.

Kanser, R.J., Rapport, L.J., Patrick, S.D., Hanks, R.A., & Bashem, J.R. (2019). *Detecting Simulated Traumatic Brain Injury with Eye-tracking.* Poster presented at the 47th annual meeting of International Neuropsychological Society Conference, February 2019, New York, NY.

Waldron-Perrine, B., Kratz, A., Kisser, J., Hanks, R. (2019). Acceptance and Commitment Therapy (ACT) in Persons with Spinal Cord Injury: Factors Underlying ACT and Associations between ACT Processes and Biopsychosocial Functioning. Symposium presented at 2019 Annual Rehabilitation Psychology Conference, February 2019, Orlando, FL.

Allaire, T., Millis, S., Waldron-Perrine, B., Kratz, A., Hanks, R.A. (2019). Confirmatory Examination of the Psychometric Properties of the SCI-QOL-A (Anxiety) and SCI-QOL-D (Depression) Short Forms in the Context of Adult SCI.  Poster to be presented at the 2019 Annual Rehabilitation Psychology Conference, February 2019, Orlando, FL.

Carlozzi, N.E., Massengale, J., Nakase-Richardson, R., Sander, A., Hanks, R., Miner, J., Ianni, P.A., & Kratz, A. (2018). *Understanding Sleep Problems in Care Partners of Persons with Traumatic Brain Injury.* Poster presented at the American Congress of Rehabilitation Medicine, October 2018, Dallas, TX.

Hanks, R., A., Rapport, L.J., Seagly, K., Millis, S.R., Scott, C., Pearson, C. (2018). *Non-Neurologic Factors Associated with Maintenance of Postconcussion Symptoms*.  Poster presented at the Mid-Year International Neuropsychological Society Meeting, July 2018, Prague, Czech Republic.

Rapport, L.J., Hanks, R.A., Millis, S.R., Pearson, C., (2018). P*sychometric properties of the Concussion Symptom Checklist.* Poster presented at the Mid-Year International Neuropsychological Society Meeting, July 2018, Prague, Czech Republic.

De Iorio, M.D., Rapport, L.J., Hanks, R.A., & Kanser, R.J. (2018). *Affect Intensity and Psychological Distress after Traumatic Brain Injury.* Poster presented at the 2018 American Psychological Association Conference, San Fransisco, CA.

Waldron-Perrine, B., Kratz, A., Hanks, R.A. (2018). *Resilience and Psychological Flexibility in Persons with SCI: Malleable traits.*  Poster presented to 39th Annual Meeting and Scientific Sessions of the Society of Behavioral Medicine, April 2018.

Hanks, R., A., Millis, S.R., Selena, S., Baird O'Hara, N., Gattu, R., Haacke, M., Kou, Z. (2018). *Prediction of Cognitive Outcomes from Diffusion Tensor Imaging in Traumatic Brain Injury*. Poster presented to the 46th annual Meeting of the International Neuropsychological Society, February 2018, Washington, D.C.

Kanser, R.J., Rapport, L.J., Vermilion, B.J., De Iorio, M.L., Bashem, J.R., & Hanks, R.A. (2018). *Utility of WAIS-IV Digit Span Indices as Measures of Performance Validity in Complicated-Mild to Severe Traumatic Brain Injury*. Poster presented to the 46th annual Meeting of the International Neuropsychological Society, February 2018, Washington, D.C.

Carlozzi, N.E., Ianni, P.A., Kallen, M., Hahn, E.A., Brickell, T., Lange, R.T., French, L., Kratz, A., Sander, A., Hanks, R., Gershon, R., Cella, D., Miner, J.A., Tulsky, D. (2017).  *The Reliability and Validity of PROMIS in Caregivers of Civilian or Military-Related Traumatic Brain Injury.*  Poster presented at HealthMeasures User Conference, September 2017, Chicago, IL.

Seagly, K., Hanks, R., Ehde, D., Millis, S., Kratz, A. (2017). *Higher pain acceptance is negatively associated with use of other types of pain coping on a daily basis in people with chronic pain and spinal cord injury*. Poster presented at the 36th American Pain Society Conference, May 2017, Pittsburgh, PA.

Greene, H., Rapport, L.J., Hanks, R.A. (2017). *Self-Efficacy, Cognition, and Functional Independence after Acquired Brain Injury*. Presentation at the annual meeting of the Midwest Neuropsychology Group, April 2017, Columbus, OH.

Seagly, K., Millis, S.R., Hanks, R.A. (2017). *Long-term Trajectory of Life Satisfaction 25 Years Following TBI*.  Poster presented at the 2017 Rehabilitation Psychology Conference, February 2017, Albuquerque, NM.

Keelan, R. E., Rapport, L. J., Krohner, S., Kanser, R.J., Billings, N. M., Bashem, J. R., Vermilion, B., Hanks, R. A., Lumley, M. A., Langenecker, S.A. (2017). *The Role of Experienced Affect on Facial Emotion Perception Accuracy in Moderate to Severe Traumatic Brain Injury*. Poster presented at the 45th Annual Conference of the International Neuropsychological Society Conference, February 2017, New Orleans, LA.

Bashem, J.R., Rapport, L.J., Kanser, R.J., Billings, N.M., Vermilion, B.J., Krohner, S., Hanks, R.A., Keelan, R.E., Whitman, R.D., & Siple, P. (2017). *Performance Validity Assessment of Bona Fide and Malingered Traumatic Brain Injury Using Novel Eye-Tracking Systems*. Poster presented at the 45th Annual Conference of the International Neuropsychological Society Conference, February 2017, New Orleans, LA.

Hanks, R.A., Rapport, L.J., Millis, S.R., Scott, C., Pearson, C., Ayaz, I. (2016). *A Brief Educational Intervention to Maximize Positive Outcomes after Concussion*. Datablitz presentation at the 13th Conference of the Neurorehabilitation Special Interest Group of the World Federation of NeuroRehabilitation, July 2016, Glasgow, Scotland.

Rapport, L.J., Hanks, R.A., Williams, M., (2016). *Pain anxiety and engagement in rehabilitation therapy among adults with brain injury*. Poster presented at the 13th Conference of the Neurorehabilitation Special Interest Group of the World Federation of NeuroRehabilitation, July 2016, Glasgow, Scotland.

Rapport, L.J., Kanser, R.J., Hanks, R.A., Bashem, J.R., Billings, N.M. (2016, July). *Response time patterns on the Warrington Recognition Memory test in simulated and verified traumatic brain injury*. Poster presented at the Mid-Year Meeting of the International Neuropsychological Society, July 2016, London, England.

Seagly, K., O'Neil, R., Hanks, R.A. (2016). *Preinjury Demographic and Psychosocial Predictors of Late Functional Outcomes Post-TBI*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, June 2016, Chicago, Illinois.

O'Neil, R., Seagly, K., Hanks, R.A. (2016). *The link between pre-injury psychological dysfunction and post-injury emotional status in the context of psychosocial outcomes after TBI*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, June 2016, Chicago, Illinois.

Glenn, M., Devivo, M., Gerber, D., Goldstein, R., Hammond, F., Hanks, R., Hayner, S., Richards, J., Tate, D., (2016). *Outcomes of Individuals with Both Spinal Cord Injury and Traumatic Brain Injury: A Pilot Study Using the NIDILRR SCI and TBI Model Systems National Databases*. Poster presented at the 11th World Congress on Brain Injury, March 2016, the Hague, the Netherlands.

Kanser, R.J., Rapport, L.J., Bashem, J.B., Krohner, S., Vermilion, B.J., Keelan, R.K., Billings, N.B., Woodard, J.B., & Hanks, R.A. (2016). *Detection of Simulated*

*versus Bona Fide Traumatic Brain Injury Using Response Time on a Performance Validity Test*. Poster presented at the 43rd annual meeting of the International Neuropsychological Society meeting, February 2016, Boston, Massachusetts.

Keelan, R.E., Rapport, L.J., Krohner, S., Kanser, R.J., Hanks, R.A., Lumley, M.L., & Langenecker, S.A. (2016). *Diminished Auditory Emotion Perception Accuracy in Moderate to Severe Traumatic Brain Injury*. Poster presented at the 43rd annual meeting of the International Neuropsychological Society meeting, February 2016, Boston, Massachusetts.

Greene, H.A., Rapport, L.J., Williams, M.W., Hanks, R.A., Lumley, M. (2016). *Self-Efficacy, Health Behaviors, and Functional Independence in Persons with Acquired Brain Injury*. Poster presented at the annual Rehabilitation Psychology Conference, February 2016, Atlanta, Georgia.

Williams, M., Rapport, L.J., Hanks, R.A., (2016). *Neuropsychological Predictors of Engagement in Rehabilitation Therapy and Functional Independence in Individuals with Acquired Brain Injurie*s. Poster presented at the annual Rehabilitation Psychology Conference, February 2016, Atlanta, Georgia.

Kratz, A., Edhe, D., Hanks, R. (2016). *Let's focus more on the positive: Positive psychology principles in rehabilitation research*. Platform presentation at the annual Rehabilitation Psychology Conference, February 2016, Atlanta, Georgia.

Sander, A, Hammond, F.M., Maestas, K.L., Hanks, R.A. (2015). *Sexual Functioning of Partners of Persons with Traumatic Brain Injury*. Poster presented at the 90th annual conference of the American Congress of Rehabilitation Medicine, October 2015, Dallas, TX.

Madrid, R, Kalpakjian, C., Hanks, R, Rapport, L. (2015). *Women with TBI and Menopause: Cognitive Interviews*. Poster presented at the 90th annual conference of the American Congress of Rehabilitation Medicine, October 2015, Dallas, TX.

Greene, H. A., Rapport, L. J., Williams, M. W., Hanks, R. A., & Millis, S. R. (2015). Rasch Analysis of the Satisfaction with Life Scale in Chronic TBI. Poster presented at the 123rd Annual Convention of the American Psychological Association, Toronto, August 2015, Ontario, Canada.

Wong, C., Rapport, L.J., Hanks, R.A. (2015). *Resilience and Well-Being after Traumatic Brain Injury*. Poster presented at the 123rd Annual Convention of the American Psychological Association, August 2015, Toronto, Ontario, Canada.

Kratz, A., Hanks, R., Kalpakjian, C., Bombardier, C., Ehde, D. (2015) *Pain acceptance predicts indicators of distress, well-being and functioning in spinal cord injury*. Poster presented at the 34th Annual Scientific Meeting of the American Pain Society, May 2015, Palm Springs, CA.

Kratz, A., Pickup, K., Hanks, R. Kalpakjian, C. (2015).  *Feasibility and acceptability of an intensive ecological momentary assessment research protocol in a sample of individuals with spinal cord injury.*  Poster presented at the 16th Rehabilitation Psychology Conference, February 2015, San Diego, CA.

Bashem, J.R, Rapport, L.J., Billings, N.M., Miller, J., Hanks, R.A., Axelrod, B., Kanser, R.J.  (2014). *Strategies of successful and unsuccessful simulators coached to feign traumatic brain injury.* Poster presented at the annual conference of the American Psychological Association, August 2014, Washington, D.C.

Sherer, M., Sander, A., Nick, T., Hanks, R., Novack, T., Melguizo, M.S., Tulsky, D. (2014). *Aspects of residual symptoms of traumatic brain injury in the post-acute period.* Platform presentation at Conference of the 11th Neuropsychological Rehabilitation Special Interest Group of the World Federation of NeuroRehabilitation (WFNR). July 2014, Limassol, Cyprus.

Wong, C., Rapport, L.J., Meachen, S.J., Hanks, R.A., Lumley, M., Waldron-Perrine, B. *Personality and Emotional Expression in Moderate to Severe TBI.* (2014). Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, June 2014, New York, New York.

Doshi, H., Liu, J., Hanks, R., Haacke, E.M., Kou, Z. (2014). *Hemorrhagic Lesions Based on Venous and Arterial Damage and Its Clinical Correlation in Traumatic Brain Injury.* Platform presentation at the annual meeting of the International Society for Neural Vascular Disease Conference, February 2014, San Francisco, California.

Hanks, R.A., Rapport, L.R., Millis, S.R., Waldron-Perrine, B. (2014). *Positive Psychology Outcomes in Traumatic Brain Injury.* Platform presentation at the annual Rehabilitation Psychology Conference, February 2014, San Antonio, Texas.

VanDeKreeke, D., Waldron-Perrine, B., Rapport, L., Hanks, R.  (2014). *Religious wellbeing and social support and their relationship with emotional and physical outcomes after traumatic brain injury.* Poster presented at the annual Rehabilitation Psychology Conference, February 2014, San Antonio, Texas

Wong, C., Rapport, L.J., Meachen, S., Hanks, R.A., Lumley, M., Telmet-Harper, K. *Behavioral Inhibition and Activation Systems in Moderate to Severe TBI.* (2014). Poster presented at the presented at the 42nd annual conference of the International Neuropsychological Society, February 2014, Seattle, Washington

Billings, N., Rapport, L.J., Greene, H., Hanks, R.A. (2014). *Coping Style Predicts Objective and Subjective Well-being after Moderate to Severe Traumatic Brain Injury.* Poster presented at the presented at the 42nd annual conference of the International Neuropsychological Society, February 2014, Seattle, Washington

Greene, H.A., Rapport, L.J., Williams, M.W., Hanks, R.A., Millis, S.R. (2013). *Psychometric Properties of the Coping Inventory for Stressful Situations after TBI*. Poster presented at the annual conference of the American Psychological Association, August 2013, Oahu, Hawaii.

Bashem, J.R., Miller, J.B., Rapport, L.J., Hanks, R.A., Millis, S.R. (2013). *Detection of Suboptimal Effort on the NV-MSVT in Traumatic Brain Injury*. Poster presented at the annual conference of the American Psychological Association, August 2013, Oahu, Hawaii.

Sherer, M., Sander, A.M., Hanks, R., Novack, T.A., Maestas, K., Tulsky, D. (2013). *Initial Validation of the TBI-QOL in a Community Dwelling Sample of Persons with Traumatic Brain Injury*. Poster presented at the Mid-Year International Neuropsychological Society, July 2013, Amsterdam, The Netherlands.

Reslan, S., Hanks. R.A. (2013). *Factors Associated with Alcohol-Related Problems Following Moderate to Severe Traumatic Brain Injury (TBI)*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, June 2013, Chicago, Illinois.

VanDyke, S., Millis, S.R., Axelrod, B., Hanks, R.A. (2013).  *Differentiating Performance and Symptom Validity*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, June 2013, Chicago, Illinois.

Perry, L., Waldron-Perrine, B., Hanks, R.A., Rapport, L.J., Meachen, S.J. (2013). *Experiencing Positive Affect after Traumatic Brain Injury: The Influence of Coping Approach, Spiritual and Psychosocial Resources, and Post-Trauma Benefit Finding*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, June 2013, Chicago, Illinois.

Hodsman, S., Hanks, R.A. (2013). *The Impact of Gender on Cognitive, Emotional and Functional Outcomes after Traumatic Brain Injury*. Poster presented at the annual Midwest Neuropsychology Meeting. April 2013, Ann Arbor, Michigan.

Williams, M., Rapport, L.J., Hanks, R.A., Millis, S.R. (2013). *Life Satisfaction, Community Integration, and Emotional Distress after Traumatic Brain Injury*. Poster presented at the 41st annual conference of the International Neuropsychological Society, February 2013, Waikoloa, Hawaii.

Gardizi, E., & Hanks, R. A. (2013). *Does Medical Comorbidity Predict Depression One-Year after Traumatic Brain Injury?* Poster presented at the 41st annual meeting of the International Neuropsychological Society,  February 2012, Waikoloa, Hawaii.

Telmet Harper, K, Wong, C., Rapport, L.J., Lumley, M.A., Hanks, R.A., & Meachen, S. (2013). *Emotional Expression and Well-Being in Traumatic Brain Injury*.

Poster presented at the 41st annual conference of the International Neuropsychological Society, February 2013, Waikoloa, Hawaii.

Greene, H., Rapport, L.J., Hanks, R.A., Millis, S.R., Whitman, R.D. (2013). *Coping Style and Subjective and Functional Well-Being in Persons with Traumatic Brain Injury.* Poster to be presented at the 41st annual conference of the International Neuropsychological Society, February 2013, Waikoloa, Hawaii.

Bashem, JR, Miller, JB., Rapport, L.J., Hanks, R.A., Millis S.R., (2012). *Suboptimal Effort on Five Symptom Validity Tests in Traumatic Brain Injury.* Poster presented at the annual conference of the American Psychological Association, August 2012, Orlando, Florida.

Davis, J., McHugh, T., Axelrod, B. Hanks, R.A. (2012). *Number of Impaired Scores as a Performance Validity Measure in Claimants and Litigants Reporting Mild TBI.* Poster presented at the annual American Academy of Clinical Neuropsychology meeting, June 2012, Seattle, Washington.

Johnson, S.C., Silverberg, N.D., Millis, S.R., Hanks, R.A. (2012). *Symptom Validity Indicators Embedded in the Controlled Oral Word Association Test.* Poster presented at the annual American Academy of Clinical Neuropsychology meeting, June 2012, Seattle, Washington.

Knezevic, B., Millis, R., Hanks, R. (2012). *Effects Modeling Approach to Measuring Recovery in Processing Speed Following Traumatic Brain Injury.* Poster presented at the 40th annual meeting of the International Neuropsychological Society, February 2012, Montreal, Canada.

Figueroa, M., Gardizi, E., Holcomb, E., Hanks, R. (2012). *Medical Comorbidities and Health Insurance as Predictors of Functional Outcome Following Traumatic Brain Injury.* Poster presented at the 40th annual meeting of the International Neuropsychological Society, February 2012, Montreal, Canada.

Miller, J., Axelrod, B., Van Dyke, S., Rapport, L., Schutte, C., Hanks, R. (2011). *Parsimonious Prediction of Wechsler Memory Scale – Fourth Edition Scores: Immediate and Delayed Memory Indices.* Poster presented at the 31st annual conference of the National Academy of Neuropsychology, November 2011, Marco Island, Florida.

Davis, J., McHugh, T., Axelrod, B., Hanks, R.A. (2011). *Phonemic Word Generation Effort Cut Scores in a Civil Forensic Sample.* Poster presented at the 31st annual conference of the National Academy of Neuropsychology, November 2011, Marco Island, Florida.

Williams, M.W., Rapport, L.J., Greene, H.A., Hanks, R.A., Millis, S.R. (2011). *Incremental validity of neuropsychological evaluations and CT scans in predicting long-term outcomes for persons with traumatic brain injury.* Paper presented at the annual conference of the American Psychological Association, Washington, D.C. APA Division

40 Best Minority Student Poster Award (upon award poster was transformed into paper session).

Bashem, J.R., Miller, J.B., Rapport, L.J., Hanks, R.A., Millis, S.R. (2011). *Suboptimal Effort on Reliable Digit Span and the Medical Symptom Validity Test in Traumatic Brain Injury.* Poster presented at the annual conference of the American Psychological Association, Washington, D.C. Winner of the APA Division 40 Applied Neuropsychology Student Award.

Hanks, R.A. (2011). *A Randomized Control Trial of Peer Mentoring for Individuals with Traumatic Brain Injury and Their Significant Others*. Paper presentation at the 3rd Federal Interagency Conference on TBI, June 2011, Washington, D.C.

Miller, J.B., Millis, S.R., Rapport, L.R., Bashem, J.R., Hanks, R.A., Axelrod, B.N.  (2011). *Detection of Insufficient Effort Using the Advanced Clinical Solutions for the Wechsler Memory Scale, 4th Edition.* Poster presented at the 39th annual meeting of the International Neuropsychological Society, February 2011, Boston, MA.

Miller, J.B., Bashem, J.R., Rapport, L.J., Hanks, R.A. (2011). *Verbal Paired Associates Recognition Discriminability as an Indicator of Response Bias.*  Poster presented at the 39th annual meeting of the International Neuropsychological Society, February 2011, Boston, MA.

McHugh, T., Davis, J.J., Bagley, A., Axelrod, B., & Hanks, R. (2011). *Utility of Letter-Number Sequencing as an embedded effort measure.* Poster presented at the 39th annual meeting of the International Neuropsychological Society, February 2011, Boston, MA.

Davis, J.J., McHugh, T., Bagley, A., Axelrod, B., & Hanks, R. (2011). *Utility of Picture Completion as an embedded effort measure.* Poster presented at the 39th annual meeting of the International Neuropsychological Society, February 2011, Boston, MA.

Davis, J., Bagley, A., McHugh, T., Axelrod, B., Hanks, R. (2010) *Utility of Embedded Effort Measures on the Trail Making Test.* Poster presented at the annual meeting of the National Academy of Neuropsychology, October 2010, Vancouver, Canada.

Scott, C., Hanks, R.A., Welch, R., O'Neil, B (2010). *Feasibility of a Brief Educational Intervention Regarding Recovery from Concussion*. Poster presented at annual meeting of American Congress of Rehabilitation Medicine, October 2010, Montreal, Quebec, Canada.

Nakese-Richardson, R., Novack, T., Sherer, M., Hanks, R., Barnett, S., Beverly, G, Kalmar, K., Frol, A., Ricker, J., Giacino, J., Gordon, W. (2010). *Modeling of Cognitive Severity Indices at One-Month Post Injury:  Comparative Utility Relative to Other Injury Information in Predicting Late Productivity Outcome.* Poster presented at

annual meeting of American Congress of Rehabilitation Medicine, October 2010, Montreal, Quebec, Canada.

Waldron-Perrine, B., Rapport, L.J., Hanks, R.A., Meachen S., Hubbarth, P. (2010). *Prediction of benefit finding after TBI: Unique contributions of social support and spirituality.* Poster presented at the 8th Annual Conference of the American Academy of Clinical Neuropsychology, June 2010, Chicago, Illinois.

Hanks, R.A., Kalpakjian, C., Bombardier, C., Bushnik, T. (2010).  *The Role of Social Support in Emotional Well Being After Spinal Cord Injury.* Poster presented at the mid-year meeting of the American Psychological Association's Division of Rehabilitation Psychology, February 2010, Tucson, Arizona.

Kalpakjian, C., Hanks, R., Bushnik, T., Bombardier, C. (2009). *Major Depressive Episodes Before and After Spinal Cord Injury.* Poster presented at the annual meeting of the American Congress of Rehabilitation Medicine, October, 2009, Denver, Colorado.

Meachen, S., Griffen, J., Millis, S., Hanks, R. (2009). *Rasch Analysis of the Community Integration Measure (CIM) in TBI Survivors.* Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, October, 2009, Denver, Colorado.

Ylioja, S. Hanks, R.A. (2009). *Is Cognitive Outcome in Penetrating Brain Injury Distinguishable from that of Non-Penetrating Brain Injury?* Poster presented at the Mid-Year Meeting of the International Neuropsychological Society Conference, July 2009, Helsinki, Finland.

Clement, V.L., Beverly, G., Nakase-Richardson, R., Hanks, R.A., Sherer, M., Evans, C.C. (2009).  *WTAR performance scores susceptible to cognitive impairment early after TBI.* Poster presented at the 37th Annual International Neuropsychological Society Conference, February 2009, Atlanta, Georgia.

Mariani, M., Hanks, R.A., Millis, S.R. (2009). *Assessing insufficient effort using the yes/no /recognition trial of the CVLT-II.* Poster presented at the 37th Annual International Neuropsychological Society Conference, February 2009, Atlanta, Georgia.

Bercaw, E.L., Hanks,R.A., Gola, T.J., Millis, S.R., Waldron-Perrine, B. (2009). *Cognitive recovery after traumatic brain injury (TBI) from inpatient rehabilitation to 1 year and 2 year follow-up: Relationship to functional outcomes.* Poster presented at the 37th Annual International Neuropsychological Society Conference, February 2009, Atlanta, Georgia.

Gibson-Beverly, G., Nakese-Richardson, R., Hanks, R., Clement, V. (2009). *Cognitive status at one-month post injury is the best predictor of productivity relative to other severity indices after TBI.* Paper presented at the 37th Annual International Neuropsychological Society Conference, February 2009, Atlanta, Georgia.

Telmet Harper, K., Rapport, L.J., Ryan, K.A., Waldron-Perrine, B. Hanks, R., Fuerst, D., Whitman, D. (2008). *Predictors of Community Integration among Individuals with MS*.  Poster presented at the 116th Annual Meeting of the American Psychological Association, August 2008, Boston, Massachusetts.

Mariani, M., Silverberg, N., Hanks, R.A., Millis, S.R., (2008). *Assessing Insufficient Effort Using the Yes/No Recognition Foils of the CVLT-II*. Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Schutte, C., Hanks, R.A. (2008). *Impact of alcohol intoxication at time of injury on functional and cognitive variables at one year post-injury*. Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Kashluba, S., Hanks, R.A., Casey, J.E., Millis, S.R. (2008). *Neuropsychological and Functional Outcome after Complicated Mild Traumatic Brain Injury*. Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Silverberg, N., Hanks, R.A. (2008). *Reading Level Accounts for Racial Differences in Neuropsychological Outcome from Traumatic Brain Injury*. Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Blake, T., Hanks, R.A. (2008). *Comparative Utility of Reading Measures For Estimating Premorbid Intelligence Among Persons With Brain Injury: A Preliminary Study.* Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Kalmar, K., Novack, T.A., Nakase-Richardson, R., Sherer, M., Frol, A.B., Gordon, W.A., Hanks, R.A.,  Giacino, J.T., Ricker, J.H. (2008). *Feasibility of a Brief Neuropsychological Test Battery During Acute Inpatient Rehabilitation After TBI*. Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Hanks, R.A., Millis, S.R., Ricker, J.H., Giacino, J., Nakese-Richardson, R, Frol, A., Novack, T., Kalmar, K., Sherer, M., Gordon, W. (2008). *The Predictive Validity of a Brief Inpatient Neuropsychological Battery for Persons with Traumatic Brain Injury.* Poster presented at the 36th Annual International Neuropsychological Society Conference, February 2008, Waikoloa, Hawaii.

Hanks, R.A., Rapport, L.J., Vangel, S. (2007). *Caregiving Appraisal after Traumatic Brain Injury: The Effects of Functional Status, Coping Style, Social Support*

*and Family Functioning.*  Poster presented at the 115th Annual Meeting of the American Psychological Association, August 2007, San Francisco, California.

McLinden, A., Millis, S.R., & Hanks, R.(2007). *Using the London Handicap Scale to Measure Quality of Life Following TBI.* Poster presented at the Annual International Neuropsychology Society, July 2007, Bilbao, Spain

Millis, S.R., Meachen, S.J., Hanks, R, Rapport, L. (2007). *Rasch Analysis of the BSI-18 in Traumatic Brain Injury*. Poster presented at the Annual International Neuropsychology Society, July 2007, Bilbao, Spain.

Meachen, S.J., Hanks, R, Millis, S., Rapport, L. (2007). *Internal Consistency and Test-Retest Reliability of the Brief Symptom Index 18 (BSI-18) in a Sample of Traumatic Brain Injury Survivors.* Poster presented at the Annual International Neuropsychology Society, July 2007, Bilbao, Spain.

Millis, S.R., Hanks, R., Fichtenberg, N. & Axelrod, B. (2007). *Rasch Analysis of the PCSQ: Measuring the Core Construct of Head Injury Symptomatology*. Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Loeher, K.E., Rapport, L.J., Vangel, S.J., Hanks, R., Lequerica, A., Whitman, R., & Langenecker.  (2007). *Impulsivity and Traumatic Brain Injury: The Relationship Between Performance Measures, Rating Scales, and Behavioral Observation*. Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Tsanadis, J., Montoya, E., Millis, S.R., Hanks, R.A., Fichtenberg, N.L. & Axelrod, B.N. (2007). *A Negative Impression Management Scale for the Postconcussive Syndrome Questionnaire.*  Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Tsanadis, J., Montoya, E., Hanks, R.A., Millis, S.R., Fichtenberg, N.L. & Axelrod, B.N. (2007). *Head Injury Severity, Litigation Status, and Self-Report of Postconcussive Symptoms*. Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Millis, S.R., Wolfe, P., Larrabee, G., Hanks, R., Sweet, J., Fichtenberg, N. (2007). *The California Verbal Learning Test –II in the Detection of Incomplete Effort.* Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Scott, C.A., Rapport, L.J., Griffen, J.A., Coleman Bryer, R.,  McKay, C.,  Hanks, R.A., Whitman, R. (2007). *Self-Assessment of Driving Ability and the Decision to Resume Driving Following Stroke*. Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Silverberg, N., Hanks, R.A., McKay, C. (2007). *Validity of the Cognitive Estimation Paradigm in Traumatic Brain Injury.* Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Kotasek, R., Hanks, R.A., Millis, S.R. (2007).  *Analysis of TOMM scores using the established cut score in a heterogeneous group.*  Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, February, 2007, Portland, Oregon.

Johnson-Greene, D., Novack, T., Donders, J, Hanks, R., Boake, C., Adams, K., & Ivnik, R. (2006). *Training in Clinical Neuropsychology: Nine Years after the Houston Conference.*  Symposium presented at the 114th annual meeting of the American Psychological Association, August 2006, New Orleans, Lousiana.

Rapport, L.J., Bryer, R., Hanks, R.A., Koviak, C. (2006). *Fitness to Drive Following Traumatic Brain Injury.* Poster presented at the International Neuropsychological Society Meeting, July 2006, Zurich, Switzerland.

Paradee, C., Rapport, L., Whitman, D., Lumley, M., Hanks, R., Langenecker, Scott. (2006). *Facial Emotion Perception and Circadian Preference Among Rehabilitation Inpatients.* Poster presented at the American Academy of Clinical Neuropsychology, June 2006, Philadelphia, Pennsylvania.

Benson, R., Meda, S., Hanks, R., Millis, S., Meythaler, J., Makki, M., Govindarjaran, K., Latif, Z., Coplin, W., Haake, M., & Kou. (2006). *Diffusion Tensor MRI of White Matter Correlates with Traumatic Brain Injury Severity.* Poster presented at the International Neurotrauma Symposium, 2006, Rotterdam, Netherlands.

Arango, Juan Carlos; Rosenthal, M., DeLuca, J., Cifu, D., Hanks, R., & Sherer, M. (2006). *TBI and Functional Outcomes: Does Minority Status Matter?* Poster presented at the 2nd Federal Interagency Conference on Traumatic Brain Injury: Integrating Models of Research and Service Delivery, March 2006, Bethesda, Maryland.

Hanks, R.A. (2006). *Family Functioning and Quality of Life After TBI.*  Paper presented at the 2nd Federal Interagency Conference on Traumatic Brain Injury: Integrating Models of Research and Service Delivery, March 2006, Bethesda, Maryland.

Hanks, R.A., Rapport, L.J., Koviak, C., & Wertheimer, J.  (2006). *Peer-Mentoring for Survivors of TBI and Their Significant Others: A Model of Social Support.* Paper presented at the 2nd Federal Interagency Conference on Traumatic Brain Injury: Integrating Models of Research and Service Delivery, March 2006, Bethesda, Maryland.

Hanks, R.A. (2005). *Evaluation of Driving Ability: Using Empirical Findings and Clinical Assessment to Determine Fitness to Drive.* Paper presented at the 113th meeting of the American Psychological Association, August 2005,Washington, D.C.

Ryan, K., Rapport, L., Ergh, T., Hanks, R.A., Whitman, R.D., Lisak, R., & Khan,

O. (2005). *Predictors of well-being among individuals with multiple sclerosis.* Poster presented at the 113th meeting of the American Psychological Association, August 2005, Washington, D.C.

Haber, A., Hanks, R.A. (2005). *Convergence and Divergence in Performance on Executive Functioning Measures in a TBI Population.* Poster presented at the International Neuropsychological Society Meeting, July 2005, Dublin, Ireland.

Arango, J.C., Rosenthal, M., DeLuca, J., Cifu, D., Hanks, R., Sherer, M. (2005). *Traumatic Brain Injury and Functional Outcomes: Does Minority Status Matter?* Poster presented at the 7th Annual Conference of "Rehabilitation Psychology 2005", Baltimore, Maryland.

Lequerica, A., Rapport, L., Whitman, R.D., Vangel, S., Hanks, R.A, Axelrod, B., (2005) *The Occurrence of Agitation and Posttraumatic Amnesia in Traumatic Brain Injury.* Poser presented at the 33rd meeting of the International Neuropsychological Society, February 2005, St. Louis, MO.

Taneja, C., Hanks, R., Rourke, B., (2005). *Differentiating Between Subgroups of Stroke Using the Short Form of the California Verbal Learning Test – Second Edition.* Poster presented at the 33rd meeting of the International Neuropsychological Society, February 2005, St. Louis, M.O.

Ryan, K., Rapport, L., Ergh, T., Hanks, R., & Whitman, R.D. (2005). *Predictors of psychological distress among individuals with multiple sclerosis.* Poster presented at the 33rd meeting of the International Neuropsychological Society, February 2005, St. Louis, M.O**.**

Wertheimer, J., Hanks, R.A., Wood, D., (2005). *Functional Status and Community Reintegration in Severe Penetrating Brain Injuries.* Poster presented at the 33rd Annual International Neuropsychological Society Conference, February 2005, St. Louis, MO.

Paradee, C., Rapport, L.J., Hanks, R.A. (2005). *Short Form of the Morningness/Eveningness Questionnaire Among Rehabilitation Inpatients.* Poster presented at the 33rd Annual International Neuropsychological Society Conference, February 2005, St. Louis, MO.

Rapport, L.J., Coleman, R.D., Hanks, R.A., Koviak, C. (2004). *Barriers to Driving After Traumatic Brain Injury.* Poster presented at the Joint Meeting of the Australian Society for the Study of Brain Impairment and the International Neuropsychological Society, July 2004, Brisbane, Australia.

Salisbury, D., Novack, T., Banos, J., Millis, S., Hart, T., Bell, K., Hanks, R., Malec, J., Sherer, M., Rosenthal, M. (2004). *The Relationship Between Acute Neuropsychological Function and Level of Caregiver Supervision at One Year Post Traumatic Brain Injury.* Poster presented at the American Academy of Clinical Neuropsychology, June 2004, Minneapolis, MN.

Paradee, C., Rapport, L.J., Hanks, R.A., Levy, J.A. (2004). *Effect of Circadian Preference on Neuropsychological Performance Among Rehabilitation Inpatients.* Poster presented at the 32nd Annual International Neuropsychological Society Conference, February 2004, Baltimore, MD.

Ergh, T., Rapport, L., Ryan, K., Keenan, P., Hanks, R., Lisak, R., Khan, O. (2004). *Awareness of Deficit in Individuals with Multiple Sclerosis.* Poster presented at the 32nd Annual International Neuropsychological Society Conference, February 2004, Baltimore, MD.

Backhaus, S., Fichtenberg, N., Hanks, R. (2004). *Examination of the Floor Effect Method in the Detection of Sub-Optimal Performance in a Traumatic Brain Injury Sample.* Poster presented at the 32nd Annual International Neuropsychological Society Conference, February 2004, Baltimore, MD.

Taneja, C., Rourke, B., Hanks, R. (2004). *Utility of the CVLT-II short form in predicting functional outcome post-stroke.* Poster presented at the 32nd Annual International Neuropsychological Society Conference, February 2004, Baltimore, MD.

Zafonte, R., Ricker, J., Hanks, R., Black, K. *Acute Neuroradiographic Predictors of Rehabilitation Costs.* Poster presented October 2003 at the 64th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois.

Gavin, M., Keole, N., Bhatia, N., Ellenberg, M.R., Hanks, R. (2003). *Evaluation of the Visual Analog Scale as an outcome measure in patients with chronic pain.* Poster presented October 2003 at the 64th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois.

Kennepohl, S., Shore, D., Nabors, N., Hanks, R.A. (2003). *African American Acculturation and Neuropsychological Testing following Traumatic Brain Injury.* Paper presented August 2003 at the 110th Annual Conference of the American Psychological Association, Toronto, Canada.

Mahmood, O., Rapport, L.J., Hanks, R., Fichtenberg, N., (2003). *Neuropsychological Performance and Sleep Disturbance Following Traumatic Brain Injury.* Poster presented February 2003 at the 31st Annual Meeting of the International Neuropsychological Society, Honolulu, HA.

Ergh, T., Hanks, R., Rapport, L.J., Coleman, R.D. (2003). *Social Support Moderates Caregiver Satisfaction with Life Following TBI.* Poster presented February 2003 at the 31st Annual Meeting of the International Neuropsychological Society, Honolulu, HA.

Telmet, K., Hanks, R.A., Rapport, L.J., Malec, J. (2003). *Reliability and Validity of a Modified Version of the Galveston Orientation and Amnesia Test.* Poster presented

February 2003 at the 31st Annual Meeting of the International Neuropsychological Society, Honolulu, HA.

Hanks, R.A. (2002). *Violent Traumatic Brain Injury: Occurrence, Patient Characteristics, and Risk Factors from the Traumatic Brain Injury Model Systems Project.* Paper presented October 2002 at the 79th Annual Conference of the American Congress of Rehabilitation Medicine, Philadelphia, PA.

Hanks, R.A., & Ergh, T. (2002). *Coping as a Caregiver: How to Stay Psychologically Healthy.* Symposium presented September 2002 at the Annual Conference of the Brain Injury Association of Michigan, Brighton, MI.

Axelrod, B.N., Fichtenberg, N.L., Hanks, R.A., Liethen, P.C., Czarnota, M.A. & Stucky, K. (2002). *Detecting Incomplete Effort with the WAIS-III.*  Poster presented August 2002 at the 109th Annual Conference of the American Psychological Association, Chicago, IL.

Pierce, C.A. & Hanks, R.A. (2002) *Life Satisfaction Post-TBI and the WHO Model of Disablement.*  Poster presented August 2002 at the 109th Annual Conference of the American Psychological Association, Chicago, IL.

Hanks, R.A. & Holland, A. (2002) *Cognitive Rehabilitation of Individuals with Cognitive Impairment after Brain Injury: A Call for a Paradigm Shift.* Paper presented July 2002 at the 10th International Aphasia Rehabilitation Conference, Brisbane, Australia.

Ergh, T., Coleman, R., Rapport, L. & Hanks, R. (2002) *Predictors of Awareness of Deficit Among Patients with Traumatic Brain Injury.* Poster presented February 2002 at the 30th Annual Conference of the International Neuropsychological Society, Toronto, Ontario.

Jones, T., Rapport, L., Lichtenberg, P., & Hanks, R.  (2002) *Cognitive and Psychosocial Predictors of Subjective Well-Being in Older Adults.* Poster presented February 2002 at the 30th Annual Conference of the International Neuropsychological Society, Toronto, Ontario.

Ylvisaker, M., Hanks, R., Johnson-Greene, D. et al. (2002). *Perspectives on Rehabilitation of Individuals with Cognitive Impairment After Brain Injury: Rationale for Reconsideration of Theoretical Paradigms.* Paper presented February 2002 at the 30th Annual Conference of the International Neuropsychological Society, Toronto, Ontario.

Hanks, R.A. (2002) *Perspectives on Rehabilitation of Individuals with Cognitive Impairment After Brain Injury: Where Are We 20 Years After the Debate Began?* Symposium presented February 2002 at the 30th Annual Conference of the International Neuropsychological Society, Toronto, Ontario.

 Zafonte, R., Hanks, R., Wood, D., Black, K., Cullen, N., Cifu, D., et al. (2001) *Neuromedical Conditions and Complications Associated with Violent Traumatic Brain*

*Injury.* Poster presented September 2001 at the 63rd Annual Conference of the American Academy of Physical Medicine and Rehabilitation, New Orleans, LA.

Black, K., Hanks, R., Wood, D., Zafonte, R., Cullen, N., Englander, J. et al. (2001*). Blunt versus Penetrating Traumatic Brain Injury: Frequency and Factors Associated with Secondary Conditions and Complications.* Poster presented September 2001 at the 63rd Annual Conference of the American Academy of Physical Medicine and Rehabilitation, New Orleans, LA.

Ergh, T., Coleman, R., Rapport, R., Hanks, R., Whitman, R., & Koviak, C. (2001). *Social Support Moderates Caregiver Burden in Families of TBI Patients.* Presented August 2001 at the 108th Annual Conference of the American Psychological Association, San Francisco, CA.

Coleman, R., Ergh, T. Rapport, L.J., Hanks, R.A., Millis, S.R., Ricker, J. & Koviak, C. (2001). *Fitness to Drive in a Traumatically Brain Injured Sample.* Presented August 2001 at the 108th Annual Conference of the American Psychological Association, San Francisco, CA.

Black, K., Vangel, S., Wood, D., Aachi, V., Hanks, R.A., & Zafonte, R. (2001) *"High-Risk" Mild Brain Injury – A Re-Evaluation of Severity Classification and Functional Outcomes".* Presented March 2001 at the American Academy of Physical Medicine and Rehabilitation Annual Conference, Hilton Head, North Carolina.

Whitman, D., Kotasek R., & Hanks, R. (2001). *Laterality Differences in Mental Rotation in Psychosis-Prone Individuals.* Presented February 2001 at the 12th Annual Meeting of the American Neuropsychiatric Association, Fort Myers, Florida.

Ergh, T., Coleman, R., Rapport, L.J., Hanks, R.A., Whitman, R.D., & Koviak, C. (2001). *Predictors of Family Functioning and Distress Among Caregivers of Patients with Traumatic Brain Injury.* Presented February 2001 at the 29th annual meeting of the International Neuropsychological Society, Chicago, IL.

Coleman, R., Ergh, T., Rapport, L.J., Hanks, R.A., Millis, S.R., Ricker, J. & Koviak, C. (2001). *Determinates of Driving Status Following Brain Injury.* Presented February 2001 at the 29th annual meeting of the International Neuropsychological Society, Chicago, IL.

Newman, P.D., Fichtenberg, N., Kauder,B., Hanks, R.A. (2001). *Generalizability of the Wechsler Malingering Detection Principle.* Presented February 2001 at the 29th annual meeting of the International Neuropsychological Society, Chicago, IL.

Zafonte, R., Wood, D., Hanks, R. (2000). *Predicting Bowel and Bladder Management after Traumatic Brain Injury. P*resented at the October 2000 American Academy of Physical Medicine and Rehabilitation Annual Conference, La Jolla, CA.

Wood, D. L., Zafonte, R., Hanks, R.A. (2000). *Severe Penetrating Head Injury: A Follow-up Study*. Presented July 2000 at the Brain Injury Association 2000 Annual Meeting, Chicago, IL.

Hanks, R.A., Zafonte, R., Ricker, J.H. (2000). *A Prospective Study of Cognition and Functional Status in TBI Patients with and without Subarachnoid Hemorrhage*. Presented March 2000 at the Association of Academic Physiatrists 2000 Annual Meeting, La Jolla, C.A.

Hanks, R.A., Rippeth, J., Barr, W.J., Shaul, N., Ney, G., Decker, R. (1999). *Prediction of Quality of Life after Temporal Lobectomy for Intractable Epilepsy*. Presented February 1999 at the 27th annual meeting of the International Neuropsychological Society, Boston, MA.

Hanks, R.A., Temkin, N., Machamer, J., & Dikmen, S.S.  (1998). *Emotional and Behavioral Adjustment Following Traumatic Brain Injury*. Presented November 1998 at the 75th annual meeting of the American Congress of Rehabilitation Medicine, Seattle, WA.

Rapport, L.J., Hanks, R.A., Millis, S.R., & Deshpande, S.A.  (1998). *Executive Functioning and Predictors of Falls in the Rehabilitation Setting*.  Presented at the 26th annual meeting of the International Neuropsychological Society, Honolulu, HI.

Hanks, R.A., Rapport, L.J., Millis, S.R., & Deshpande, S.A. (1997).  *The Ecological Validity of Measures of Executive Functioning in a Traumatically Brain Injured Population*.  Presented at the 25th annual meeting of the International Neuropsychological Society, Orlando, Florida.

Ross, T.P., Hanks, R. A., Kotasek, R.S., & Whitman, R.D.  (1996).  *The Concurrent Validity of the Design Fluency and Ruff Figural Fluency Tests*.  Presented at the 104th annual conference of the American Psychological Association, Toronto, Canada.

Hanks, R. A., Ricker, J.H., Allen, J.B., & Deshpande, S.A.  (1996)  *Assessing Design Fluency:  Part I.  Clinical Validation of the Make a Figure Test.  Part II:  MRI and [201] Thallium SPECT Case Study*.  Presented at the 104th annual conference of the American Psychological Association, Toronto, Canada.

Ross, T. P., Hanks, R.A., Kotasek, R.S., & Whitman, R.D. (1996).  *The Inter-Rater and Test-Retest Reliability of the Design Fluency and Ruff Figural Fluency Tests*. Presented at the 24th annual meeting of the International Neuropsychological Society, Chicago, Illinois.

Ross, T.P., Hanks, R. A., Kotasek, R.S., & Whitman, R. D. (1996).  *The Reliability and Validity of a Modified Cognitive Estimation Test*.  Presented at the 24th annual meeting of the International Neuropsychological Society, Chicago, Illinois.

Hanks, R.A., Allen, J.A., Nabors, N., Ricker, J.H., & Deshpande, S.A. (1996). *The Make a Figure Test:  Normative data for a measure of design fluency*. Presented at

the 24th annual meeting of the International Neuropsychological Society, Chicago, Illinois.

Hanks, R.A. & Lichtenberg, R.A. (1996). *Functional Outcome Across Four Decades of the Older Adult Lifespan.* Presented at the 24th annual meeting of the International Neuropsychological Society, Chicago, Illinois

Allen, J.B, Hanks, R.A., Thomas, W.B, & Reeder, K.P. (1995). *Brief Measure of Working Memory in Normal and Traumatically Brain Injured Populations.* Presented at the 15th annual meeting of the National Academy of Neuropsychology, Seattle, Washington.

Hanks, R.A., Whitman, R.D., Ross, T.P., Kotasek, R.S., & Coyle, N. (1994). *Communication Deficits in Schizophrenic and Psychosis-Prone Subjects.* Presented at the annual American Psychological Society Convention, Washington, D.C.

Poreh, A.M., Ross, T.P., Hanks, R.A., Coyle, N., & Whitman, R.D. (1994). *Differences on Psychosis-Proneness Measures in a Diverse Nonclinical Population.* Presented at the annual American Applied and Preventive Psychology Convention, Washington, D.C.