TELEPHONE: (248) 290-2220
FAX: (248) 290-4019

JEFFREY A. KEZLARIAN, M.D.
3290 W. BIG BEAVER ROAD, SUITE 509
TROY, MICHIGAN 48084

## CURRICULUM VITAE

PERSONAL DATA:

> Jeffrey Avedis Kezlarian
> May 27, 1951

EDUCATION:

| | | |
|---|---|---|
| B.A., Albion College | | 1969-1973 |
| M.D., Wayne State University, Detroit, Michigan | | 1975-1979 |

POSTGRADUATE TRAINING:

| | |
|---|---|
| Rotating Internship<br>Naval Regional Medical Center<br>Oakland, California 94627 | 1979-1980 |
| General Medical Officer<br>USS Kansas City (AOR-3)<br>F.P.O. San Francisco, California 96670 | 1980-1981 |
| Psychiatric Residency<br>Naval Regional Medical Center<br>Oakland, California 94627 | 1981-1982 |
| Psychiatric Residency<br>National Naval Medical Hospital<br>Bethesda, Maryland 20814-5011 | 1982-1984 |
| Head, Department of Psychiatry<br>U.S. Naval Hospital<br>Yokosuka, Japan 98765<br>Chairman, Bioethics Review Committee<br>Chairman, Family Advocacy Committee<br>Member, Credentialing Committee | 1984-1987 |
| Chief, Consultation-Liaison Division<br>National Naval Medical Center<br>Bethesda, Maryland 20814-5011<br>Department Quality Assurance Officer<br>Department of Psychiatry<br>Member, Bioethics Review Committee | 1987-1988 |

Page 2
Curriculum Vitae
Jeffrey A. Kezlarian, M.D.

ACADEMIC APPOINTMENTS:

| | | |
|---|---|---|
| Clinical Assistant Professor of Psychiatry<br>Uniformed Services University of Health Science<br>Bethesda, Maryland | | 1987-1988 |
| Adjunct Clinical Instructor<br>Psychiatry Department<br>University of Michigan Medical School<br>Ann Arbor, Michigan    . | | 1995-2010 |
| Clinical Assistant Professor of Psychiatry<br>Oakland University William Beaumont Hospital<br>School of Medicine<br>Rochester, Michigan | | 2011-Present |

CONSULTING POSITONS:

| | | |
|---|---|---|
| Military Entrance Processing Station<br>Detroit, Michigan | | 1988-1992 |
| Maple Clinic<br>950 E. Maple Rd.<br>Birmingham, Michigan 48009 | | 1988-1989 |
| South Woodward Clinic<br>111 S. Woodward<br>Birmingham, Michigan 48011 | | 1988-1991 |
| Member, Quality Assurance Committee<br>Department of Psychiatry<br>William Beaumont Hospital<br>Royal Oak, Michigan 48073 | | 1995-1997 |
| Attending Psychiatrist<br>Department of Psychiatry<br>William Beaumont Hospital<br>Royal Oak, Michigan 48073 | | 1987-Present |
| Electroconvulsive Therapy Consultant<br>Department of Psychiatry<br>William Beaumont Hospital<br>Royal Oak, Michigan 48073 | | 1991-Present |

Page 3
Curriculum Vitae
Jeffrey A. Kezlarian, M.D.

|  |  |
|---|---|
| Transcranial Magnetic Stimulation<br>3290 West Big Beaver Road, Suite 509<br>Troy, Michigan 48084 | 2010-2016 |

## CERTIFICATION AND LICENSURE:

|  |  |
|---|---|
| American Board of Psychiatry and Neurology<br>Certificate Number 291665 | 1987 |
| State of Michigan<br>License Number 052428 | 1988 |
| National Board of Medical Examiners |  |

## MILITARY SERVICE:

|  |  |
|---|---|
| Lieutenant Commander<br>Medical Corps, USNR<br>Active Duty | 1979-1988 |

## HONORS AND AWARDS:

|  |  |
|---|---|
| Chief Resident<br>National Naval Medical Center<br>Bethesda, Maryland | 1983-1984 |
| "Top Doc" Award<br>Field of Psychiatry<br>Hour Detroit Magazine | 2003, 2008 |
| Patients' Choice Award | 2008, 2009 |

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES:

|  |  |
|---|---|
| American Psychiatric Association | 1983-Present |

## TEACHING ACTIVITIES:

|  |  |
|---|---|
| Chief Resident Rounds with Medical Students<br>Uniformed Services<br>University of Health Services | 1983-1984 |

Page 4
Curriculum Vitae
Jeffrey A. Kezlarian, M.D.

Didactic and Interview Technique Lecture Series       1984-1987
To House Staff and Japanese Interns
U.S. Naval Hospital
Yokosuka, Japan

Consultation Liaison Daily Rounds Weekly Case         1987-1988
Presentation, Journal Club Review with Psychiatric
Residence, Psychology Interns, and Medical Students
Bethesda, Maryland

Daily Staff Psychiatrist Rounds-Private Patients      1988-2015
with University of Michigan Medical Students
Monday-Friday

Clinical Assistant Professor of Psychiatry            2010-Present
Oakland University-William Beaumont Hospital
School of Medicine
Rochester, Michigan

Lecture: Personality Disorders                        1990-1999
Presented Monthly to University of Michigan
Medical Students

OTHER RELEVENT INFORMATION:

Office Location:        3290 W. Big Beaver Rd.
                        Suite 509
                        Troy, MI 48030

Phone:                  248-290-2220
Facsimile:              248-290-4019

Rev: 4/2019