## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

PORCHA WOODRUFF,               Hon. Judith E. Levy
   Plaintiff,                               Case No.: 5:23-cv-11886

- vs -

~~CITY OF DETROIT and~~ LASHAUNTIA OLIVER,
     Defendant.

_____/

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and for Defendant's Motion for Summary Judgment, Defendant relies upon the statements of fact and law, as set forth in the accompanying Brief.

1

**LOCAL RULE CERTIFICATION**

The undersigned counsel certifies that counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief, which has been rejected, except as otherwise noted. Local Rule 7.1(a).

I, Gregory B. Paddison, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller that 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

## ISSUES PRESENTED

1) **THE COURT SHOULD GRANT SUMMARY JUDGMENT AS TO PLAINTIFF'S FALSE ARREST/IMPRISONMENT CLAIMS BECAUSE PROBABLE CAUSE EXISTED FOR HER ARREST AND OFFICER OLIVER IS ENTITLED TO QUALIFIED IMMUNITY.**

   Defendant Responds:     Yes.
   Plaintiff Responds:     No.

2) **SUMMARY JUDGMENT SHOULD BE GRANTED AS TO PLAINTIFF'S MALICIOUS PROSECUTION CLAIMS (COUNTS II & VI) BECAUSE:**

   a. **THE CRIMINAL PROCEEDINGS WERE VOLUNTARILY DISMISSED; AND/OR**

   b. **PROBABLE CAUSE EXISTED FOR PLAINTIFFS ARREST AND OFFICER OLIVER IS ENTITLED TO QUALIFIED IMMUNITY; AND/OR**

   c. **THERE IS NO EVIDENCE THAT OFFICER OLIVER ACTED WITH MALICE.**

   Defendant Responds:     Yes.
   Plaintiff Responds:     No.

3) **SUMMARY JUDGMENT SHOULD BE GRANTED AS TO PLAINTIFF'S ELLIOT-LARSEN CLAIM (COUNT III) BECAUSE THERE IS NO EVIDENCE OF A DISCRIMINATORY INTENT OR PURPOSE.**

   Defendant Responds:     Yes.
   Plaintiff Responds:     No.

4) **SUMMARY JUDGMENT SHOULD BE GRANTED AS TO PLAINTIFF'S IIED CLAIM (COUNT VII) BECAUSE:**

   a. **PROBABLE CAUSE EXISTED FOR PLAINTIFF'S ARREST; AND/OR**

   b. **OFFICER OLIVER'S CONDUCT WAS NOT EXTREME OR OUTRAGEOUS AND PLAINTIFF CANNOT SHOW INTENT OR RECKLESSNESS.**

   Defendant Responds:     Yes.
   Plaintiff Responds:     No.

**TABLE OF AUTHORITIES**

FEDERAL RULES OF CIVIL PROCEDURE

1. Fed. R. Civ. P. 56

FEDERAL STATUTORY AUTHORITY

1. 42 USC § 1983

UNITED STATES SUPREME COURT AUTHORITY

1. *Anderson v. Creighton*, 483 US 635 (1987)
2. *Anderson v Liberty Lobby, Inc.*, 477 US 242 (1986)
3. *Ashcroft v. Iqbal*, 556 US 662 (2009)
4. *Baker v. McCollan*, 443 US 137 (1979)
5. *Matasushita Electric Ind. Co., Ltd. v Zenith Radio Corp.*, 475 US 574 (1986)

6TH CIRCUIT AUTHORITY

1. *Ahlers v. Schebil*, 188 F3d 365 (6th Cir 1999)
2. *Barnes v. Wright,* 449 F3d 709 (6th Cir 2006)
3. *Bey v. Falk*, 946 F3d 304 (6th Cir 2019)
4. *Chappell v. Cleveland*, 585 F3d 901 (6th Cir 2009)
5. *Cheolas v. Harper Woods,* 467 FedAppx 374 (6th Cir 2012)
6. *Davenport v. Causey*, 521 F3d 544 (6th Cir 2008)
7. *Fox v. Amazon.com, Inc.*, 930 F3d 415 (6th Cir 2019)
8. *Guiterrez v Lynch*, 826 F2d 1534 (6th Cir 1987)
9. *Horton v Potter*, 369 F3d 906 (6th Cir 2004)
10. *Johnson v. Moseley*, 790 F3d 649 (6th Cir 2015)
11. *Jones v. Clark Cnty.,* 959 F3d 748 (6th Cir 2020)
12. *Kendell v Hoover Co.*, 751 F2d 171 (6th Cir 1984)
13. *Legenzoff v. Steckel*, 564 FApp'x 136 (6th Cir 2014)
14. *Robertson v. Lucas*, 753 F.3d 606 (6th Cir. 2014)
15. *Sagan v United States*, 342 F3d 493 (6th Cir 2003)
16. *Susselman v. Washtenaw Cnty. Sheriff's Off.*, 109 F4th 864 (6th Cir 2024)
17. *Sykes v. Anderson*, 625 F3d 294 (6th Cir 2010)
18. *Voyticky v. Village of Timberlake, Ohio,* 412 F3d 669 (6th Cir 2005)
19. *Yancey v. Carroll Cnty., Ky.*, 876 F.2d 1238 (6th Cir. 1989)

<u>DISTRICT COURT AUTHORITY</u>

1. *Carter v. Shearer*, 596 FSupp 3d 934 (ED Mich 2022)
2. *DJ., ex rel. York v. Ypsilanti*, 2015 WL 630860 (ED Mich Feb 12, 2015)
3. *Dominique v. United States*, 2021 WL 3053385 (ED Mich July 20, 2021)
4. *Jaafar v. Dearborn Heights*, 2019 WL 247229 (ED Mich Jan. 17, 2019)
5. *Mobley v. City of Detroit*, 938 FSupp 2d 669 (ED Mich 2012)
6. *Nelson v. Flint*, 136 FSupp 2d 703 (ED Mich 2001)
7. *Ruble v. Escola*, 898 F Supp 2d 956 (ND Ohio 2012)
8. *Sanders v. Southwest Airlines Co.*, 86 FSupp2d 739 (ED Mich 2000)

<u>STATE COURT AUTHORITY</u>

1. *Doe v Mills*, 212 MichApp 73 (1995)
2. *Hayley v Allstate Ins Co*, 262 MichApp 571 (2004)
3. *Kassab v. Mich. Basic Prop. Ins. Ass'n*, 441 Mich 433 (1992)
4. *Lewis v LeGrow*, 258 MichApp 175 (2003)
5. *Peterson Novelties, Inc. v. City of Berkley*, 259 MichApp 1 (2003)
6. *Roberts v Auto-Owners Ins Co*, 422 Mich 594 (1985)
7. *Smith v. Tolan,* 158 Mich 89 (1909)
8. *Sottile v. DeNike*, 20 MichApp 468 (1969)
9. *Swain v Morse*, 332 MichApp 510 (2020)
10. *Walsh v. Taylor*, 263 MichApp 618 (2004)
11. *Weiden v. Weiden*, 246 Mich 347 (1929)

<u>STATE STATUTORY AUTHORITY</u>

1. MCL § 37.2302