

# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

*DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below*

## Daily Activity (DA)

**No Daily Activity Found**

## Vehicle Inspection

**No Vehicle Inspection Found**

## CAD Response

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STRTSHFT | 1/29/2023 | 16:10 | 16:10 | 16:10 | 16:14 | 0:03 | 3501 CHENE ST | | 202302902783 | A0712 | Yes |
| Close Disp: INFO | | | | Comments: [INFO] | | | | | | | |
| Notes: ON DUTY PER LT MCCRAE [01/29/2023 16:10:32 Unit:A0712] | | | | | | | | | | | |

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | 1/29/2023 | 16:14 | 16:14 | | 16:15 | 0:01 | E FERRY ST/E GRAND BLVD | | 202302902726 | A0712 | Yes |
| Close Disp: CE | | | | Comments: [CE] | | | | | | | |



# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

### DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below

*Notes:* E FERRY ST/E GRAND BLVD.....ONE DWN  [01/29/23 15:53:53 DAVISA847]

[PROQA] 45-year-old, Male, Not Conscious, Breathing status unknown.  Unknown Problem (Person Down)  Caller Statement: 1 DWN.  [01/29/23 15:54:27 DAVISA847]

[PROQA] Code: 32-D-1: LIFE STATUS QUESTIONABLE  [01/29/23 15:54:28 DAVISA847]

[EMS] {M23B} RESP FROM QTRS  [01/29/23 15:54:44 BENSONK994]

[PROQA] 1. No special circumstances. 2. He does not appear to be completely awake (alert). 3. He was not ever heard talking/crying (the caller was close enough to hear). 4. He is lying down now. 5. He is not moving at all. 6. The caller knows where he is: IN THE MID OF E GRAND BLVD NEAR PALMER 7. The caller will be able to direct the emergency crew to the patient.  [01/29/23 15:55:21 DAVISA847]

[EMS] MEDICS ONSCN  [01/29/23 15:58:49 DAVISA847]

***9MINS**  [01/29/23 16:03:23 TURNERJ730]

*************************IN CONJ*****************************************

E GRAND BLVD/E FERRY ST/...CLR SZ THEY WERE DRIVING IN THE SNOW AND SEEN SOMEONE LAYING IN THE SNOW...  [01/29/23 15:56:56 CRAIGHEADL733]

VOL PFU 7/11  [01/29/23 15:58:10 TURNERJ730]

CLR SZ FIRE TRUCK ARRIVED AT THE SCENE THEN CLR H/U ......  [01/29/23 16:01:09 CRAIGHEADL733]

IS POLICE NEEDED?  [01/29/23 16:02:47 TURNERJ730]]

****************************************************************************  [01/29/23 16:03:53 TURNERJ730]

**UNABLE TO LINK RUN IN CONJ EVT ID 2023-029-02737******  [01/29/23 16:04:50 TURNERJ730]

[FIRE] UDTS: {S03} DELAYED MED DOCUMENTATION  [01/29/23 16:05:56 SMITHA864]

IS POLICE NEEDED??  [01/29/23 16:06:13 TURNERJ730]

[EMS] AFFIRMATIVE  [01/29/23 16:07:00 BENSONK994]

****UNIT A0705 PARTNER WAS PULLING UP 15MINS AGO....NOW ADV STILL WAITING ON PARTNER........A0701 /A0707 /0772 BUSY ON GSW********  [01/29/23 16:09:19 TURNERJ730]

M23 CANCEL SCOUT  [01/29/23 16:15:02 BENSONK994]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTURB | 1/29/2023 | 16:15 | 16:15 | 16:24 | 16:35 | 0:19 | ▓▓▓▓ | | 202302902723 | A0712 | Yes |

DPD HOME Page

Run on 12/5/2023 11:17:48 AM



# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

**DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below**

*Close Disp:* NAR    *Comments:* NAR [NAR]

*Notes:* ▇▇▇▇▇..DISTURBANCE.F CLR STATED SHE FEELS THREATR ANFD HUNG UP  [01/29/23 15:52:55 BASSJ485]

VOL PFU 7/11  [01/29/23 15:53:58 TURNERJ730]

****UNIT A0705 PARTNER WAS PULLING UP 15MINS AGO....NOW ADV STILL WAITING ON PARTNER........A0701 /A0707 /0772 BUSY ON GSW********  [01/29/23 16:09:26 TURNERJ730]

bwc on made location spoke with ▇▇▇▇▇▇▇▇ of above  stated she no longer needed police

NAR  [01/29/23 16:31:47 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPCL ATT | 1/29/2023 | 16:36 | 16:36 | 16:36 | 16:53 | 0:16 | 8031 GRATIOT AVE | | 202302902866 | A0712 | Yes |

*Close Disp:* NAR    *Comments:* NAR [NAR]

*Notes:* GREEN LIGHT LOCATION  [01/29/2023 16:36:47 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPCL ATT | 1/29/2023 | 16:57 | 16:57 | 16:57 | 17:09 | 0:12 | 2600 E JEFFERSON AVE | | 202302902951 | A0712 | Yes |

*Close Disp:* NAR    *Comments:*

*Notes:* GREEN LIGHT LOCATION  [01/29/2023 16:57:36 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPCL ATT | 1/29/2023 | 17:15 | 17:15 | 17:15 | 17:30 | 0:15 | 1559 E LAFAYETTE ST | | 202302903010 | A0712 | Yes |

*Close Disp:* NAR    *Comments:* NAR [NAR]

*Notes:* SPECIAL ATTENTION TO DOLLAR GENERAL DUE TO RECENT B&E  [01/29/2023 17:15:07 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPCL ATT | 1/29/2023 | 18:00 | 18:00 | 18:00 | 18:11 | 0:10 | WILKINS ST/RUSSELL ST | | 202302903181 | A0712 | Yes |

*Close Disp:* NAR    *Comments:*

Case 5:23-cv-11886-JEL-APP   ECF No. 23-5, PageID.361   Filed 11/05/24   Page 4 of 8



# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

**DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below**

*Notes:* EASTERN MARKET [01/29/2023 18:00:46 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INVPERS | 1/29/2023 | 18:33 | 18:34 | 18:39 | 18:50 | 0:16 | ▮▮▮▮▮ | | 202302903279 | A0712 | Yes |

*Close Disp:* NAR   *Comments:* NAR [NAR]

*Notes:* FM CLR SZ...SOMEONE WAS IN THE BACK OF HER HOUSE...BM, NO FURTHER...NFI [01/29/23 18:33:18 RUSSELLA805]

FM CLR SZ SHE CAN THE PERSON ON HER CAMERA...NFI [01/29/23 18:34:11 RUSSELLA805]

bwc on made location, spoke with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who stated she saw male walking on the sidewalk in view of her camera. no police action needed at this time

NAR [01/29/23 18:50:21 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPCL ATT | 1/29/2023 | 18:56 | 18:56 | 18:56 | 19:11 | 0:15 | 9963 GRATIOT AVE | | 202302903356 | A0712 | Yes |

*Close Disp:* NAR   *Comments:*

*Notes:* GREEN LIGHT LOCATION [01/29/2023 18:56:18 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPCL ATT | 1/29/2023 | 19:23 | 19:23 | 19:23 | 19:42 | 0:18 | 9911 E JEFFERSON AVE | | 202302903429 | A0712 | Yes |

*Close Disp:* NAR   *Comments:*

*Notes:* FAMILY DOLLAR FOR RECENT B&E [01/29/2023 19:23:55 Unit:A0712]

| Nature | Date | Disp | EnR | Arrv | Clr | Total | Street | Report # | Event # | Unit | Prime? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RNAIP | 1/29/2023 | 19:54 | 19:55 | 20:06 | 23:32 | 3:38 | 9963 GRATIOT AVE | 2301290262 | 202302903524 | A0712 | Yes |

*Close Disp:* R   *Comments:*

*Notes:* 9963 GRATIOT AVE......CUSTOMER ENTERED THE STORE SAYING HE WAS ROBBED.....UNKW PERP OR WEAPS [01/29/23 19:54:08 EDWARDSE224]

VIC IS A BLK M WRNG A BLU SHIRT AND NO JEANS....SEZ PERPS TOOK HIS PANTS [01/29/23 19:55:06 EDWARDSE224]



# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

### DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below

{A0712} ADV UPDATE  [01/29/23 19:55:40 TURNERJ730]

CRIME INTEL NOTIFIED  [01/29/23 19:55:43 EDWARDSE224]

Linked Events 2023-029-03607(290) to 2023-029-03524(207)  [01/29/23 20:30:14 BILLOPSM048]

[LAW] INV PERSON....F CALLER SEZ NEIGHBOR SEZ BLACK MALE RAN DOWN BESSEMORE AND VINTON TOWARDS GRATIOT IN JUST UNDERWEAR  [01/29/23 20:17:06 PHILLIPSA438]  [01/29/23 20:30:52 BILLOPSM048]

[LAW] (313) 704-1768  [01/29/23 20:30:58 BILLOPSM048]

SCOUT 773 MADE SCENE, WAS ADVISED BY 712 THAT CALLER WAS VICTIM OF RA, PER ROBBED HIM AT GUNPOINT AND TOOK HIS 2018 GOLD MALIBU AND HIS PANTS. SCOUT MAKING NOTIFICATIONS. 30 SERIES MADE SCENE GOT DESCRIPTION AND ADVISED THEY WOULD BE CANVASING AREA FOR VEHICLE.

773 CANVASSING  [01/29/23 20:31:38 Unit:0772]

VINTON AVE/BESSEMORE ST  [01/29/23 20:32:07 BILLOPSM048]

{A0712} ADV NEED PL  [01/29/23 20:34:29 TURNERJ730]

{A0712} REQ PL ATS  [01/29/23 21:00:56 TURNERJ730]

{2400} ***ADV ATS ABOVE LOC***  [01/29/23 21:17:06 TURNERJ730]

{A0712} PL AT SCENE  [01/29/23 21:48:15 BILLOPSM048]

{2400} *****ADV CRIME INTEL TO LOOK AT GROUP IN AREA ****  [01/29/23 21:57:37 TURNERJ730]

LAST NOTES ERR....2400 NEW RUN  [01/29/23 22:03:01 TURNERJ730]

{A0712} TRP 1 ML TO 165 RHODE ISLAND ST;HPK  [01/29/23 22:14:52 TURNERJ730]

{A0712} ADV ON PPR  [01/29/23 23:30:12 TURNERJ730]



# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

### DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below

Scout made location of 9963 Gratiot for a police run, victim Laurence Walker stated he picked up and unknown female in the area of 7 Mile and Hoover, he drove the female to the area of Gratiot and Bessemore to drop her off. When Mr. Walker parked the vehicle to allow the female to get out, he noticed her then get into a black Taho that was parked on the other side of the street. A male then exited that vehicle and approached Mr. Walker stating "she forgot her phone in your car". Mr. Walker then exited his vehicle to look for the females phone, at which time the male produced a hand gun and told the male "take everything off, where's the gun?". Mr. Walker then removed his pants and jacket and kicked off his shoes, the male then got in to Mr. Walkers 2018 Chevy Malibu Mi plate ERY 4446 and drove off traveling north on Gratiot.

The male is described as a black male, brown complexion, short, slim build, with short braids, and a beard. Unknown clothing description, armed with an unknown black hand gun.

The female Mr. Walker pick up is described as a black female, brown complexion, brown and blond long hair, slim build, about 5`4 in height, wearing a black jacket.

Mr. Walker stated while he was driving the female from 7 Mile and Hoover she was on the phone stating she was getting a ride from someone. Mr. Walker stated he also mentioned to her that he has a gun, though he did not mention to the female he did not have a gun on him.

Mr. Walker stated his red Andriod phone and wallet were in the vehicle when it was taken.

Sgt. Clark 7-72, 2400, code 5372 of CATS and made location.

Vehicle was placed in LEIN under "RA UDAA" by operator 18 who gave reference number 43396061.

Notified Sgt. Dedeluk of CATS.

bwc on

R  [01/29/23 23:32:50 Unit:A0712]

---

**Case Management (CM) Tracking**

**No Case Management Tracking Notes Found**

---

DPD HOME Page

Run on 12/5/2023 11:17:48 AM



# Officer Daily for Larson, Kelly  From 1/29/2023 at 3 PM - 1/29/2023 at 11 PM

*DEDELUKN847 - May View RMS Records at Security Level (SL #) 5 and Below*

## Case Supplements (CS)

**No Case Supplements Found**

## Field Contact Detail

**No Field Contacts Detail Found**

## CAD Related Statistics

| Primary | No Report | Report | SPCL ATT | Primary Service Time | No Backup Service Time Found |
|---------|-----------|--------|----------|----------------------|-------------------------------|
| 11      | 10        | 1      | 6        | 5:48:31              |                               |

| Total Service Time | Total OOS Time | Total Time |
|--------------------|----------------|------------|
| 5:48:31            | 0:00:00        | 5:48:31    |

## Officer RMS Related Statistics

| Incident Repts | No Arrest Reports | No Field Contacts | No CM Tracking | No CM Service | No Supplmnt | No CS Service | No DA Service |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

## CAD Unit Partner Data

| Unit Logon | Unit Logout | Unit Partner Name | Unitcode |
|------------|-------------|-------------------|----------|
| 1/29/2023 4:10:13 PM | 1/29/2023 11:33:12 PM | SCOUTEN, GREGORY A | A0712 |

| CAD Unit Partner Name - Pension | Unitcode | Unit Logon | Unit Logout | Office | Bureau | Unit |
|----------------------------------|----------|------------|-------------|--------|--------|------|
| SCOUTEN, GREGORY A - ▮          | A0712    | 1/29/2023 4:10 PM | 1/29/2023 11:33 PM | | | |

*Partner Total = 1*

*Total Number of Partners = 1*

## MAS Daily Detail Data

| MAS Date | Assignment | Pension | Radio Code | Car Code | Supervisor | OT | Staff Time |
|---|---|---|---|---|---|---|---|
| 1/29/2023 | Patrol | ███ | 7-12 | 185073 | SGT D. Clark - P | | 1600-0000 |

DPD HOME Page

Run on 12/5/2023 11:17:48 AM