Detroit Police Department

**Victim/Witness Photographic Line-Up Statement**

| Original Primary Victim | Original Officer | Unit/Code | IR# |
|---|---|---|---|
| Laurence Walker | P.D Oliver | CATS | 2301290262 |
| **Original Primary Crime/Incident** | | | **Date of Original Report** |
| Carjacking | | | 1-29-23 |
| **Location of Presentation** | **Case Officer** | **Unit/Code** | **Today's Date** |
| 17601 Mound | P.D Oliver | CATS | 2-3-23 |

VICTIM/WITNESS viewing the Line-up:
NAME (Printed) Laurence Walker

Type of Line-up viewed: Sequential [X] Simultaneous [ ]

1. I (can) (cannot) make an identification. LW (Witness Initials)

2. I have circled the number of the person who committed the crime now being investigated.

1 2 (3) 4 5 6 7 8 LW (Witness Initials)

Statement of Certainty: I looked at the guy who robbed me, an remembered key features, hair, body style, weight, and skin color #3 resembles the guy who robbed and carjacked me based on all the features I stated above

VICTIM/WITNESS SIGNATURE: [signature] DATE & TIME: 2/3/23 2:00pm

LINE-UP ADMINISTRATOR'S SIGNATURE: [signature] DATE & TIME: 2/3/23 2pm

Officer Notes:
Started at 1:53 ended at ~~2pm~~ 1:57pm. LO
Det. Greenwald present

| Administrating Officer Name | Unit/Code Number | Supervisor Approving | Unit/Code Number |
|---|---|---|---|
| | | | |

**Case Status**
- [ ] Open
- [ ] Closed Cleared
- [ ] Inactive
- [ ] Closed/Leads Exhausted

**Case Disposition**
- [ ] Unfounded
- [ ] Person Located
- [ ] Juvenile/No Custody
- [ ] Extradition Declined
- [ ] Cleared By Arrested
- [ ] Refused to Cooperate
- [ ] Prosecution Declined
- [ ] Cleared By Arrest/Other Agency
- [ ] Services Rendered
- [ ] Death of Offender

| Routing | Referred To | |
|---|---|---|
| | | Page 1 of 1 |

WSPD/rcs newsuplement 06-27-02

Detroit Police Department

## Victim/Witness Photographic Line-Up Statement

| Original Primary Victim | Original Officer / Unit/Code | IR# |
|---|---|---|
| Laurence Walker | P.O Oliver CATS | 23-0129-0262 |
| **Original Primary Crime/Incident** | | **Date of Original Report** |
| CARJACKING | | 1-29-23 |
| **Location of Presentation** | **Case Officer / Unit/Code** | **Today's Date** |
| 11601 Mound | P.O Oliver CATS | 2-3-23 |

**VICTIM/WITNESS viewing the Line-up:**
**NAME (Printed)** Laurence Walker

**Type of Line-up viewed:** Sequential ☐ Simultaneous ☐

1. I (can) )(cannot) make an identification. LW (Witness Initials)

2. I have circled the number of the person who committed the crime now being investigated.

   1 (2) 3 4 5 6 7 8 LW (Witness Initials)

**Statement of Certainty:** I picked #2 based on seeing the indivual in person for multiple hours, prior to me being carjacked.

**VICTIM/WITNESS SIGNATURE:** ____________ **DATE & TIME:** 2-3-23 2:03pm

**LINE-UP ADMINISTRATOR'S SIGNATURE:** ____________ **DATE & TIME:** 2/3/23 2:03pm

**Officer Notes:** **Start Time:** **End Time:**
Started at 2:02pm ended a 2:03 Pm.
Det. Greenwald presene

| Administrating Officer Name | Unit/Code Number | Supervisor Approving | Unit/Code Number |
|---|---|---|---|
| | | | |

| Case Status | Case Disposition | | | |
|---|---|---|---|---|
| ☐ Open ☐ Closed Cleared | ☐ Unfounded | ☐ Person Located | ☐ Juvenile/No Custody | ☐ Extradition Declined |
| ☐ Inactive ☐ Closed/Leads Exhausted | ☐ Cleared By Arrested | | ☐ Refused to Cooperate | ☐ Prosecution Declined |
| | ☐ Cleared By Arrest/Other Agency | | ☐ Services Rendered | ☐ Death of Offender |

| Routing | Referred To | |
|---|---|---|
| | | Page 1 of 1 |

WSPD/rcs newsupplement 06-27-02

# Lineup Instructions

I am going to present a series of individuals to you. A person who is involved in the crime against you may or may not be among them. Best practice is to make sure and view each of the individuals before making any determination. You may take our time while viewing the individuals.

Individuals you view may have on different clothing and may have a difference in features that are easily changed, such as hair style and color, facial hair, tattoos, etc. Make sure to pay attention to details that are not as easily changed, such as eyes, nose, mouth, and other facial features.

You should not feel compelled to make an identification. The investigation will continue whether or not you select someone. If you make a selection of an individual who is ultimately not involved in the crime, that individual will not incur any charges or police action just because you selected them.

If you make an identification, I'm going to ask you to explain why you picked that individual (how were they involved) and to describe how confident you are in your selection. Please do not ask questions about the person you have selected, as we cannot share that information with you at this time. Since this is an ongoing investigation, you should not discuss the identification procedures or the results with other people.

Do you understand these instructions? (YES) NO

I, Laurence Walker JR affirm that I have read, or had read to me, the instructions above and that I understand the instructions. I also understand that I should not talk to other people about the individuals I viewed or tell them who I have selected, if any.

Signature of Witness: [signature]

Signature of Investigator: [signature] Date: 2/3/23