| User: MILLERN715 | Detroit Police Department | 04/16/2024  13:49 |
|---|---|---|

## Case Management (DPD 230129-0262) Tracking : Notes

I OIC Oliver and Det. Greenwald went to the DDC today 2/16/23, where we conducted an interrogation of Porcha Woodruff. Woodruff was picked up this morning by FAST.

While at the DDC, I observed Woodruff to be pregnant and very much showing. Woodruff stated she was 34 weeks pregnant. Woodruff was advised of her constitutional rights she agreed to give a statement after.

Woodruff stated she had no knowledge of the carjacking and stated she did not known co defendant White or victim Laurence Walker. Due to Ms. Woodruff being pregnant and having watched the video from BP gas station of the female who was in and out of victim Walkers car, I believe the woman in the video was not who we have in custody, Woodruff. However, to confirm I will prepare a CDR warrant for Woodruff`s phone per Captain O`Rourke.

I spoke with magistarte Echartea today 2/16/23 during the arraignment of Woodruff, Echartea advised me I need a prosecutor or judge to dismiss the warrant however she will take into consideration what I advised her of.  [02/16/2023 16:56, OLIVERL410, 27113, DPD]