| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 12:09 | (517) 977-5159 | CALL WAIT | DT | FNET | Home Call | In | CW | Detroit,MI | 3 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 12:13 | (734) 752-1930 | TRENTON, MI | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 12:19 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 10 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 13:03 | (517) 977-5159 | LANSING, MI | DT | FNET | Home Call | Out | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 13:05 | (313) 590-4009 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 5 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 13:09 | (734) 752-1930 | TRENTON, MI | DT | FNET | Home Call | Out | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 13:11 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit,MI | 12 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 13:44 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 3 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 13:48 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 8 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 14:19 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 14:21 | (313) 220-8081 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 4 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 14:31 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 15:16 | (313) 377-0360 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 15:29 | (517) 977-5159 | LANSING, MI | DT | FNET | Home Call | Out | | Detroit,MI | 7 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 15:45 | (313) 590-4009 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 3 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 15:48 | (313) 224-5734 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 8 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 15:58 | (313) 224-5734 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 15:59 | (313) 224-5840 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 16:01 | (313) 224-2699 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 16:17 | (313) 574-3922 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 16:18 | (313) 224-2699 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 17:03 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 17:22 | (734) 752-1930 | TRENTON, MI | DT | FNET | Home Call | Out | | Detroit,MI | 3 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 17:57 | (734) 975-0983 | ANN ARBOR, MI | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 18:10 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 7 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 18:12 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 18:26 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 18:59 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 19:59 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 20:32 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 16, 2023 | 21:18 | (216) 526-6228 | INCOMING, CL | NW | FNET | Home Call | In | | Detroit,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 05:30 | (734) 994-2200 | INCOMING, CL | NW | FNET | Home Call | In | | Detroit,MI | 8 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 08:02 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | Out | | Detroit,MI | 2 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 08:26 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | In | | Detroit Border,MI | 13 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 08:33 | (216) 526-6228 | INCOMING, CL | DT | FNET | Home Call | In | | Detroit Border,MI | 1 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 08:50 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit Border,MI | 8 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 09:31 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit Border,MI | 3 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 09:37 | (313) 574-3414 | CALL WAIT | DT | FNET | Home Call | In | CW | Detroit Border,MI | 6 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 09:39 | (216) 526-6228 | CLEVELAND, OH | DT | FNET | Home Call | Out | | Detroit Border,MI | 6 |
| 188198207227 | (517) 240-7491 | Feb 17, 2023 | 09:48 | (313) 224-0585 | DETROIT, MI | DT | FNET | Home Call | Out | | Detroit Border,MI | |