# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

| | |
|---|---|
| PORCHA WOODRUFF,<br>    Plaintiff, | Hon. Judith E. Levy<br>Case No.: 5:23-cv-11886 |
| - vs - | |
| ~~CITY OF DETROIT and~~ LASHAUNTIA OLIVER,<br>    Defendant. | |

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C.,<br>Ivan L. Land Sr. (P65879)<br>Attorney for Plaintiff<br>25900 Greenfield, Rd., Ste. 210<br>Oak Park, MI 48237<br>(248) 968-4545<br>Ill4law@aol.com | CITY OF DETROIT LAW DEPARTMENT<br>Gregory B. Paddison (P75963)<br>Attorney for Defendant<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-0435<br>paddisong@detroitmi.gov |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW COMES**, Defendant, LaShauntia Oliver, by and through her attorney, Gregory B. Paddison, and for Defendant's Response to Plaintiff's Motion for Partial Summary Judgment, Defendant states as follows:

1. Defendant, LaShauntia Oliver ("Officer Oliver") denies the allegations of Paragraph 1, as the allegations stated therein are untrue.

2. Defendant denies the allegations of Paragraph 2, as the allegations stated therein are untrue.

3. Defendant denies the allegations of Paragraph 3, as the allegations stated therein

are untrue.

4. Defendant admits the allegations of Paragraph 4.

## COUNTER-STATEMENT OF ISSUES PRESENTED

1) **WHETHER PLAINTIFF'S FEDERAL AND STATE RIGHTS TO BE FREE FROM FALSE ARREST AND FALSE IMPRISONMENT WERE VIOLATED WHERE OFFICER LASHAUNTIA OLIVER LACKED PROBABLE CAUSE TO REQUEST AN ARREST WARRANT FOR PLAINTIFF'S ARREST?**

    Plaintiff States:        Yes.
    Defendant Responds:      No.

2) **WHETHER PLAINTIFF'S FEDERAL AND STATE RIGHTS TO BE FREE FROM MALICIOUS PROSECUTION WERE VIOLATED WHERE OFFICER LASHAUNTIA OLIVER LACKED PROBABLE CAUSE TO REQUEST AN ARREST WARRANT FOR PLAINTIFF'S ARREST?**

    Plaintiff States:        Yes.
    Defendant Responds:      No.

**TABLE OF AUTHORITIES**

FEDERAL RULES OF CIVIL PROCEDURE

1. Fed. R. Civ. P. 56

FEDERAL STATUTORY AUTHORITY

1. 42 USC § 1983

UNITED STATES SUPREME COURT AUTHORITY

1. *Anderson v. Creighton*, 483 US 635 (1987)
2. *Anderson v Liberty Lobby, Inc.*, 477 US 242 (1986)
3. *D.C. v. Wesby*, 583 US 48 (2018)
4. *Malley v. Briggs*, 475 US 335 (1986)
5. *Matasushita Electric Ind. Co., Ltd. v Zenith Radio Corp.*, 475 US 574 (1986)
6. *Neil v. Biggers,* 409 US 188 (1972)

6TH CIRCUIT AUTHORITY

1. *Ahlers v. Schebil*, 188 F.3d 365 (6th Cir. 1999)
2. *Beck v. Hamblen Cnty., Tennessee*, 969 F.3d 592 (6th Cir. 2020)
3. *Crisp v. City of Kenton*, 998 WL 180561 (6th Cir.1998)
4. *Davenport v. Causey*, 521 F3d 544 (6th Cir 2008)
5. *Gardenshire v. Schubert*, 205 F.3d 303 (6th Cir. 2001)
6. *Grayer v. McKee*, 149 F. App'x 435 (6th Cir. 2005)
7. *Guiterrez v Lynch*, 826 F2d 1534 (6th Cir 1987)
8. *Horton v Potter*, 369 F3d 906 (6th Cir 2004)
9. *Howard v. Bouchard*, 405 F.3d 459 (6th Cir. 2005)
10. *Johnson v. Moseley*, 790 F3d 649 (6th Cir 2015)
11. *Kendell v Hoover Co.*, 751 F2d 171 (6th Cir 1984)
12. *Kuehl v. Burtis*, 173 F.3d 646 (1999)
13. *McPherson v. Kelsey*, 125 F.3d 989 (6th Cir. 1997)
14. *Ouza v. City of Dearborn Heights*, 969 F.3d 265 (6th Cir. 2020)
15. *Peet v. City of Detroit*, 502 F.3d 557 (6th Cir. 2007)
16. *Penn v. Bergtold*, 803 F. App'x 900 (6th Cir. 2020)
17. *Sagan v United States*, 342 F3d 493 (6th Cir 2003)
18. *Smith v. Perini*, 723 F.2d 478 (6th Cir. 1983)
19. *Sykes v. Anderson*, 625 F3d 294 (6th Cir 2010)

20. *United States v. Amerson*, 38 F.3d 1217 (6th Cir. 1994)
21. *United States v. Crozier,* 259 F.3d 503 (6th Cir. 2001)
22. *United States v. Hill*, 967 F.2d 226 (6th Cir. 1992)
23. *Voyticky v. Timberlake,* 412 F3d 669 (6th Cir 2005)
24. *Weser v. Goodson*, 965 F.3d 507 (6th Cir. 2020)

OTHER CIRCUIT AUTHORITY

1. *Baptiste v. J.C. Penney Co.,* 147 F.3d 1252 (10th Cir.1998)
2. *BeVier v. Hucal*, 806 F.2d 123 (7th Cir.1986)
3. *Gerald M. v. Conneely,* 858 F.2d 378 (7th Cir.1988)
4. *Sevigny v. Dicksey*, 846 F.2d 953 (4th Cir.1988)
5. *United States v. Mahler,* 442 F.2d 1172 (9th Cir.)

STATE COURT AUTHORITY

1. *Peterson Novelties v. Berkley*, 259 MichApp 1 (2003)
2. *Smith v. Tolan,* 158 Mich 89 (1909)
3. *Weiden v. Weiden*, 246 Mich 347 (1929)