UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Porcha Woodruff,

                Plaintiff(s),

v.                                      Case No. 5:23−cv−11886−JEL−APP
                                      Hon. Judith E. Levy

Detroit, City of, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion for Leave to File − #32

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/W. Barkholz
                                                Case Manager

Dated:   December 5, 2024