1  A.   Yes.

2  Q.   Okay.  Was there any discussion as to why you had to do

3       a warrant?

4  **A.   To make it certain or to clear her in case -- just to be**

5       **able to help her.  But then I also needed to have it in**

6       **case the prosecutor did not dismiss it.  Then I would**

7       **have had some type of evidence.**

8  Q.   Okay.  So when you start -- after you start working that

9       warrant, you had a conversation with Ms. Woodruff that

10      day, correct?

11 **A.   On the 17th, yes.**

12 Q.   Okay.  In fact, Ms. Woodruff recorded that conversation,

13      correct?

14 **A.   Yes.**

15             MR. PADDISON:  Counsel, I can mark this as an

16      exhibit if we need to.  I think we both know what we are

17      referencing.

18             MR. LAND:  Yes.  It's on you.

19 BY MR. PADDISON:

20 Q.   I hope this is loud enough and you have listened to

21      this, correct?

22 **A.   Yes.**

23 Q.   You know what I'm getting at here.  I'd like to kind of

24      fast forward a little bit here.  I have fast forwarded,

25      well, to about the 1 minute 4 seconds.  If we need, I



Lashauntia Oliver
05/14/2024                              Page 101

1    can send it over later to the court reporter.  Do you

2    tell Ms. Woodruff why you need to do the warrant?

3  A.    Yes.

4  Q.    What do you tell her?  If you need to hear it, that's

5        fine.

6                    MR. LAND:  Yes, we need to hear it.

7                         (Audio tape playing)

8  BY MR. PADDISON:

9  Q.    Did I hear you say to show you were not anywhere near

10       the scene?

11  A.    Yes.

12  Q.    Okay.  Now after you have that phone conversation with

13       Ms. Woodruff, what do you do next?

14  A.    I think I may have had a conversation with my

15       supervisors.

16  Q.    About what?

17  A.    Trying to give her -- or talking to them about the cell

18       phone and asking, you know, what could we do so we can

19       give her the phone back.

20  Q.    And what comes of that?

21  A.    I was told we could give her the phone back.  We

22       don't -- not to do the phone dump where we need the

23       actual phone, that the CDR would be sufficient enough.

24       So we'll do that route, that way we can give her the

25       cell phone back.



<div align="center">Lashauntia Oliver<br/>05/14/2024                    Page 102</div>

1  Q.  The recording we just listened to cuts out.  Did

2      Ms. Woodruff, I don't want to say object, or give any

3      grief when you told her that you were doing the search

4      to try and show she wasn't near the location?

5  **A.  Um, she just -- I don't know about grief, but --**

6  Q.  Did she ever say I don't want you searching my phone?

7  **A.  I don't remember.  I don't think so.**

8  Q.  Okay.

9  **A.  I don't know actually.**

10 Q.  So you talked to your supervisors and they tell you

11     okay, you can give her her phone back, correct?

12 **A.  Yes.**

13 Q.  And do you contact Ms. Woodruff?

14 **A.  Yes.**

15 Q.  And she retrieved her phone that same day, correct?

16 **A.  Yes.**

17 Q.  We discussed the search warrant for Ms. Woodruff's

18     phone, correct?

19 **A.  Yes.**

20 Q.  I believe you called it a copy and paste job, correct?

21 **A.  Yes.**

22 Q.  Okay.  At this point, was searching Ms. Woodruff's phone

23     a high priority to you?

24 **A.  Not at that time, no.**

25 Q.  Why not?



Lashauntia Oliver
05/14/2024                                          Page 103

1   A.   Because she wasn't -- because she was pregnant and I

2        didn't suspect her to be the suspect in the video.  But

3        I still need the -- I needed to have it in case I didn't

4        know where the case was going pretty much.

5   Q.   Okay.  Because of that point, you had talked to Garcia

6        and explained what was going on, and he just said he

7        would look into it, correct?

8   A.   Yes.

9   Q.   Okay.  Now let me ask you this.  In hindsight, would you

10       have done things differently?

11             MR. LAND:  Objection, calls for speculation.

12  BY MR. PADDISON:

13  Q.   Should you, sitting here today, have you put more or

14       different information in this search warrant for the

15       phone?

16  A.   Yes.

17  Q.   Okay.  As a quick point, was that search warrant ever

18       executed?

19  A.   No.

20  Q.   Okay.  Did you ever actually plan on executing that

21       search warrant?

22  A.   Not at the time.  Only if they were -- depending on the

23       case like if she was -- if it was going to be dismissed

24       or if she got charged.

25  Q.   Did you do any followup or press and try and get that



**Lashauntia Oliver**
05/14/2024                                        **Page 104**

 1    search warrant to be executed?

 2 **A.   No.**

 3 Q.   Okay.  Now, Ms. Woodruff, I'd ask it be a stipulated

 4      fact that her preliminary exam occurred on March 7 of

 5      2023.  At some point between February 22, when you

 6      submitted the search warrant, and March 7 the

 7      preliminary exam --

 8           MR. LAND:  Objection.  Got the wrong dates.

 9           MR. PADDISON:  That was what's on the Register

10      of Actions.

11           MR. LAND:  What was on the Register of

12      Actions?

13           MR. PADDISON:  March 7.

14           MR. LAND:  What was the other date?

15           MR. PADDISON:  February 2, the date the

16      warrant was signed.

17           MR. LAND:  You said February 22.

18           MR. PADDISON:  Yes, February 22 was the date

19      the warrant was signed.

20           MR. LAND:  Oh, phone search warrant, okay.  I

21      understand.

22 BY MR. PADDISON:

23 Q.   So at some point between February 22 and March 7, did

24      you get any updates from anyone about the status of the

25      case as it relates to Ms. Woodruff?



Lashauntia Oliver
05/14/2024                                    Page 105

1   A.   Can you say that date again?

2   Q.   Between the date you submitted the search warrant --

3   A.   Yes.

4   Q.   -- and the date that she -- and you probably didn't even

5        know this.  And March 7 at her preliminary exam, did you

6        talk to --

7             MR. LAND:  Can I stop?  I need to use the

8        bathroom?

9             MR. PADDISON:  This is like my last --

10  BY MR. PADDISON:

11  Q.   At any point between February 22 when you submitted --

12       you got that search warrant signed and March 7 when the

13       preliminary exam occurred, did you talk to the

14       Prosecuting Attorney Garcia about the case at all?

15  A.   Yes.

16  Q.   Okay.  What did you guys talk about?

17  A.   **He said that he would -- I believe he said that the case**

18       **would be dismissed when they go to court.**

19  Q.   Okay.  Did that play into your decision why you didn't

20       follow up with the search warrant?

21  A.   Yes.

22  Q.   Okay.  One final question.  Why didn't you, as the OIC,

23       reach out to Ms. Woodruff to tell her the case was going

24       to be dismissed?

25  A.   **Because I didn't want to give her any bad information or**



1    accidentally give some misleading information for her.

2    It's not my job to give her -- or make contact with her

3    to give her that information.  She needed to hear it

4    from the prosecutors.

5              MR. PADDISON:  Okay.  That is all I have.

6              VIDEOGRAPHER:  Going off the record at 3:52

7    p.m.

8              (A short recess was taken)

9              VIDEOGRAPHER:  Going back on the record at

10   3:57 p.m.

11                   RE-EXAMINATION

12   BY MR. LAND:

13   Q.   Okay.  Again, Ms. Oliver, I wanted to ask you some

14        questions.  I want to direct you to Exhibit 2.  So this

15        is the search warrant, arrest warrant that was submitted

16        to the Magistrate?

17   A.   Yes.

18   Q.   I heard your counsel questioning you as far as so the

19        Magistrate signs off on it and it's sent over to the

20        prosecutor's office?

21   A.   Wait.  Can you repeat that?  I'm sorry.

22   Q.   Okay.  Your counsel asked you something about the

23        prosecutor reviewed this warrant?

24   A.   Yes.

25   Q.   Is that true?



**Lashauntia Oliver**
**05/14/2024**                                   Page 107

1  **A.   Yes.**

2  Q.   Because Kym Worthy -- from my understanding Kym Worthy

3       does not sign off on facial recognition?

4  **A.   The assistant prosecutors or whoever I sent it to.  So**

5       **in this case I sent it to Garcia.**

6  Q.   He signed off on this?

7  **A.   Yes.**

8  Q.   What did you provide him?

9  **A.   I put everything like the entire packet together.**

10  Q.   Garrett -- where did he sign off at?  I don't have that

11      information.  I see that a magistrate signed off on

12      this.

13              MR. PADDISON:  Rodney Johnson.

14  **A.   It's not on this sheet.**

15  BY MR. LAND:

16  Q.   From my understanding, this was signed off by a

17      magistrate, not a prosecutor's office.  My

18      understanding, Kym Worthy and them do not sign off on

19      facial rec cases.  I have looked for this for four

20      months.

21  **A.   It's not on this sheet.  But I sent it over to him and**

22      **from there, he sent it over to the judge.**

23  Q.   So you don't have that information?

24              MR. PADDISON:  Can I clarify what information

25      we are looking for?



<div align="center">

**Lashauntia Oliver**
05/14/2024                                    **Page 108**

</div>

1          MR. LAND:  She stated that the prosecutor

2     reviewed it and signed off on the warrant.

3          MR. PADDISON:  Are we talking about the search

4     warrant or arrest?

5          MR. LAND:  Arrest warrant.

6          MR. PADDISON:  Yes.  I don't have it in any of

7     the documents we have, no.  If it's not in what you

8     have, then I don't have it.

9          MR. LAND:  I need that.  Okay.  I'm going to

10     request that from you.  You going to write it down?

11          MR. PADDISON:  Okay.

12  BY MR. LAND:

13  Q.   Next, let me ask you, February 16, you saw the Porcha

14       Woodruff was pregnant?

15  **A.   Yes.**

16  Q.   Did you contact your victim?

17  **A.   Um, I'm not sure.  I'm not sure.**

18  Q.   You don't think this was important.

19  **A.   It would have been.  But I'm not sure if I contacted him**

20  **or not.**

21  Q.   Do you think?

22  **A.   I might have and he just didn't answer.**

23  Q.   Do you think that was important?  You don't know if you

24       contacted him.  Would you have noted that in your notes

25       somewhere?



1   A.   I may have.  I'm not sure.

2   Q.   But you haven't provided it?

3   A.   I don't have any notes with me.  It's a kind of notes

4        for the case.

5   Q.   That's something very important, don't you think?

6             MR. PADDISON:  Objection.  Form, foundation.

7   BY MR. LAND:

8   Q.   Well, okay.

9             Let me show you something.  So you talked to

10       White, right?

11  A.   No.

12  Q.   You never talked to White?

13  A.   No.

14  Q.   Okay.  I want to mark this as an exhibit.

15            (Discussion off the record.)

16                 DEPOSITION EXHIBIT 21

17                 WAS MARKED BY THE REPORTER

18                 FOR IDENTIFICATION.

19  Q.   Take a look at this.  This is the Affidavit and Search

20       Warrant of Daniel White, and please take a look at this.

21       Do you recognize that?

22  A.   Yes.

23  Q.   Is that a search warrant for Daniel White's phone?

24  A.   Trying to look for the number.

25  Q.   The number is blocked out.



Lashauntia Oliver
05/14/2024                                    Page 110

1              MR. PADDISON:  Counsel, I believe Daniel White

2       was the one with T-mobile rather than Xfinity.  We block

3       out --

4    A.   I see it on here, the --

5    BY MR. LAND:

6    Q.   So that is the Daniel White's search warrant?

7    A.   Yes.

8    Q.   Okay.  Take a look at the last paragraph.

9    A.   On this page?

10   Q.   No.  The next page.  Mr. Daniel White, it states there

11      that you spoke to him.  Is that not true?

12   A.   No.  Daniel White confirmed he knows Trinidad, however

13      denies being the person responsible.  I was listening in

14      while Detective Gray and Officer Glover was

15      interrogating him.

16   Q.   But you put that in your search warrant?

17   A.   That he confirmed that he knows Trinidad?

18   Q.   Yes.

19   A.   Yes.

20   Q.   Did you show him a picture of Trinidad?

21   A.   I believe they did.

22   Q.   You believe they did?

23   A.   I'm not sure actually.

24   Q.   You know, this is on February 3.

25   A.   Okay.



**Lashauntia Oliver**
**05/14/2024**                                    Page 111

```
 1  Q.   So --

 2  A.   Wait -- no, February 3.  No, no.  I got my dates mixed

 3       up.  My apologies.

 4  Q.   So do you believe they showed him a picture of Trinidad?

 5       I mean, excuse me.  Porcha Woodruff?

 6  A.   No.

 7  Q.   Why not?

 8  A.   We didn't know who Porcha was at the time.

 9  Q.   Well, this is when they both -- he ID'd both them on the

10       same day, right?

11  A.   Who?  The victim?

12  Q.   The victim ID'd Trinidad?

13  A.   No.  Trinidad is the lady in the -- at the gas station.

14  Q.   Yes.  Well, he identified Porcha Woodruff to Trinidad,

15       right?

16  A.   Yes.

17  Q.   On February 3, right?

18  A.   I believe so.

19  Q.   So your officers, you heard someone interrogating him,

20       right?

21  A.   Yes.

22  Q.   Did you show him Porcha Woodruff's -- and I'm not

23       speaking of these policies with SNAP and all that crap.

24       I'm speaking of, did you show this individual, Daniel

25       White, Porcha Woodruff's driver's license?
```



1            MR. PADDISON:  Objection.  Asked and answered.

2     I believe she also testified she did not interrogate

3     Mr. White.

4            MR. LAND:  I understand that.

5  BY MR. LAND:

6  Q.  But you overheard -- you were sitting in the room.  You

7      overheard --

8            MR. PADDISON:  Objection, foundation.  Go

9      ahead.

10 BY MR. LAND:

11 Q.  Where were you at?

12 **A.  I was at the base reviewing -- I can log in to hear the**

13 **    interrogation at the DDC.**

14 Q.  So you were somewhere else when you put this together?

15 **A.  At the base.**

16 Q.  So this is not from you.  So this is a false Affidavit?

17            MR. PADDISON:  Objection.  Mischaracterizes

18      testimony.

19            MR. LAND:  Let me let you look at it.

20            MR. PADDISON:  I guess I'm lost as to how it's

21      a false Affidavit.

22            MR. LAND:  It reads as if you --

23 **A.  Daniel White confirmed he knows Trinidad, however denied**

24 **    being the person responsible for the carjacking.**

25 **    Mr. White stated he purchased the vehicle for $2,000.**



Lashauntia Oliver
05/14/2024                                    Page 113

1    Mr. White stated his cell phone number is 517.  He told

2    the officers that we are talking to him this, and I was

3    watching it as it -- live as it happened.

4  Q.  So --

5  A.  I didn't say he told -- Daniel White told me.  I said

6       Daniel White confirmed that he knows by the video.

7  Q.  Okay.  It's pretty good.  All right.

8            Let me ask you this.  Daniel White was caught

9       with his kid in the car, right?

10 A.  Yes.

11 Q.  He told you he spent $2,000?

12 A.  Okay.

13 Q.  Correct?

14 A.  Yes.

15 Q.  He told you he know Trinidad, right?

16 A.  Yes.

17 Q.  Show me in this -- those are important facts, first of

18      all, aren't they?

19            MR. PADDISON:  Objection.  Form, foundation.

20 BY MR. LAND:

21 Q.  Are those important facts?

22 A.  That he knows Trinidad.

23 Q.  And that he paid $2,000 for the car and he got caught

24      with his kid caught in the car.  Those are pretty

25      important things.



Lashauntia Oliver
05/14/2024                                    Page 114

1   A.   Everyone says they were -- not everyone.  But every time

2        I have contact with someone, oh, I paid for this car.

3   Q.   Fine.  But is it something you should have put in the

4        report?  So you believe -- your testimony here today is

5        because everyone tells you that, you should leave it

6        out?

7             MR. PADDISON:  Objection.  Mischaracterizes

8        testimony.

9             MR. LAND:  Let me ask her.

10  A.   No.  Leave what out, no.

11  BY MR. LAND:

12  Q.   It's a very important fact that he said he paid $2,000

13       for the vehicle?

14  A.   Okay.

15  Q.   Should that have been in the arrest warrant?

16  A.   Could it have been, it could have been.  But if I didn't

17       put it in there, it's not as if I'm trying to hide the

18       fact that he said he paid $2,000 --

19  Q.   Okay.

20  A.   -- for the vehicle.

21  Q.   You know you are an adult.

22  A.   Yes, I do.

23  Q.   You have been doing good so far.  We'll find out.  They

24       interrogated him on what day?  They interrogated him

25       after he was identified, correct?



1  A.   I don't know if it -- it was so close in time.

2  Q.   Do you know if it was after they --

3  A.   I know when they were speaking with him, that it was

4       right around the same time.

5  Q.   Around the same time.  When was that?

6  A.   The time that I was showing Mr. Laurence the lineups.

7  Q.   What lineup?  So it was --

8  A.   Daniel White.

9  Q.   You are under oath, so we doing good.  So you showed --

10      you know you showed, come on.  You know you showed the

11      lineup to them on the 3rd.  So you were not at a remote

12      location on the 3rd because you showed them Porcha

13      Woodruff --

14 A.   You're saying because I was at the DDC, there is no way

15      I could be at the base?

16 Q.   I don't know.  Can you?

17 A.   Yes.

18 Q.   So?

19 A.   Not at the same time.  But on the same day, yes.

20 Q.   So okay.  So this happened later on in the day?

21 A.   Yes.  Where --

22 Q.   What is this officer's name?

23           MR. PADDISON:  Glover and Gray, I believe.

24 BY MR. LAND:

25 Q.   Glover and Gray.



1      So you didn't -- when he identified Porcha

2      Woodruff and Daniel White, you didn't go and try to talk

3      to him?

4  A.  No.

5  Q.  You did not?

6  A.  No.

7  Q.  Okay.  Did you ask him, or did anyone ask him, who gave

8      him the $2,000?

9  A.  **Gave him the $2,000 or --**

10 Q.  Excuse me.  Who he gave the $2,000 to?

11 A.  **The people who were interrogating him which was not me.**

12 Q.  Do you know what they said?

13 A.  **They asked -- they -- normally you would ask how did you**

14     **have this car.**

15 Q.  Stop.

16 A.  **I don't know verbatim.  I didn't listen to the recording**

17     **just now.**

18 Q.  They asked him who he gave the $2,000 to and you were

19     listening.

20 A.  **I don't remember.**

21 Q.  You don't remember?

22 A.  **I don't remember exactly a name.  Or obviously, I**

23     **remember that or it was listening to where he said he**

24     **gave $2,000 or he purchased the vehicle for $2,000.**

25 Q.  You remember them asking who did he give it to, right?



<div align="center">

Lashauntia Oliver
05/14/2024
</div>

Page 117

1  A.  **Not who he gave it to.**

2  Q.  Who gave -- who he gave the $2,000 to.

3  A.  **No, I don't remember who.**

4  Q.  Okay.  So you never had them show Mr. White

5      Ms. Woodruff's ID?

6  A.  **No, not her ID.**

7  Q.  Or driver's license or anything?

8  A.  **No.  Not that I believe, no.**

9  Q.  Counsel asked you about a coat and it might change your

10     weight.

11 A.  **Yes.**

12 Q.  Right?

13 A.  **Yes.**

14 Q.  Do you remember if the victim told you the person had on

15     a heavy coat or anything or just a jacket?

16 A.  **Did the victim tell me that the male suspect had on a**

17     **heavy coat?**

18 Q.  Yes.

19 A.  **I would have to look back at my statement.**

20 Q.  Go ahead.

21 A.  **I don't have my statement.  I have Detective Fletcher's**

22     **statement.  I don't see it on here, however it's not in**

23     **here.  But it was --**

24 Q.  Of course.

25 A.  **-- the winter time in Detroit.**



Lashauntia Oliver
05/14/2024                           Page 118

1   Q.   Yes.  So do you know the Chief White made a news report?

2        He made a news report saying that if it's a facial

3        recognition hit, that you should never get a positive

4        ID.  You need to do more work, more investigative work.

5        I know he threw you under the bus, but do you know he

6        made that statement?

7                  MR. PADDISON:  Objection as to relevance.

8   A.   Yes.

9                  MR. LAND:  She said yes.

10                 MR. PADDISON:  I can still place my objection.

11  BY MR. LAND:

12  Q.   Did you say yes?

13  A.   **I don't know if he said you can never, but I know he did**

14       **make a statement.**

15  Q.   Basically stated you should have did more investigative

16       work instead of submitting a warrant?

17  A.   **He could have, yes.**

18  Q.   So let me let you take a look at the Exhibit 2.  This is

19       what was submitted to the prosecutor's office, excuse

20       me, to the Magistrate, okay.  It says in the second

21       paragraph under investigations of page 2 under

22       investigations, very last paragraph it says, I, Officer

23       Oliver, submitted an avert request for a member of the

24       Detroit Police for extracted video, right?

25  A.   **Where is that at?**



Lashauntia Oliver
05/14/2024                                      Page 119

1  Q.   Right here.

2                MR. PADDISON:  I'm on page two.

3                MR. LAND:  Look, Counsel.

4                MR. PADDISON:  Okay.

5  BY MR. LAND:

6  Q.   I, Officer Oliver, submitted a facial recognition on the

7       female who turned the cell phone over to the clerk.

8  A.   Okay.

9  Q.   I, Officer Oliver, was given the name of Porcha

10      Woodruff, Defendant Number 2.  Who gave you that?

11 A.   Crime Intel.

12 Q.   Who is Crime Intel?

13 A.   That is the unit who did the -- conducted the facial

14      rec.

15 Q.   Who was that?

16 A.   The new Crime Intel.

17 Q.   Give me names.

18 A.   I believe it was Nathan Howard, an analyst.

19 Q.   Isn't it -- don't you have some kind of policy where

20      they shouldn't -- since you're going to go and interview

21      the victim they shouldn't tell you who it is?

22 A.   Can you repeat?

23 Q.   Do you have a policy where you should not know who the

24      person is that is the suspect of facial recognition hit

25      or whatever?  You should not have known this was Porcha



Lashauntia Oliver
05/14/2024                                    Page 120

1    Woodruff.  You should have went in blind to the victim

2    and let him choose.  You shouldn't have known that.

3                MR. PADDISON:  Objection.  Form, foundation.

4    Assumes facts not in evidence.

5                If you understand the question.

6    BY MR. LAND:

7    Q.   Do you understand the question?

8    A.   **I do understand the question.**

9    Q.   Explain it.

10   A.   **Well, I mean, explain what you just said.**

11   Q.   Yes.  Why should they have told you who the hit was on?

12   A.   **Should Crime Intel have told me?**

13   Q.   Anyone, since you were conducting the lineup with the

14        victim -- I have information that you should not know

15        who the person is.

16   A.   **I wasn't aware of that.**

17   Q.   Okay.  Fine.  That's fair.  Okay.  Let's go to February

18        2 of this report.

19   A.   **Okay.**

20   Q.   It says I, OIC Oliver, obtained a statement from Walker.

21        Mr. Walker stated that as a few days had gone by, he was

22        able to recall more details of carjacking incident and

23        events prior to.  Mr. Walker stated that he met

24        defendant Woodruff.  Okay.

25                Now do you agree that you're inserting her



Lashauntia Oliver
05/14/2024                                    Page 121

1    name in this report?  And inserted in this report over

2    12 times and he has not identified her yet.

3           MR. PADDISON:  Objection, foundation.

4    Mischaracterizes the evidence.

5           You can answer.

6 A.    **This report was written after he positive ID'd her as a**

7       **suspect.**

8 BY MR. LAND:

9 Q.    That's fine.  That's fine.

10 A.   **That's why her name is in here.**

11 Q.   But do you understand that this is submitted to a

12      magistrate -- I don't care what happens in hindsight.  I

13      care about how this report is written.  Do you

14      understand how that can be misleading?

15 A.   **If it is misleading, it's not intentional.  So I mean --**

16 Q.   Okay.  We'll see what is intentional.  Let's go to this

17      third page of Exhibit 2 and I want you to go 1, 2, 3, 4,

18      5, 6, 7 lines down where it said I observed.

19 A.   **Okay.**

20 Q.   Read that out.

21 A.   **I observed on video a black Chevy Tahoe which was**

22      **described earlier and a silver GMC Envoy with a black**

23      **male exiting.  More?**

24 Q.   Yes.  Keep going.

25 A.   **I observed on video Defendant Woodruff open the driver's**



1      side door of Mr. Walker's Malibu and black male who

2      exited the Envoy at the passenger door of Mr. Walker's

3      vehicle.

4   Q.  Okay.  Keep going.

5   A.  Both front doors were open and both Defendant Woodruff

6      and the male subject can be observed pulling and tugging

7      on Mr. Walker who was in the driver's seat.  Defendant

8      Woodruff can be observed on video taking what appeared

9      to be an item from Mr. Walker.  Mr. Walker stated to OIC

10     Oliver he believed he may have been drugged by Defendant

11     Woodruff because he stated he had never felt that way.

12     Never felt the way he did that night.

13          Mr. Walker stated he was dazing off several

14     times falling asleep and did not just feel like himself,

15     and knows that just from consuming liquor would not make

16     him feel the way he did while in the presence of

17     Defendant Woodruff.

18  Q.  Stop right there.  You can understand how this is

19     misleading to someone?

20          MR. PADDISON:  Objection as to form.

21  A.  No.

22  BY MR. LAND:

23  Q.  You already inserted her name as the suspect and then

24     you turn in a warrant, you turn in something with

25     Defendant Woodruff's name at the very top?



Lashauntia Oliver
05/14/2024                                        Page 123

1   A.   Yes.  I have to put her name.

2   Q.   I understand.  But I'm asking, do you see how it can be

3        misleading?

4                MR. PADDISON:  Objection.  Foundation.

5        Assumes facts not in evidence.

6   BY MR. LAND:

7   Q.   Let me ask you this.  Are you saying a crime was -- did

8        the victim tell you a crime was committed here?

9   A.   Where?

10  Q.   What you just read, all that.  Did that victim, Laurence

11       Walker, tell you a crime was committed right there?

12  A.   He told me that he went to the gas station with the

13       female and he was, appeared to be, or he was drugged

14       possibly and the female he was with after this, they

15       went to location on Gratiot and Bessemore and that's

16       where the carjacking took place.

17  Q.   Okay.  Did he tell you a crime was committed right here?

18       Did he complain about anything that happened at this

19       time?

20  A.   He said he believed he was drugged at that location.

21  Q.   You believe a crime was committed here?

22  A.   No.  The crime was committed on Gratiot and Bessemore.

23  Q.   So you believe the crime wasn't committed here.  Now let

24       me ask you this.  Do you believe that Trinidad was on a

25       suicide mission?



**Lashauntia Oliver**
05/14/2024                                      Page 124

1           MR. PADDISON:  Objection.  Relevance,

2      speculation.

3  BY MR. LAND:

4  Q.   Answer the question.

5  **A.   Do I believe she was on a suicide?**

6  Q.   Yes.  Do you believe she wanted to harm herself?

7  **A.   I don't know where -- where is that?**

8  Q.   Let me give it away.  So why would someone drug someone

9      and they're driving them around?  So now that I told you

10     that, why would she drug someone that's driving her

11     around?

12 **A.   You can drive like drugged or drunk or under the**

13     **influence, so yes, you can drive under the influence of**

14     **something.**

15 Q.   So nothing, no crime was committed there?

16          MR. PADDISON:  Objection.  Mischaracterizes

17     testimony.  Asked and answered.

18 BY MR. LAND:

19 Q.   You said nothing was committed there.  He didn't

20     complain about anything there, right?

21          MR. PADDISON:  Same objections.

22 **A.   He complained that he believed he was drugged and they**

23     **were going in and out of the vehicle.**

24 Q.   Do you believe a crime was committed there?

25 **A.   Not the carjacking.**



Lashauntia Oliver
05/14/2024                                    Page 125

1  Q.  Was any crime committed there?

2  A.  Not that I -- I mean, I believe he was drugged or he

3      believed he was drugged.  I don't know if was at this

4      location.  But I do know he was slouched over and

5      slumped over at this location?

6  Q.  So what kind of crime is being drugged, what is that?

7           MR. PADDISON:  Objection.  Calls for legal

8      conclusion.

9           You can answer to the extent you know.

10 A.  Some form of an assault.

11 Q.  Assault, okay.

12                 DEPOSITION EXHIBIT 22

13                 WAS MARKED BY THE REPORTER

14                 FOR IDENTIFICATION.

15 BY MR. LAND:

16 Q.  Can you read that, please.  First of all, read the first

17     page.  It's the investigative request for video evidence

18     extraction.  Please read what it says.

19 A.  On investigation report for video evidence extraction.

20 Q.  Okay.

21 A.  Date requested, 2-3-23.  Report number 2301290262.  The

22     crime, carjacking.  Precinct location, 11 precinct.

23     Green light location, no.  Location type, NA.  Location

24     address, 6420 Van Dyke.  Contact person, Sala Bensouda.

25     Contact person phone number.  Date of incident, 1-23 or



Lashauntia Oliver
05/14/2024                                Page 126

1    1-29-2023.  Time of incident on video system when it

2    occurred, 5:53 p.m.

3  Q.  That's page one.  Page two?

4  A.  Green light video, no.  Location video, no.  In custody,

5      yes.  Has OIC viewed requested video, yes.  Unable why,

6      NA.  Video extraction arrangement made, yes.  Requester

7      last and first name, LaShauntia Oliver.  Requester

8      name/rank/title, PO, police officers.  Requester phone

9      number, please provide direct phone number.  Requester

10     email, Oliver L410@DetroitMI.gov.  OIC, LaShauntia

11     Oliver.  OIC rank/title police officer.  OIC Phone.  OIC

12     email, OliverL410@detroitmi.gov.  Precinct Bureau, CATS.

13     Other command description, NA.

14             Describe the person or the vehicle and the

15     event.  January 29, 23, 5350 p.m.  Victim pulls into the

16     gas station driving a gold Malibu MI plate, driver

17     (Victim) never exits the vehicle however the female

18     suspect (wearing a red shirt) gets out the passenger

19     side and goes into the store.  The two were there from

20     5:53 p.m. until 7:27 p.m.  I would like to get the plate

21     from the silver GMC Envoy along with a still shot of the

22     male who exits, the female who exits the female (suspect

23     2).

24             I would like to get all video and times

25     requests due to the fact it shows the female suspect



Lashauntia Oliver
05/14/2024                                    Page 127

1       having many different interactions with subjects along

2       with the male from the Envoy suspect 1 and female

3       suspect 2 pulling and tugging on the victim who was

4       inside the driver's seat (possibly robbing him).  The

5       victim drive out with the Envoy following behind, at

6       this time I observed the plate on the Envoy.

7   Q.  So you submitted this and you put that incident of the

8       possibly robbing him?

9   A.  **Okay.**

10  Q.  Am I correct?

11  A.  **Yes.**

12  Q.  That's not true, is that?

13          MR. PADDISON:  Objection.  Calls for

14      speculation.

15  BY MR. LAND:

16  Q.  Is that true?

17  A.  **That he was possibly being robbed?**

18  Q.  At the time you just said he want -- if you got to

19      change your answer, go ahead.

20          MR. PADDISON:  Objection, argumentative.

21          You can answer.

22  A.  **I didn't know.  I mean, again, he said he was being**

23      **pulled on -- or not pulled on.  But he believed to be**

24      **drugged.  I noticed they were going, I believe, in his**

25      **pockets, so --**



Lashauntia Oliver
05/14/2024                                    Page 128

1  Q.   Okay.  Earlier you said -- that's fine.  Let me ask you

2       something.

3            Do you know what nali prox means?

4  A.   No.

5  Q.   You don't know what nali prox means?

6  A.   Nali prox, no.

7  Q.   I'm going to give a different definition of it.

8            MR. PADDISON:  Can I see that?

9            MR. LAND:  I'm sorry.  I'm so sorry, Counsel.

10            MR. PADDISON:  Okay.

11 BY MR. LAND:

12 Q.   Do you know what that means?  Could you read that?  Take

13       a look at that.

14 A.   Formal notice of abandonment by plaintiff or prosecutor

15       or of part of an action that --

16 Q.   Okay.  So Porcha -- your attorney had a deposition with

17       Porcha Woodruff on January 12, 2024.  This is page 14 of

18       the deposition.  It starts out at 3, okay?  It says

19       question, so you understand that a dismissal without

20       prejudice is right?

21            MR. PADDISON:  What is relevance of

22       Ms. Woodruff's testimony to Officer Oliver?

23            MR. LAND:  It's relevant.

24            MR. PADDISON:  I'm just --

25            MR. LAND:  It's relevant if you can let me



1      finish, please.

2                    MR. PADDISON:  Go ahead.

3  BY MR. LAND:

4  Q.   Okay.  And your case was dismissed without prejudice.

5       Yes.  Okay.  Do you know that you can file a motion to

6       have an Order of Dismissal with Prejudice entered?

7       Okay.

8                    Now that was information that was wrong.  It

9       was made by your party?

10                   MR. PADDISON:  What is the statements an

11      attorney makes during a deposition relevant to a fact

12      witness?

13                   MR. LAND:  It's very relevant.

14                   MR. PADDISON:  How is it relevant to her

15      testimony?

16                   MR. LAND:  It's relevant because the case --

17      this case at this date remains open.

18                   MR. PADDISON:  What is the question to her?

19  BY MR. LAND:

20  Q.   I'm asking you, are you aware that this case was

21      dismissed without prejudice and can be brought back up?

22      And this is not true.  There is no motion I can file to

23      have this case dismissed with prejudice or any attorney

24      in this world.  So I brought this up because this was a

25      not a true statement given to Ms. Woodruff.



<div align="center">Lashauntia Oliver<br />05/14/2024</div>

Page 130

```
 1                    Speaking of statements given by attorneys,

 2         there is also, the same deposition, I don't need to put

 3         this second one on the statement.

 4                    Lastly, I want to ask you something.  I want

 5         you to take a look at Exhibit 2.  I want you to read

 6         this exhibit.  I want you to -- first of all, what s

 7         probable cause?

 8                    MR. PADDISON:  Objection to the extent it

 9         calls for a legal conclusion.

10                    You can answer to the extent you know.

11    BY MR. LAND:

12    Q.   Tell me what you think the definition of probable cause

13         is.

14    A.   Probable cause is evidence that allows you to make an

15         arrest or type certain warrants.  It's enough evidence

16         to do something.

17    Q.   What is probable -- so I want you to look at Exhibit 2.

18         And I want you to read it and I want you to initial

19         everywhere you have probable cause to believe that that

20         female committed armed robbery or carjacking.

21                    MR. PADDISON:  Place an objection to the

22         extent it calls for legal conclusion.  This is not an

23         opportunity for her to create exhibits on your behalf.

24         If you'd like to ask her testimony, she is here to

25         testify.
```



Lashauntia Oliver
05/14/2024                                      Page 131

1                 MR. LAND:  She can do it.

2                 MR. PADDISON:  She can testify to what her

3        basis for probable cause was.

4    BY MR. LAND:

5    Q.    What was your basis for probable cause?

6    A.    The victim.

7    Q.    On the female.

8    A.    The victim Laurence Walker stated that he was with

9          Porcha Woodruff, hours --

10   Q.    That's what -- he did not tell you that?

11   A.    You're saying he didn't tell me that?

12   Q.    He didn't tell you he was with Porcha Woodruff.

13   A.    Okay.  Well --

14                MR. PADDISON:  Objection, argumentative.

15                You can state your answer.

16   A.    He picked out the female from the six pack.

17   BY MR. LAND:

18   Q.    Prepared answer, I like this.  Come on.

19                MR. PADDISON:  Object to move to strike.

20   A.    Laurence walker picked out the female from the six pack

21         and said that this is who he was with.  That picture

22         belonged to Ms. Woodruff or was Ms. Woodruff.

23   BY MR. LAND:

24   Q.    And he said he was who he was with, okay?

25   A.    He believed that to be Trinidad which we all believed



Lashauntia Oliver
05/14/2024                                      Page 132

1       that to be Trinidad.

2   Q.  Okay.  What did Trinidad do?

3   A.  Had sex with the victim and was with him for hours and

4       had interaction with the male that drove away and robbed

5       the victim of his vehicle.

6   Q.  Did the female Trinidad drive away?

7   A.  No.

8   Q.  Did the female Trinidad pull a gun?

9   A.  No.

10  Q.  Okay.  As a matter of fact, on the last page of Exhibit

11      2, please read into the record what you wrote.

12  A.  February 3, 2023, Officer Glover and Gray commercial

13      auto theft conducted an interrogation of the Defendant

14      White.  Defendant White read his constitutional rights.

15      Defendant White stated he knows female who goes by the

16      name of Trinidad and denied carjacking Mr. Walker.

17  Q.  Denied carjacking Mr. Walker.  Okay.  Let me ask you

18      something.  Finish.  Go on, what about that.

19  A.  That's not the last par --

20  Q.  I'm sorry.

21  A.  Witness PO Kelly Larson the --

22  Q.  No.

23  A.  Oh.  Just start off with female?

24  Q.  Yes.

25  A.  Female he was with for hours and was with just before he

Lashauntia Oliver
05/14/2024                              Page 133

1    was carjacked on Bessemore and Gratiot.  I asked

2    Mr. Walker, Defendant Woodruff attempted to help him

3    during or after the carjacking.  He replied no.

4  Q.   What is wrong with that?

5  A.   Um.

6              MR. PADDISON:  If you know.

7  A.   I don't know.

8  BY MR. LAND:

9  Q.   You don't know?

10  A.   Well --

11             MR. PADDISON:  Testify if you know.

12  A.   I asked Mr. Walker if Defendant Woodruff attempted to

13       help him during the carjacking.  He replied no.

14  Q.   Is that a crime because she didn't help him?

15  A.   It's a --

16             MR. PADDISON:  You can answer.  Go ahead.

17  A.   It's a crime if she just had contact with the person who

18       pulled the gun out on the victim and there was

19       conversation.  The victim said that she walked out

20       without -- with his cell phone once she got out of the

21       car.  And that the male suspect who pulled the gown out

22       approached him and said she left her phone in here.  So

23       it was a co-defendant in this case.

24  Q.   How?

25  A.   A setup.



1   Q.   How?  How do you know that?

**2   A.   By the victim, what he said.**

3   Q.   What -- just because he said she had his phone?

4                MR. PADDISON:  Objection.  Mischaracterizes

5        testimony.

6   BY MR. LAND:

7   Q.   So because she didn't help him?

8                MR. PADDISON:  Objection.  Misstates the

9        evidence.

10               MR. LAND:  Well, that basically says she

11       didn't help him.

12               MR. PADDISON:  No, that does not.  If you want

13       to read into the record.  It says ask Mr. Walker

14       defendant attempted to help him during or after the

15       carjacking.  Doesn't say if he asked had help him at

16       all.

17  BY MR. LAND:

18  Q.   Do me a favor.  You remember going through all of this,

19       right?  We went through a lot.  Do you remember reading

20       any statement that involves the female in this case in a

21       carjacking or armed robbery?

**22  A.   Um --**

23  Q.   Any statement.

**24  A.   Yes.  When he -- on the six pack, that sheet right there**

**25       where he said he was with her for hours, and that's the**



Lashauntia Oliver
05/14/2024                               Page 135

1    same female that he explained that he was with for hours

2    prior to the carjacking and up until the carjacking took

3    place.

4  Q.   Okay.  So what is that?

5  A.   An accessory to a carjacking.

6             MR. LAND:  Okay.  No further questions.

7                        RE-EXAMINATION

8  BY MR. PADDISON:

9  Q.   Couple quick followups.

10            Carjacking is a crime, correct?

11 A.   Yes.

12 Q.   If someone were to drug a potential mark, such as our

13    victim in this case and then lead them to a location

14    where they were to be carjacked, would that constitute

15    being an accessory?

16 A.   Yes.

17 Q.   Is that a crime?

18            MR. LAND:  Objection.

19 BY MR. PADDISON:

20 Q.   And is that a crime?

21 A.   Yes.

22 Q.   Okay.  Now when you submit this request for warrant,

23    which has been marked as Exhibit 2, and just to clarify,

24    all of these reports and all of these statements are

25    also included when you send this over just to clarify?



HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO      313.567.8100

1  A.   Yes.

2  Q.   Okay.  When that happens, it's reviewed first by a

3       prosecuting attorney, correct?

4  A.   Yes.

5  Q.   And that prosecuting attorney looks to determine --

6             MR. LAND:  Objection.  That's not how this

7       works, but go ahead.

8  BY MR. PADDISON:

9  Q.   Based on your understanding, you submit all of this to

10      the Wayne County Prosecutor's Office, correct?

11 A.   Yes.

12 Q.   And they review these materials, correct?

13 A.   Yes.

14 Q.   Okay.  And they view it to determine if there is

15      probable cause, correct?

16 A.   Yes.

17 Q.   And if there's no probable cause, they won't recommend

18      the warrant, correct?

19 A.   Yes.

20 Q.   But if there is probable cause, they send it to a judge,

21      correct?

22 A.   Yes.

23 Q.   Judge reviews everything, correct?

24 A.   Yes.

25 Q.   If the judge finds there's no probable cause, they won't



**Lashauntia Oliver**
**05/14/2024**                                      Page 137

1      sign the warrant, right?

2  **A.**   **Right.**

3  Q.    But if the judge does find there's probable cause, he

4        does sign the warrant, correct?

5  **A.**   **Yes.**

6  Q.    So clearly, if the warrant is signed, that means that a

7        prosecuting attorney and a judge both found there was

8        probable cause, right?

9  **A.**   **Yes.**

10 Q.    Okay.

11              MR. LAND:  I'm, Counsel, going to need what

12       she is stating that the prosecutor signed off on it, I'm

13       going to need that.

14              MR. PADDISON:  I believe the warrant is in the

15       packet.

16              MR. LAND:  Okay.  Give it to me.

17              MR. PADDISON:  It's already been sent over to

18       you.

19              MR. LAND:  Also the videos, I'm missing videos

20       too.  They are not working.

21              MR. PADDISON:  Excuse me.  I'm not done with

22       my client.

23              MR. LAND:  Okay.  Well, I'm missing videos.

24              MR. PADDISON:  So they're not working.  You

25       can try and can have them reformatted.



1           MR. LAND:  Will you send them over to me

2      again, please.

3           MR. PADDISON:  Yes, I can do that.

4  BY MR. PADDISON:

5  Q.   Looking at the investigator's report and your report,

6       wasn't Ms. Woodruff's name appears here because she was

7       identified by the victim, correct?

8  A.   Yes.

9  Q.   Okay.  So when you compiled this, did you believe, based

10      on your investigation your conversation with the victim,

11      that everything you put in here was true?

12  A.  Yes.

13  Q.  Okay.  We agree the victim never stated that Trinidad

14      was pregnant, correct?

15  A.  Correct.

16  Q.  And you observed the video from inside the gas station,

17      correct?

18  A.  Yes.

19  Q.  And the woman, the suspect clearly was not pregnant?

20  A.  Correct.

21  Q.  And you saw Ms. Woodruff and she clearly was pregnant?

22  A.  Correct.

23  Q.  And so at that point, you knew that Ms. Woodruff was not

24      your suspect, correct?

25  A.  Correct.



**Lashauntia Oliver**
05/14/2024                                    Page 139

1  Q.   Okay.  At that point, is it really important to notify

2       the victim that oh, by the way we have a suspect, but

3       it's not the right person?  Is that really all that

4       important?

5  A.   No.

6  Q.   Okay.  Lastly, the interrogation of Mr. White, that was

7       included in the packet that's sent over with the warrant

8       request, correct?

9  A.   Yes.

10 Q.   Okay.  Do you have, as a police officer, any authority

11      over the decisions that the Wayne County Prosecutor

12      makes?

13 A.   No.

14 Q.   You can't tell them hey, you need to dismiss this claim

15      or charge with prejudice instead of without.  You don't

16      have the authority to do that?

17 A.   Right.

18 Q.   Does any police officer, you're aware of, have that

19      authority?

20 A.   No.

21 Q.   Okay.  Last but not least.  We've been at this a while

22      now.  You were asked about referencing Ms. Woodruff's

23      tattoos during your conversation with her, correct?

24 A.   I remember talking about them.

25 Q.   I'm asking you, you were asked about this during this



<center>**Lashauntia Oliver**
05/14/2024</center>                          **Page 140**

1      deposition, correct?

**2  A.   Yes.**

3  Q.   It's not mentioned in this handwritten summary that you

4       asked her or she showed you her tattoos, correct?

**5  A.   Correct.**

6  Q.   Okay.  But with that form, do you also prepare what is

7       called an Interrogation Record?

**8  A.   Yes.**

9  Q.   Okay.

10            MR. LAND:  Yes, I got it.

11  BY MR. PADDISON:

12  Q.   And is this the Interrogation Record that you created in

13       conjunction with your discussion with Ms. Woodruff?

**14  A.   Yes.**

15  Q.   Okay.  And does it reference to Ms. Woodruff's tattoos

16       in this record?

**17  A.   Yes.**

18  Q.   Okay.  And again, that would also include in the

19       materials that are sent over to the prosecutor's office?

**20  A.   Yes.**

21  Q.   Thank you.

22            MR. PADDISON:  I have nothing further.

23                          RE-EXAMINATION

24  BY MR. LAND:

25  Q.   One last couple things, I promise you.



Lashauntia Oliver
05/14/2024                                    Page 141

1              Do you need Porcha's Woodruff phone to conduct

2      what you wanted to conduct?

3   A.   **The phone dump, yes.**

4   Q.   The phone dump?

5   A.   **Yes.  When you need the actual physical phone, but not**

6        **for the CDR.**

7   Q.   What is the CDR?

8   A.   **The call detail record.**

9   Q.   You need it for the phone dump to determine the

10       location?

11  A.   **No.  I need the phone dump to be able to go inside of**

12       **the phone.**

13  Q.   What would you need to do that for?

14  A.   **If I needed to.**

15  Q.   But you didn't need to do that?

16  A.   **At that time, no.**

17  Q.   You never needed to go inside of her phone?

18  A.   **Unless there was an issue with the --**

19  Q.   Text message or something, correct?

20  A.   **Well, that.  But if there was -- if the prosecutors told**

21       **me that, you know --**

22  Q.   But what about, you allege that you need her phone

23       because --

24  A.   **Because I was doing a search warrant.**

25  Q.   You was doing a search to see if her phone pinged?



**Lashauntia Oliver**
**05/14/2024**                                           Page 142

1  A.   Yes.

2  Q.   So you didn't need her phone?

3  A.   I did for the phone dump.  And later on, I was told I

4       can do the CDR.  That's when we called her back and she

5       was able to pick up her phone.

6  Q.   You told her it was for the phone to determine -- you

7       told Ms. Woodruff and you put in the search warrant that

8       it was for strictly to find out if she pinged in that

9       area, correct?

10 A.   Okay.

11 Q.   Is that what you put -- I mean, you explain it to me.

12 A.   There is many, I mean, that would be to show her

13      locations.  And then if I needed to do a phone dump or

14      if say I did a phone dump.  That would be to actually

15      physically go inside the phone.

16 Q.   I got that.  You would want to go inside the phone to

17      determine where text messages and things, if she texts

18      someone, right?

19 A.   That's the phone dump that I didn't do.

20 Q.   Right.  That you didn't do.

21 A.   Yes.

22 Q.   And you wasn't attempting to do that in this case when

23      you submitted your search warrant.  You never put

24      anything about a dump in your search warrant?

25 A.   It was the CDR.



Lashauntia Oliver
05/14/2024                                        Page 143

1   Q.   What's the CDR?

2   A.   **That's to have kind of like a map that would show areas**

3        **of where the phone was at.**

4   Q.   You didn't need a phone for that?

5   A.   **That's why she got her phone back.**

6   Q.   You didn't need it in the beginning?

7   A.   **In the beginning I did need the phone.  I was told I was**

8        **going to do a phone dump, so I need the phone.  When she**

9        **first called me, the first conversation I still need the**

10       **phone.**

11  Q.   Did you tell her you needed it for a dump to check her

12       text messages?

13  A.   **For a search warrant, so that would be anything.**

14  Q.   Well --

15  A.   **I don't know what I told her.  I don't know if I told**

16       **her hey, I'm going to go through your text messages.**

17  Q.   Let's just get this for the record.

18            If you want to do -- to determine whether a

19       phone is pinging off different locations, you don't need

20       the phone.  You just need the number and the carrier

21       information.

22  A.   **Yes, of the phone.**

23  Q.   You need the phone number and carrier's information.

24       I'm sorry for cutting you off.

25  A.   **Okay.  Yes.**



Lashauntia Oliver
05/14/2024                                     Page 144

1   Q.   Okay.

2                 MR. LAND:  No further questions.

3                      RE-EXAMINATION

4   BY MR. PADDISON:

5   Q.   Point of clarification.  Morning of the 17th, prior to

6        when Ms. Woodruff called you about the phone, you had

7        been instructed to do a phone dump, correct?

8   A.   Yes.

9   Q.   With the phone dump that allows you to check her

10       locations through those pinging, correct?

11  A.   Yes, and go through it.

12  Q.   And it also allows you to do additional things.  Despite

13       having being told to initially prepare a phone dump,

14       what was your intention to use the information obtained

15       from that phone dump?  Why did you -- what are you

16       planning on using this information for?

17  A.   To show that she wasn't near the -- or to clear her of

18       this crime.

19  Q.   Okay.  So the phone dump gives you the same information

20       as CDR, but gives you access to even more?

21  A.   Yes.

22  Q.   And then you spoke to Ms. Woodruff, correct?

23  A.   Yes.

24  Q.   Now was it your supervisors who came to you and said no,

25       we don't need a phone dump.  We can just do a CDR, or



<center>Lashauntia Oliver<br>05/14/2024</center>

1    did you approach your supervisors?

2  A.   I approached my supervisors.

3  Q.   Okay.  And why did you approach your supervisor?

4  A.   Because I wanted to give Ms. Woodruff her phone back.

5  Q.   You could do the CDR without her phone, correct?

6  A.   Correct.

7  Q.   You initiated that?

8  A.   Yes.

9  Q.   Okay.

10                      RE-EXAMINATION

11  BY MR. LAND:

12  Q.   What would have a phone dump determine?

13  A.   A phone dump, I would look at a call history log.  Just

14       like if you brought your phone out now, you can go

15       through everything.

16  Q.   What would a call history log do?

17  A.   It would show the call detail records like her call log,

18       and I believe the -- yes, the location of where she was

19       at when she made those calls.

20  Q.   And what would that do?

21  A.   It would show -- the night of that crime, it placed the

22       phone at home.  I could say this phone was at home, not

23       over on Gratiot and Bessemore.

24  Q.   So a phone dump would have showed you that where her

25       location was?



Lashauntia Oliver
05/14/2024                                    Page 146

1   A.   A phone dump?

2   Q.   Yes.  I'm asking you, what would a phone dump have done;

3        what information could you have gotten from a phone

4        dump?

5   A.   Text messages, a call.

6   Q.   Text message to who?

7   A.   I could have looked on this date to see who she called

8        and see if the matched up with Mr. White or not.  If

9        someone else.

10  Q.   And so this was determined on the 16th and 17th?

11  A.   That, no.  That was -- I'm getting dates mixed up.

12  Q.   16th is the day she was arrested.  17th is the day she

13       tried to get the phone back.

14  A.   Yes.  But the phone dump would also provide where her

15       locations were at.

16  Q.   Okay.  So that's fair.  So you trying to do that?

17            MR. PADDISON:  Objection.  Mischaracterizes

18       testimony.  Asked and answered.

19            MR. LAND:  No further questions.  I just was

20       making sure the investigation and criminal charge were

21       continuing.  Thank you.

22                       RE-EXAMINATION

23  BY MR. PADDISON:

24  Q.   Officer Oliver, one last question.

25            Do you have any knowledge, at all, about at



1    this point about what is going on with the criminal

2    investigation or criminal charges?

3  A.  **Right now?**

4  Q.  Correct.

5  A.  **To my knowledge, I thought everything was just**

6      **dismissed.**

7  Q.  Okay.  And there is nothing you can do to further assist

8      that at this point, correct?

9  A.  **No.**

10              MR. PADDISON:  Okay.

11              VIDEOGRAPHER:  This concludes the deposition.

12   We are going off the record at 4:43 p.m.

13          (The deposition was concluded at 4:43 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



**Lashauntia Oliver**
**05/14/2024**                                          **Page 148**

1                    CERTIFICATE OF NOTARY

2

3     STATE OF MICHIGAN          )

4                               ) SS

5     COUNTY OF OAKLAND          )

6          I, Tamora L. Thompson, Certified Shorthand

7     Reporter, a Notary Public in and for the above county

8     and state, do hereby certify that the above deposition

9     was taken before me at the time and place hereinbefore

10    set forth; that the witness was by me first duly sworn

11    to testify to the truth, and nothing but the truth, that

12    the foregoing questions asked and answers made by the

13    witness were duly recorded by me stenographically and

14    reduced to computer transcription; that this is a true,

15    full and correct transcript of my stenographic notes so

16    taken; and that I am not related to, nor of counsel to

17    either party nor interested in the event of this cause.

18

19

20          _Tamora L. Thompson_

21          Tamora L. Thompson CSR 5378

22          Notary Public,

23          Oakland County, Michigan

24          My Commission expires:  12-24-2026

25



**Lashauntia Oliver**
**05/14/2024**

1

---

**$**

**$100,000** 48:22

**$2,000** 112:25 113:11,23
114:12,18 116:8,9,10,18,24
117:2

---

**(**

**(313)** 95:5

---

**-**

**-18** 52:14

---

**0**

**0585** 99:15

---

**1**

**1** 8:12,23 9:10 12:15,16
100:25 121:17 127:2

**1-23** 125:25

**1-29-2023** 126:1

**1-29-23** 40:5,10

**10** 27:1 29:3,7,23 31:22 85:5

**100** 44:15 70:6

**10:53** 69:15

**11** 30:25 31:1,4,10,14 85:17
125:22

**11:01** 69:5

**11:45** 14:9

**12** 31:6,7,10 50:10,11 121:2
128:17

**12th** 6:14,15

**13** 33:1,2 34:4

**130** 27:4

**130-150** 26:3

**135-150** 12:3 25:24

---

**14** 5:2,7 39:1,5 43:4 49:5
128:17

**144** 50:4

**15** 27:2 46:9,10 94:21 95:1,17

**150** 27:4

**1548** 95:21

**1558** 95:25

**1559** 96:4

**16** 35:8,9,22 44:2,22,23 46:23,
25 50:17 52:12,14 53:22 60:9,
21 66:20 67:11 90:19 108:13

**1601** 96:10

**1618** 96:17

**1656** 68:16,17 97:21,22

**16th** 146:10,12

**17** 53:7,16 58:13,14,20,25
99:6,14

**17th** 100:11 144:5 146:10,12

**18** 52:13

**19** 59:9,11 64:12

**190** 25:14,15 26:10

**1953** 10:9

**1:36** 5:3,7

**1:48** 13:10

**1:50** 13:14

---

**2**

**2** 8:19 9:5,10 12:17,24 14:9
16:3,6 18:11 20:9 21:23 24:17
31:12,15 43:8,9 58:7 74:22
75:13,16 78:18 80:14 83:23
89:19 104:15 106:14 118:18,
21 119:10 120:18 121:17
126:23 127:3 130:5,17 132:11
135:23

**2-16-2023** 68:16

**2-16-23** 53:20 68:10

---

**2-17-2023** 69:14

**2-17-23** 53:25

**2-3-23** 125:21

**2-7-2023** 69:5

**20** 62:12,13 77:23

**2015** 38:1,6

**2023** 9:13,19 10:9 14:9 16:11
34:9 46:25 52:3 60:9 62:24
70:15 104:5 132:12

**2024** 5:2,7 128:17

**21** 7:5 109:16

**22** 62:24 104:5,17,18,23
105:11 125:12

**224** 95:5

**2253** 69:14

**23** 11:10 126:15

**2301290262** 33:10 125:21

**24** 50:10,11 52:3

**248 918-6561** 60:15 64:19

**25** 12:3 25:21 26:2 27:1

**26** 51:24

**2699** 96:18

**27** 12:3 25:21 26:2

**2770** 10:12

**29** 9:19 10:8 70:15 126:15

**2:45** 91:4

**2:46** 53:10

**2:49** 53:14

**2:56** 68:18

**2:58** 92:25

**2nd** 80:9,10

---

**3**

**3** 9:24 10:8 12:6 23:7,18
29:10,22 30:7 34:9 35:11
36:13 79:18,25 80:15 110:24

---



**Lashauntia Oliver**
**05/14/2024**

2

111:2,17 121:17 128:18
132:12

**30** 16:11 35:8,9 93:11 96:21

**31** 16:11 71:9 72:1,14

**34** 54:1

**35** 27:1

**3:00** 91:4

**3:25** 49:8 93:3 94:24 95:17

**3:48** 49:10 95:21,22

**3:52** 106:6

**3:57** 106:10

**3rd** 36:19 80:9,10 115:11,12

---

**4**

**4** 9:13 11:9,14 44:1 87:21
98:2,3 100:25 121:17

**4-16-2024** 52:22

**42** 25:12,13

**4:01** 96:11

**4:18** 96:17

**4:43** 147:12,13

**4:56** 68:18 97:22

**4th** 37:17

---

**5**

**5** 14:4 98:2 121:18

**5'10"** 12:3 26:10 87:18,23 88:2

**5'4"** 10:25

**5'9"** 12:3 26:2 87:17,23

**500** 92:3,16

**517** 113:1

**5350** 126:15

**5:00** 98:3

**5:23-cv-11886** 5:25

**5:53** 126:2,20

---

**6**

**6** 18:21,25 121:18

**64** 16:17

**6420** 16:14 125:24

**69577-10** 60:11

---

**7**

**7** 21:25 22:3 33:7 91:4 104:4,
6,13,23 105:5,12 121:18

**715** 52:17

**7:27** 126:20

**7:53** 10:10

---

**8**

**8** 22:16,18 23:4 35:22 60:3

---

**9**

**9** 25:4,7,10 26:5 87:25

**94** 40:13

**9:30** 33:8,11,13

**9:48** 99:14

---

**A**

**a.m.** 69:6,7 91:4 99:14

**abandonment** 128:14

**ability** 88:10

**absolve** 66:8

**access** 144:20

**accessory** 135:5,15

**accidentally** 106:1

**accurate** 46:24

**action** 29:15 128:15

**Actions** 104:10,12

**active** 74:13

**activity** 64:17 65:2

**actual** 26:19 70:7 84:18
101:23 141:5

**add** 14:14,16

**added** 14:23

**addition** 76:18

**additional** 75:20 76:4,21
77:19 79:16 144:12

**address** 34:8 35:4,19 89:24
125:24

**adult** 114:21

**advised** 16:13 53:25 54:3
60:13 68:11,13

**affect** 88:10

**Affiant** 60:9,14 64:15

**affiant's** 64:14

**Affidavit** 109:19 112:16,21

**aforementioned** 64:21 66:5

**afternoon** 5:11,13 6:3,4 96:25

**age** 13:24 25:20 26:23,24
27:22

**agree** 12:6,13,18,21 34:9,12
47:20 49:11 50:23 62:4,8
120:25 138:13

**ahead** 33:12 36:18 75:22
112:9 117:20 127:19 129:2
133:16 136:7

**ahold** 47:9 48:10 92:17 97:6

**aid** 64:22 66:6,8

**aiding** 64:20 66:4

**alibi** 45:11 92:20 94:14

**align** 78:11

**allege** 141:22

**allowed** 7:18 19:15,22 21:10
74:2 82:2 91:1

**analyst** 119:18

**Lashauntia Oliver**
**05/14/2024**
3

and/or 64:21 66:5

Anthony 11:12

Antoine 50:4

APA 53:24 59:23 69:1 99:12

apologies 111:3

apologize 69:19 82:23

apparently 98:2

appearance 5:9

appeared 30:6 78:8,9 122:8
 123:13

appears 138:6

Apple 60:10

apprehended 93:25

apprehending 90:5

Apprehension 90:10

approach 145:1,3

approached 133:22 145:2

approximately 33:11

April 66:20 67:11

area 20:4 21:5 56:13 57:1,6,12
 79:3 92:3 142:9

areas 143:2

argumentative 28:22 38:18
 127:20 131:14

arm 42:12 61:4

armed 10:20 23:22 130:20
 134:21

arms 42:14

arraignment 37:1 68:11

arraignments 48:11

arrangement 126:6

arrest 12:22 13:20 21:12 26:5
 28:18 30:22 33:17,23 34:13
 40:2 41:17,18,24 78:22 79:1
 90:2 92:2 106:15 108:4,5
 114:15 130:15

arrested 38:22 39:24 78:19
 79:7 83:9 87:13 88:1 90:20
 146:12

arresting 55:5,10

arrived 91:25

Articulable 64:25

ashamed 15:16

asleep 122:14

assault 125:10,11

assigned 6:13 7:6 16:10 70:19
 71:3,16 72:5

assist 147:7

assistant 107:4

assumed 98:23

assumes 26:14 28:21 32:23
 64:5 65:5 120:4 123:5

assuming 55:11

attached 67:1

Attachment 41:22

attempt 45:2

attempted 45:25 46:2 133:2,
 12 134:14

attempting 142:22

attendant 38:12

attorney 5:11 6:5 47:3 48:25
 88:20,21 89:1 105:14 128:16
 129:11,23 136:3,5 137:7

attorney/client 67:15

attorneys 5:8 96:22 130:1

audio 73:5 101:7

August 51:25 52:1

authority 93:25 94:4 139:10,
 16,19

auto 6:13,17,18 7:5,9 16:10
 69:22 132:13

avert 73:1,2 79:14,15 118:23

avoid 83:20

aware 19:20 37:24,25 38:6
 45:18,20 48:22 49:2 120:16
 129:20 139:18

---

**B**

back 9:3 11:20 12:6,15,16
 13:13 15:18 16:3 17:5 20:9
 21:10 23:18 24:17 28:17
 31:21 38:11 43:8 47:12,22
 49:4 51:2,25 53:13,22 58:16,
 18 64:12 66:12 75:2,8 77:13,
 16 79:8 80:1,6 82:3 83:22
 88:24 94:16,18,22,25 95:18
 99:13 101:19,21,25 102:11
 106:9 117:19 129:21 142:4
 143:5 145:4 146:13

bad 105:25

bald 23:13

base 51:3 80:3 91:18 94:16,
 18,23,25 95:18 97:24 112:12,
 15 115:15

based 31:12 64:14 72:3 86:2,
 17 87:11,25 89:18 90:15
 136:9 138:9

basically 98:9 118:15 134:10

basis 131:3,5

bathroom 105:8

beard 10:19 12:5 23:21

began 92:25

begin 95:5

beginning 143:6,7

begins 68:3,25

behalf 5:12,14 130:23

behavior 78:2

believed 24:6 57:23 122:10
 123:20 124:22 125:3 127:23
 131:25

belonged 131:22

Bensouda 125:24

Bessemore 57:1 123:15,22



133:1 145:23

**big** 37:24

**billing** 64:18

**bit** 69:18 76:5 100:24

**bits** 15:25

**black** 10:18,21,23,25 12:3,5
13:15,23,25 23:13,20,22
25:17 26:10 81:4 82:24 84:2
121:21,22 122:1

**blind** 120:1

**block** 110:2

**blocked** 109:25

**blond** 10:24

**blurted** 24:24

**body** 10:14 23:6

**bond** 48:22 97:14 98:22

**bottom** 65:12

**BP** 40:13

**braid** 24:6

**braids** 10:19 23:21,23 24:21
27:9,10 83:7,16

**bring** 92:5

**brother** 93:23

**brought** 40:2 55:10,12 79:19
92:6 129:21,24 145:14

**brown** 10:18,24 12:7,11 14:2
23:20 26:10,11 83:1

**build** 10:19 12:4 23:21 25:19
26:7

**building** 92:3,16

**buildings** 92:16

**Bureau** 126:12

**bus** 118:5

**busy** 36:7,8,9,13,15

**BWC** 10:14

---

**C**

---

**calendar** 66:13,16,17,18,19

**call** 16:25 17:9 18:9 45:4 46:2,
5,21,24 47:5 48:14 49:4 64:16
71:25 79:11 95:20,24 96:3,9,
15 97:3,5 141:8 145:13,16,17
146:5

**called** 17:6 45:4 51:3,4,5,10,
16 72:25 90:8 94:12 99:12
102:20 140:7 142:4 143:9
144:6 146:7

**calling** 48:9 51:12 79:11

**calls** 47:11 49:9 51:3 61:20
87:8 96:21 103:11 125:7
127:13 130:9,22 145:19

**camera** 10:14

**cameras** 20:15

**caption** 5:22

**car** 15:22 113:9,23,24 114:2
116:14 133:21

**care** 121:12,13

**career** 92:12

**carjacked** 31:13,15 133:1
135:14

**carjacking** 6:18 8:7 24:23
31:18 40:4 54:2 56:14 57:2,6
65:25 70:14 71:7,10 73:23
76:23 83:6 86:8,12 93:8 97:16
112:24 120:22 123:16 124:25
125:22 130:20 132:16,17
133:3,13 134:15,21 135:2,5,
10

**carrier** 143:20

**carrier's** 143:23

**case** 5:19,24 7:3,6 16:11 33:8
36:12 43:20 49:18 54:4,5
61:15 62:1,8 64:10 67:19,20
70:19 71:3,7,16 76:16,17
90:17 93:20 97:15 98:24
99:22 100:4,6 103:3,4,23
104:25 105:14,17,23 107:5

---

109:4 129:4,16,17,20,23
133:23 134:20 135:13 142:22

**cases** 107:19

**catch** 8:18

**CATS** 69:21,25 90:2 126:12

**caught** 113:8,23,24

**CDR** 101:23 141:6,7 142:4,25
143:1 144:20,25 145:5

**cell** 16:13,14 20:14 47:22
59:19 60:14 64:17 65:1,2
73:8,12 101:17,25 113:1
119:7 133:20

**cellular** 65:1

**center** 34:9 35:6,20 39:6 50:8
54:17,22 55:7 60:6,12

**certainty** 85:19,20 87:5

**Certificate** 92:24

**Certification** 39:7 49:6

**chain** 94:3

**chance** 67:15

**change** 89:9 117:9 127:19

**changed** 12:12 15:17 76:4

**charge** 6:24,25 7:1,7,9 10:2
139:15 146:20

**charged** 61:19,23 62:2 103:24

**charges** 29:15 147:2

**check** 80:12 92:2 95:9 143:11
144:9

**checked** 37:9

**Chevy** 121:21

**Chief** 118:1

**choice** 85:23

**choose** 120:2

**choosing** 28:19

**chose** 26:4,20

**chronologically** 69:20

**Lashauntia Oliver**
**05/14/2024**

circumstance 94:7

circumstances 79:1

City 5:14,23

claim 139:14

clarification 144:5

clarify 24:11 32:20 34:15 42:3, 25 86:7 107:24 135:23,25

class 91:5

clear 7:24,25 37:18 42:19 45:10 57:8,9,11 60:17 61:11 70:6 87:13 100:4 144:17

clerk 16:15 18:16 19:24 20:3, 7,11 21:13,17,20 38:11,15 119:7

client 137:22

close 91:4 98:1 115:1

clothes 88:10

clothing 10:20 23:22

co-defendant 133:23

coat 117:9,15,17

cold 88:7

color 23:6 26:10,11

command 94:4 126:13

commercial 6:13,17 7:5,9 16:10 132:12

committed 11:6 123:8,11,17, 21,22,23 124:15,19,24 125:1 130:20

compelled 29:11

compiled 138:9

complain 123:18 124:20

complained 124:22

complete 41:10 91:13

completely 28:19

complexion 10:18,24 12:5,8, 11,12 23:20 83:1

concluded 93:3,13 147:13

concludes 147:11

conclusion 125:8 130:9,22

conduct 73:22,23 141:1,2

conducted 53:20 119:13 132:13

conducting 120:13

confident 31:24 32:10

confirm 58:24

confirmed 110:12,17 112:23 113:6

confusion 89:14

conjunction 140:13

connection 33:24

consideration 48:20 68:13 98:13,17

considered 33:20 89:7

consistent 43:19 61:4

constitute 135:14

constitutional 39:6 49:5 60:13 92:23 132:14

consuming 122:15

contact 17:25 55:24 70:22,25 72:7 102:13 106:2 108:16 114:2 125:24,25 133:17

contacted 16:11 71:10 108:19,24

contacting 71:22

context 78:5

continue 29:12,24 30:17,18 85:9 91:10

continued 30:4

continuing 61:17 146:21

conversation 14:18 20:7,10, 12 27:15 48:2,15 55:15,22 63:24 64:2,8 76:18 77:6 93:13 94:14 99:17 100:9,12 101:12, 14 133:19 138:10 139:23 143:9

conversations 66:23

copy 60:20 84:20 102:20

correct 9:15 10:3,5,10,12 16:20 17:22 18:14 26:17 36:2 38:10 43:1,6 45:14 46:6 54:8 57:18 61:6 62:9 64:11 65:25 66:6,22 67:2 68:23 69:15,23, 24 70:8,9,11,12,17,20,23 72:21,23 74:16,17,19 75:20 78:18,20,23,24 79:19 80:21 81:20,21,24 82:21 83:7,10,13 84:2,6,16 85:6,10,13 86:13 87:14,18 88:3,5,7 89:5,6,20 90:2,3,17,18,20 93:1,4,7 94:1, 2 95:3,6,18 96:1,7,8,11,13 97:1,18 99:23 100:10,13,21 102:11,15,18,20 103:7 113:13 114:25 127:10 135:10 136:3, 10,12,15,18,21,23 137:4 138:7,14,15,17,20,22,24,25 139:8,23 140:1,4,5 141:19 142:9 144:7,10,22 145:5,6 147:4,8

correctly 99:25

counsel 41:21 43:22 49:22 52:3 65:11 67:14 87:20 93:23 100:15 106:18,22 110:1 117:9 119:3 128:9 137:11

countertop 19:7,8

counting 11:21

County 50:6 96:22 136:10 139:11

couple 66:12 83:9 95:2 135:9 140:25

court 5:9,20 30:6 52:2 56:17, 21 99:10,11 101:1 105:18

court-appointed 48:25

courtroom 63:11

courts 98:1

cover 69:19

covered 93:23

crap 111:23

**Lashauntia Oliver**
**05/14/2024**                                                  6

create 130:23

created 140:12

credibility 78:14

crime 7:25 8:7 11:6 29:14 65:4
73:19 74:9 75:2,7 82:3
119:11,12,16 120:12 123:7,8,
11,17,21,22,23 124:15,24
125:1,6,22 133:14,17 135:10,
17,20 144:18 145:21

crimes 6:19 7:16,17 73:22
74:2

criminal 20:5 30:20 36:25
37:10,18 39:21 64:21 65:3
66:5 73:22,23 82:12 83:20
146:20 147:1,2

curious 93:8 94:21

current 38:9,12

custody 54:1,25 55:4,6 60:10
79:19 91:7,9 99:1 126:4

customers 19:15

cuts 102:1

cutting 143:24

**D**

D-4589 11:13

dangerous 21:1

Daniel 22:16,17,21,24 23:1
26:5 30:10 109:20,23 110:1,6,
10,12 111:24 112:23 113:5,6,
8 115:8 116:2

dark 83:15

date 5:6 9:17 29:20 30:7 52:21
58:12 62:23 69:4,13 71:9
90:19 104:14,15,18 105:1,2,4
125:21,25 129:17 146:7

dated 68:15

dates 104:8 111:2 146:11

day 11:11 14:20 36:7,9,10,16,
19,20,21 37:15 39:17 45:11
47:13,14 48:11 50:20,24

55:11 57:23 58:16 70:14,20,
23,25 71:4,5,6,8,16 74:22
75:3 80:1,17 96:15 98:6 99:6,
9 100:10 102:15 111:10
114:24 115:19,20 146:12

days 72:12 83:9 120:21

dazing 122:13

DDC 36:17 38:23 53:19 80:2,
15 81:5,16 91:21,25 94:22
112:13 115:14

decide 81:6

decision 105:19

decisions 139:11

defendant 5:14 119:10 120:24
121:25 122:5,7,10,17,25
132:13,14,15 133:2,12 134:14

Defendants 5:24

definition 128:7 130:12

degree 87:4

denied 112:23 132:16,17

denies 110:13

department 6:8 33:19 70:4
73:4 90:4,23

depending 8:6 91:5 103:22

depiction 46:24

deposition 5:5 8:12,19 9:24
11:14 14:4 18:21 22:3,18 25:4
29:3 31:1,7 34:4 39:1 46:10
52:14 59:11 62:13 109:16
125:12 128:16,18 129:11
130:2 140:1 147:11,13

describe 11:24 12:2 31:24
81:12 126:14

description 10:20 12:7,18,21,
25 13:4,17,25 23:19,22 24:16
25:15,16 26:6,12,16 27:8,19
28:3,8,20 73:11 82:20 84:16
88:11 126:13

descriptions 24:2,13,14 27:7

desk 55:10,12 97:7

detail 64:17 141:8 145:17

details 75:20,25 76:4 120:22

detection 83:20

detective 11:12 24:21 25:23
26:2 53:19 54:14 68:4 70:17
73:5 81:11,13,22 82:16 86:14
87:16 88:15 91:19 93:14
110:14 117:21

detention 34:9 35:6,20 39:6
50:8 54:16,22 55:7 60:6,12

determine 136:5,14 141:9
142:6,17 143:18 145:12

determined 33:25 146:10

Detroit 5:1,6,14,23 6:8,9,12
9:11 33:19 34:8 35:20 39:6,24
50:4 54:16,22 55:6 60:5,12
70:4 88:5 90:4 117:25 118:24

diabetic 40:12

difference 26:22,24 27:5

differences 26:21

differently 103:10

difficult 54:10

direct 12:24 14:10 94:3 106:14
126:9

directions 32:17

disagree 35:1

Disclaimer 33:15

disclosure 65:1

discovery 51:25 52:2,25 53:2
64:20 66:4

discrediting 25:25 26:1

discrepancies 24:2

discrepancy 23:25 27:11
28:18

discussed 85:5 96:24 102:17

discussion 58:6 82:19 83:5
93:3 100:2 109:15 140:13

dismiss 54:7 62:1 68:12
97:13,14 99:22 100:6 139:14



dismissal 54:12 128:19 129:6

dismissed 62:8 103:23 105:18,24 129:4,21,23 147:6

dismissing 64:10

dispute 75:14

disregard 24:6 48:4

District 5:20

Division 5:21

DNA 17:19

document 13:6,7 14:7,8 34:12

documentation 63:22 64:7

documents 41:23 52:6,8 108:7

dodge 74:25

Dollar 79:9

door 40:1 78:7 122:1,2

doors 122:5

double 37:9 95:9

DPD 90:4

drinking 76:8,20

drive 51:20 91:23 124:12,13 127:5 132:6

driveaway 6:18

driver 24:4 79:5 126:16

driver's 37:22 38:9,13 78:7 82:10 111:25 117:7 121:25 122:7 127:4

driving 79:6 87:14 88:1 124:9, 10 126:16

dropped 16:14 20:14

drove 50:23 132:4

drug 124:8,10 135:12

drugged 15:2 76:11,21 122:10 123:13,20 124:12,22 125:2,3, 6 127:24

drunk 78:8 124:12

dude 27:20

due 40:12 126:25

duly 5:17

dump 101:22 141:3,4,9,11 142:3,13,14,19,24 143:8,11 144:7,9,13,15,19,25 145:12, 13,24 146:1,2,4,14

duties 7:2 10:5

Dyke 16:14 40:14 125:24

_____

E

earlier 77:3 96:25 121:22 128:1

early 52:1

Eastern 5:20

Echartea 68:10,11 97:1,7 98:5,10,16

Edwards 62:18 63:7

effort 60:16

email 126:10,12

embarrassed 15:3,15

employed 6:7

encounter 75:20

end 49:7 68:8 69:4 81:3

ending 96:18

ends 99:15

entails 53:3

entered 68:20,23 69:8,13,16 129:6

entire 13:7 34:23 71:5 107:9

entirety 41:13

entitled 39:6

Envoy 40:17 121:22 122:2 126:21 127:2,5,6

established 49:16

evening 77:4

event 126:15

events 120:23

evidence 17:12,14,17,19 26:15 28:22 32:24 60:11 64:5, 19,22 65:6 66:3,6 76:16,17 100:7 120:4 121:4 123:5 125:17,19 130:14,15 134:9

exam 104:4,7 105:5,13

EXAMINATION 6:1 65:22

examined 5:17

excuse 12:17 111:5 116:10 118:19 137:21

executed 103:18 104:1

executing 103:20

exhibit 8:12,19,23 9:5,10,24 10:8 11:9,14 12:6,15,16,17,24 14:4 16:3,6 18:10,21,24 20:9 21:23,25 22:3,18 23:4,18 24:17 25:4,7,10 26:5 29:3,7, 23 30:25 31:1,4,6,7,14,22 33:1 34:2,4 35:15 39:1,5 43:4, 8,9 46:8,10 49:5,25 53:7,16, 22 58:5,7 59:9,11 62:11,13 64:12 68:7 75:23 83:23 85:5, 16 87:20,25 89:19 94:21 100:16 106:14 109:14,16 118:18 121:17 125:12 130:5, 6,17 132:10 135:23

exhibits 31:10 41:10 52:14 75:5 130:23

exist 64:25

exited 122:2

exiting 121:23

exits 126:17,22

experience 64:15 83:19 87:11 88:9

experienced 92:12

explain 19:4 31:23 70:25 85:22,24 120:9,10 142:11

explained 103:6 135:1

explaining 45:5

**extent** 19:18 73:2 125:9 130:8, 10,22

**extracted** 118:24

**extraction** 125:18,19 126:6

**eye** 26:11 88:10

**F**

**facial** 7:15,18,22 8:1 22:12
25:17 33:15,18 34:16 70:7,11
73:17,18 74:3,6,12,13,15 75:1
82:1,2 107:3,19 118:2 119:6,
13,24

**fact** 47:2 76:3,19 100:12 104:4
114:12,18 126:25 129:11
132:10

**facts** 26:15 28:21 32:24 60:18
64:5,9,25 65:5 113:17,21
120:4 123:5

**fair** 38:8 51:22 55:14 84:11
98:7 120:17 146:16

**falling** 122:14

**false** 112:16,21

**familiar** 82:5

**Family** 79:9

**fast** 50:8 53:21 90:9,13 100:24

**favor** 134:18

**featured** 23:6

**February** 9:13 14:9 29:22 30:7
34:9 35:11 36:13 44:1,2,22,23
46:23,25 50:17 58:13,14,19,
25 60:9,21 62:24 74:22 75:13,
16 78:17 79:18,25 80:14,15
90:19 99:6,14 104:5,15,17,18,
23 105:11 108:13 110:24
111:2,17 120:17 132:12

**Federal** 52:2

**feel** 29:11 122:14,16

**felonies** 73:25 74:1

**felony** 8:16,23 9:10 90:6 93:24

**felt** 19:20 76:15 122:11,12

**female** 10:23,24 11:1,4,5
15:22 16:15 19:6 27:21 42:12,
15 44:10 73:7,16 76:25 77:22,
24 79:10,12 82:24 86:3,9,18,
25 92:3 119:7 123:13,14
126:17,22,25 127:2 130:20
131:7,16,20 132:6,8,15,23,25
134:20 135:1

**figure** 94:17

**file** 58:23 129:5,22

**filed** 5:19

**final** 105:22

**finally** 99:17

**find** 91:9 114:23 137:3 142:8

**finding** 40:12

**finds** 136:25

**fine** 42:4 44:3 67:17,21 80:12
82:8 101:5 114:3 120:17
121:9 128:1

**fingerprint** 17:19

**finish** 95:16 129:1 132:18

**finished** 54:24 94:10,23

**firearms** 91:10,13

**fit** 28:19

**Fletcher** 11:12 24:22 25:23
26:2,13,16 70:17 86:14 87:17,
22

**Fletcher's** 25:25 117:21

**floor** 63:11,13,18

**foggy** 15:25

**follow** 17:8 105:20

**follow-up** 17:24 18:5

**followup** 103:25

**followups** 135:9

**footage** 45:14,16

**foregoing** 64:14

**foremost** 80:23

**forgotten** 15:1

**form** 7:20 13:21 15:7 17:15
27:25 28:22 36:3 41:11 54:19
55:20 63:2 64:4 65:6 109:6
113:19 120:3 122:20 125:10
140:6

**Formal** 128:14

**Forty** 27:6

**forward** 59:6,25 100:24

**forwarded** 100:24

**found** 14:22 137:7

**foundation** 7:20 21:2 24:8
26:14 27:25 28:6 32:23 46:14
54:18 55:20 63:3 64:4 65:6
109:6 112:8 113:19 120:3
121:3 123:4

**Frank** 50:7 63:10,15,19

**frequent** 40:13

**frequented** 21:13,21 45:12

**frequents** 19:24 20:4,17 38:12

**front** 68:4 80:13 84:19 122:5

**Fugitive** 90:10

**full** 71:16

**G**

**Garcia** 51:10 53:24,25 54:3
57:23 63:25 64:8 69:1 99:12,
20 103:5 105:14 107:5

**Garcia's** 99:15

**Garrett** 51:10 53:24 57:22
64:8 69:1 99:12 107:10

**gas** 15:18,21,23 18:14 19:24
20:4 21:1,14,21 22:6,8 35:15,
19,21 38:11 42:8,16 45:13,14
71:13 72:17,18 76:24 77:1,3,
7,13,16,25 78:1 111:13
123:12 126:16 138:16

**gather** 92:8

**gave** 23:19 26:13,16,19 27:8
47:2 54:3 58:16,18 70:16
73:11 116:7,9,10,18,24 117:1,
2 119:10

**general** 13:23 78:25 94:14

**get all** 126:24

**give** 25:15 26:6 27:22 40:21
48:22 51:7 55:19 57:7 63:21
76:21 88:11 101:17,19,21,24
102:2,11 105:25 106:1,2,3
116:25 119:17 124:8 128:7
137:16 145:4

**giving** 67:24

**glad** 25:3

**glass** 19:11,13,15 20:25

**Glover** 79:24,25 80:17 81:10
110:14 115:23,25 132:12

**GMC** 40:16 121:22 126:21

**gold** 126:16

**good** 5:11,13 6:3,4 8:18 73:16
113:7 114:23 115:9

**Google** 35:5 49:23

**gown** 133:21

**Gratiot** 57:1 123:15,22 133:1
145:23

**Gray** 79:24,25 80:17 81:10
110:14 115:23,25 132:12

**Green** 125:23 126:4

**Greenwald** 53:19 68:4 81:11,
14,15,16,22 82:16 88:15
91:19 93:14

**Greg** 39:12

**Gregory** 5:13

**grief** 102:3,5

**group** 23:12

**guards** 92:4

**guess** 21:22 38:15 72:3
112:20

**gun** 90:23 132:8 133:18

**guy** 23:5,7

**guys** 105:16

---

## H

**hair** 10:24 23:6,9,10 24:2
25:17 26:10 83:18

**half** 6:10,11 93:6

**Hall** 50:7 63:15

**hand** 67:23

**handgun** 10:21 23:22

**handled** 6:18 90:5

**handles** 8:1

**handwriting** 19:2

**handwritten** 11:11 140:3

**handwrote** 85:18

**happen** 32:20 66:20 86:24
97:3 98:1,24

**happened** 30:9,11 42:10 47:8
52:9 76:22 77:15 78:17 79:1
92:6 113:3 115:20 123:18

**hard** 47:20

**harm** 124:6

**Harris** 88:20 89:1

**head** 83:10,17

**heads** 23:13 83:13

**hear** 47:14 56:20 62:8 93:14
101:4,6,9 106:3 112:12

**heard** 47:12 80:4 99:24 106:18
111:19

**hearing** 90:15

**heavy** 117:15,17

**Hebner** 97:5

**height** 10:25

**helping** 81:8,10 97:5 98:19

**hey** 20:13 139:14 143:16

**hide** 114:17

**high** 102:23

**highlighted** 95:2,5 99:14

**hindsight** 103:9 121:12

**historical** 64:18

**history** 30:20 36:25 37:10
145:13,16

**hit** 118:3 119:24 120:11

**hold** 17:11,14 29:2

**home** 35:7 40:11 50:24 145:22

**Homicides** 73:23

**Honorable** 5:24

**hope** 100:20

**hour** 24:22 93:6

**hours** 31:13 91:14 93:10
131:9 132:3,25 134:25 135:1

**house** 93:20

**Howard** 119:18

**Howell** 33:3,9

---

## I

**ID** 34:12,16 36:22 117:5,6
118:4

**ID'D** 30:19 35:24 111:9,12
121:6

**idea** 98:21

**identification** 8:14,21 10:1
11:16 14:6 18:23 22:5,20 25:6
29:5,11 31:3,9,22 33:17,21
34:6 39:3 46:12 52:16 59:13
62:15 80:20 84:23 85:10
88:16 89:16 109:18 125:14

**identified** 34:10 89:9 93:18
111:14 114:25 116:1 121:2
138:7

**identify** 84:1 86:20,25

**image** 22:1,10

**images** 72:20

**Lashauntia Oliver**
**05/14/2024**

10

**important** 12:19 13:19,23
21:12,20 24:15 27:24 28:2
44:17 57:13,20 61:7 73:13
108:18,23 109:5 113:17,21,25
114:12 139:1,4

**incarcerated** 47:18

**incident** 9:18 42:10 73:7 77:14
89:15 120:22 125:25 126:1
127:7

**include** 76:3,7,10,13,15,17
140:18

**included** 41:16 56:21 135:25
139:7

**incorrect** 24:14,16 74:6

**incorrectly** 47:18

**incur** 29:15

**individual** 17:20 29:13,14
31:12 42:21 49:18 111:24

**influence** 124:13

**info** 54:3

**information** 15:18 17:7 39:9,
10,15 47:2 56:16 61:15 64:16
76:22 77:12 92:8 103:14
105:25 106:1,3 107:11,23,24
120:14 129:8 143:21,23
144:14,16,19 146:3

**informed** 71:12 72:8

**initial** 72:7 130:18

**initially** 27:8 144:13

**initiated** 145:7

**inquire** 56:1

**inserted** 121:1 122:23

**inserting** 120:25

**inside** 17:17 19:22 127:4
138:16 141:11,17 142:15,16

**instance** 52:8 56:11,12

**instructed** 144:7

**instruction** 32:18

**instructions** 29:23 81:17 85:6

**Intel** 7:25 74:9 75:2,7 82:3
119:11,12,16 120:12

**intention** 144:14

**intentional** 121:15,16

**interact** 86:18

**interaction** 132:4

**interactions** 127:1

**interest** 92:22

**interrogate** 45:8 79:21 112:2

**interrogated** 30:10 114:24

**interrogating** 54:24 79:25
80:17 110:15 111:19 116:11

**interrogation** 41:17,25 53:20
60:12 112:13 132:13 139:6
140:7,12

**interrogations** 93:8

**interview** 14:10 26:17 49:6
94:10,24 95:17 119:20

**interviewed** 44:2

**interviewing** 22:16

**investigating** 65:4,8,16,18,24

**investigation** 8:10 16:8 20:5
29:12,24 30:4,9,12,17,18
33:25 34:1 36:14 37:3,7 39:22
52:9 56:8 61:16 64:21 65:3
66:5,8 75:25 84:6 85:8 86:2
125:19 138:10 146:20 147:2

**investigations** 69:23 118:21,
22

**investigative** 8:9 33:20 34:1
74:18 75:13 89:8 118:4,15
125:17

**investigator** 33:9 83:22

**investigator's** 37:1,13 43:12
60:20 75:23 138:5

**involved** 29:14 40:4

**involvement** 33:24 70:10

**involves** 134:20

**IOC** 68:3 69:10

**iphone** 60:10

**issue** 141:18

**item** 122:9

**Ivan** 5:11 6:5

---

**J**

---

**jacked** 23:7

**jacket** 10:25 12:5 117:15

**jail** 47:22 50:6 60:22

**January** 9:19 10:8 11:10 16:11
70:15 71:9 72:1,14 88:3
126:15 128:17

**job** 102:20 106:2

**Johnson** 9:1,6,12 107:13

**Joint** 51:24

**judge** 48:21 68:12 94:9 98:14,
16 107:22 136:20,23,25
137:3,7

**Judith** 5:24

**July** 52:1

**jump** 75:22

**Justice** 50:7 63:15

---

**K**

---

**Kelly** 10:12 132:21

**key** 23:5 82:24

**kid** 113:9,24

**kind** 7:8 36:18 69:19 78:8
100:23 109:3 119:19 125:6
143:2

**knew** 21:13 38:2 44:19,24
45:12,22 64:9 94:14,15 98:25
138:23

**knock** 66:9

**knocked** 40:1



**Lashauntia Oliver**
**05/14/2024**                                    11

knowledge 72:3 146:25 147:5

**Kurity** 59:23

**Kym** 107:2,18

---
**L**
---

**L410@detroitmi.gov.** 126:10

**lady** 44:9 67:4 111:13

**Land** 5:11,12,19 6:2,5 8:18,22
9:9,14 11:17 13:16 15:13
17:18 20:1 21:4,19 24:10
25:7,9 28:1,7,12,23 32:25
34:7,19,22 35:1,3,17 36:5
37:6 38:19 39:12,14 41:12,15,
18,20 42:1,4,7 43:2,3,13,14
44:3,4 46:8,17 49:22 50:1,3,
16 51:23 52:5,18 53:6,15
54:19,20 55:21 58:5,25 59:3,
10,14 61:22 62:7,11,16 63:4
65:7,11,17,21 67:17,21,24
71:23 75:6,9 84:21,24 85:2
87:8,20 88:13 91:17 100:18
101:6 103:11 104:8,11,14,17,
20 105:7 106:12 107:15
108:1,5,9,12 109:7 110:5
112:4,5,10,19,22 113:20
114:9,11 115:24 118:9,11
119:3,5 120:6 121:8 122:22
123:6 124:3,18 125:15 127:15
128:9,11,23,25 129:3,13,16,
19 130:11 131:1,4,17,23
133:8 134:6,10,17 135:6,18
136:6 137:11,16,19,23 138:1
140:10,24 144:2 145:11
146:19

**Larson** 10:12 132:21

**Lashauntia** 5:5,15,16,23
33:15 126:7,10

**Lastly** 130:4 139:6

**late** 50:19 51:25

**Laurence** 27:17 40:7 115:6
123:10 131:8,20

**lay** 46:13

**lead** 8:9 33:20 74:18 75:13
89:8 135:13

**leading** 71:23 88:13 91:17

**learned** 35:11 37:7 54:14,15
60:22,23 77:2,7

**leave** 15:1,4 91:1 114:5,10

**led** 47:22

**left** 12:22 14:20 15:15 35:6
47:12 48:15 98:6 133:22

**legal** 64:25 125:7 130:9,22

**legally** 93:23

**LEIN** 37:20

**lend** 78:14

**lenient** 99:4

**letting** 98:25

**Level** 73:22

**level-one** 7:17

**Levy** 5:24

**license** 37:22 38:9,13 82:10
111:25 117:7

**light** 12:5,12 14:2 83:3 125:23
126:4

**light-skinned** 27:20

**line-up** 30:14,16 31:5 32:17

**lines** 11:20 32:8 33:8,11
121:18

**lineup** 29:23 80:16,24,25 81:3,
6,20 82:1,4 84:18 85:1,2,6,16
86:21 88:22,23 89:2 115:7,11
120:13

**lineups** 81:13 115:6

**liquor** 122:15

**list** 51:12 95:13,14

**listen** 34:22 38:5 59:5 116:16

**listened** 15:12 100:20 102:1

**listening** 110:13 116:19,23

**litigation** 52:7 53:8

**live** 80:24,25 81:3 113:3

**lives** 56:12

**location** 16:17 64:17 73:6
102:4 115:12 123:15,20
125:4,5,22,23 126:4 135:13
141:10 145:18,25

**locations** 65:2 142:13 143:19
144:10 146:15

**log** 112:12 145:13,16,17

**long** 6:9 7:1,4 10:24 77:23
83:15,18 86:20,23,24 91:3
93:8 94:22,25

**longer** 77:23

**looked** 23:5 30:14,19 37:9,20
77:19 84:5 107:19 146:7

**lost** 112:20

**lot** 51:4,5 60:19 134:19

**loud** 60:8 100:20

**lunch** 91:8

---
**M**
---

**made** 16:17 45:4 66:25 72:7,
23 74:5,6 88:16 96:21 118:1,
2,6 126:6 129:9 145:19

**magistrate** 9:1,6,12 24:16
27:12,13 48:11,16,19 68:10
97:1,7,9,11 98:5,10 106:16,19
107:11,17 118:20 121:12

**main** 95:13

**make** 15:5,6 23:8 24:5 29:11,
13 31:22 34:13 42:19 47:11
51:3 56:8,9 67:15 70:22,25
73:6 89:1 92:21 95:20 97:18,
20 100:4 106:2 118:14 122:15
130:14

**makes** 85:9 129:11 139:12

**making** 49:9 85:24 146:20

**male** 10:18 12:3,7 13:15,24,25
23:20 25:17 26:10 27:21
82:20 83:6 84:1,2 86:3,9,19
87:17 117:16 121:23 122:1,6
126:22 127:2 132:4 133:21



Lashauntia Oliver
05/14/2024                                                    12

males 81:4

Malibu 122:1 126:16

man 71:23 88:13 91:17

mandatory 90:24,25

map 49:23 143:2

Maps 35:5

March 104:4,6,13,23 105:5,12

mark 34:2 100:15 109:14
   135:12

marked 8:13,15,20 9:25 10:7
   11:9,15 14:5 18:22,24 22:4,
   15,19 23:11 25:5 29:4,6 30:25
   31:2,4,6,8 34:5 39:2,4 46:8,11
   49:24 52:6,11,15 58:5,7 59:8,
   12 62:11,14 67:19 68:7 75:22
   85:5,16 89:19 94:21 109:17
   125:13 135:23

match 7:24 8:3,8 82:1

matched 15:19 73:11 146:8

material 65:2

materials 84:12,15 136:12
   140:19

math 69:15 96:20

matter 6:6 26:6 30:16 38:17
   47:2 52:2 64:24 132:10

meaning 43:20

means 128:3,5,12 137:6

meant 54:12

medium 25:19 26:7

meeting 43:24 66:21,24 67:7

member 118:23

members 79:2 90:1

memory 15:24 20:13 98:12

men 15:23 23:13 78:1 83:12

mention 11:1,4,6 27:9 57:13,
   20 58:2

mentioned 24:21 57:25 59:24
   76:19 140:3

mentions 11:5 27:20

message 141:19 146:6

messages 142:17 143:12,16
   146:5

messaging 64:18

met 43:25 120:23

MI 126:16

Michigan 5:1,6,21 50:4 82:5

middle 91:1

military 10:9 68:17

Miller 52:17

mind 78:14

mine 61:13

minute 87:1,2 96:5 100:25

minutes 35:4,5,8,9,18,20,22
   45:16 50:10,11 67:5 68:22
   77:24 83:18 93:11 95:1,18
   96:1,11,21

Mischaracterizes 21:16 24:9
   37:4 50:14 112:17 114:7
   121:4 124:16 134:4 146:17

misleading 106:1 121:14,15
   122:19 123:3

missing 60:21 137:19,23

mission 123:25

Misstates 134:8

mistake 74:5

mistakes 24:5

mixed 111:2 146:11

Mobile 60:15

moment 45:6 81:19 86:11

month 52:23

months 107:20

morning 36:16 53:21,25 90:22
   99:10 144:5

mother 56:11

mother's 16:12

motion 129:5,22

motor 6:20

move 21:25 131:19

moving 29:1 35:2

mugshot 82:12

mugshots 82:10

multiple 31:13 36:23

Murphy 50:7 63:10,15,19

mustache 12:4

N

NA 125:23 126:6,13

nali 128:3,5,6

name/rank/title 126:8

names 51:7,9 95:14 119:17

Nathan 33:3,9 119:18

nature 60:1

needed 14:16 48:21 61:15
   88:23 100:5 103:3 106:3
   141:14,17 142:13 143:11

news 118:1,2

nice 67:4

night 42:10 76:22 77:8 86:7,12
   122:12 145:21

note 41:5,9 44:16 68:20,23,25
   69:8,16 80:23 97:18,20

noted 44:13,15 108:24

notes 28:14 41:7 58:19 66:22,
   25 67:9,19,20 80:12 87:17
   96:24 108:24 109:3

notice 41:1 128:14

noticed 44:11 71:7 127:24

Notification 39:7

notified 60:9 71:20 74:24 75:1
   91:6

**Lashauntia Oliver**
**05/14/2024**

**13**

notify 139:1

number 5:25 16:12 23:7
31:12,15 33:10 39:9 60:14
64:19 68:1 96:7,13,18 99:15
109:24,25 113:1 119:10
125:21,25 126:9 143:20,23

numbers 51:16 67:18,20
85:17 95:2,5,8,12,15

--------------------

**O**

oath 5:18 115:9

object 8:4 62:6 102:2 131:19

objection 7:20 8:4 13:21 15:7
17:15 19:16 21:2,16 24:8
26:14 27:25 28:6,21 32:23
36:3 37:4 38:18 43:23 50:14
53:4 54:18 55:20 61:20 63:2
64:4 65:5,9 71:23 74:25 87:8
88:13 89:1 103:11 104:8
109:6 112:1,8,17 113:19
114:7 118:7,10 120:3 121:3
122:20 123:4 124:1,16 125:7
127:13,20 130:8,21 131:14
134:4,8 135:18 136:6 146:17

objections 28:9 124:21

observe 77:21 78:2,5

observed 77:22 79:4 80:5
92:7 121:18,21,25 122:6,8
127:6 138:16

obtained 64:16 80:14 120:20
144:14

OCA 33:10

occur 9:18 70:14

occurred 88:3 89:15 104:4
105:13 126:2

office 9:3 46:3,6 47:6,10,13,15
48:10 50:18,19 51:12 63:17,
19,21 71:4,6 72:10 94:17
95:13 106:20 107:17 118:19
136:10 140:19

officer 5:5,10 6:9,12,23,24,25
7:1,7,9 10:2 14:8 26:13,16
27:10 45:4 48:3 55:5,10 73:6

75:11 79:24 97:5 110:14
118:22 119:6,9 126:11 128:22
132:12 139:10,18 146:24

officer's 115:22

officers 9:20 24:20 70:1 83:8
111:19 113:2 126:8

OIC 16:17 53:19,24 68:25 72:5
105:22 120:20 122:9 126:5,
10,11

Oliver 5:6,15,16,23 14:8
16:10,17 20:5 33:15 53:19,24
54:14 68:3 69:1,10 75:11
106:13 118:23 119:6,9 120:20
122:10 126:7,10,11 128:22
146:24

Oliverl410@detroitmi.gov.
126:12

on-the-job 70:1

open 25:3 121:25 122:5
129:17

opened 78:6,7

opinion 78:11

opportunity 130:23

opposed 64:2

optional 90:24

order 29:2 94:6 129:6

organization 74:7

original 14:15,17

originally 67:2

overheard 112:6,7

--------------------

**P**

p.m. 5:3,7 10:10 13:11,14
53:11,14 69:6,15 93:1,3 94:24
95:22 96:17 97:22 106:7,10
126:2,15,20 147:12,13

PA 33:15

pack 131:16,20 134:24

packet 37:2 107:9 137:15

139:7

Paddison 5:13,14 7:20 8:4,15
13:21 15:7 17:15 19:16,18
21:2,16 24:8 25:8 26:14 27:25
28:6,9,21 32:23 34:3,15,20,23
35:16 36:3 37:4 38:18 39:13
41:9,13,16,19,22 42:3,5,25
43:11,22 46:13 49:24 50:2,14
52:4 53:4,9 54:18 55:20 58:22
59:1 61:20 62:6 63:2 64:4
65:5,9,15,20,23 67:14,18,22,
25 68:2 71:24 75:5,7,10
84:22,25 85:3,4 87:10,22,24
88:14 91:22 100:15,19 101:8
103:12 104:9,13,15,18,22
105:9,10 106:5 107:13,24
108:3,6,11 109:6 110:1 112:1,
8,17,20 113:19 114:7 115:23
118:7,10 119:2,4 120:3 121:3
122:20 123:4 124:1,16,21
125:7 127:13,20 128:8,10,21,
24 129:2,10,14,18 130:8,21
131:2,14,19 133:6,11,16
134:4,8,12 135:8,19 136:8
137:14,17,21,24 138:3,4
140:11,22 144:4 146:17,23
147:10

paid 113:23 114:2,12,18

paper 80:8 86:22 92:21

paperwork 32:15 75:1 91:18

par 132:19

paragraph 10:17,22 13:5
29:10 32:2 53:23 60:3 65:10
66:2 68:8 110:8 118:21,22

part 24:7 69:25 78:22 85:17
128:15

partially 83:25

participate 69:25 70:3

parties 51:24

party 129:9

passenger 122:2 126:18

paste 60:20 102:20

people 14:25 15:4 47:10 48:14
51:11 88:9 90:5 116:11

**People's** 52:12

**percent** 44:15 70:6

**perform** 74:13

**performance** 70:11

**performing** 7:2

**Perkins** 58:8

**person** 11:24 12:2 17:2 19:23
25:11 26:4,19 31:13,17,23
32:8,14 42:19 43:21 45:23
49:12 51:20 56:25 63:7 73:12
92:4,9,19,22 99:2 110:13
112:24 117:14 119:24 120:15
125:24,25 126:14 133:17
139:3

**person's** 64:22

**personally** 51:20 78:22 79:21
97:3

**persons** 64:20 66:4

**phone** 16:12,13,14,15,16,18,
22,23 17:3,9,11,17,20 18:7
19:6 20:14 45:4 47:11 48:2
51:3 54:16,25 55:4,6,9,10,12,
15,24 56:1,3,7,12,25 57:5,6,
12 58:16,18 59:9,19 60:14
66:13,17,18 69:10 71:12,19,
25 72:8,17,19 73:8,12 79:15
94:18 95:8,10,11,15 97:7
99:13,25 101:12,18,19,21,22,
23,25 102:6,11,15,18,22
103:15 104:20 109:23 113:1
119:7 125:25 126:8,9,11
133:20,22 134:3 141:1,3,4,5,
9,11,12,17,22,25 142:2,3,5,6,
13,14,15,16,19 143:3,4,5,7,8,
10,19,20,22,23 144:6,7,9,13,
15,19,25 145:4,5,12,13,14,22,
24 146:1,2,3,13,14

**photo** 7:24 37:25 38:6 80:24
81:6,13,20,23,25 82:2,4,17
85:1 86:21 89:2

**Photograph** 85:16

**photographic** 31:5

**photographs** 83:12

**photos** 23:13,14,16 82:10,12

**phrase** 75:11

**phrasing** 86:15

**physical** 88:11 141:5

**physically** 142:15

**pick** 85:22,24 93:19,20 142:5

**picked** 10:23 25:11 30:21
31:12,23 32:4 53:21 81:22
82:16 83:12 131:16,20

**picture** 7:23 19:5,10 58:10
73:16 110:20 111:4 131:21

**pieces** 16:1

**pinged** 56:13 141:25 142:8

**pinging** 143:19 144:10

**place** 24:24 38:12 43:22 53:4
61:2 118:10 123:16 130:21
135:3

**plaintiff** 5:12,22 128:14

**Plaintiff's** 18:24 39:5

**plan** 51:25 52:2,25 53:2
103:20

**planning** 73:14 80:24 144:16

**plate** 126:16,20 127:6

**play** 105:19

**playing** 101:7

**PO** 10:12 126:8 132:21

**pockets** 127:25

**point** 54:24 56:9 60:21 61:12,
16 65:18 70:16 71:15 72:21,
23 75:19 78:6 79:18 89:4,12,
22 91:14,16 96:25 97:24
98:21 99:24 102:22 103:5,17
104:5,23 105:11 138:23 139:1
144:5 147:1,8

**pointed** 23:3

**pointing** 23:1

**police** 6:8,9,12,23 9:11,20,22
14:8 17:3 29:15 33:19 39:25
40:1 70:4 82:6 84:5 90:4

118:24 126:8,11 139:10,18

**policies** 111:23

**policy** 8:8 81:25 82:6,9,11
119:19,23

**poorly** 86:15

**Porcha** 5:12,22 6:5,21 30:11,
13,18 34:8,10 35:4,7 36:17
37:8 38:22,25 42:13,17,18,21
43:15,18,20 44:11,19 45:22
53:20 54:1,25 57:23 58:11
59:19 60:9,22 108:13 111:5,8,
14,22,25 115:12 116:1 119:9,
25 128:16,17 131:9,12

**Porcha's** 56:11 141:1

**portion** 42:6

**position** 6:11,21 7:4

**positioned** 19:10,12

**positive** 8:8 33:17,21 34:12,16
36:22 118:3 121:6

**positively** 30:19

**possession** 16:13 99:25

**possibly** 7:24 56:18 123:14
127:4,8,17

**potential** 135:12

**pounds** 12:3 26:10 27:6

**pre-deposition** 66:21

**precinct** 6:14,15 80:2,3
125:22 126:12

**pregnancy** 58:1

**pregnant** 11:2 40:11 41:1
45:18 47:17 49:14 51:19 54:1
57:20 59:25 60:23 61:3 92:7,
19 103:1 108:14 138:14,19,21

**prejudice** 128:20 129:4,6,21,
23 139:15

**preliminary** 104:4,7 105:5,13

**Prentis** 62:17 63:7

**prepare** 59:20 81:15,20 140:6
144:13



**prepared** 10:8,12 14:8,9 33:9 37:17 43:23,25 44:1 52:7,8 53:8 60:24 69:10 131:18

**preparing--** 22:23

**presence** 122:16

**present** 74:14 88:17,22,25

**presented** 84:19

**press** 45:9 103:25

**pretty** 21:1 44:17 47:20 78:17 88:24 91:4 95:10 103:4 113:7, 24

**printout** 67:1

**prior** 31:13 43:24 45:3 50:15 71:22,25 120:23 135:2 144:5

**priority** 102:23

**privilege** 67:16

**probable** 33:16,23 34:13 64:15 89:16 130:7,12,14,17, 19 131:3,5 136:15,17,20,25 137:3,8

**promise** 140:25

**promised** 40:21

**property** 58:22

**prosecuting** 96:22 105:14 136:3,5 137:7

**prosecution** 64:22 66:6

**prosecutor** 48:21 57:21 61:3, 25 68:12 84:8,13 94:8 98:14 99:18,20 100:6 106:23 108:1 128:14 137:12 139:11

**prosecutor's** 9:3 46:3,5 47:6, 9,13,14 48:10 50:18,19 63:17, 19,21 95:13,14 106:20 107:17 118:19 136:10 140:19

**prosecutors** 50:7 51:4,5 56:17 59:4 106:4 107:4 141:20

**provide** 64:19,21 66:3,5 67:16 107:8 126:9 146:14

**provided** 33:19 84:8 90:12 109:2

**provider** 60:15

**proving** 57:12

**prox** 128:3,5,6

**pull** 58:23 75:23 78:1 84:20,23 132:8

**pulled** 73:9 127:23 133:18,21

**pulling** 122:6 127:3

**pulls** 126:15

**purchased** 112:25 116:24

**purports** 46:15

**put** 12:25 13:17,24 14:1 18:5, 10 21:12,23 28:14 31:16 32:15 42:5,24 43:4 56:16 57:5 73:5 87:9 103:13 107:9 110:16 112:14 114:3,17 123:1 127:7 130:2 138:11 142:7,11, 23

---

**Q**

---

**qualifying** 90:23

**question** 14:11,14 23:25 28:10 39:21,24 40:4,7,9,13, 16,19,21 65:13 86:7,15,16 105:22 120:5,7,8 124:4 128:19 129:18 146:24

**questioned** 18:11 39:17

**questioning** 106:18

**questions** 17:24 18:5 39:19 65:21 82:21 106:14 135:6 144:2 146:19

**quick** 103:17 135:9

---

**R**

---

**Rachel** 58:8

**radio** 80:4

**ran** 37:18

**randomly** 93:19

**rang** 16:16

**range** 90:23

**rank/title** 126:11

**RE-EXAMINATION** 106:11 135:7 140:23 144:3 145:10 146:22

**reach** 105:23

**read** 10:17,22 11:18 13:7,8 14:13 16:8 18:10 23:18 25:3 29:10,24 31:11 32:1 33:4,7,11 34:23 39:19 52:12 53:18,22 60:4,8 64:12 66:2 67:25 68:8 81:17 121:20 123:10 125:16, 18 128:12 130:5,18 132:11,14 134:13

**reading** 26:1 134:19

**reads** 112:22

**ready** 31:6 37:2

**realized** 49:11 56:22

**reason** 71:18 72:4 75:14 80:6 82:16

**rec** 7:22 8:1 22:12 73:17,19 74:12,13,15 75:1 82:2 107:19 119:14

**recall** 75:3 79:23 85:6 91:6 98:9 99:8 120:22

**recalled** 71:3 75:19

**receive** 7:8,10,11,15 8:2

**received** 9:3,4 15:17 22:1 75:1 82:3

**receiving** 33:3,5

**recess** 13:12 53:12 106:8

**recognition** 7:15,18 33:16,18 34:16 70:7,11 74:3,6 82:1 107:3 118:3 119:6,24

**recognize** 8:24 23:14 27:21 59:15 109:21

**recommend** 82:11 136:17

**record** 5:4,9 9:9 10:17 13:9, 10,13 14:13 16:9 23:12 26:5 29:10,23 33:7 37:19 39:19 41:17,25 51:23 52:6 53:10,13



56:25 58:6,24 60:4 64:13
65:14 68:9 87:9 106:6,9
109:15 132:11 134:13 140:7,
12,16 141:8 143:17 147:12

**recorded** 5:5 100:12

**recording** 102:1 116:16

**records** 46:21,24 64:17,18
65:1 94:19 99:13 145:17

**red** 126:18

**redacted** 84:1

**refer** 28:17

**reference** 68:1 140:15

**referencing** 28:10 43:1 100:17
139:22

**referred** 82:24

**referring** 12:16 24:3

**reflect** 9:9 51:23

**reformatted** 137:25

**refused** 55:19

**Register** 104:9,11

**regular** 6:18

**reiterate** 87:7

**relates** 30:11,12 104:25

**release** 94:1,7

**released** 55:16 98:22

**relevance** 53:5 118:7 124:1
128:21

**relevant** 128:23,25 129:11,13,
14,16

**relying** 64:2

**remains** 129:17

**remember** 14:20 15:25 17:5,
10 18:1,3,4,8 20:22 21:6,7
22:16,23 23:1,3 24:1 33:3,5
38:7,23 40:9,24 41:3 45:3,17
46:18 48:19 54:21 55:14,22
56:5,6 57:7 58:8 62:18,21
67:7,9 71:3 82:8 102:7
116:20,21,22,23,25 117:3,14

134:18,19 139:24

**remembered** 15:10 16:1 23:5
76:4

**remembering** 86:5

**remote** 115:11

**remotely** 82:23

**repeat** 19:14 77:5 106:21
119:22

**repeated** 65:14

**replied** 133:3,13

**report** 12:9 18:2,4,6 25:25
27:18 33:9 37:1,13 41:17,18,
24 42:24 43:12,18,23 44:5
60:20 75:23 83:22 84:6 92:2
114:4 118:1,2 120:18 121:1,6,
13 125:19,21 138:5

**reported** 83:8

**reporter** 5:9 8:13,20 9:25
11:15 14:5 18:22 22:4,19 25:5
29:4 31:2,8 34:5 39:2 46:11
52:15 59:12 62:14 101:1
109:17 125:13

**reporting** 83:8

**reports** 10:2 84:5 135:24

**represent** 6:5

**request** 8:15,17 9:11 72:23,25
73:1,3,5,18 74:6,8,10,11,15
75:24 79:14,15 84:4,9 89:19
108:10 118:23 125:17 135:22
139:8

**requested** 65:14 73:17 125:21
126:5

**Requester** 126:6,7,8,9

**requests** 126:25

**required** 70:3

**resembled** 23:7 81:4

**resources** 34:1

**respect** 79:10 81:13

**responsible** 54:2 64:20 66:4
110:13 112:24

**restate** 28:10

**resting** 40:11

**result** 33:18

**retained** 65:1

**retrieve** 16:16 73:6

**retrieved** 17:3 102:15

**return** 58:22

**returned** 19:6 71:12,19 72:8,
17 73:12 75:12 79:14

**returning** 72:19 73:7

**review** 10:2 45:16 136:12

**reviewed** 45:14 72:21 73:10
90:15 106:23 108:2 136:2

**reviewing** 112:12

**reviews** 136:23

**rights** 39:6 49:5 60:13 92:24
132:14

**robbed** 16:20 17:2 23:5,7 27:8
127:17 132:4

**robberies** 73:24

**robbery** 130:20 134:21

**robbing** 127:4,8

**Rodney** 9:1,6,12 107:13

**role** 69:21 70:10

**room** 112:6

**rose** 42:13

**roughly** 69:15 92:25 93:3
94:24 95:17

**route** 101:24

**Rule** 51:24

**run** 7:22 71:19 91:3

**S**

**s.m.s.** 64:18

**Sala** 125:24

**saved** 95:8



scene 56:10 61:11,14 101:10

scenes 6:19

search 33:19 59:9,19 60:24
61:2 62:17 102:3,17 103:14,
17,21 104:1,6,20 105:2,12,20
106:15 108:3 109:19,23
110:6,16 141:24,25 142:7,23,
24 143:13

searches 70:11

searching 79:3 102:6,22

seat 122:7 127:4

seconds 100:25

Secretary 82:9

section 34:23

secure 21:5

select 29:12,25 30:16

selected 29:16 30:2,7

selection 29:13 31:25

send 101:1 135:25 136:20
138:1

sentence 41:8

separate 8:16 91:23,24 96:21

September 52:3

series 85:17

set 19:6,7,8

setup 133:25

severity 97:15

sex 14:24 31:17 76:20 132:3

sexual 73:22,23

shave 83:18

shaved 83:10,13,17

sheet 39:5 107:14,21 134:24

sheets 37:1

shirt 126:18

short 10:19 13:12 23:21 24:21
53:12 83:7 106:8

shot 83:15 126:21

shoulders 26:7

show 10:7 18:24 20:10 22:15
23:11 27:18 29:6 31:4 37:21
38:8,11 39:4 43:9,15,18 44:5
52:11 58:21 59:8 61:10,14
88:23 101:9 102:4 109:9
110:20 111:22,24 113:17
117:4 142:12 143:2 144:17
145:17,21

showed 18:18 23:16 57:1
88:24 111:4 115:9,10,12
140:4 145:24

showing 23:12 30:15 46:18,20
115:6

shows 19:5,6 64:25 126:25

side 82:1 122:1 126:19

sign 29:17,20 62:23,25 63:1
107:3,10,18 137:1,4

signature 29:20

signed 62:17 93:24 104:16,19
105:12 107:6,11,16 108:2
137:6,12

significant 78:17

signs 106:19

silver 40:16 121:22 126:21

simply 76:14

site 64:17 65:1,2

sitting 103:13 112:6

situation 8:7 45:5 74:11

size 91:5

skin 14:2 23:6

skinned 83:3

slim 10:19,25 12:3 23:21

slouched 125:4

slowly 92:1

slumped 78:8 125:5

small 24:20

SNAP 82:6,9 111:23

Sounds 9:16

Southeastern 5:21

span 96:20

speak 15:3 22:17,21 48:21
75:16 91:21 92:4

speaking 22:23 31:16 45:3
80:4 92:25 98:13,25 111:23,
24 115:3 130:1

specialized 90:5

specializes 73:4

specific 64:22 69:22

specifically 66:24

speculation 19:16 61:21 62:6
87:8 103:11 124:2 127:14

spend 86:3,8

spent 113:11

spoke 48:25 53:24 68:10,19
69:1 72:15,16 92:17 96:25
97:7 98:5 99:17 110:11
144:22

spoken 72:1

St 50:4

start 37:1 49:9 71:2 100:8
132:23

started 37:12 99:8

starts 128:18

state 5:8 20:12 31:14,19 82:5,
10 131:15

stated 16:14 20:10 31:11
43:15 60:14 83:6 87:16 108:1
112:25 113:1 118:15 120:21,
23 122:9,11,13 131:8 132:15
138:13

statement 11:10,12 14:15,17,
19 24:18 28:16 31:5 40:22
41:10,11,12,23 42:6 43:1
70:16 72:11 80:8,14 84:22,25
85:12,16,19,20 87:22 92:24
117:19,21,22 118:6,14 120:20

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Lashauntia Oliver**
**05/14/2024**                                    **18**

129:25 130:3 134:20,23

**statements** 84:6 129:10 130:1
135:24

**states** 5:20 29:17 34:12 64:13
66:3 69:10 85:8 110:10

**stating** 137:12

**station** 15:18,21,24 18:14
19:24 20:4 21:1,14,21 22:6,8
35:15,19,21 38:11 42:8,16
45:13,14 71:13 72:18 76:24
77:1,3,8,13,16,25 78:1 111:13
123:12 126:16 138:16

**status** 104:24

**stepped** 67:4

**stip** 58:24

**stipulate** 34:24

**stipulated** 104:3

**stolen** 79:6 87:14

**stop** 43:17 77:16 91:17 105:7
116:15 122:18

**store** 18:13 79:9 126:19

**story** 15:17 16:1 76:4

**straight** 59:6,25 86:6

**strange** 14:22,25 17:2,4

**strictly** 142:8

**strike** 131:19

**style** 23:6

**subject** 33:21,24 122:6

**subjects** 127:1

**submit** 7:17,25 59:22 74:3,7
84:4 135:22 136:9

**submitted** 9:1,5,11 22:12 52:1
74:15 89:18 104:6 105:2,11
106:15 118:19,23 119:6
121:11 127:7 142:23

**submitting** 118:16

**suddenly** 71:19

**sufficient** 7:23 101:23

**suggest** 87:4

**suicide** 123:25 124:5

**summary** 84:12 140:3

**superior** 45:4 48:3

**superiors** 92:17

**supervisor** 48:7 94:12 145:3

**supervisors** 48:6 101:15
102:10 144:24 145:1,2

**supplemental** 33:8

**suspect** 22:1 30:20 33:17,18
35:12 42:15,22 43:20 44:10,
12,20 45:18 49:18 57:17,18,
24 60:24 61:5 66:10 73:7
74:16 78:20 79:10,12,18
82:20 83:6 84:1,16 86:3,4,9,
18,25 87:17 88:11 89:5,12,16
92:22 103:2 117:16 119:24
121:7 122:23 126:18,22,25
127:2,3 133:21 138:19,24
139:2

**suspect's** 12:18,21,25 13:4
42:12

**suspected** 44:24 76:10,20

**suspects** 80:21 81:1 83:20
93:9

**swear** 5:10

**sworn** 5:17

**system** 126:1

─────────────
**T**
─────────────

**T-MOBILE** 110:2

**tag** 60:11

**Tahoe** 121:21

**takes** 94:6

**taking** 122:8

**talk** 20:19 44:7 72:11 84:18
91:20 99:8 105:6,13,16 116:2

**talked** 18:16 36:17 44:5 61:25
94:13 102:10 103:5 109:9,12

**talking** 15:23 34:15 40:24
43:11 77:25 101:17 108:3
113:2 139:24

**tall** 87:25

**tape** 101:7

**target** 64:19

**tattoo** 43:16,19,20 44:7,9,12,
13 49:16,19 59:5 60:23 61:4

**tattooed** 42:13

**tattoos** 41:3,5,6 42:12,17,18,
21 44:6,10 57:14,17,18,25
60:1 139:23 140:4,15

**team** 22:13 90:10

**technically** 70:19

**technology** 7:18 70:7

**telling** 56:6 57:7,22

**tells** 32:18 114:5

**ten** 26:25 96:1

**terms** 69:22 75:25

**testified** 5:17 59:2 112:2

**testify** 130:25 131:2 133:11

**testimony** 21:17 24:9 36:13
37:5 50:15 90:16 99:24
112:18 114:4,8 124:17 128:22
129:15 130:24 134:5 146:18

**tether** 48:23 98:22

**text** 141:19 142:17 143:12,16
146:5,6

**texts** 142:17

**theft** 6:13,17,18 7:5,9 16:10
132:13

**thin** 12:4

**thing** 13:15 51:2

**things** 10:2 15:4,10 36:23
45:25 46:2 52:5 60:1 66:12
103:10 113:25 140:25 142:17
144:12

**thinking** 17:6



Lashauntia Oliver
05/14/2024
**19**

**thought** 51:1 71:18 93:19
97:13,17 98:2 99:2 147:5

**threat** 19:21,23

**threw** 118:5

**time** 5:7,8 10:9 13:9 15:9
16:23 17:6 20:15 24:23 31:18
38:2 45:9,17 48:8 49:4,6,9
50:24 53:14 57:2,6 61:24
68:17,19 69:8,13,16 71:2,6
73:10 74:14 77:2,17,23 78:3
79:14 81:5 83:5,9 86:3,8,18
88:1,15 89:15 91:8 94:23
95:20 96:16 97:8,20 98:1,5,6
102:24 103:22 111:8 114:1
115:1,4,5,6,19 117:25 123:19
126:1 127:6,18 141:16

**timeline** 95:16

**times** 21:10 24:13 76:25 121:2
122:14 126:24

**title** 6:21

**today** 53:19 68:10 69:11
103:13 114:4

**Today's** 5:6

**told** 14:21 15:19 16:2 17:7
18:11,14 20:13,17 21:20
24:20 25:23 26:2 27:10,12,13
28:3 40:1,19 45:8 48:5,7,16,
20 54:6 56:18 57:5,21 59:4
60:19 64:9 72:17 75:11 78:12,
15 86:17 92:18 93:16,17
94:12,15,16 98:10,11,13,16
101:21 102:3 113:1,5,11,15
117:14 120:11,12 123:12
124:9 141:20 142:3,6,7 143:7,
15 144:13

**tomorrow** 71:8

**top** 39:10 52:12 53:23 122:25

**topic** 65:24

**touch** 50:11,17 97:4

**tracking** 68:25

**trained** 7:19

**training** 7:8,10,11,15 8:2
36:16,17,20,21 55:11 64:14

69:22 70:1,3,6 91:11,13

**translates** 68:17

**Trinidad** 79:11 92:11 110:12,
17,20 111:4,12,13,14 112:23
113:15,22 123:24 131:25
132:1,2,6,8,16 138:13

**true** 106:25 110:11 127:12,16
129:22,25 138:11

**truth** 40:19

**Tuesday** 5:2

**tugging** 122:6 127:3

**turn** 9:5 13:2 75:24 122:24

**turned** 51:24 84:12 119:7

**Turning** 68:25

**type** 6:19 73:19 74:2 97:16
100:7 125:23 130:15

**typed** 30:22 61:13

**types** 7:16

**typically** 76:13 88:7 93:9,10

---

**U**

**Uh-huh** 16:7,19 30:3 39:13
56:15 77:9

**ultimately** 29:14

**Unable** 126:5

**underlying** 70:14

**understand** 39:21 47:17 85:20
98:18 104:21 112:4 120:5,7,8
121:11,14 122:18 123:2
128:19

**understanding** 8:6 61:12
78:25 84:22 85:1 87:11 94:6,8
107:2,16,18 136:9

**unilaterally** 93:25

**unit** 7:10,11 8:1 73:4 75:7
79:2,3 119:13

**United** 5:20

**units** 90:5

**unknown** 10:20 23:21,22

**unpack** 98:16

**unreliable** 15:6

**update** 54:4,5

**updates** 104:24

**User** 52:17

---

**V**

**valid** 45:7 48:3

**valuable** 17:14

**Van** 16:14 40:13 125:24

**vehicle** 6:20 77:1,24 79:4,5,7
87:14 88:1 112:25 114:13,20
116:24 122:3 124:23 126:14,
17 132:5

**verbal** 64:2

**verbatim** 32:7 48:18 56:6
57:22 82:8 93:16 98:9,12
116:16

**versus** 5:23 82:10

**victim** 9:22 14:10 22:24 23:1,
4,25 30:14 31:5,11 34:17,19
37:21,22 38:8 42:15 45:12
57:17 59:5 60:19 70:16,22
71:1,10,22,25 72:1,4,7,15,16
73:11 75:16,19 76:3,7,10,19
77:6 78:8 80:1,6,20 81:18
83:6 84:15,19 85:9,15 86:2,8,
17,20,24 87:16 88:16 89:10
93:18 94:15 108:16 111:11,12
117:14,16 119:21 120:1,14
123:8,10 126:15,17 127:3,5
131:6,8 132:3,5 133:18,19
134:2 135:13 138:7,10,13
139:2

**victim's** 78:2 79:3 82:19 88:10
89:15

**video** 5:5 7:23,25 16:2 18:18
28:15 42:8,20 44:9 45:21
72:18 73:5,6,9,11,13,14
77:14,19,21 79:16 92:9 103:2
113:6 118:24 121:21,25 122:8



**Lashauntia Oliver**
**05/14/2024**                    **20**

125:17,19 126:1,4,5,6,24
138:16

**videos** 137:19,23

**view** 61:12 136:14

**viewed** 72:20 126:5

**Violent** 73:25 74:1

**visited** 44:22 60:5,22

**visiting** 38:25

**voicemails** 47:12 48:15

_____

**W**

**wait** 68:18 106:21 111:2

**waited** 70:25

**walk** 70:13 91:25 92:2 94:23

**walked** 79:8 92:16 133:19

**walker** 10:23 11:5 16:12 27:17
40:7 80:14 120:20,21,23
122:7,9,13 123:11 131:8,20
132:16,17 133:2,12 134:13

**Walker's** 122:1,2

**walking** 45:3 79:8

**wanted** 58:3 106:13 124:6
141:2 145:4

**warrant** 8:16,23 9:10,11 12:22
13:20 21:13 28:18 30:22 37:2,
14 40:2 45:7 48:3,4 59:9,19
60:25 61:2,8,10 62:17 68:12
75:24 76:14 84:4,8 89:18,19
90:12 93:24 100:3,9 101:2
102:17 103:14,17,21 104:1,6,
16,19,20 105:2,12,20 106:15,
23 108:2,4,5 109:20,23 110:6,
16 114:15 118:16 122:24
135:22 136:18 137:1,4,6,14
139:7 141:24 142:7,23,24
143:13

**warrants** 69:11 90:6 130:15

**watch** 72:18

**watching** 113:3

**Wayne** 50:6 96:22 136:10
139:11

**wearing** 10:25 12:5 88:9
126:18

**week** 36:11

**weeks** 43:23 54:1 90:16

**weigh** 25:13

**weight** 23:6 25:22,23 27:3,5,
22 117:10

**whereabouts** 45:10 56:8

**white** 22:16,17,21,24 23:1
24:4 26:5 30:10 60:10 78:19,
20 79:4,6,18,21 80:1,5,18
81:2,4 83:9 84:16 86:21
87:13,25 88:22 94:15 109:10,
12,20 110:1,10,12 111:25
112:3,23,25 113:1,5,6,8 115:8
116:2 117:4 118:1 132:14,15
139:6 146:8

**White's** 81:16 109:23 110:6

**winter** 88:10 117:25

**woman** 47:17 51:19 54:1,2
138:19

**Woodruff** 5:12,22 6:6,22
30:12,13,18 34:10 37:8 39:17
43:16,19,24,25 44:1,12,19
49:7,11 53:21 54:1,15,25
55:14 58:11 59:2 60:9,12,13,
22 68:11 74:15 86:25 89:4
90:12,20 91:6,9,20 92:6,25
93:13 94:11,24 98:14,20 99:4
100:9,12 101:2,13 102:2,13
104:3,25 105:23 108:14
111:5,14 115:13 116:2 119:10
120:1,24 121:25 122:5,8,11,
17 128:17 129:25 131:9,12,22
133:2,12 138:21,23 140:13
141:1 142:7 144:6,22 145:4

**Woodruff's** 34:8 35:4,7 59:19
60:10 74:24 75:12 81:15,20
88:23 89:22 92:23 95:17
99:25 102:17,22 111:22,25
117:5 122:25 128:22 138:6
139:22 140:15

**word** 23:8

**work** 8:18 118:4,16

**worked** 47:10 91:14

**working** 36:12 70:1 100:8
137:20,24

**works** 136:7

**world** 129:24

**worn** 10:14

**Worthy** 107:2,18

**write** 27:23 28:2,5,8,11,13,18
39:10 108:10

**written** 63:22 64:3,7 121:6,13

**wrong** 45:22 49:12 51:19
74:10 99:1 104:8 129:8 133:4

**wrongdoing** 66:9

**wrote** 19:4 23:4 60:16 132:11

**Wyatt** 88:20 89:1

_____

**X**

**Xfinity** 60:15 110:2

_____

**Y**

**ya'll** 20:19

**year** 66:20

**yearly** 70:3

**years** 6:10,11 26:25 27:1,2