UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PORCHA WOODRUFF,
    an individual,
        Plaintiff,

Case No. 5:23-cv-11886
Hon. Judith E. Levy

V

~~CITY OF DETROIT~~
~~a municipal corporation,~~

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in his Official
Capacities, and

        Defendant.

---

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ADJOURN/TERMINATE SCHEDULING ORDER DEADLINES AND EVENTS

NOW COMES Plaintiff, Porcha Woodruff, through her attorney, Ivan L. Land, and she states the following in her response to Defendant's motion.

## ISSUE PRESENTED

**Does Good Cause Exist And Are The Interest of Efficiency And Judicial Economy Best Served By Adjourning Previously Set Deadlines.**

Plaintiff States:		No

Defendant States:		Yes

## TABLE OF AUTHORITY

**Rules**
Federal Rule of Civil Procedure 16(c)(2)(P) ...................................................................... 4

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ADJOURN/TERMINATE DATES

Defendant's motion is presented in attempt to stall these proceedings. In August of 2024, the parties agreed to extend the dates because of their busy schedules. So, Defendant's counsel suggested the current dates, and Plaintiff's counsel agreed. The parties stipulated to these current dates and this court entered the Scheduling Order on August 29, 2024 (ECF No. 22).

The parties specifically agreed to extend the dates for the Damage Experts' Depositions when their depositions should have been completed. Defendant now argues that if the Damages Experts' Depositions are taken prior to the deadline of

2

March 3, 2025, the parties will incur substantial unnecessary cost. The Damages Experts' Depositions will eventually be required, so Plaintiff objects to this date being modified. Defendant should understand that there are only two situations in which the Damages Experts' Depositions are not needed, to avoid the cost: (1) Defendant is under the belief that Defendant's Motion for Summary Judgment will be Granted, and the case will be dismissed, or (2) Defendant believes that this matter is not going to proceed to trial, and Defendant can't make that determination. So, the March 3, 2025, date should not be modified.

Defendant further argues that the Motion in Limine is due April 1, 2025, one week prior to the Summary Judgment hearing. To satisfy Defendant's concerns, the due date for the Motion in Limine could be moved to a date after the Summary Judgment hearing date, and if necessary oral arguments for the Motion in Limine could be heard on the day of trial.

As for the other dates, all other dates should remain as agreed to by the parties. Plaintiff understands that the parties have a right to an appeal pending the outcome of the Summary Judgment Motions. However, all other dates except the Jury Trial date can remain in place. If a trial is needed after the appeals have been heard, the court can issue a trial date, and the parties can move forward.

Finally, Defendant states in paragraph 11, "Neither, Plaintiff, nor Defendant, will be prejudiced should this Honorable Court the parties **joint** request for an

3

adjournment." Plaintiff has no clue on what Defendant is attempting to argue, but Defendant's Motion is not a **joint** request. Furthermore, Defendant is not in any position to argue to this court whether Plaintiff will be prejudiced by an adjournment.

### BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ADJOURN/TERMINATE DATES

NOW COMES Plaintiff, Porcha Woodruff, through her attorney, Ivan L. Land, and she states the following in her Brief in Support of Her Response to Defendant's Motion.

Plaintiff relies on Federal Rule of Civil Procedure 16(c)(2)(P) to support its position regarding this matter.

WHEREFORE Plaintiff, Porcha Woodruff, respectfully request that this Honorable Court deny Defendant's request to terminate the dates and modify the dates as this Honorable Court deems necessary.

Dated: January 29, 2025   /s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

4