UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Porcha Woodruff,

                Plaintiff(s),

v.                                        Case No. 5:23−cv−11886−JEL−APP
                                                Hon. Judith E. Levy

Detroit, City of, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

      Motion to Adjourn – #44

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/W. Barkholz
                                               Case Manager

Dated: February 18, 2025