| | |
|---|---|
| **From:** | Philip Mayor |
| **To:** | Gregory Paddison |
| **Cc:** | Dan Korobkin; Ramis Wadood; Michael Steinberg; Nathan Wessler; Patrick Cunningham |
| **Subject:** | Re: [External] Seeking consent to motion to participate in o/a in Woodruff |
| **Date:** | Friday, February 21, 2025 1:44:10 PM |
| **Attachments:** | image001.png |
| | Outlook-Descriptio.png |

Greg,

I am sorry if you feel that my description or our intended motion was misleading; that was certainly not my intent. With that concern in mind, we have just carefully re-reviewed our motion. Respectfully, neither I nor my co-counsel believe any language in our motion indicates an intention to go beyond our brief.

Specifically, the motion states "This case presents the important question whether police may establish probable cause for an arrest based solely on an unreliable lead from facial recognition technology ("FRT") plus a purported witness identification based on and tainted by that lead."

Our brief stated: "Amici write to aid the Court in rendering a decision based on an accurate understanding of facial recognition technology and how its use tainted the investigation in this case. In particular, this brief focuses on explaining why neither the facial recognition search nor the photo lineup procedure could supply probable cause for Ms. Woodruff's arrest. . . . This is particularly important because this case will likely yield the first judicial opinion in the nation on a developed record addressing some of the questions raised here relating to FRT and photo lineups, and the Court's decision could affect the lives of countless individuals."

The court accepted our amicus brief over your objection that the content in our brief was irrelevant, and we are not seeking to relitigate that question.

If you would like to identify any <u>specific</u> language in our motion that suggests we intend to argue beyond our brief, and request that we modify that language in a fashion that would cause you to not oppose our motion, we will happily consider any such request if received by end of day Monday. Otherwise, we will file the motion Tuesday morning as drafted and let the court know that we anticipate that you will object.

Sincerely,

**Phil Mayor**
Pronouns: he, him

Senior Staff Attorney
American Civil Liberties Union of Michigan
2966 Woodward Ave. Detroit MI 48201
*(Offices in Detroit, Grand Rapids and Lansing)*
313.578.6803 | pmayor@aclumich.org

"O! it is excellent
To have a giant's strength; but it is tyrannous
To use it like a giant."



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Gregory Paddison <paddisong@detroitmi.gov>
**Sent:** Friday, February 21, 2025 12:37 PM
**To:** Philip Mayor <pmayor@aclumich.org>
**Cc:** Dan Korobkin <dkorobkin@aclumich.org>; Ramis Wadood <rwadood@aclumich.org>; Michael Steinberg <mjsteinb@umich.edu>; Nathan Wessler <nwessler@aclu.org>; Patrick Cunningham <cunninghamp@detroitmi.gov>
**Subject:** RE: [External] Seeking consent to motion to participate in o/a in Woodruff

Mr. Mayor,

This Motion is far more expansive than what you had proposed in your prior email, which stated, "the ACLU intends to file a motion seeking leave to participate at oral argument on April 10 regarding the City's motion to dismiss in the *Woodruff* matter, **in order to address any questions the Court may have regarding the arguments made in our brief.**"

To clear, it is neither my duty, nor prerogative, to argue over the greater policy concerns applicable to the use of Facial Recognition technology. To that end, while bright line rules relating to the existence of probable cause (or any law enforcement action for that matter) are almost universally disfavored, that is not my fight. So to the extent that the ACLU is seeking to "address any questions the Court may have regarding the arguments made in [the ACLU's] brief," relating to the use of Facial Recognition Technology in the 'broader sense' I have no objections. However, it would be fundamentally unjust and highly prejudicial to my client, if you are intending to effectively "tag in" and act as a surrogate for Ms. Woodruff's existing counsel, under the guise of pursuing a noble cause. Given the language in the Motion you've provided, I certainly don't feel as though this concern is unfounded.

So, to the extent that you are attempting to use this lawsuit as a vehicle to get your arguments regarding Facial Recognition Technology (in the general sense) before the Court, I'd be willing to stipulate to your participation. However, to the extent that your

intention is to argue, suggest, or imply, that **any** of the issues addressed in your Brief bear any relevance or should be considered by the Court in determining the outcome of the parties' Dispositive Motions in **this** case, I will certainly oppose such efforts.

Assuming that you were candid with me in your prior email and my concerns referenced above are unfounded, please feel free to send me a stipulation or revised version of the Motion sent today.

Gregory B. Paddison, Esq.
Senior Assistant Corporation Counsel
City of Detroit - Law Department
Coleman A. Young Municipal Center
2 Woodward Avenue - Suite 500
Detroit, MI 48226
O: (313) 237-0435
F: (313) 224-5505
paddisong@detroitmi.gov

**From:** Philip Mayor <pmayor@aclumich.org>
**Sent:** Friday, February 21, 2025 10:33 AM
**To:** Gregory Paddison <paddisong@detroitmi.gov>
**Cc:** Dan Korobkin <dkorobkin@aclumich.org>; Ramis Wadood <rwadood@aclumich.org>; Michael Steinberg <mjsteinb@umich.edu>; Nathan Wessler <nwessler@aclu.org>
**Subject:** Re: [External] Seeking consent to motion to participate in o/a in Woodruff

Greg,

Enclosed is the motion we intend to file. We would be pleased to indicate that you consent and/or do not oppose if such is the case. Can you please let me know either way by the end of the day next Monday, Feb. 24?

Thank you,

**Phil Mayor**
Pronouns: he, him

Senior Staff Attorney
American Civil Liberties Union of Michigan
2966 Woodward Ave. Detroit MI 48201
*(Offices in Detroit, Grand Rapids and Lansing)*
313.578.6803 | pmayor@aclumich.org

"O! it is excellent
To have a giant's strength; but it is tyrannous
To use it like a giant."



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Gregory Paddison <paddisong@detroitmi.gov>
**Sent:** Tuesday, February 18, 2025 11:43 AM
**To:** Philip Mayor <pmayor@aclumich.org>
**Subject:** RE: [External] Seeking consent to motion to participate in o/a in Woodruff

Please send me a proposed stipulated order. Thanks.

Gregory B. Paddison, Esq.
Senior Assistant Corporation Counsel
City of Detroit - Law Department
Coleman A. Young Municipal Center
2 Woodward Avenue - Suite 500
Detroit, MI 48226
O: (313) 237-0435
F: (313) 224-5505
paddisong@detroitmi.gov

**From:** Philip Mayor <pmayor@aclumich.org>
**Sent:** Thursday, February 13, 2025 4:49 PM
**To:** Gregory Paddison <paddisong@detroitmi.gov>
**Subject:** [EXTERNAL] Seeking consent to motion to participate in o/a in Woodruff

Greg,

I hope this email finds you well.

I'm writing because the ACLU intends to file a motion seeking leave to participate at oral argument on April 10 regarding the City's motion to dismiss in the *Woodruff* matter, in order to address any questions the Court may have regarding the arguments made in our brief.

Pursuant to the local rules, we are seeking your consent to our motion. We request that you please advise, no later than end of the day Tuesday, Feb. 18, if you consent to the motion.

Thank you,

**Phil Mayor**
Pronouns: he, him

Senior Staff Attorney
American Civil Liberties Union of Michigan
2966 Woodward Ave. Detroit MI 48201
*(Offices in Detroit, Grand Rapids and Lansing)*
313.578.6803 | pmayor@aclumich.org

"O! it is excellent
To have a giant's strength; but it is tyrannous
To use it like a giant."


Michigan

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*