**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

PORCHA WOODRUFF,                                           Hon. Judith E. Levy
    Plaintiff,                                              Case No.: 5:23-cv-11886

- vs -

LASHAUNTIA OLIVER,
    Defendant.
_____/

### DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT AND BRIEF IN SUPPORT THERE OF

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and for Defendant's Motion for Leave to File Supplemental Exhibit, Defendant states as follows:

### LOCAL RULE CERTIFICATION

The undersigned counsel certifies that counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief, and three business days have lapsed without opposing counsel expressly agreeing to the relief, orally or in writing. Local Rule 7.1(a).

I, Gregory B. Paddison, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller that 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

### STATEMENT OF FACTS

1. This is a 42 USC § 1983 action arising out of the arrest of Plaintiff, PORCHA WOODRUFF, on February 16, 2023, in connection with an armed robbery and carjacking that occurred on January 29, 2023.

2. Discovery has been completed, and the parties have filed cross-motions for Summary Judgment (ECF Nos.: 23 and 25), as well as Responses and Reply Briefs to the same (ECF Nos.: 29-31, and 37). Oral argument is scheduled for April 16, 2025, at 1:00 p.m. ECF No.: 55.

3. On February 18, 2025, Plaintiff sought Leave of the Honorable Court to File as a Media Exhibit, a video recording of an August 9, 2023, press conference relating to the events underlying this matter ("Press Conference") by former Detroit Police Chief, James White ("Chief White") and others. ECF No.: 51. The Motion was later granted on February 25, 2025. ECF No.: 54.

4. On March 13, 2025, the recording was filed with this Honorable Court (Text Only Notice dated March 13, 2025) and provided to undersigned counsel the same day. See, Email Communication, attached as Exhibit "A".[1]

5. With seeming discrepancies in certain statements made by Chief White during the Press Conference and the evidence exchanged and/or uncovered by the parties

---

[1] Until being provided the media Exhibit by Plaintiff's counsel, Counsel for Defendants had been unable to locate the Press Conference referenced by Plaintiff, locating only condensed clips and media synopsizes.

during discovery, undersigned counsel promptly requested clarification from the Detroit Police Department ("DPD"). A meeting was arranged with Master Sergeant Jamal Hamood ("MSgt. Hamood"), assigned to DPD's Internal Affairs ("IA") Division, who was the investigator responsible for the IA Investigation into the events underlying Plaintiff's arrest.[2]

6. This meeting occurred on March 24, 2025,[3] during which it became apparent that the preliminary information relating to Plaintiff's arrest that had been provided to Chief White prior to the Press Conference was significantly underdeveloped.[4] Furthermore, it also appears that the speakers conflated certain DPD policies that existed at the time of Plaintiff's arrest (February 16, 2023) and those that were being discussed in response to lawsuits filed on behalf of Robert Williams and Michael Oliver.[5]

7. Accordingly, and to ensure that this Honorable Court's ruling on the parties' Dispositive Motions is premised not only the learned reasoning of the Court, but

---

[2] Of significance, while the Press Conference occurred on April 9, 2023, the IA Investigation was not even assigned to MSgt. Hamood until two (2) days later, on April 11, 2023.

[3] Undersigned Counsel was out of State on vacation from March 14 – 21, 2025.

[4] To include any other speakers thereat.

[5] *Williams v. Detroit*, No.: 21-10827 (E.D. Mich.); *Oliver v. Bussa*, No.: 20-12711 (E.D. Mich.).

also upon correctly articulated facts, Defendants request leave of this Honorable Court to address certain inaccuracies and confusions that may exist in the record as a result of the Press Conference. See, Hamood Affidavit, attached as Exhibit "B".

**BRIEF IN SUPPORT OF DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT**

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and for her Brief in Support of Defendant's Motion for Leave to File Supplemental Exhibit, Defendant states as follows:

L.R. 7.1(c)(1) & (3) provide:

(1)   A respondent opposing a motion must file a response, including a brief and supporting documents then available.

(3)   A party must obtain leave of court to file more than one response to a motion for summary judgment.

With this Motion, Defendant seeks leave of this Honorable Court to submit an Affidavit of MSgt. Hamood to address and in some respects rebut the statements made in a Media Exhibit (Press Conference) that was perfunctorily referenced, for the first time, in Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment (ECF No.: 37, Pg. ID 1021) and was not filed with the Court or provided to Defendant until March 13, 2025, long after the close of Discovery. Exhibit "A".

In light of the statements made in the Press Conference, consideration MSgt. Hamood's Affidavit is imperative to the proper adjudication of this matter.

## CONCLUSION

**WHEREFORE**, Defendant, LASHAUNTIA OLIVER, hereby relies upon the sound discretion of this Honorable Court and respectfully requests that this Honorable Court permit Defendant to file the Affidavit of Master Sergeant Jamal Hamood, which is attached as Exhibit "B" hereto, to be considered in conjunction with the parties' cross-motions for Summary Judgment, including all responses and replies thereto.

Respectfully Submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: April 2, 2025     /s/ <u>Gregory B. Paddison</u>
Gregory B. Paddison (P75963)
Attorney for Defendant