| | |
|---|---|
| **From:** | Ivan Land |
| **To:** | Gregory Paddison |
| **Subject:** | Re: [EXTERNAL] Exhibit in 5:23-cv-11886-JEL-APP Woodruff v. Detroit, City of et al |
| **Date:** | Thursday, March 13, 2025 3:59:33 PM |

Counsel,

My apologies. Attached below please find a link to a video and transcript of Former Detroit Police Chief James White's Press Conference from August 9, 2023. This video has been filed with the Court via the Media File Upload.

This email is being sent in accordance with ECF No. 11 PageID. 188 - Joint Rule 26(f) Discovery Plan which states:

"Electronic discovery materials will be produced in the most cost effective and/or time efficient manner, which will typically be electronically in its native format to the extent such materials can be produced in their native format. If the electronically stored information is not reasonably useable or obtainable in its native format and/or an objection is made to the format requested, then the Parties will confer in an attempt to determine a mutually convenient format."

https://www.dropbox.com/scl/fo/8m8hg1wfcjzg2buqeh7jm/AlpQJeShiu-rPwshb1U-OJU?rlkey=34mav2ezzl9gxhudtf1tolsog&st=7upr2b3g&dl=0

Thank you,

Ivan L. Land, Esq.
*Law Offices of Ivan L. Land, P.C.*
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
(248) 968-4545
(248) 968-4540 (fax)
ill4law@aol.com

**NOTICE OF CONFIDENTIALITY**

This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

On Thursday, March 13, 2025 at 03:12:23 PM EDT, Gregory Paddison <paddisong@detroitmi.gov> wrote:

Mr. Land,

I still have not received a copy of the Media File from this Press Conference. Please provide at your soonest convenience.

Gregory B. Paddison, Esq.
Senior Assistant Corporation Counsel
City of Detroit - Law Department
Coleman A. Young Municipal Center
2 Woodward Avenue - Suite 500
Detroit, MI 48226
O: (313) 237-0435
F: (313) 224-5505
paddisong@detroitmi.gov

**From:** cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>
**Sent:** Thursday, March 13, 2025 1:59 PM
**To:** do_not_reply@mied.uscourts.gov
**Subject:** [EXTERNAL] Exhibit in 5:23-cv-11886-JEL-APP Woodruff v. Detroit, City of et al

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Michigan

**Notice of Electronic Filing**

The following transaction was entered by Land, Ivan on 3/13/2025 at 1:58 PM EDT and filed on 3/13/2025

| | |
|---|---|
| **Case Name:** | Woodruff v. Detroit, City of et al |
| **Case Number:** | 5:23-cv-11886-JEL-APP |
| **Filer:** | Porcha Woodruff |
| **Document Number:** 57 | |

**Docket Text:**
**EXHIBIT re [37] Reply to Response to Motion, [51] MOTION for Leave to File** *Exhibit using the*

*Media File Upload*, [54] Order on Motion for Leave to File by Porcha Woodruff (Land, Ivan)

**5:23-cv-11886-JEL-APP Notice has been electronically mailed to:**

Daniel S. Korobkin    dkorobkin@aclumich.org, daniel.korobkin@gmail.com, kharoney@aclumich.org, lgore@aclumich.org

Gregory B. Paddison    paddisong@detroitmi.gov, evansd@detroitmi.gov, Shelly.Jones@detroitmi.gov

Ivan L Land , Sr    ILL4LAW@aol.com, isaiahland1@gmail.com

Nathan Wessler    nwessler@aclu.org, alee@aclu.org, avenkatesh@aclu.org, NShemtov@aclu.org, sfeng@aclu.org, uabid@aclu.org

Philip Edwin Mayor    pmayor@aclumich.org, kharoney@aclumich.org, lgore@aclumich.org, philip.e.mayor@gmail.com

Ramis Jamal Wadood    rwadood@aclumich.org, kharoney@aclumich.org, lgore@aclumich.org

**5:23-cv-11886-JEL-APP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=3/13/2025] [FileNumber=12294002-0] [704c9c9017a93c012ef3158d0c124e3b55d9e6c72ff29d614b9b5b14347b4f265a1765c144bbff14b9d3e7c1d23bd86477fac818d4f2f8f764efcb1cd693959f]]