# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Porcha Woodruff,

|                | Plaintiff, | Case No. 23-11886 |
|---|---|---|

v.

Judith E. Levy
United States District Judge

LaShauntia Oliver,

Mag. Judge Anthony P. Patti

|                | Defendant. |
|---|---|

_____/

## ORDER SEALING ECF NOS. 23-6, 23-10, 23-15, 23-17, 23-19, 23-21, 23-24, 25-1, & 29-1 AND ORDERING COUNSEL TO ENSURE COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 5.2(a)

Federal Rule of Civil Procedure 5.2(a) states that filings should not include social security numbers or full birthdays, unless the Court orders otherwise. Also, filings may only include the last four digits of a social security number and the year of the individual's birth. Several exhibits to Defendant's motion for summary judgment contain full birthdays and are therefore not in compliance with Rule 5.2(a)(2). (ECF Nos. 23-6, 23-10, 23-15, 23-17, 23-19, 23-21, 23-24.) The exhibits to Plaintiff's response to Defendant's motion for summary judgment (ECF No. 29-1) and

Plaintiff's motion for partial summary judgment (ECF No. 25-1) are also not in compliance with Rule 5.2(a)(2) because they contain a social security number and full birthdays. (*See*, *e.g.*, ECF No. 29-1, PageID.880.)

As such, the Court ORDERS that the Clerk's Office seal these filings. (ECF Nos. 23-6, 23-10, 23-15, 23-17, 23-19, 23-21, 23-24, 25-1, 29-1.)

**By April 15, 2025**, the parties are ORDERED to file redacted versions of these filings that remove full birthdays and social security numbers, as required by Rule 5.2(a). All parties are ORDERED to review the remaining filings and exhibits on the docket to ensure that they have complied with this rule. In the event that other filings do not comply with Rule 5.2(a), parties must file a motion to the Court by **April 21, 2025**, requesting that any non-compliant filings that fail to redact such information be sealed.

Finally, Plaintiff's redacted versions of these sealed filings must comply with Rule 19(b)(2) of the Eastern District of Michigan's Electronic Filing Policies and Procedures, which states that each exhibit must be filed "as a separate attachment . . . and must be labeled in the electronic

record with an exhibit identifier and brief narrative description." *See* E.D.

Mich. LR 5.1(d)(1).

IT IS SO ORDERED.

Dated: April 9, 2025          s/Judith E. Levy
     Ann Arbor, Michigan          JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 9, 2025.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager