UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

PORCHA WOODRUFF,                               Hon. Judith E. Levy
    Plaintiff,                                     Case No.: 5:23-cv-11886

- vs -

LASHAUNTIA OLIVER,
    Defendant.

_____/

**DEFENDANT'S NOTICE OF CORRECTED EXHIBITS &
MOTION TO FURTHER CORRECT EXHIBITS**

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and in accordance with this Honorable Court's "Order Sealing ECF Nos. 23-6, 23-10, 23-15, 23-17, 23-19, 23-21, 23-24, 25-1, & 29-1 and Order Counsel to Ensure Compliance with Federal Rule of Civil Procedure 5.2(a)" (ECF No.: 60), instructing the parties that "[i]n the event that other filings do not comply with Rule 5.2(a), parties must file a motion [] requesting that any non-compliant filings that fail to redact such information be sealed" (_Id_. at Pg. ID 1784), Defendant respectfully requests that this Honorable Court seal the following:

- ECF No.: 23-8, Pg. ID 371-374: Porcha Woodruff Motion for Summary Judgment - Ex F (Warrant Request)

- ECF No.: 23-13, Pg. ID 390-391: Porcha Woodruff Motion for Summary Judgment - Ex K (Feb 2 Walker Statement)

- ECF No.: 23-23, Pg. ID 454-465: Porcha Woodruff Motion for Summary Judgment - Ex U (Violent Crimes Intelligence Work Up)

- ECF No.: 23-26, Pg. ID 635-637: Porcha Woodruff Motion for Summary Judgment - Ex X (Woodruff Interrogation)

- ECF No.: 23-32, Pg. ID 651-703: Porcha Woodruff Motion for Summary Judgment - Ex DD (WCPO Subpoena Response)

Defendant submits the following to correct/replace those Exhibits identified in this Honorable Court's Order (ECF No.: 60) and those identified by Defendant above, which fail to comply with Federal Rule of Civil Procedure 5.2(a):

- Porcha Woodruff Motion for Summary Judgment - Ex D (Fletcher Statement) [Corrected 23-6]
    - *To correct/replace ECF No.: 23-6, Pg. ID 366-367*

- Porcha Woodruff Motion for Summary Judgment - Ex F (Warrant Request) [Corrected 23-8]+
    - *To correct/replace ECF No.: 23-8, Pg. ID 371-374*

- Porcha Woodruff Motion for Summary Judgment - Ex H (CIU Facial Recognition Report) [Corrected 23-10]
    - *To correct/replace ECF No.: 23-10, Pg. ID 376-377*

- Porcha Woodruff Motion for Summary Judgment - Ex K (Feb 2 Walker Statement) [Corrected 23-13]+
    - *To correct/replace ECF No.: 23-13, Pg. ID 390-391*

- Porcha Woodruff Motion for Summary Judgment - Ex M (CATS Supplemental Reports) [Corrected 23-15]
    - *To correct/replace ECF No.: 23-15, Pg. ID 395-399*

- Porcha Woodruff Motion for Summary Judgment - Ex O (Porcha Woodruff Photo Line Up) [Corrected 23-17]
    - *To correct/replace ECF No.: 23-17, Pg. ID 409-410*

- Porcha Woodruff Motion for Summary Judgment - Ex Q (Daniel White Interrogation Record) [Corrected 23-19]
    - *To correct/replace ECF No.: 23-19, Pg. ID 414-416*

- Porcha Woodruff Motion for Summary Judgment - Ex S (Signed Warrants) [Corrected 23-21]
    - *To correct/replace ECF No.: 23-21, Pg. ID 418-420*

- Porcha Woodruff Motion for Summary Judgment - Ex U (Violent Crimes Intelligence Work Up) [Corrected 23-23]+
    - *To correct/replace ECF No.: 23-23, Pg. ID 454-465*

- Porcha Woodruff Motion for Summary Judgment - Ex V (Ian McBee Supplemental Report) [Corrected 23-24]
    - *To correct/replace ECF No.: 23-24, Pg. ID 466*

- Porcha Woodruff Motion for Summary Judgment - Ex X (Woodruff Interrogation) [Corrected 23-26]+
    - *To correct/replace ECF No.: 23-26, Pg. ID 635-637*

- Porcha Woodruff Motion for Summary Judgment - Ex DD (WCPO Subpoena Response) [Corrected 23-32]+
    - *To correct/replace ECF No.: 23-32, Pg. ID 651-703*

**WHEREFORE**, Defendant, LASHAUNTIA OLIVER, respectfully requests that this Honorable Court enter an Order:

1. Sealing ECF Nos.: 23-8, 23-13, 23-23, 23-26, and 23-32, in addition to those Exhibits previously sealed by Court Order (ECF No.: 60);

2. Accept the attachments hereto in place of, ECF Nos.: 23-6, 23-8, 23-10, 23-13, 23-15, 23-17, 23-19, 23-21, 23-23, 23-24, 23-26, and 23-32; and

3. Granting such other relief as is equitable and appropriate.

Respectfully Submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: April 9, 2025          /s/ Gregory B. Paddison
                              Gregory B. Paddison (P75963)
                              Attorney for Defendant

3