**detroit police**  Page 1 of 2

## STATEMENT FORM
☒ INTERVIEW  ☐ INTERROGATION

**Contact Location (Check One):**
☐ Walk-In to Police Facility  ☐ In Field/At Scene  ☐ Hospital  ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place: 9963 Gratiot

**Print Information:**

FILE/CASE NO.: 2301290262

STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: Det. Anthony Fletcher D-4589
PRECINCT/COMMAND: CATS

DATE STATEMENT TAKEN: 01/29/23
START TIME: 9:25p
END TIME: 10:00p

NAME OF PERSON PROVIDING STATEMENT: Lawrence Walker
AGE: 25  SEX: M  RACE: Blk
PHONE BUS: (248) ___  RES: (901) ___
RESIDENCE: [redacted] Pk

REVIEWING SUPERVISOR: Sgt Antonio Allen, S-1214
DATE: 1-29-23  TIME: 11:04p
PRECINCT/COMMAND: CATS

---

Q: Are you the owner of a Chevy Malibu, gold in color, license plate EKY 4446?
A: Yes

Q: Was this vehicle taken from you in a carjacking today?
A: Yes

Q: Explain to me what happened?
A: I pulled up to the Hoover Market on Hoover/State Fair. I met a young lady and she was crying. So I asked her if she want to talk in the car. She got in the car and we started drinking liquor that she already had w/ her. Shortly after, we left there and went to the Bellagas liquor Store on Mack/St. Jean. We sat there and continued drinking. I noticed there I started feeling really tired and I passed out. When I woke up she was telling me to take her home. I didn't drink nearly what she drank. She did something to my drink. I took her home in a daze. I pulled up to a house and she got out immediately.

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME: 1/29/30 23 10: pm

PRINT NAME  Lawrence Walker                    (CONTINUED)              Page 2 of 2

She got in a Tahoe that was parked behind me on the opposite side of the street. That's when a guy came up to my window and said she left her phone in my car. I started looking for her phone then my car alerted me my phone had been disconnected. He walked away and came back and said "Ok, she left her phone." I told him I'm looking for my phone. I opened the door to look under my seat and that's when he robbed me.

Q: Did he say anything to you during the robbery?
A: He said "You already know what it is. Don't make me kill you" I reached in my pocket and noticed I didn't have my gun on me. That's when he said "Don't move, stay reaching in your pocket" I reached in my other pocket & he said "Stop moving, I don't want to kill you." He asked me where was my gun & I told him I didn't have one. He told me to take my pants off & he took my chain. I ran the opposite way from where he drove off.

Q: What street were you on?
A: I don't know

Q: What type of weapon did he have?
A: 9mm or .45 cal. It was black

Q: Describe this person to me?
A: B/M/25-27, 5'9-5'10, 135-150 lbs, slim build, thin mustache, full beard, light complx wearing a black jacket

Q: Where was the weapon pointed during the robbery?
A: My chest

Q: Would you recognize this person if you saw him again?
A: Yes.

Q: If this person is arrest, will you prosecute?
A: Yes

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME    1/29/2023  10:00pm

72-ST (4-76)                                                           DPD-103 (Rev. 04/2014)