**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


PORCHA WOODRUFF,

     an individual,                         Case No. 5:23-cv-11886
             Plaintiff,                 Hon. Judith E. Levy
V

~~CITY OF DETROIT~~
~~a municipal corporation,~~

LaSHAUNTIA OLIVER,

City of Detroit Police Detective,
Individually, and in her Official Capacities,
and

             Defendant.
_____/

## **PLAINTIFF'S NOTICE OF CORRECTED EXHIBITS**

NOW COMES Plaintiff, Porcha Woodruff, through her attorney, Ivan L. Land, and in accordance with this Honorable Court's "Order Sealing ECF Nos. 23-6, 23-10, 23-15, 23-17, 23-19, 23-21, 23-24, 25-1, & 29-1 AND Order Counsel to Ensure Compliance with Federal Rule of Civil Procedure 5.2(a)" (ECF No.: 60 Pg. ID 1783-1785).

Plaintiff submits the following to correct the exhibits attached to Plaintiff's motion for Partial Summary Judgment (ECF No. 25-1), as identified in this Court's Order, which failed to comply with Federal Rule of Civil Procedure 5.2(a)(2) and

Rule 19(b)(2) of the Eastern District of Michigan's Electronic Filing Policies and

Procedures:

- Index of Exhibits to Plaintiff's Motion for Partial Summary Judgment | 25-1 PageID. 782-783
- Reporting Officer's Narrative | 25-1 PageID. 785
- Photo of Male Suspect at BP Gas Station | 25-1 PageID. 787
- Officer Gregory Scouten's In-Car Video | 25-1 PageID. 789 (See ECF No. 36 and 41)
- January 30, 2023, BP Gas Station Video | 25-1 PageID. 791 (See ECF No. 36 and 41)
- January 29, 2023, BP Gas Station Video | 25-1 PageID. 793  (See ECF No. 36 and 41)
- Nathan Howell's Case Supplemental Report | 25-1 PageID. 795
- Facial Recognition Photo | 25-1 PageID. 797
- Daniel White's Interrogation Video | 25-1 PageID. 799  (See ECF No. 36 and 41)
- Line-up Instructions | 25-1 PageID. 801
- Signed Arrest of Warrant | 25-1 PageID. 803
- Plaintiff's Arrest Video | 25-1 PageID. 805  (See ECF No. 36 and 41)
- Intelligence Work-up | 25-1 PageID. 807 to 818
- LaShauntia Oliver's Dep. Transcript | 25-1 PageID. 820  (See ECF No. 39)
- Recorded Conversation with LaShauntia Oliver | 25-1 PageID. 822  (See ECF No. 36 and 41)
- Property Release Form | 25-1 PageID. 824
- Plaintiff at Police Station | 25-1 PageID. 826
- Case Management Report | 25-1 PageID. 828
- Cellphone Search Warrant to Prosecutor | 25-1 PageID. 830 to 832
- Cellphone Search Warrant to Judge 25-1 PageID. 834 to 835
- P.C.C. Transcripts | 25-1 PageID. 837 to 842

WHEREFORE, Plaintiff, Porsche Woodruff, respectfully requests that this

Honorable Court accept the above-referenced attachments to correct ECF No. 25-1.

Dated: April 14, 2024

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267

248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of ECF No. 25-1 Corrected Exhibits with the Court Clerk via CM/ECF on April 14, 2025, to serve all parties.

Dated: April 14, 2025                    Respectfully Submitted,

                                         /s/Ivan L. Land
                                         Ivan L. Land (P65879)