IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PORCHA WOODRUFF,
an individual,
    Plaintiff,

Case No. 5:23-cv-11886
Hon. Judith E. Levy

V

~~CITY OF DETROIT~~
~~a municipal corporation,~~

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in her Official
Capacities, and

    Defendant.

_____/

## PLAINTIFF'S INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Reporting Officer's Narrative |
| Exhibit 2 | Photo of Male Suspect at BP Gas Station |
| Exhibit 3 | Officer Gregory Scouten's In-Car Video |
| Exhibit 4 | January 30, 2023, BP Gas Station Video |
| Exhibit 5 | January 29, 2023, BP Gas Station Video |
| Exhibit 6 | Nathan Howell's Case Supplemental Report |
| Exhibit 7 | Facial Recognition Photo |

| | |
|---|---|
| Exhibit 8 | Daniel White's Interrogation Video |
| Exhibit 9 | Line-up Instructions |
| Exhibit 10 | Signed Arrest of Warrant |
| Exhibit 11 | Plaintiff's Arrest Video |
| Exhibit 12 | Intelligence Work-up |
| Exhibit 13 | LaShauntia Oliver's Dep. Transcript |
| Exhibit 14 | Recorded Conversation with LaShauntia Oliver |
| Exhibit 15 | Property Release Form |
| Exhibit 16 | Plaintiff at Police Station |
| Exhibit 17 | Case Management Report |
| Exhibit 18 | Cellphone Search Warrant to Prosecutor |
| Exhibit 19 | Cellphone Search Warrant to Judge |
| Exhibit 20 | P.C.C. Transcripts |