# Officer Gregory Scouten's In-Car Video