# January 30, 2023, BP Gas Station Video