# January 29, 2023, BP Gas Station Video