## CASE SUPPLEMENTAL REPORT

Printed: 02/03/2023 17:39

**Detroit Police Department**  OCA: **2301290262**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: ACTIVE | Case Mng Status: ACTIVE | Occurred: 01/29/2023 |
| Offense: CARJACKING | | |

| | |
|---|---|
| Investigator: HOWELL, NATHAN | Date / Time: 02/02/2023 10:06:29, Thursday |
| Supervisor: JONES, DEWAYNE B | Supervisor Review Date / Time: 02/02/2023 17:25:54, Thursday |
| Contact: | Reference: Facial Recognition Lead |

ON 02/01/2023 AT 14:38 P.O. LASHAUNTIA OLIVER OF CATS, SUBMITTED A FACIAL RECOGNITION REQUEST FOR A CARJACKING REPORT. THE PROBE SUBMITTED WAS OBTAINED FROM SECURITY CAMERAS AT 6420 VAN DYKE. I, CRIME ANALYST NATHAN HOWELL, CONDUCTED THE FACIAL RECOGNITION ON 02/02/2023 AT 08:00. THERE WERE 73 CANDIDATES PROVIDED, AND I SELECTED FROM THOSE CANDIDATES A LEAD. THE LEAD WAS PEER REVIEWED BY CRIME ANALYST KAMRIN DEAN AND CONFIRMED BY EXECUTIVE MANAGER DAVID COLLINS OF THE CRIME INTELLIGENCE UNIT ON 02/02/2023 AT 09:30. A DISCLAIMER WAS SENT TO P.O. LASHAUNTIA OLIVER THAT FACIAL RECOGNITION IS NOT TO BE USED AS PROBABLE CAUSE TO ARREST THE SUSPECT NOR IS IT A POSITIVE IDENTIFICATION FOR A SUSPECT. *THE RESULT OF A FACIAL RECOGNITION SEARCH IS PROVIDED BY THE DETROIT POLICE DEPARTMENT ONLY AS AN INVESTIGATIVE LEAD AND IS NOT TO BE CONSIDERED A POSITIVE IDENTIFICATION OF ANY SUBJECT. NOR IS IT PROBABLE CAUSE FOR AN ARREST. ANY POSSIBLE CONNECTION OR INVOLVEMENT OF ANY SUBJECT TO THE INVESTIGATION MUST BE DETERMINED THROUGH FURTHER INVESTIGATION AND INVESTIGATIVE RESOURCES

Investigator Signature    Supervisor Signature