REAL TIME CRIME CENTER CRIME FACIAL RECOGNITION — Page 1 of 2

| | |
|---|---|
| **REQUEST #:** | 23-0006 |
| **REQUEST DATE/TIME:** | 02/01/2023 14:38 |
| **REPORT NUMBER:** | 2301290262 |
| **CRIME:** | Carjacking |
| **REQUESTER NAME AND COMMAND:** | LaShauntia Oliver (CATS) |
| **REASON:** | ☒ Reasonable Suspicion of A Crime<br>☐ Physical Incapacity/Mental Incapacity/At-Risk Person/Deceased Person<br>☐ Other Exigent Circumstances (Please Specify): |

| | ORIGINAL IMAGE | INQUIRY IMAGE | **INVESTIGATIVE LEAD** |
|---|---|---|---|
| **IMAGES:** | | | |
| **IMAGE SOURCE:** | Security Camera at 6420 Van Dyke | Security Camera at 6420 Van Dyke | SNAP Arrest – 10/2019 |
| **IMAGE MODIFICATIONS:** | None | Cropped | None |
| **# OF CANDIDATE IMAGES PRODUCED:** | 73 | | |

| | |
|---|---|
| **NAME:** | Porcha Amaya Woodruff |
| **ALIAS:** | N/A |
| **DOB:** | [redacted] |
| **SID #:** | [redacted] |
| **FBI/UCN #:** | [redacted] |
| **DL/PID #:** | [redacted] |
| **SOCIAL MEDIA:** | Facebook: https://www.facebook.com/prettyp.woodruff |
| **INCARCERATION STATUS:** | Not incarcerated |

*DISCLAIMER: The result of a facial recognition search provided by the Detroit Police Department is only an investigative lead and is NOT TO BE CONSIDERED A POSITIVE IDENTIFICATION OF ANY SUBJECT. Any possible connection or involvement of any subject to the investigation must be determined through further investigation and investigative resources.*

**CRIME INTELLIGENCE UNIT**
CrimeIntelligenceBureau@detroitmi.gov 313-596-2250