# Daniel White's Interrogation Video