## Lineup Instructions

I am going to present a series of individuals to you. A person who is involved in the crime against you may or may not be among them. Best practice is to make sure and view each of the individuals before making any determination. You may take our time while viewing the individuals.

Individuals you view may have on different clothing and may have a difference in features that are easily changed, such as hair style and color, facial hair, tattoos, etc. Make sure to pay attention to details that are not as easily changed, such as eyes, nose, mouth, and other facial features.

You should not feel compelled to make an identification. The investigation will continue whether or not you select someone. If you make a selection of an individual who is ultimately not involved in the crime, that individual will not incur any charges or police action just because you selected them.

If you make an identification, I'm going to ask you to explain why you picked that individual (how were they involved) and to describe how confident you are in your selection. Please do not ask questions about the person you have selected, as we cannot share that information with you at this time. Since this is an ongoing investigation, you should not discuss the identification procedures or the results with other people.

Do you understand these instructions?   (YES)   NO

I, __Lawrence Walker JR__ affirm that I have read, or had read to me, the instructions above and that I understand the instructions. I also understand that I should not talk to other people about the individuals I viewed or tell them who I have selected, if any.

Signature of Witness: _____

Signature of Investigator: _____   Date: 2/3/23