| STATE OF MICHIGAN<br>36TH DISTRICT COURT<br>3RD JUDICIAL CIRCUIT | WARRANT<br>FELONY | CASE NO.: 8223702556-01<br>DISTRICT:<br>CIRCUIT: 23055440 |
|---|---|---|
| District Court ORI: MI- MI820365J<br>421 MADISON, DETROIT, MI 48226  (313) 965-2400 | Circuit Court ORI: MI- MI821095J<br>1441 ST. ANTOINE  DETROIT, MI 48226 313-224-2520 | |

| THE PEOPLE OF THE STATE OF MICHIGAN<br>v.<br>DANIEL LIORN WHITE █████████<br>PORCHA AMAYA WOODRUFF █████████████ | Complaining Witness<br>Officer Lashauntia Oliver<br>Victim or complainant<br>Laurence Earl Walker, Jr. |
|---|---|

| Location<br>BESSEMORE/GRATIOT, Detroit, MI, 48213 | | | Date:<br>01/29/2023 |
|---|---|---|---|
| County in Michigan<br>Wayne | Defendant TCN | Defendant SID | Defendant DOB |
| Police agency report no.<br>82DPD/2301290262 | Charge<br>See below | | Maximum penalty<br>See below |
| ☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | DLN Type | Defendant DLN<br>Put DLN in Ref. No. row 3 on MC 97 | |

**WITNESSES: See Witness List**

STATE OF MICHIGAN, COUNTY OF WAYNE

To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this court stating that on the date and the location described above, the defendant, contrary to law:

**COUNT 1**
CARJACKING [01, 02]
did, in the course of committing a larceny of Chevrolet Malibu, a motor vehicle, use the threat of force or violence against Laurence Earl Walker Jr., the operator of the motor vehicle; contrary to MCL 750.529a. [750.529A]
FELONY: Life or any term of years.  DNA to be taken upon arrest.  A consecutive sentence may be imposed for any other conviction arising out of the same transaction.

**COUNT 2**
ROBBERY - ARMED [01, 02]
did, in the course of committing a larceny of necklace, assault or put in fear a person present, Laurence Earl Walker Jr., and in the course of that conduct possessed an article used or fashioned in a manner to lead a person present to reasonably believe the article was a dangerous weapon; contrary to MCL 750.529.  [750.529]
FELONY.  Life or any term of years

HABITUAL OFFENDER - FOURTH OFFENSE NOTICE [01]
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 9/22/1998 he or she was convicted of the offense of Robbery Armed, in violation of 750.529 in the 3rd Circuit for Wayne County, in the State of Michigan;

And on or about 9/22/1998, he or she was convicted of the offense of Carjacking, in violation of 750.529A, in the 3rd Circuit for Wayne County, in the State of Michigan;

And on or about 9/22/1998, he or she was convicted of the offense of Felony Firearm, in violation of 750.227B-A, in the 3rd Circuit for Wayne County, in the State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12.  [769.12]
PENALTY:  Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years.  The maximum penalty cannot be less than the maximum term for a first conviction

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN.

☐ a.  I order you to arrest and bring defendant before the 36th District Court immediately.
☐ b.  I order you to bring defendant before the 36th District Court.

See return on next page.

Judge/Magistrate signature and date

178121

2-4-23
12:20 p

Felony Warrant Page 1