# Plaintiff's Arrest Video