## VIOLENT CRIMES REDUCTION INITIATIVE INTELLIGENCE WORK-UP

| | | |
|---|---|---|
| **REASON FOR POI:** | TIER 1<br><br>The subject is wanted on a 36th District Court Non-Service, Felony Warrant for RA/UDAA, OCA: 2301290262, OIC: Oliver/CATS<br>The co-defendant on this case, Daniel White DOB: ███████, was already arraigned on his warrant.<br><br>According to CASH App, tx: ███████ comes back to Porcha Woodruff $Porch1STLady9. This is the subject's most current phone number in LEIN Files. According to CLEAR, subject is a licensed Esthetician in the State of Michigan, and owner of My Lady Aesthetics LLC Day Spa. The business phone number is ███████<br><br>According to the report, the victim described the female offender as a black female, brown complexion, brown and blond long hair, slim build, about 5`4 in height, wearing a black jacket.<br><br>**QUERY CRITERIA:**<br>NAME: WOODRUFF, PORCHA DOB: ███████ RACE:U SEX:U<br>NAME:WOODRUFF, PORCHA AMAYA   RACE:B SEX:F<br>███████<br>SERIAL NUMBER:45950626   DATE OF<br>REGISTRATION:10/22/2021<br>MAKE:SR CAL:9 TYP:PI SHT:7 MD:LC9SHI-VIZ | **FAST# 23 -0093** |
| **POI:** | **PORCHA AMAYA WOODRUFF**<br>B/F/3█████ X: F<br>7221 HENRY, CENTER LINE MI 48015-1014 (SOS Address)<br>17227 Ontario (Warrant Address)<br>20510 Rosemont (Most Recent CLEAR Address)<br>HGT: 504; WGT: 138; EYE: BROWN<br><br>OLN: W███████ (STATUS: VALID) | |
| **IMAGE(S):** | <br>Snap photo dated 08/11/2015; Snap photo dated 10/09/2017 | |
| **WARRANT:** | NAM:WOODRUFF/PORCHA/AMAYA/<br>RAC:BLACK SEX:FEMALE HGT:400 WGT:050<br>HAI:UNKNOWN OR COMPLETELY BALD EYE:UNKNOWN ██████ OLS:MI<br>SID:5103455T CTN:822370255602<br>ADD:█████ ONTARIO ST DETROIT MI 48224<br><br>OFF:FELONY FOR CARJACKING - ARMED<br>OCA:2301290262 DOW:02/04/2023<br>COURTORI:MI820365J-CT 36TH DISTRICT<br>CRTDOCKETNO:2305544002<br>EXTRADITE:YES PICKUP:WILL PICKUP STATEWIDE<br>REMARKS:CARJACKING<br><br>WARRANT CONFIRMED AND VALID - FOR BOND, PICKUP, AND COURT APPEARANCE INFORMATION CONTACT MI8234900-PD DETROIT | |

*The above information is **PRELIMINARY CONFIDENTIAL INFORMATION** subject to change upon further investigation and is for law enforcement purposes only.*

ENTERED LEIN:02/04/2023  1233 HRS
FORWARDED TO NCIC NIC:W341463224
SYSIDNO:49168717

**Wayne County Prosecutor's Office charged the defendant with the following crimes on this specific case:**
- Carjacking
- RA

**Additional Warrants:**
- N/A

**APPROVED LICENSE TO CARRY A CONCEALED PISTOL (CPL)**

**\*\*\*THIS RESPONSE SHALL NOT BE DISCLOSED TO ANY PERSON EXCEPT FOR PURPOSES OUTLINED IN PUBLIC ACT 202 OF 2014 (MCL 28.421B).\*\*\***

CPL:1280583L
NAM:WOODRUFF/PORCHA/AMAYA/
RACE:B   SEX:F   HGT:504   WGT:        HAI:BLK   EYE:BRO
OLN:W
ADD:
COU:82 - WAYNE

**LEOSA DATABASE RESPONSE:**
**NO LEOSA DATA FOUND**

**END OF CCW MESSAGE**

SID:5103455T

| | | |
|---|---|---|
| **ROA CHECK:** | 36th District Court ROA: | The subject has not been arraigned on this warrant. |
| | 3rd Circuit Court ROA: | This case has not been adjudicated. |

| **INCARCERATION CHECK:** | X VINELINK | X WC JAIL | X Oakland Co Jail | X Macomb Co Jail | X US BOP |
|---|---|---|---|---|---|

| **SMT:** | No records found |
|---|---|

| **HOUSE IMAGE(S):** | 17227 Ontario (Warrant Address) |
|---|---|

**VIOLENT CRIMES REDUCTION INITIATIVE INTELLIGENCE WORK-UP**

| | |
|---|---|
| **HOUSE IMAGE(S):** | **20510 Rosemont (Most Recent CLEAR Address)**<br><br>  |

**VEHICLES REGISTERED TO SUBJECT:**

PORCHA AMAYA WOODRUFF  11300 E 7 MILE RD AP DETROIT MI 48234-3768
PC: DSQ5703  VIN:3FAHP07Z67R131856  VMA: FORD      VMO: FUSION  VYR: 2007 **(Junked 02/22/2019)**

PORCHA AMAYA WOODRUFF ▉▉▉ HENRY        CENTER LINE MI 48015-1014
PC: NO PLATE VIN:2G2WP552061242530  VMA: PONTIAC    VMO: GRAND PRI VYR: 2006 **(No further information in SOS)**

PORCHA AMAYA WOODRUFF ▉▉ HENRY        CENTER LINE MI 48015-1014
PC: EEB4008 VIN:3FA6P0H74GR199755  VMA: FORD      VMO: FUSION  VYR: 2016

PORCHA AMAYA WOODRUFF ▉▉ HENRY        CENTER LINE MI 48015-1014
TM: 880367C  VIN:1ZVFT84N365161246  VMA: FORD      VMO: MUSTANG  VYR: 2006 **(EXP DATE: 10/09/2018)**

**VEHICLE REGISTERED TO ADDRESS/OWNER:**

**Subject's vehicle:**

TITLE INFORMATION:
VYR: 2016  VMA: FORD      VMO: FUSION
VIN: 3FA6P0H74GR199755
VST: FOUR DOOR      MILES: 160000
MILEAGE CODE: A
PRIMARY COLOR:    SECONDARY COLOR:
FUEL:      MPT CODE:
TITLE DATE: 02/28/2020  TITLE #:
MI0004726165        TYPE: TRANSFER

REGISTRATION INFORMATION:
LIC: EEB4008    LIC DESCRIPTION:
STANDARD WHITE    EIV: N
LIT: PC
REGISTRATION TYPE: RENEWAL
ORIG ISSUE DATE: 02/28/2020
EXP DATE: 10/16/2023

TITLE HOLDER INFORMATION:
PORCHA AMAYA WOODRUFF
▉▉ HENRY

**IMAGE:**



*The above information is **PRELIMINARY CONFIDENTIAL INFORMATION** subject to change upon further investigation and is for law enforcement purposes only.*

| | | | | |
|---|---|---|---|---|
| | CENTER LINE MI 48015-1014 | | | |
| | ██████████████ | | | |

| LPR: | EEB4008 | 4400 BEWICK ST  DETROIT, 48214 | 225104 Rear left-Right | 11/18/2022 6:23:06 PM |
|---|---|---|---|---|
| | EEB4008 | 7 MILE RD E  DETROIT, 48234 | 225069 Rear left-Right | 11/20/2022 4:46:31 PM |
| | EEB4008 | | 7 Mile @ Kelly - EB 7 Mile 1 | 11/21/2022 6:39:31 PM |
| | EEB4008 | | 7 Mile @ Morang - WB 7 Mile 1 | 11/22/2022 8:36:24 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 11/23/2022 6:58:27 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 11/24/2022 1:51:43 PM |
| | EEB4008 | | Jefferson and Riopelle - 1 East Bound | 11/30/2022 11:11:00 AM |
| | EEB4008 | | Jefferson and Mt. Elliott - 1 West Bound | 12/6/2022 3:27:17 PM |
| | EEB4008 | | Jefferson and Mt. Elliott - 2 West Bound | 12/6/2022 3:27:17 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - NB Outer Drive 1 | 12/9/2022 3:43:33 PM |
| | EEB4008 | | Jefferson and Mt. Elliott - 2 West Bound | 12/10/2022 7:16:38 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 12/15/2022 7:01:23 PM |
| | EEB4008 | | Jefferson and Mt. Elliott - 1 West Bound | 12/28/2022 6:34:27 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - SB Outer Drive 1 | 12/30/2022 6:25:08 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 1/1/2023 2:24:22 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 1/1/2023 2:56:53 PM |
| | EEB4008 | | Greenfield @ 7 Mile - LPR7 | 1/2/2023 4:16:12 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 1/2/2023 5:04:24 PM |
| | EEB4008 | | Jefferson and Mt. Elliott - 2 West Bound | 1/6/2023 5:10:25 PM |
| | EEB4008 | | Jefferson and Riopelle - 2  East Bound | 1/6/2023 6:13:09 PM |
| | EEB4008 | | 7 Mile @ Morang - WB 7 Mile 1 | 1/17/2023 5:24:12 PM |
| | EEB4008 | | 7 Mile @ Chalmers - WB 7 Mile 1 | 1/17/2023 5:25:52 PM |
| | EEB4008 | | 7 Mile @ Outer Drive - EB 7 Mile 1 | 1/17/2023 5:33:08 PM |
| | EEB4008 | | Jefferson and Mt. Elliott - 2 West Bound | 1/19/2023 3:23:46 PM |
| | EEB4008 | DETROIT, 48215 | 225104 Rear left-Right | 1/20/2023 3:36:55 PM |
| | EEB4008 | 5054 BLUEHILL ST  DETROIT, 48224 | 225104 Rear left-Right | 1/27/2023 3:47:40 PM |
| | EEB4008 | 15932 WARREN AVE E  DETROIT, 48224 | 225077 Rear left-Right | 1/27/2023 4:25:35 PM |
| | EEB4008 | | 7 Mile @ Kelly - EB 7 Mile 1 | 2/2/2023 12:58:50 PM |
| | EEB4008 | | 7 Mile @ Gratiot - Gratiot NB 3 | 2/2/2023 4:43:41 PM |
| | EEB4008 | | Gratiot and Sheridan - 2 South Bound | 2/3/2023 1:21:37 PM |
| | EEB4008 | | Gratiot and Hunt - 2 North Bound | 2/3/2023 2:20:58 PM |

*The above information is **PRELIMINARY CONFIDENTIAL INFORMATION** subject to change upon further investigation and is for law enforcement purposes only.*

| | | |
|---|---|---|
| **CONTACT:** | Co-Defendant who was already arrested and arraigned on his warrant:<br><br>DANIEL LIRONE WHITE<br>DOB: ████████   SEX: M   IMAGE: YES<br>████ SIEBERT ST                    HGT: 600<br>WGT: 179  EYE: BROWN<br>DETROIT MI 48234-4064<br>COMM IMPED: NO<br><br>STATUS: REVOKED<br>OLN: W-████████████<br>LIC: STATE ID              TYPE: RENEWAL<br>████████████████████ | **IMAGE:**  |

| | |
|---|---|
| **OTHER PERSONS REGISTERED TO ADDRESS:** | NAM: FRANCINE MONIQUE SHORTER      DOB: ██████████<br>████████████████████<br>NAM: PORCHA AMAYA WOODRUFF        DOB: ████████ SEX: F OLN: W-361-600-066-███<br>ADD: ████ HENRY, CENTER LINE MI 48015<br><br>NAM: MARQUIS REGINALD SMITH      DOB: ████████ SEX: M OLN: S-600-000-303-953<br>ADD: ████ HENRY, CENTER LINE MI 48015 |

| **ODYSSEY:** | Case Number | Citation Number | Defendant Info | Filed/Location/Judicial Officer | Type/Status | Charge(s) |
|---|---|---|---|---|---|---|
| | 🔒 16-001317-01-FH | | Woodruff, Porcha Amaya (████████) | 02/05/2016 Criminal Division Chylinski, James R. | Noncapital Felonies Final | Controlled Substances - Possession(narcotic or Cocaine) Less Than 25 Grams **(Pled Guilty)**<br>Controlled Substance - Possession/analogues **(Dismissed)**<br>Operating - License Suspended, Revoked,denied/allowing a Suspended Person to Ope **(Pled Guilty)** |
| | 23702556-02 | | Woodruff, Porcha Amaya (████████) | 02/04/2023 36 District Court, Detroit Judge, District Court, 36th | Capital Felonies Prosecutor | Carjacking<br>Robbery - Armed |

The above information is *PRELIMINARY CONFIDENTIAL INFORMATION* subject to change upon further investigation
and is for law enforcement purposes only.

| | |
|---|---|
| **MDOC:** | The Michigan Department of Corrections does not maintain a public record for this person.<br><br>MICHIGAN DEPARTMENT OF CORRECTIONS |
| **SUPERION/CRISNET** | 2301290262 **Offender of RA/UDAA** at Gratiot/Bessemore<br>Scout made location of 9963 Gratiot for a police run, victim Laurence Walker stated he picked up and unknown female in the area of 7 Mile and Hoover, he drove the female to the area of Gratiot and Bessemore to drop her off. When Mr. Walker parked the vehicle to allow the female to get out, he noticed he then get into a dark Tahoe that was parked on the other side of the street. A male then exited that vehicle and approached Mr. Walker stating "she forgot her phone in your car". Mr. Walker then exited his vehicle to look for the females phone, at which time the male produced a hand gun and told the male "take everything off, where`s the gun?". Mr. Walker then removed his pants and jacket and kicked off his shoes, the male then got in to Mr. Walkers 2018 Chevy Malibu Mi plate ERY 4446 and drove off traveling north on Gratiot.<br><br>The male is described as a black male, brown complexion, short, slim build, with short braids, and a beard. Unknown clothing description, armed with an unknown black hand gun.<br><br><mark>The female Mr. Walker pick up is described as a black female, brown complexion, brown and blond long hair, slim build, about 5`4 in height, wearing a black jacket.</mark><br><br>Mr. Walker stated while he was driving the female from 7 Mile and Hoover she was on the phone stating she was getting a ride from someone. Mr. Walker stated he also mentioned to her that he has a gun, though he did not mention to the female he did not have a gun on him.<br><br>Mr. Walker stated his red Andriod phone and wallet were in the vehicle when it was taken.<br><br>ADDITIONAL INFORMATION DISCOVERED added by BENTLEYS673 on 1/29/2023 - Sys #614071 RA/UDAA REPORT OFFICER LARSON, BADGE#: 2770, SCOUT: 7-12 STOLEN LEIN REFERENCE#: 43396061 VEHICLE WAS TAKEN FROM GRATIOT AVE/ BESSEMORE ON 01/29/2023 AT 1950 HRS. KEYS WERE WITH THE VEHICLE. SUSPECT INFORMATION: B/M, SLIM BUILD, SHORT STATURE, SHORT BRAIDS ARMED WITH A BLACK HANDGUN VALUABLES: MICHIGAN DRIVERS LICENSE, SOCIAL SECURITY CARD, CAPITOL ONE CREDIT CARD, CHIME CREDIT CARD, EVOLVE CREDIT CARD, CHRYSLER WORK BADGE RED ANDROID PHONE, ▊▊▊▊▊▊▊▊ INSURANCE: PROGRESSIVE, POLICY#: N/A VEHICLE RAN ON GOVTOW, NO ENTRY. VEHICLE INFORMATION: VIN#: 1G1ZD5ST5JF231757 PLATE#: ERY4446 GOLD 2018 CHEVROLET MALIBU VICTIM INFORMATION: LAURENCE WALKER JR, B/M▊▊▊▊▊▊▊5 RHODE ISLAND, HIGHLAND PARK MI, 48203 W▊▊▊▊▊▊▊▊▊ MI<br>RECOVERED VEHICLE added by WORDLAWE954 on 2/02/2023 - Sys #615316<br>RECOVERY REFERENCE #43398721 CONTROL #202303302154 **LAURENCE EARL WALKER JR IS AWARE OF VEHICLE WHERE ABOUTS** PO LEONARD [DETECTIVE] #D4179 CATS VEHICLE INFORMATION: 2018 CHEVY MALIBU GOLD/4D VIN: 1G1ZD5ST5JF231757 PLATE: ERY4446-MI WITH VEH EXPIRATION DATE: 11/23 VEHICLE WAS RECOVERED FROM 19508 CONANT ON 02/02/23 AT 12:45P VEHICLE STORED AT: MT ELLIOT ▊▊▊▊▊▊▊▊ STEERING COLUMN/IGNITION AND VIN PLATE INTACT MISSING: N/A DAMAGED: N/A ARRESTS: DANIEL WHITE B/M ▊▊▊▊▊▊TICKETS: UNK--INFO NOT PROVIDED<br><br>ADDITIONAL INFORMATION DISCOVERED added by HEBNERJ776 on 2/02/2023 - Sys #615332 [02/02/2023 14:05, HEBNERJ776, 1235] Officer Hebner, Jacob 4218 Plain Clothes unmarked vehicle On February 2nd 2023, Commercial Auto Theft Section members were canvassing area for carjacked vehicle seen in the area of Lynch and Van Dyke. Det. Fletcher observed vehicle traveling north bound on Van Dyke passing Lynch. Mobile survellance was conducted as the vehicle traveled, ultimately stopping in at a business as 19458 Conant. Driver was observed exiting the vehicle and entering the business. Marked units were requested to the area. Driver was observed exiting the business and re-entering the carjacked vehicle. Scouts moved into parking lot and conducted a traffic complaint. Driver was identified as Mr. Daniel White and detained without incident. Keys to the vehicle were recovered by Officer Hebner from the front passanger seat and a red iPhone was recovered from the driver seat that Mr. White stated belonged to him (evidence tag .002). In the rear of the was Mr. White`s son, James Lamont Humphrey▊▊▊▊▊▊▊ Mr. Humphrey was released at the scene to Joshua Lowe B/M▊▊▊▊▊ who Mr. White stated was his brother. The vehicle was towed to Mt. Elliott evidence lot for processing by Waynes towing control #2023-0330-2154. Scout convoyed Mr. White to the Detroit Detention Center for processing without incident. Phone was place on evidence and turned over to OIC for further processing |

## VIOLENT CRIMES REDUCTION INITIATIVE INTELLIGENCE WORK-UP

|  |  |  |  |
|---|---|---|---|
|  | 16-07150178 **Victim of HI 2** at 5951 Neff<br>14-08150031 **Victim of Larceny** at 13109 W 8 Mile Rd |  |  |
| **CONTACT(S):** | N/A |  |  |
| **POSSIBLE GANG AFFILIATION:** | No records found |  |  |
| **SOCIAL MEDIA:** | Business Facebook Page:<br><br>https://www.facebook.com/MyladyAestheticsLLC<br><br> |  |  |
| **TELEPHONE NUMBER(S):** | 248-918-████ | **SOURCE:** | CLEMIS/RMS  (10/2017) |
| **ADDITIONAL ADDRESS(ES):** | 20510 Rosemont<br>1130 7 Mile Rd, Apt 124<br>11300 Sever Mile Rd<br>19955 Meyers<br>18989 Teppert<br>15810 Lakeside Village Dr, Clinton Twp<br>5951 Neff<br>15740 Snowden, #1<br>18244 Teppert<br>2800 Bradford Pl NW Unit 4, Fort Walton Beach, FL<br>210 Pelham Rd Unit 117C, Fort Walton Beach, FL<br>22 Wright Pkwy NW Apt F, Ft Walton Beach, FL<br>57 Robys Dr Unit 3, Mary Esther, FL<br>2470 Abaco Dr, Navare, FL<br>7221 Henry, Center Line | **SOURCE:** | CLEMIS/RMS (10/2019)<br>CLEMIS/RMS (10/2017)<br>CLEMIS/RMS (10/2017)<br>CLEMIS/RMS (09/2014)<br>CLEMIS/RMS (08/2016)<br>Judicial Data (12/2012)<br>CLEAR (06/2016)<br>CLEAR (12/2015)<br>CLEAR (04/2013)<br>CLEAR (09/2012)<br><br>CLEAR (09/2011)<br><br>CLEAR (08/2010)<br><br>CLEAR (06/2010)<br>CLEAR<br>CLEAR |



| | |
|---|---|
| **BRIDGE CARD:** | **☁ Success** Your report was successfully submitted. Please keep your report number for your records: P-20230206-00036   **OK** |
| **ADDITIONAL INFO:** | N/A |
| **MISCELLANEOUS:** | **WORK AFFILIATIONS**<br><br>**BUSINESS AFFILIATION:**<br><br>Name: WOODRUFF, PORCHA AMAYA<br>Email: PWOODRUFF08@GMAIL.COM<br>Address: ██████ ONTARIO ST DETROIT, MI 48224<br>County: WAYNE COUNTY<br><br>**LICENSING INFORMATION**<br><br>Licensing Agency: MI DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES<br><br>**LICENSES AND CERTIFICATIONS**<br><br>License Type: ESTHETICIAN<br>License Number: 2705237244<br>License State: MI<br>License Status: ACTIVE<br>License Agency: MI DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES<br><br>**EMPLOYER INFORMATION**<br><br>Organization: PERSON<br><br>**BUSINESS AFFILIATION:** MY LADY AESTHETICS LLC<br>Registered Agent: PORCHA WOODRUFF<br>Business Affiliations: MY LADY AESTHETICS LLC<br>Business Address: ██████ ONTARIO DETROIT MI 48224<br><br>**BUSINESS AFFILIATION:** MY LADY AESTHETICS LLC<br>Name: PORCHA WOODRUFF   Title: OWNER<br>Business Affiliation: MY LADY AESTHETICS LLC<br>Business Address: ██████ 9149 E JEFFERSON AVE E JEFFERSON AVE DETROIT MI 48214-2906   Phone: ███████<br>County: WAYNE<br><br>**PHONE NUMBERS ASSOCIATED WITH SUBJECT** |

*The above information is **PRELIMINARY CONFIDENTIAL INFORMATION** subject to change upon further investigation and is for law enforcement purposes only.*





## PHONE RESULT DETAIL

**Source:** Reverse Phone Gateway Detail

**Most Current Information**
**Name:** WIRELESS CALLER
**Phone:** (313) 688-4███
**Line Status:** Active wireless
**Ported:** N

**Operating Company**
**Name:** Cellco Partnership dba Verizon Wireless - MI
**Affiliated To:** Verizon Wireless
**Phone:** (███) ███-███2
**Fax:** (███) ███-████

**Operating Company Contact**
**Contact Name:** Verizon Wireless Law Enforcement Resource Team

**Contact Address:**
📍 180 Washington Valley Road
    Bedminster, NJ 7921

In addition, the prior Operating Company Detail below may be from any previous Operating Company, not necessa
ported to the current Operating Company.

**Historical Information**
**Name:** My Lady Aesthetics
**Line Status:** Active wireless
**Listing Type:** Business/Government Listing
**Non-Published:** N

**Address Type:** Street(usually one side a one city block)

**Address**
📍 9149 E Jefferson Ave
    Detroit, MI 48214

**Operating Company**
**Name:** Cellco Partnership dba Verizon Wireless - MI
**Affiliated To:** Verizon Wireless
**Phone:** (800) 451-5242
**Fax:** (888) 667-0028

**Operating Company Contact**
**Contact Name:** Verizon Wireless Law Enforcement Resource Team

**Contact Address:**
📍 180 Washington Valley Road
    Bedminster, NJ 7921

The above information is **PRELIMINARY CONFIDENTIAL INFORMATION** subject to change upon further investigation
and is for law enforcement purposes only.

## PHONE RESULT DETAIL

**Source:** Reverse Phone Gateway Detail

**Most Current Information**
**Name:** WIRELESS CALLER
**Phone:** (248) 918-▇▇▇▇
**Line Status:** Active wireless
**Ported:** Y

**Operating Company**
**Name:** Cellco Partnership dba Verizon Wireless - CA
**Affiliated To:** Verizon Wireless
**Phone:** (800) 451-5242
**Fax:** (888) 667-0028

**Operating Company Contact**
**Contact Name:** Verizon Wireless Law Enforcement Resource Team

**Contact Address:**
180 Washington Valley Road
Bedminster, NJ 7921

**Historical Information**
**Name:** Woodruff, Porcha
**Data Source:** Consumer Bureau 1
**Line Status:** Active wireless
**Listing Type:** Residential Listing
**Non-Published:** N

**Address Type:** Street(usually one side a one city block)

**Address**
▇▇▇▇ Ontario St
Detroit, MI 48224

**Operating Company**
**Name:** MetroPCS, Inc. PREPAID
**Phone:** (800) 571-1265
**Fax:** (972) 860-2635

**Operating Company Contact**
**Contact Name:** Metro PCS Custodian of Records
**Contact Email:** subpoenas@metropcs.com

**Contact Address:**
2250 Lakeside Blvd.
Richardson, TX 75082

| | |
|---|---|
| **DATE:** | 02/06/2023 |
| **INTEL OFFICER:** | IS Bernadette Dunbeck |
| **MDOC CONTACTS:** | No records found |

*The above information is PRELIMINARY CONFIDENTIAL INFORMATION subject to change upon further investigation and is for law enforcement purposes only.*

**APPREHENSION NOTES:**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |