# LaShauntia Oliver's Dep. Transcript