# Recorded Conversation with LaShauntia Oliver