# Detroit Police Department
## Commercial Auto Theft Section



### PROPERTY TRANSFER

I ___Tisha Woodruff___ affirm that I have received the following property from the custody of the Detroit Police:

White iPhone 12, with no phone case.

The above listed property was turned over to me from:

Officer Oliver of DPD CATS

Signature of property recipient: ___Woodruff___

Signature of DPD representative: ___Lee, 4585___

Date: __2/17/23__   Property Tag #: __690577-10__