I OIC Oliver spoke with APA Garrett Garcia this morning 2/17/23. I advised him that the woman in custody (Porcha Woodruff) is 34 weeks pregnant and cannot be the woman responsible for the carjacking. gave all info to Garcia who advised me he will update the case. [02/17/2023 11:01, OLIVERL410, 27113, DPD]