THE FOLLOWING FACTS ARE SWORN TO BY AFFIANT IN SUPPORT OF THE ISSUANCE OF THIS WARRANT:

The affiant Police Officer, LaShauntia Oliver, is a member of the Detroit Police Department assigned to the Commercial Auto Theft Section. Affiant has been a member of the Detroit Police Department for 4 years.

1. Applicant is a "Law Enforcement Officer" or governmental entity as identified in Title 18 U.S.C. §§ 2703(c) (1) (A), and may apply for disclosure of telecommunications records.
2. Applicant certifies that the information sought is relevant to an ongoing criminal investigation documented on **Commercial Auto Theft Section (CATS) 2301290262,** to wit:

**PROBABLE CAUSE**

1. The Affiant has 4 years of experience with the Detroit Police Department, including over 1 year in the field of investigations. The Affiant has worked numerous cases involving allegations of carjacking, unlawful driving auto-away, and false felony cases.

2. January 29, 2023, Detroit Police Officers Kelly Larson badge 2770 and Gregory Scouten badge 3573, responded to 9963 Gratiot, on a robbery not armed police run. Officers were met by the victim, Laurence Walker Jr., who stated he was robbed at gunpoint and carjacked for his Gold 2018 Chevy Malibu ▇▇▇▇ MI Vin: 1▇▇▇▇▇▇▇▇▇▇▇▇▇7. Mr. Walker stated the carjacking occurred in the area of Bessemore/Gratiot. Mr. Walker stated earlier in the day, he met a black female who went by the name of "Trinidad". The victim and Trinidad spent hours with one another prior to the carjacking. The victim Mr. Walker, stated later in the evening approximately 7:45pm he went to the area of Bessemore/Gratiot where he was dropping the female off. The female "Trinidad" exited his vehicle and got into the back seat of a dark color SUV. The victim Mr. Walker stated a black male exited the dark color SUV and approached his vehicle stating the female left her cell phone in the victim's vehicle. The victim stated at this time, his vehicles Bluetooth indicated his cell phone was no longer paired and he began to look around the vehicle when the male suspect produced a handgun pointing it at him demanding the vehicle. The victim took off his coat which had the key in the pocket and gave it to the suspect. The suspect fled the area in the victim's vehicle. The victim ran to 9963 Gratiot where he called police.

3. January 31, 2023, Affiant made contact with victim Mr. Walker who stated he had possession of the cell phone that was taken during the carjacking. Mr. Walker stated his brother called his phone and the clerk

from the BP gas station located at 6420 Van Dyke, answered stating a female dropped the phone off. Affiant went to the BP gas station to review video surveillance. Affiant observed on video, a female matching the description of "Trinidad" leaving the victim's cell phone with the clerk. Affiant retrieved the photo of the female who dropped the phone off and sent the photo to the Detroit Police Crime Intel Unit on February 1, 2023.

4. February 2, 2023, Members of the Detroit Police Commercial Auto Theft Section were canvassing in the area of Lynch/Van Dyke for the vehicle. Members observed the Gold Malibu license plate ███████/MI. Members conducted mobile surveillance on the vehicle until it came to a stop at a business located at 19458 Conant. Members called for a marked police vehicle with uniform officers to make the location to investigate the vehicle in the parking lot. The driver was identified as Daniel White. Mr. White was searched; his red Apple iPhone was placed on evidence tag #690577-2. Mr. White was transported to the Detroit Detention Center.

5. February 2, 2023, Crime Intel advised Affiant there was an investigative lead regarding the photo sent. The name provided was Porcha Amaya Woodruff.

6. February 3, 2023, Affiant conducted a photo lineup at the Detroit Detention Center with the victim Mr. Walker, Detective Greenwald, and show up attorney Wyatt Harris P54891, present. The victim Mr. Walker positively identified Daniel White and Porcha Woodruff as the individuals responsible for the carjacking. Attorney Harris did not have any objections. Officers Glover badge 927 and Gray badge 764 of CATS advised White of his constitutional rights and conducted an interrogation. Daniel White confirmed that he knows "Trinidad" however denied being the person responsible for the carjacking.

7. February 8, 2023, Affiant requested the assistance of the Fugitive Apprehension Team, for the apprehension of Porcha Woodruff.

8. February 16, 2023, Affiant was notified Porcha Woodruff was in custody. Woodruff's white Apple iPhone was placed on evidence tag #690577-10. During the interrogation at the Detroit Detention Center, Woodruff was advised of her constitutional rights. Woodruff stated to Affiant, her cell number is (248) 918-████ and the provider is Xfinity Mobile.

9. "Under Title 18 U.S.C. §§ 2703(c)(1)(A), a governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber or customer of such service (not including the contents of communications) only when the governmental entity obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure

(or, in the case of a State court, issued using State warrant procedures) by a court of competent jurisdiction. Applicant requests that the court issue a search warrant pursuant to Title 18 U.S.C. §§ 2703(c)(1)(A) directing the telephone service provider to provide the requested records and assistance to the SUBMITTING LAW ENFORCEMENT AGENCY or any other aforementioned law enforcement agency.

10. Through training and experience, the affiant knows that acquiring an extended period of call detail records can assist in establishing a pattern of life, or use, of a target telephone. That is, up to 6 months of records can assist investigators in establishing calling patterns of the target telephone and prevalent cell sectors utilized by the target telephone. The establishment of this pattern of life, or use, is critical in helping investigators determine if, and when, this calling pattern changes, intensifies, or wanes during relevant time periods within the investigation. Through training and experience, the affiant knows that changes within this pattern occur with respect to calls to and from the victim(s), suspects(s) and witness(es) in, and around, the time of criminal activity. These changes in the pattern of life can also assist investigators in identifying any co-conspirator(s) who may have provided aid or counsel, during the relevant time period surrounding the conception, planning, commission and/or cover-up of criminal activity.

Based upon the foregoing along with Affiants training and experience, Affiant has probable cause to believe, and do believe, that information obtained from the call detail records, cell site activity, cell site locations and historical billing records, s.m.s. and m.m.s. messaging, for the target number(s) **(248) 918-6561**, will provide evidence aiding in discovery or persons responsible the aforementioned criminal investigation and/or provide evidence to aid in said persons prosecution. Specific and articulable facts exist which show that the disclosure of retained cellular records, cell site activity and cell site locations is material to this criminal investigation.

Wherefore, it is respectfully requested the Court grant a search warrant (1) directing the telephone service provider, to furnish the requested records.

Respectfully submitted,

*[signature]*, 4585

**LASHAUNTIA OLIVER**
**POLICE OFFICER**
**DETROIT POLICE**   2-18-23
via email
Joseph Kucily    81182
SIGN                    P#
PRINT
Assistant Wayne County Prosecutor

Detroit Police Department 1301 Third St., 5-North, Detroit,    48226 CALL RECORDS (Rev. MAY 2020)