PAGE 1

IN THE 3RD CIRCUIT COURT OF WAYNE COUNTY, MICHIGAN
IN THE MATTER OF THE APPLICATION
TO THE 3RD CIRCUIT COURT OF THE PEOPLE
OF THE STATE OF MICHIGAN FOR AN SEARCH WARRANT REQUESTING /
TELECOMMUNICATIONS RECORDS

HON.
_____

SEARCH WARRANT

This matter, having come before the court pursuant to an application under Title 18 U.S.C. §§ 2703(c) by **Police Officer, LaShauntia Oliver badge 4585**, a Law Enforcement Officer, requesting the production of certain telecommunications records; the Court finds based on **PROBABLE CAUSE**, there are reasonable grounds to believe that the requested records are relevant and material to an ongoing criminal investigation, **CARJACKING/ 2301290262**.

**Police Officer, LaShauntia Oliver,** a law enforcement officer with the **DETROIT POLICE DEPARTMENT**, hereby applies to the Court, pursuant to Title 18 U.S.C. §§ 2703)(A), directing **XFINITY MOBILE** (hereafter referred to as the "telephone service provider"), or any other telecommunications wireless carrier, to provide Detroit Police Department [DPD)], Michigan State Police [MSP], Bureau of Alcohol, Tobacco and Firearms [ATF], United States Marshal Service [USMS], Federal Bureau of Investigation [FBI], Wayne County Sheriff [WCS], Wayne County Prosecutor's Office [WCPO], or any other law enforcement agency mentioned in this search warrant, (hereafter referred to as the "SUBMITTING LAW ENFORCEMENT AGENCY") the following telecommunications record(s) and assistance pertaining to cellular/wireless phone number(s) or device ID - **(248) 918-****** (hereafter referred to as "the target number(s)") for the period of **1/28/2023 through 1/30/2023** specifically requesting the telephone service provider to furnish:

1. All incoming/outgoing calls, with numbers dialed and call duration
2. Cellular tower / cell site utilization information without geographical limitations to include applicable location identifier data and relevant maps showing all cell-site and cell tower locations, sectors and orientations in the specified market
3. Text Messaging data/ incoming and Outgoing messages, with content
4. Subscriber Information, to include make/model of device, ESN/MEID/MSID/IMSI/IMEI/LTE IMSI, credit information, date of birth, driver's license, and activate, cellular service. That this search warrant shall cover, and be applied, to any changes in the cellular/wireless telephone MIN/ESN (or target number) that the subscriber of the target phone number listed in this warrant may change service to, on the account. This is to include any changes for the entire duration of this search warrant. The Provider shall provide any Customer Account Notes
5. That the call detail records be provided in electronic format
6. The Provider for this cellular number(s) and re-seller(s) not terminate or restrict service.
7. Per Call Measurement Data (PCM[)) report.
8. Real-Time Tool (RTT) Report
9. Network Event Location System (NELOS) Report

Detroit Police Department 1301 Third St., 5-North, Detroit,    48226 CALL RECORDS (Rev. MAY 2020)

10. TDOA or Timing Advance Information Report (True Call).
11. Any and all data available from any "Cloud" storage systems linked to the account of the target number(s).
12. Access to the voicemail systems of the target numbers(s) in order to retrieve the data/messages maintained on the voicemail server for the target number(s).
13. Internet protocol data records including cell site location information and Packet Data.
14. Any and all data available from VOIP/Broadband usage and/or data including; call detail records, text message content, recorded voicemails, recorded phone calls, associated email addresses, date of activation, IP address at activation, name, address, date of birth, phone number on the account, alternate/recovery email addresses, alternate phone numbers, IP log in information.
15. The telephone service provider, and other providers of wire and/or electronic communications services shall notify agents of SUBMITTING LAW ENFORCEMENT AGENCY, of any attempts or changes in the subscriber telephone number or changes in handsets with different ESN for the duration of this Search warrant. The service provider continues to enforce the court's search warrant on the new number or ESN for the duration of the Search warrant.
16. Provide any and all information pertaining to the sales of the device and/or devices associated to this target number(s) to include: date, time and location of the sale, payment information for said purchase, copies of any documents associated to the sale, information regarding the availability of any video surveillance, and any other relevant information pertaining to the sale of said device(s).
17. Provide a Certification of Business Records for all records furnished in compliance with this Search warrant.
18. The provider shall release any information the law enforcement agent who submits this warrant to the provider.

This information shall be provided, in an electronic format, to the SUBMITTING LAW ENFORCEMENT AGENCY, via **BOTH** of the following:
CDR@DETROITMI.GOV
OLIVERL410@DETROITMI.GOV

IT IS FURTHERED ORDERED, pursuant to Title 18 U.S.C. §§ 2703(c)(1)(A), that the telephone service provider and any and all other telecommunications providers and or any other wireless or hard-line telecommunications company, provide the **SUBMITTING LAW ENFORCEMENT AGENCY** or any of the aforementioned law enforcement agencies, information for target number(s) **(248) 918-6561** for the period of **1/28/2023 through 1/30/2023.**

ORDERED ON THIS 22nd DAY OF FEBRUARY 2023.

Sign: Prentis Edwards, Jr.
Print

P#: 69337
Date: 2/22/23
Time: 11:17a

Detroit Police Department 1301 Third St., 5-North, Detroit, 48226   CALL RECORDS (Rev. MAY 2020)