```
 1                    STATE OF MICHIGAN

 2       IN THE 36TH DISTRICT COURT FOR THE COUNTY OF WAYNE

 3

 4      PEOPLE OF THE STATE OF MICHIGAN,

 5

 6         -vs-                      Case No. Z35821671

 7

 8      PORSHA AMAYA WOODRUFF,

 9                Defendant.

10      _____/

11                    **PROBABLE CAUSE CONFERENCE**

12                Proceedings had and testimony taken

13      before the Honorable **ALIYAH SABREE**, on Monday,

14      February 27, 2023 at the 36th District Court,

15      421 Madison Avenue, Detroit, Michigan 48226, 438.

16      APPEARANCES:

17         Alexander Kerker, P86282
           Wayne County Prosecutor's Office
18
           Ivan Land, P65879
19         Appearing on behalf of Porsha Woodruff.

20

21

22
           REPORTED BY:      Sharon Burrell, CSR-5520
23                           Certified Shorthand Reporter
                             (313) 956-5944
24

25


                              1
```

TABLE OF CONTENTS

WITNESSES:
None

EXHIBITS:
None

```
 1                    Detroit, Michigan
 2                    Monday, February 27, 2023
 3                         - - -
 4            THE COURT:  We're on the record in the
 5   People of the State of Michigan versus Porsha Amaya
 6   Woodruff who is Defendant Number Two and charged with
 7   1 Count Carjacking, Count 2, Robbery Armed.  Today is
 8   the date set for a probable cause conference.
 9   Appearances?
10            MR. KERKER:  Alexander Kerker on behalf of
11   the People, P86282.
12            MR. LAND:  Good morning, your Honor.  Ivan
13   Land, P65879 appearing on behalf of Porsha Woodruff
14   who's present on the screen.  Your Honor, we have no
15   objection holding this matter by zoom. Thank you.
16            THE COURT:  Okay.  Ms. Woodruff, can you
17   state your full name for the record, please.
18            DEFENDANT WOODRUFF:  Porsha Amaya Woodruff.
19            THE COURT:  Any discovery issues?
20            MR. LAND:  Your Honor, no.  I don't
21   know that this is -- I thought the prosecutor was
22   dismissing this matter, but I don't know.  Is that
23   true?
24            THE COURT:  Mr. Kerker?
25            MR. KERKER:  ==I don't have any information on==
```

```
 1   that.
 2              MR. LAND:  You don't have any information.
 3   Okay.  Let's schedule it for exam then.
 4              THE COURT:  Okay, let's see, I have earliest
 5   date would be March 7th at 10:30 and anything after
 6   that day.
 7              MR. LAND:  March 7th is fine.
 8              THE COURT:  At 10:30.
 9              MR. LAND:  Yes.  And I would like -- your
10   Honor, I would like to put on the record for the
11   prosecutor to check.  My client is eight months
12   pregnant.  The alleged victim in this -- the alleged
13   suspect in this matter was not pregnant.  My
14   client could not -- I thought the prosecutor was aware
15   that the officer-in-charge was suppose to inform the
16   Prosecutor's Office about my client being eight months
17   pregnant, so --
18              THE COURT:  Do you know who the prosecutor
19   is that's assigned to this case?
20              MR. LAND:  No, I don't.  They actually
21   zoomed in on the arraignment date and tried to get the
22   judge at the arraignment to dismiss the matter because
23   she's eight months pregnant and the suspect in this
24   case was not pregnant.  It was a mistaken identity.  I
25   was informed that it would be dismissed at the PCC.
```

```
 1      That's fine, we can appear at the exam, your Honor.
 2              THE COURT:  Well, at the same time I think
 3      maybe you should just talk -- if we can get the
 4      prosecutor, you can have a conversation with the
 5      prosecutor to dismiss it.
 6              MR. LAND:  Okay.  I'll get here earlier,
 7      I'll try to do that, your Honor.
 8              THE COURT:  I'll set it for March 7th at
 9      10:30 with the hopes that you speak to a prosecutor in
10      the meantime.
11              MR. LAND:  Okay.  Thank you.  And nice
12      talking to you and your staff.  Your Honor, you have a
13      great day.
14              (Proceedings concluded.)
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

STATE OF MICHIGAN )
                  )
COUNTY OF WAYNE   )

I, Sharon Burrell, a Court Reporter, in and for the County of Wayne, State of Michigan, do hereby certify that I have reported stenographically, by means of computer-aided transcription, the proceedings had and testimony taken in the above-entitled matter.

I do hereby certify that the foregoing transcript constitutes a full, true, and complete transcript of said stenographic notes.

08-21-23                          *Sharon Burrell*

Date                              Sharon Burrell, CSR-5520

                                  36 District Court

                                  Detroit, Michigan 48226

                                  (313) 965-5944