**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PORCHA WOODRUFF,

     an individual,                   Case No. 5:23-cv-11886
         Plaintiff,               Hon. Judith E. Levy

V

~~CITY OF DETROIT~~
~~a municipal corporation,~~

LaSHAUNTIA OLIVER,

City of Detroit Police Detective,
Individually, and in her Official Capacities,
and

         Defendant.

_____/

## <u>PLAINTIFF'S NOTICE OF CORRECTED EXHIBITS</u>

NOW COMES Plaintiff, Porcha Woodruff, through her attorney, Ivan L. Land, and in accordance with this Honorable Court's "Order Sealing ECF Nos. 23-6, 23-10, 23-15, 23-17, 23-19, 23-21, 23-24, 25-1, & 29-1 AND Order Counsel to Ensure Compliance with Federal Rule of Civil Procedure 5.2(a)" (ECF No.: 60 Pg. ID 1783-1785).

Plaintiff submits the following to correct the exhibits attached to Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 29-1), as identified in this Court's Order, which failed to comply with Federal Rule of Civil

Procedure 5.2(a)(2) and Rule 19(b)(2) of the Eastern District of Michigan's

Electronic Filing Policies and Procedures:

- ○ Index of Exhibits to Plaintiff's Response to Defendant's Motion for Summary Judgment | 29-1 PageID. 878
- ○ Plaintiff's Criminal History Report. | 29-1 PageID. 880
- ○ Victim's Hospital Visit After The Alleged Incident. | 29-1 PageID. 882

WHEREFORE, Plaintiff, Porsche Woodruff, respectfully requests that this

Honorable Court accept the above-referenced attachments to correct ECF No. 29-1.

Dated: April 14, 2024                            Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of ECF 29-1 Corrected Exhibits with the Court Clerk via CM/ECF on April 14, 2025, to serve all parties.

Dated: April 14, 2025                        Respectfully Submitted,

                                             /s/Ivan L. Land
                                             Ivan L. Land (P65879)