IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PORCHA WOODRUFF,
   an individual,
      Plaintiff,

Case No. 5:23-cv-11886
Hon. Judith E. Levy

V

~~CITY OF DETROIT~~
~~a municipal corporation,~~

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in her Official
Capacities, and

      Defendant.

---

PLAINTIFF'S INDEX OF EXHIBITS

Exhibit 1    Plaintiff's Criminal History Report.

Exhibit 2    Victim's Hospital Visit After The Alleged Incident.