**HENRY FORD HEALTH**

January 31, 2023

Laurence Walker
Detroit MI 48214

Patient: **Laurence Walker**

Date of Visit: **January 31, 2023**

To Whom it May Concern:

Laurence Walker was seen in Henry Ford Hospital Emergency Department on 1/30/2023. He should remain out of work until 2/5/23.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Samuel C Gregerson, DO

HF MAIN CAMPUS EMERGENCY
2799 W GRAND BLVD
DETROIT MI 48202
Dept: 313-916-1545