**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PORCHA WOODRUFF,

    an individual,　　　　　　　　　　　Case No. 5:23-cv-11886
        Plaintiff,　　　　　　　　　　　　Hon. Judith E. Levy
V

~~CITY OF DETROIT~~
  ~~a municipal corporation,~~

LaSHAUNTIA OLIVER,

City of Detroit Police Detective,
Individually, and in her Official Capacities,
and

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF CORRECTED EXHIBITS

NOW COMES Plaintiff, Porcha Woodruff, through her attorney, Ivan L. Land, and in accordance with this Honorable Court's "Order Sealing ECF Nos. 65-2" (ECF No.: 66 Pg. ID 1991-1992).

Plaintiff submits the following to correct the exhibits attached to Plaintiff's Corrected Exhibit 2 (ECF No. 65-2) identified in this Court's Order, which failed to comply with Federal Rule of Civil Procedure 5.2(a)(2):

  ○ Plaintiff's Criminal History Report. | 65-2 PageID. 1982

Wherefore, Plaintiff, Porsche Woodruff, respectfully requests that this Honorable Court accept the above referenced attachments to correct ECF No. 65-2

Dated: April 15, 2025                                    Respectfully Submitted,

<u>/s/Ivan L. Land</u>
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Corrected Exhibits with the Court Clerk via CM/ECF on April 15, 2025, to serve all parties.

Dated: April 15, 2025                               Respectfully Submitted,

                                                    /s/Ivan L. Land
                                                    Ivan L. Land (P65879)