```
02/03/23 | 18:13:42.63  | LEIN | INQUIRY ON SID:
25429
A LEIN 25429 41998 02/03/23 1813 DDBGCOMP.
418234996
PUR: C/WARRANT RESPONSE TO INQUIRY ON SID: 51034551
OPR: OLIVERL410
FOR: 4585/CATS
OCA: 2301290262
REMARKS: WARRANT
CRIMINAL HISTORY RECORD RESPONSES ARE DEPENDENT UPON CRIMINAL HISTORY RECORD
INFORMATION (CHRI) BEING REPORTED TO THE CENTRAL REPOSITORY.
USERS SHOULD CONTACT LOCAL CRIMINAL JUSTICE AGENCIES TO DETERMINE CHRI THAT
COULD BE IN LOCAL FILES.
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID:          AS OF 02/03/2023

  NAM: WOODRUFF, PORCHA AMAYA                          SID: 51034551
  RAC: B       SEX: F                                  UCN:
  HGT: 504     WGT: 138      HAI: BLK                  III: MICHIGAN ONLY
  EYE: BRO     POB: MI
  DLN: MI/W361690066797                                MNU:
  PRN:                                                 SOC:
  CIZ:

  AFIS PRINTS AVAILABLE: YES
  PALM PRINTS AVAILABLE: YES
  PHOTO AVAILABLE: YES
  DNA RECORD AVAILABLE:  YES - (PHONE 517-636-0465)


  SCAR/MARK/TATTOO:    TAT ABDOM      TAT UR ARM       TAT BACK
                       TAT CHEST

  ADDITIONAL IDENTIFIERS AND COMMENTS:

  NAM:  WOODRUFF, PORCHA AMAYA

  SOC:

===============================================================================
                                                  INCIDENT DATE: 10/13/2017
TCN/OCA: E317285003K/17-037298
NAME USED: WOODRUFF, PORCHA AMAYA
===============================================================================
ARREST SEGMENT          : CHARGE SEGMENT     : JUDICIAL SEGMENT
======================  : ================== : ==========================
DATE: 10/09/2017        : NO DATA RECEIVED   : DATE: 12/04/2017
MI6371400               :                    : MI630035J
ROYAL OAK POLICE        :                    : 44TH DISTRICT COURT
  DEPARTMENT            :                    : CFN: 17RO11025
OCA: 17-37298           :                    :
1 CNT OF 5400           :                    : CNT-1 MCL 257.326
  ORDINANCE VIOL        :                    :   ORDINANCE VIOL
  TRAFFIC OFFENSE       :                    :   OPERATE OWNER
DISP: NOTICE TO APPEAR  :                    :   PERMITTING ANOTHER
                        :                    :   TO VIOLATE MOTOR VEH
                        :                    :   CODE
                        :                    : DISP: PLED GUILTY
                        :                    : SENT/REMARKS:
                        :                    : F/C/R $150
===============================================================================
CRIMINAL TRACKING NUMBER: 631906896501              INCIDENT DATE: 10/22/2019
TCN/OCA: C919295003M/19-36669
```