**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

PORCHA WOODRUFF,                                              Hon. Judith E. Levy
    Plaintiff,                                                Case No.: 5:23-cv-11886

- vs -

LASHAUNTIA OLIVER,
    Defendant.
_____/

**DEFENDANT'S SUPPLEMENTAL BRIEF**
**REGARDING CHANGES MADE TO THE WARRANT REQUEST**

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and for Defendant's Supplemental Brief Regarding Changes Made to the Warrant Request, Defendant states as follows:

**BACKGROUND**

During Oral Argument on the parties' Cross-Motions for Summary Judgment (ECF Nos.: 23 and 25) held on April 17, 2025, this Honorable Court inquired about changes in the Warrant Request that was attached to Defendant's Motion for Summary Judgment as Exhibit "F" (ECF No.: 61-2, Pg. ID 1791-94), and when compared to the version of the Warrant Request that was attached to Plaintiff's Complaint. See, ECF No.: 4-1, Pg. ID 85-88. During a Status Conference held the following day, April 18, 2025, this Honorable Court inquired further regarding these changes and asked for Supplemental Briefing to explain this issue.

1

### EMAIL CHAIN AND CHRONOLOGY OF COMMUNICATIONS WITH THE WAYNE COUNTY PROSECUTOR'S OFFICE AND 36TH DISTRICT COURT (FEBRUARY 4, 2023)[1]

**1. February 4, 2023, at 8:35 a.m.**: Officer Oliver sends an email to the Wayne County Prosecutor's Office with a subject line of "Daniel White," stating in its entirety, "Good Morning, Attached is the updated investigators report for Daniel White." Collectively, Exhibit "A". The attached document appears to be identical to the version of the Warrant Request that was attached to Defendant's Motion for Summary Judgment as Exhibit "F." Compare, Exhibit "A" at Pgs. 2-5 and ECF No.: 61-2, Pg. ID 1791-94.

**2. February 4, 2023, at 9:45 a.m.**: Wayne County Assistant Prosecuting Attorney, Garrett Garcia ("APA Garcia") sends an email to Officer Oliver with a subject line of "WHITE & WOODRUFF" asking Officer Oliver to make certain changes, while also stating that "I am going to charge both with everything and the IR needs to be more clear as to D2 [Porcha Woodruff]." Exhibit "B".

**3. February 4, 2023, at 9:50 a.m.**: Officer Oliver responds to APA Gracia via email:

  Good Morning,

---

[1] In the interests of a full and complete record and to avoid confusion, aside from redactions made to the Exhibits hereto prior to receipt by undersigned counsel, and those made in accordance with Fed. R. Civ. Proc. 5.2(a), all documents and email attachments referred to herein, are reproduced in their entirety.

2

I will make the corrections.

Thank You. I did correct D1 name however **I will make it more clear regarding why victim states he was drugged**. I will make the corrections and then upload onto PBK under "CORRECTED IR" and will send you and email. Exhibit "C" (**emphasis added**).

4. <u>**February 4, 2023, at 10:14 a.m.**</u>: Officer Oliver emails APA Garcia a document titled "updated 23-080cj IR" (collectively, Exhibit "D"), appearing to be identical to the Warrant Request that was attached to Plaintiff's Complaint. Compare, Exhibit "D" at Pgs. 2-5 and ECF No.: 4-1, Pg. ID 85-88.

5. <u>**February 4, 2023, at 10:45 a.m.**</u>: Officer Oliver emails the 36th District Court directly stating, "[a]attached is the in custody warrant for Daniel White and Co Defendant not in custody Porcha Woodruff." Collectively, Exhibit "E". The Warrant Request contained in the attachments thereto also appears identical to the Warrant Request that was attached to Plaintiff's Complaint. Compare, Exhibit "E" at Pgs. 12-16 and ECF No.: 4-1, Pg. ID 85-88.

**SUMMARY & WAYNE COUNTY PROSECUTOR'S OFFICE SUBPOENA RESPONSE**

Based on this chain of communications, it becomes clear that the Warrant Request identified as Exhibit "F" to Defendant's Motion for Summary Judgment (ECF No.: 61-2, Pg. ID 1791-94) was an earlier draft of the Warrant Request, which was amended at the request of APA Garcia to the version attached as an Exhibit to Plaintiff's Complaint. ECF No.: 4-1, Pg. ID 85-88. It also establishes that this version, which explains the Victim's reason for suspecting that he'd been drugged in

3

greater detail, was the version that was submitted directly to the 36th District Court, along with the Felony Complaint(s) that had been approved by APA Garcia and Prosecuting Attorney, Kym Worthy. See, Exhibit "E" at Pgs. 5, 11.[2]

A lone remaining source of confusion and what neither undersigned counsel, nor Officer Oliver can explain, is why the version of the Warrant Request contained in the materials provided by the Wayne County Prosecutor's Office in response to a subpoena from the City of Detroit during discovery in this action (Exhibit "G"), appears to be the earlier draft that Officer Oliver later amended at the request of APA Garcia. Id. at Pgs. 18-21. Conceivably, this could be the result of a simple oversight within the Wayne County Prosecutor's Office, the fact that after her arrest it was immediately recognized that Plaintiff was not the female accomplice known as Trinidad, or any number of other possibilities.

Regardless however, and as outlined above, it is conclusively established that Officer Oliver provided the Wayne County Prosecutor's Office and 36th District Court with all of the records that had been generated during the course of her investigation and with all pertinent information relating to why the Victim believed that he may have been drugged.

---

[2] See also, ECF No.: 23-25, Pg. ID 572 [Officer Oliver Deposition at L. 13-17 (affirming that the document marked as Deposition Exhibit 2, was the Warrant Request that was submitted to the Wayne County Prosecutor's Office)]. Officer Oliver's Deposition Exhibit 2, has been attached hereto as Exhibit "F".

                                    Respectfully Submitted,
                                    CITY OF DETROIT LAW DEPARTMENT

Dated: April 17, 2025            /s/  <u>Gregory B. Paddison</u>
                                    Gregory B. Paddison (P75963)
                                    Attorney for Defendant