| | |
|---|---|
| **From:** | Garrett Garcia |
| **To:** | LaShauntia Oliver 410 |
| **Subject:** | [EXTERNAL] WHITE & WOODRUFF |
| **Date:** | Saturday, February 4, 2023 9:45:32 AM |

I need an updated IR on WHITE and WOODRUFF. The name of D1 needs to be correct in the caption. I also think it would be help to get past the magistrate if the details about how V thinks he was drugged and his pistol was missing. I am going to charge both with everything and the IR needs to be more clear as to D2.

Garrett R. García
Assistant Prosecuting Attorney

Warrants Section, Screening & District Courts Division
Wayne County Prosecutor's Office
Frank Murphy Hall of Justice, Rm. 1003
1441 St. Antoine
Detroit, MI  48226

313.224.0585 (Office)

**WARNING:** This email was sent from a possibly compromised source. Please be extra cautious when downloading and opening attachments or clicking links.