**From:** LaShauntia Oliver 410
**To:** Garrett Garcia
**Subject:** RE: WHITE & WOODRUFF
**Date:** Saturday, February 4, 2023 9:50:00 AM

Good Morning,

I will make the corrections

Thank You. I did correct D1 name however I will make it more clear regarding why victim states he was drugged. I will make the corrections and then upload onto PBK under "CORRECTED IR" and will send you and email.

**From:** Garrett Garcia <Ggarcia@waynecounty.com>
**Sent:** Saturday, February 4, 2023 9:45 AM
**To:** LaShauntia Oliver 410 <oliverl410@detroitmi.gov>
**Subject:** [EXTERNAL] WHITE & WOODRUFF

I need an updated IR on WHITE and WOODRUFF. The name of D1 needs to be correct in the caption. I also think it would be help to get past the magistrate if the details about how V thinks he was drugged and his pistol was missing. I am going to charge both with everything and the IR needs to be more clear as to D2.

Garrett R. García
Assistant Prosecuting Attorney

Warrants Section, Screening & District Courts Division
Wayne County Prosecutor's Office
Frank Murphy Hall of Justice, Rm. 1003
1441 St. Antoine
Detroit, MI  48226

313.224.0585 (Office)

WARNING: This email was sent from a possibly compromised source. Please be extra cautious when downloading and opening attachments or clicking links.