**From:** LaShauntia Oliver 410
**To:** Garrett Garcia
**Subject:** RE: WHITE & WOODRUFF
**Date:** Saturday, February 4, 2023 10:14:00 AM
**Attachments:** updated 23-080cj IR.pdf

**From:** Garrett Garcia <Ggarcia@waynecounty.com>
**Sent:** Saturday, February 4, 2023 9:45 AM
**To:** LaShauntia Oliver 410 <oliverl410@detroitmi.gov>
**Subject:** [EXTERNAL] WHITE & WOODRUFF

I need an updated IR on WHITE and WOODRUFF. The name of D1 needs to be correct in the caption. I also think it would be help to get past the magistrate if the details about how V thinks he was drugged and his pistol was missing. I am going to charge both with everything and the IR needs to be more clear as to D2.

Garrett R. García
Assistant Prosecuting Attorney

Warrants Section, Screening & District Courts Division
Wayne County Prosecutor's Office
Frank Murphy Hall of Justice, Rm. 1003
1441 St. Antoine
Detroit, MI   48226

313.224.0585 (Office)

WARNING: This email was sent from a possibly compromised source. Please be extra cautious when downloading and opening attachments or clicking links.

## DETROIT POLICE REQUEST FOR WARRANT

| 23CATS080CJ | **INVESTIGATOR'S REPORT** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Police Offense Number** | **COMMERCIAL AUTO THEFT SECTION** | | | | | | Prosecutor Case No. | |
| | **2301290262** | | | | | **DATE** | 2/4/2023 | |

| CUST | DEFENDANT NAME (Last, First, Middle)    FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| IC | **White, Daniel, Liorn** ▇▇▇ **Detroit MI 48234** | 42 | M | B | ▇▇ | ▇▇ |
| NIC | **Woodruff, Porcha, Amaya** ▇▇ **Detroit MI 48015** | 32 | F | B | ▇▇ | ▇▇ |

| Offense  (To be filled in by Prosecutor) | | | | | | |
|---|---|---|---|---|---|---|

| Place of Offense: | Date: | 1/29/2023 | Date of Complaint:: |
|---|---|---|---|
| Bessemore/Gratiot Ave | Time: | 7:45PM | 2/4/2023 |

| Complainant's Name (Last, First, Middle)    Full Address: | Age | Sex | Race | Phone No. |
|---|---|---|---|---|
| Walker, Laurence, Earl JR ▇▇ ▇▇ Highland Park MI | 25 | M | B | 248-▇▇ |

| Person to Sign (Last, First, Middle) | Reviewing Attorney and Bar No. |
|---|---|
| Information and Belief | |

### DETAILS OF INVESTIGATION

**GUN - Yes    INJURY - Yes    VIDEO - Yes**

**Vehicle: Gold 2018 Chevrolet Malibu ERY4446/MI VIN: ▇▇▇▇**

***Circumstances:*** Sunday January 29, 2023, Detroit Police Officers Kelly Larson badge 2770 and Gregory Scouten badge 3573, dressed in Detroit Police class B approved uniforms, responded to 9963 Gratiot for a robbery not armed in progress run. Officers met the victim, Laurence Walker who stated he was robbed and carjacked at gunpoint.

Mr. Walker stated earlier in the day, he met a female in the area of 7 Mile and Hoover in the city of Detroit. Mr. Walker stated he was dropping the female off in the area of Bessemore/Gratiot, when the female exited, she was let in the back seat of a dark color Chevy Tahoe. A male then exits the Tahoe and approach Mr. Walker, stating the female left her phone in his vehicle. Mr. Walker exits his vehicle

| Officer in Charge    Badge.    Precinct/Bureau | Reviewed & Approved By: | *Approved VIA E-MAIL* /S/ Captain Anthony O'Rourke |
|---|---|---|
| **P.O. LaShauntia Oliver  #4585** | **CATS** | Commanding Officer    Precinct/Bureau |
| | | **Captain Anthony O'Rourke** |

## DETROIT POLICE REQUEST FOR WARRANT

and begun to look for the females phone when the male produced a handgun stating "take everything off". Mr. Walker took his coat, shoes, and pants off. The male suspect then gets into Mr. Walker's Gold 2018 Chevy Malibu bearing Michigan license plate ERY4446 VIN ████████████ and flee the area.

Members of Detroit Police Commercial Auto Theft Section responded to the location of 9963 Gratiot. Detective Fletcher obtained a written statement from Mr. Walker. Mr. Walker stated earlier in the day on January 29, 2023, he met a black female at 19934 Hoover. Mr. Walker stated the female was upset and crying so, he asked if she wanted to talk in his car. Mr. Walker and the female got into his vehicle and began drinking liquor that the female had in her bag. Mr. Walker and the female went to a liquor store where they continued to hang with one another in Mr. Walker's Chevy Malibu. Mr. Walker stated to Det. Fletcher, he did not know the exact street he was on however stated he believes it was two streets North of the 9963 Gratiot, when he was dropping the female off. Once there, the female exits and gets into a dark color Chevy Tahoe as a black male exited the same vehicle and approached him stating the female left her phone in his car. While looking for the phone, the male produced a handgun pointing it at Mr. Walker's chest, demanding Mr. Walker's property. Mr. Walker stated to Det. Fletcher, the male suspect demanded that he took off his pants while taking his gold chain. Mr. Walker's wallet containing his identification cards were left inside the vehicle when the suspect fled driving away in Mr. Walker's Gold 2018 Chevy Malibu.

**Investigation:** I OIC Oliver of Commercial Auto Theft was assigned this case January 30, 2023. January 31, 2023, I contacted Mr. Walker using his mother's phone number. Mr. Walker advised me he had his cell phone in his possession and stated the phone was dropped off at 6420 Van Dyke by a female and that the clerk answered the phone when the phone rang so that is how he was able to retrieve it. I OIC Oliver made the location of 6420 Van Dyke where I observed on video surveillance, a black female, medium complexion, wearing red pants, dark color jacket, and had the same exact hair style (honey blonde/brown) curly wig, Mr. Walker described over the phone to me. I OIC Oliver submitted an AVERT request for a member of Detroit Police to extract the video. I OIC Oliver, submitted a facial rec on the female who turned the cell phone over to the clerk. I OIC Oliver was given the name of Porcha Woodruff, Defendant number two.

February 2, 2023, I OIC Oliver, obtained a statement from Mr. Walker. Mr. Walker stated as a few days had gone by, he was able to recall more details of the carjacking incident and the events prior to. Mr. Walker stated after he met Defendant Woodruff, who he named as (Trinidad) at Hoover Market located at 19934 Hoover, the two went to Bellagio Liquor parking lot where they engaged in sexual intercourse. While leaving, Mr. Walker and Defendant Woodruff drove to the BP gas station located at 6420 Van Dyke. Mr. Walker stated he observed Defendant Woodruff have several interactions with people. Mr. Walker stated after he and Defendant Woodruff left the BP gas station, he drove to the area of Bessemore and Gratiot where he was then carjacked.

After I had spoken with Mr. Walker and he advised me he recalls being at the BP gas station prior to being carjacked, I made the location a second time and checked for video. I observed Mr. Walker's

| | | | Reviewed & Approved By: | Approved via E-MAIL /S/ Captain Anthony O'Rourke |
|---|---|---|---|---|
| Officer in Charge | Badge. | Precinct/Bureau | Commanding Officer | Precinct/Bureau |
| P.O. LaShauntia Oliver  # 4585 | | CATS | Captain Anthony O'Rourke | |

## DETROIT POLICE REQUEST FOR WARRANT

Gold Chevy Malibu pull into the parking lot at approximately 5:53pm on January 29, 2023. I observed on video, Defendant Woodruff exiting the passenger seat of the Malibu. Defendant Woodruff had bizarre behavior, she was wearing a red t-shirt no coat, coming in and out of the gas station several times, appearing to be arguing with someone over the phone, having many different interactions with people there, and I also observed several vehicles pull into the lot and Defendant Woodruff approaching them. I observed on video, a Black Chevy Tahoe, which was described earlier, and a Silver GMC Envoy with a black male exiting. I observed on video, Defendant Woodruff open the driver side door of Mr. Walker's Malibu and the black male who exited the Envoy at the passenger door of Mr. Walker vehicle. Both front doors were open and both Defendant Woodruff and the male subject can be observed pulling and tugging on Mr. Walker who was in the driver seat. Defendant Woodruff can be observed on video taking what appeared to be an item from Mr. Walker. Mr. Walker stated to OIC Oliver, he believed he may have been drugged by Defendant Woodruff because he stated he has never felt the way he did that night, Mr. Walker stated he was dazing off several times, falling asleep, and just did not feel like himself and knows that just from consuming liquor would not make him feel the way he did while in the presence of Defendant Woodruff. I OIC Oliver watched on video, Mr. Walker's brake lights and gas being pressed several times even though the vehicle was parked. This is odd behavior for one who is alert and aware. Mr. Walker did not mention to OIC Oliver he was being tugged and pulled on, I OIC Oliver strongly believe he may have not been aware of what was occurring due to him dazing off and coming in and out of his sleep.

February 2, 2023, Commercial Auto Theft Section members, wearing plain clothes, were canvassing the area of Van Dyke and Lynch when Detective Fletcher observed the vehicle bearing Michigan plate ERY4446, traveling N/B Van Dyke passing Lynch. Members conducted moving surveillance following the vehicle to a business located at 19458 Conant, the driver exited the vehicle and entered the location, moments later, the same male re-entered the carjacked vehicle. Members called for a marked patrol car to conduct a traffic investigation. Scout 7-8 Adam manned by Officer Justin Wilcox badge 4452, operating a marked patrol vehicle wearing Detroit Police class B approved uniform conducted the traffic investigation. Officers confirmed the Michigan plate ERY4446 Vin ▮▮▮▮▮▮▮▮▮▮ into L.E.I.N and the vehicle came back as the 2018 RA UDAA Chevrolet Malibu registered to Mr. Walker. The subject was identified by a Michigan identification card as Daniel White. Defendant White was handcuffed and checked for contraband, Officer Hebner retrieved the vehicle key from the driver's seat where Defendant White was sitting. Officer Hebner, retrieve Defendant White's red Apple iPhone which was placed on evidence tag number 690577-2. Officer Wilcox transported Defendant White to the Detroit Detention Center. Members of Commercial Auto Theft remained at the scene awaiting an adult to pick up the minor child who was inside the carjacked vehicle. The vehicle was towed to Mt. Elliot, placed on evidence tag number 690577-3.

February 3, 2023, Mr. Walker came to the Detroit Detention Center to view a live lineup however there were not enough males to conduct a proper live lineup therefore, a photo lineup was conducted with OIC Oliver, Det. Greenwald, and Attorney Wyatt Harris P number 54891, present. Mr. Walker positively identified Defendant White as the person who carjacked him. Mr. Walker viewed a photo lineup which included a photo of Defendant Woodruff and positively identified her as being the

| | | Reviewed & Approved By: | Approved via Email /S/ Captain Anthony DiRourke |
|---|---|---|---|
| Officer in Charge   Badge.   Precinct/Bureau | | | Commanding Officer   Precinct/Bureau |
| P.O. LaShauntia Oliver  # 4585   CATS | | | Captain Anthony O'Rourke |

## DETROIT POLICE REQUEST FOR WARRANT

female he was with for hours and was with just before he was carjacked on Bessemore/Gratiot. I asked Mr. Walker if Defendant Woodruff attempted to help him during or after the carjacking and he replied "no".

**Confession/Admission:** February 3, 2023, Officer Glover and Gray of Commercial Auto Theft conducted an interrogation of Defendant White. Defendant White Read his Constitutional Rights. Defendant White stated he knows the female who goes by the name of "Trinidad" and denied carjacking Mr. Walker.

**Witnesses:**

1) P.O Kelly Larson of the 7th precinct will testify to responding to the scene of report 2301290262.
2) P.O Gregory Scouten of the 7th precinct will testify to responding to the scene of report 2301290262.
3) Officer Gary Guarino of AVERT unit will testify to the extraction of video at 6420 Van Dyke.
4) Crime Analyst Nathan Howell of Crime Intel will testify to the facial rec, report 2301290262.
5) P.O Justin Wilcox of the 7th precinct will testify to transport of Defendant White.
6) Det. Don Greenwald of CATS will testify to preparing Defendant Woodruff lineup, being present at the time of lineups.
7) P.O Jacob Hebner of CATS will testify to being on the arrest scene and retrieving Defendant White's cell phone.
8) P.O Ned Gray of CATS will testify to the interrogation of Defendant White.
9) P.O Quentin Glover of CATS will testify to the interrogation of Defendant White.
10) Det. Anthony Fletcher of CATS will testify to observing vehicle/driver.
11) OIC Oliver of CATS will testify to preparing the investigator's report and being the OIC of case 2301290262.

---

Officer in Charge　　Badge.　　Precinct/Bureau
**P.O. LaShauntia Oliver # 4585**　　　**CATS**

Reviewed & Approved By:

*Approved via Email*
*/s/ Captain Anthony O'Rourke*

Commanding Officer　　Precinct/Bureau
**Captain Anthony O'Rourke**

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

| IN CUSTODY<br>(x)  YES  ()  NO | Dept. Precinct<br>DPD /CATS | Date 2/4/2023 | ( )   Further Investigation Ordered<br>( )   Further Investigation Completed |
|---|---|---|---|

| I ( ) DENY     ( ) RECOMMEND THE ISSUING OF A WARRANT AGAINST: | | | | MISDEMEANOR ( ) | FELONY ( ) |
|---|---|---|---|---|---|

| DEFENDANT NAME (Last, First, Middle) | FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| **White, Daniel, Liorn** ⬛ Detroit MI 48234 | | 42 | M = | B | ⬛ | ⬛ |
| **Woodruff, Porcha, Amaya** ⬛ Detroit MI 48015 | | 32 | F | M | ⬛ | ⬛ |

| Offense 1 | Defn. No. 1  2  3 |
|---|---|
| Attempted ( )  MCLA | |
| Offense 2 | Defn. No. 1  2  3 |
| Attempted ( )  MCLA | |
| Offense 3 | Defn. No. 1  2  3 |
| Attempted ( )  MCLA | |

Denial Reason:

Denial Code:

| Defn. No. 1: | Defn. No. 2: | Defn. No. 3: |
|---|---|---|

Instructions:

| _____<br>Date Completed | Signed: _____<br>Assistant Prosecuting Attorney & Bar No. |
|---|---|