| | |
|---|---|
| **From:** | LaShauntia Oliver 410 |
| **To:** | LaShauntia Oliver 410 |
| **Subject:** | Fwd: (Encrypted) 1 in custody warrant from CATS for Defendants Daniel White and Porcha Woodruff |
| **Date:** | Wednesday, February 8, 2023 1:12:58 PM |
| **Attachments:** | 0794_001.pdf |

Thank you,

Police Officer, LaShauntia Oliver
Badge 4585
Detroit Police Department
Commercial Auto Theft Section
(313) 596-2555

**From:** LaShauntia Oliver 410
**Sent:** Saturday, February 4, 2023 10:45:40 AM
**To:** 36DWHAP@36thdistrictcourt.org <36DWHAP@36thdistrictcourt.org>
**Subject:** (Encrypted) 1 in custody warrant from CATS for Defendants Daniel White and Porcha Woodruff

Good Morning Sir/Ma'am,

Attached is the in custody warrant for Daniel White and Co Defendant not in custody Porcha Woodruff.

*Police Officer, LaShauntia Oliver*
*Badge 4585*
*Detroit Police Department*
*Commercial Auto Theft Section*
*(313) 596-2555*
*(517)███████ (CELL/BEST)*

**From: <u>Commercial Auto Theft Section</u>**

**SUSPECT(S) - 1. WHITE, DANIEL,**

**2. WOODRUFF, PORCHA**

L/N:  F/N:

Superion Report # 2301290262

Division Assigned: 36th District Court Criminal Div.


From: Commercial Auto Theft Section

Court Officer, P.O. LaShauntia Oliver

Unit #313-596-2555

Desk #313-596-6367

Cell #517-████████ (Cell/Best)


Email Address: OLIVERL410@DETROITMI.GOV

8223702556-01 gg                                                  JIS CODE: PPI

| STATE OF MICHIGAN<br>**36TH DISTRICT COURT**<br>**3RD JUDICIAL CIRCUIT** | **PROTECTED PERSONAL<br>IDENTIFYING INFORMATION** | **CASE NO.: 8223702556-01**<br>**DISTRICT:**<br>**CIRCUIT:** |
|---|---|---|
| District Court ORI: MI- MI820365J<br>421 MADISON, DETROIT, MI 48226 (313) 965-2400 | Circuit Court ORI: MI- MI821095J<br>1441 ST. ANTOINE DETROIT, MI 48226 313-224-2520 | |

| Plaintiff's/Petitioner's name<br><br>**THE PEOPLE OF THE STATE OF MICHIGAN** | v | Defendant's/Respondent's name<br><br>**DANIEL LIORN WHITE 8223702556-01** |
|---|---|---|

In the matter of **DANIEL LIORN WHITE**

This form is nonpublic because it contains personal identifying information (PII) that is protected from public inspection under MCR 1.109(D)(9)(a). Use this form to provide PII only for a person who is a defendant, respondent, or decedent. If the person is a plaintiff, petitioner, or other individual, use form MC 97a.
**Instructions**:
 • When PII (such as date of birth) must be filed with the court on a public document, DO NOT include it on that public document. Instead, you must provide it on this form.
 • **Provide only** the protected PII required for your particular case. For example, if you are filing a public document that requires you to provide a date of birth to the court, complete only that field on this form.

Name of form/document that this MC 97 is being filed with:   **Felony Complaint**

Printed name of individual completing form and date

Instructions: Provide the name of the person that the PII applies to, followed by the specific PII that is required to be provided. For Other, specify the type of PII in addition to the PII itself. Use the below reference number (Ref. No.) in the public document in place of the protected PII. For example, insert "Ref. No. 1" in place of the DOB in the public document.

| Ref.<br>No. | Name (required)<br>**DANIEL LIORN WHITE** |
|---|---|
| **1** | Date of birth |
| **2** | National ID no. / Last 4 digits of SSN |
| **3** | Driver's License / State-issued ID no.<br> / |
| **4** | Passport no. |
| **5** | Other |

| Ref.<br>No. | Instructions: List the name of the financial institution and the account number. List the paragraph that references the account, if needed for clarity. Use reference number (Ref. No.) when necessary to refer to account in public documents. | | |
|---|---|---|---|
| **6** | Financial institution | Account no. | Paragraph no. |
| **7** | Financial institution | Account no. | Paragraph no. |
| **8** | Financial institution | Account no. | Paragraph no. |
| **9** | Financial institution | Account no. | Paragraph no. |

2023702558/8223702556-02 gg                                                                                      JIS CODE: PPI

| **STATE OF MICHIGAN**<br>**36TH DISTRICT COURT**<br>**3RD JUDICIAL CIRCUIT** | **PROTECTED PERSONAL<br>IDENTIFYING INFORMATION** | **CASE NO.: 8223702556-02**<br>**DISTRICT CASE NO.:**<br>**CIRCUIT CASE NO.:** |
|---|---|---|

| **District Court ORI: MI- MI820365J**<br>421 MADISON, DETROIT, MI 48226 (313) 965-2400 | **Circuit Court ORI: MI- MI821095J**<br>1441 ST. ANTOINE DETROIT, MI 48226 313-224-2520 |
|---|---|

| Plaintiff's/Petitioner's name<br>**THE PEOPLE OF THE STATE OF MICHIGAN** | v | Defendant's/Respondent's name<br>**PORCHA AMAYA WOODRUFF 8223702556-02** |
|---|---|---|
| In the matter of **PORCHA AMAYA WOODRUFF** | | |

This form is nonpublic because it contains personal identifying information (PII) that is protected from public inspection under MCR 1.109(D)(9)(a). Use this form to provide PII only for a person who is a defendant, respondent, or decedent. If the person is a plaintiff, petitioner, or other individual, use form MC 97a.

**Instructions**:
 • When PII (such as date of birth) must be filed with the court on a public document, DO NOT include it on that public document. Instead, you must provide it on this form.
 • **Provide only** the protected PII required for your particular case. For example, if you are filing a public document that requires you to provide a date of birth to the court, complete only that field on this form.

Name of form/document that this MC 97 is being filed with: ___**Felony Complaint**_____

Printed name of individual completing form and date

Instructions: Provide the name of the person that the PII applies to, followed by the specific PII that is required to be provided. For Other, specify the type of PII in addition to the PII itself. Use the below reference number (Ref. No.) in the public document in place of the protected PII. For example, insert "Ref. No. 1" in place of the DOB in the public document.

| Ref.<br>No. | Name (required)<br>**PORCHA AMAYA WOODRUFF** |
|---|---|
| **1** | Date of birth |
| **2** | National ID no. / Last 4 digits of SSN |
| **3** | Driver's License / State-issued ID no.<br><br>/ |
| **4** | Passport no. |
| **5** | Other |

| Ref.<br>No. | Instructions: List the name of the financial institution and the account number. List the paragraph that references the account, if needed for clarity. Use reference number (Ref. No.) when necessary to refer to account in public documents. | | |
|---|---|---|---|
| **6** | Financial institution | Account no. | Paragraph no. |
| **7** | Financial institution | Account no. | Paragraph no. |
| **8** | Financial institution | Account no. | Paragraph no. |
| **9** | Financial institution | Account no. | Paragraph no. |

| STATE OF MICHIGAN<br>**36TH DISTRICT COURT**<br>**3RD JUDICIAL CIRCUIT** | **COMPLAINT**<br>**FELONY** | CASE NO.: **8223702556-01**<br>DISTRICT:<br>CIRCUIT: |
|---|---|---|

| District Court ORI: MI- MI820365J<br>421 MADISON, DETROIT, MI 48226  (313) 965-2400 | Circuit Court ORI: MI- MI821095J<br>1441 ST. ANTOINE  DETROIT, MI 48226  313-224-2520 |
|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN<br>v<br>**DANIEL LIORN WHITE 8223702556-01**<br>**PORCHA AMAYA WOODRUFF 8223702556-02** | Complaining Witness<br>**Officer Lashauntia Oliver**<br><hr>Victim or complainant<br>**Laurence Earl Walker, Jr.** |
|---|---|

| Location<br>**BESSEMORE/GRATIOT, Detroit, MI, 48213** | | | Date:<br>**01/29/2023** |
|---|---|---|---|
| County in Michigan<br>**Wayne** | Defendant TCN | Defendant SID | Defendant DOB:<br>**Put DOB in Ref. No. row 1 on MC 97** |
| Police agency report no.<br>**82DPD/2301290262** | Charge<br>**See below** | | Maximum penalty<br>**See below** |
| ☐ A sample for chemical testing for DNA identification profiling is<br>on file with the Michigan State Police from a previous case. | DLN Type: | Defendant DLN<br>**Put DLN in Ref. No. row 3 on MC 97** | |

**WITNESSES:** See Witness List

**STATE OF MICHIGAN, COUNTY OF WAYNE**

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1:** CARJACKING [01, 02]
did, in the course of committing a larceny of Chevrolet Malibu, a motor vehicle, use the threat of force or violence against Laurence Earl Walker Jr., the operator of the motor vehicle; contrary to MCL 750.529a. [750.529A]
FELONY: Life or any term of years.  DNA to be taken upon arrest.  A consecutive sentence may be imposed for any other conviction arising out of the same transaction.

**COUNT 2:** ROBBERY - ARMED [01, 02]
did, in the course of committing a larceny of necklace, assault or put in fear a person present, Laurence Earl Walker Jr., and in the course of that conduct possessed an article used or fashioned in a manner to lead a person present to reasonably believe the article was a dangerous weapon; contrary to MCL 750.529. [750.529]
FELONY: Life or any term of years

HABITUAL OFFENDER - FOURTH OFFENSE NOTICE [01]
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 9/22/1998 he or she was convicted of the offense of Robbery Armed, in violation of 750.529 in the 3rd Circuit for Wayne County, in the State of Michigan;

And on or about 9/22/1998, he or she was convicted of the offense of Carjacking, in violation of 750.529A, in the 3rd Circuit for Wayne County, in the State of Michigan;

And on or about 9/22/1998, he or she was convicted of the offense of Felony Firearm, in violation of 750.227B-A, in the 3rd Circuit for Wayne County, in the State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]
PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years.  The maximum penalty cannot be less than the maximum term for a first conviction.

☐  The complaining witness asks that the defendant be apprehended and dealt with according to law.

| Warrant authorized on _02/04/2023_ by:<br>Date<br><br>*(signature)*<br><br>Garrett Ryan Garcia, P74100,  Prosecuting Official<br><br>☐  Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>*(signature)* — Date 2/4/23<br><br>**Complaining Witness Signature**<br>Sworn to before me<br><br>_____  _____<br>**Judge/Magistrate/Clerk**          **Date** |
|---|---|

**Felony Complaint Page 1**

| STATE OF MICHIGAN<br>36TH DISTRICT COURT<br>3RD JUDICIAL CIRCUIT | WARRANT<br>FELONY | DISTRICT:<br>CIRCUIT: | CASE NO.: 8223702556-01 |
|---|---|---|---|

| District Court ORI: MI- MI820365J<br>421 MADISON, DETROIT, MI 48226  (313) 965-2400 | Circuit Court ORI: MI- MI821095J<br>1441 ST. ANTOINE  DETROIT, MI 48226 313-224-2520 |
|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN | Complaining Witness<br>**Officer Lashauntia Oliver** |
|---|---|
| v | Victim or complainant |
| **DANIEL LIORN WHITE (**_____ **8223702556-01**<br>**PORCHA AMAYA WOODRUFF (**_____ **8223702556-02** | **Laurence Earl Walker, Jr.** |

| Location<br>**BESSEMORE/GRATIOT, Detroit, MI, 48213** | Date:<br>**01/29/2023** |
|---|---|

| County in Michigan<br>**Wayne** | Defendant TCN | Defendant SID | Defendant DOB: |
|---|---|---|---|

| Police agency report no.<br>**82DPD/2301290262** | Charge<br>**See below** | | Maximum penalty<br>**See below** |
|---|---|---|---|

| ☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | DLN Type: | Defendant DLN<br>**Put DLN in Ref. No. row 3 on MC 97** |
|---|---|---|

**WITNESSES:** See Witness List

### STATE OF MICHIGAN, COUNTY OF WAYNE

**To any peace officer or court officer authorized to make arrest:**  The complaining witness has filed a sworn complaint in this court stating that on the date and the location described above, the defendant, contrary to law:

#### COUNT 1
CARJACKING [01, 02]
did, in the course of committing a larceny of Chevrolet Malibu, a motor vehicle, use the threat of force or violence against Laurence Earl Walker Jr., the operator of the motor vehicle; contrary to MCL 750.529a.  [750.529A]
FELONY:  Life or any term of years.  DNA to be taken upon arrest.  A consecutive sentence may be imposed for any other conviction arising out of the same transaction.

#### COUNT 2
ROBBERY - ARMED [01, 02]
did, in the course of committing a larceny of necklace, assault or put in fear a person present, Laurence Earl Walker Jr., and in the course of that conduct possessed an article used or fashioned in a manner to lead a person present to reasonably believe the article was a dangerous weapon; contrary to MCL 750.529.  [750.529]
FELONY:  Life or any term of years

HABITUAL OFFENDER - FOURTH OFFENSE NOTICE [01]
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 9/22/1998 he or she was convicted of the offense of Robbery Armed, in violation of 750.529 in the 3rd Circuit for Wayne County, in the State of Michigan;

And on or about 9/22/1998, he or she was convicted of the offense of Carjacking, in violation of 750.529A, in the 3rd Circuit for Wayne County, in the State of Michigan;

And on or about 9/22/1998, he or she was convicted of the offense of Felony Firearm, in violation of 750.227B-A, in the 3rd Circuit for Wayne County, in the State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12.  [769.12]
PENALTY:  Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years.  The maximum penalty cannot be less than the maximum term for a first conviction.

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN,

☐ a.  I order you to arrest and bring defendant before the **36th District Court** immediately.

☐ b.  I order you to bring defendant before the **36th District Court**.

**Judge/Magistrate signature and date**

**See return on next page.**

**Warrant Return** (12/21)

Page _____ of _____

Case No.«Cs_LegacyFileNumber»

## RETURN

As ordered in this warrant, the defendant was arrested on _____ at _____

Date                                                            Time

at _____

Place of arrest

_____                    _____

Date                                                            Peace officer

**Felony Warrant Page 1**

2023792556562223702556GY-09

| STATE OF MICHIGAN<br>**36TH DISTRICT COURT**<br>**3RD JUDICIAL CIRCUIT** | **BIND OVER/TRANSFER AFTER<br>PRELIMINARY EXAMINATION<br>FELONY** | **CASE NO.: 8223702556-01**<br>**DISTRICT:**<br>**CIRCUIT:** |
|---|---|---|

| District Court ORI: MI- MI820365J<br>421 MADISON, DETROIT, MI 48226 (313) 965-2400 | Circuit Court ORI: MI- MI821095J<br>1441 ST. ANTOINE DETROIT, MI 48226 313-224-2520 |
|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN<br>v<br>**DANIEL LIORN WHITE 8223702556-01**<br>**PORCHA AMAYA WOODRUFF 8223702556-02** | Complaining Witness<br>**Officer Lashauntia Oliver**<br>Victim or complainant<br>**Laurence Earl Walker, Jr.** |
|---|---|

| Location<br>**BESSEMORE/GRATIOT, Detroit, MI, 48213** | | | Date:<br>**01/29/2023** |
|---|---|---|---|
| County in Michigan<br>**Wayne** | Defendant TCN | Defendant SID | Defendant DOB:<br>**Put DOB in Ref. No. row 1 on MC 97** |
| Police agency report no.<br>**82DPD/2301290262** | Charge<br>**See below** | | Maximum penalty<br>**See below** |
| ☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | DLN Type: | Defendant DLN<br>**Put DLN in Ref. No. row 3 on MC 97** | |

**WITNESSES: See Witness List**

Date: _____

District Judge: _____

Bar no.

no. _____

| Reporter/Recorder | Cert. no. | Represented by Counsel | Bar no. |
|---|---|---|---|

1. I, the defendant, understand:
   a. I have a right to employ an attorney.
   b. I may request a court appointed attorney if I am financially unable to employ one
   c. I have a right to a preliminary examination where it must be shown that a crime was committed and probable cause exists to charge me with the crime.
2. I voluntarily waive my right to a preliminary examination and understand that I will be bound over to circuit court on the charges in the complaint and warrant (or as amended).
3. I have received notice of the charges in the complaint and warrant (or as amended) and any sentencing enhancements if filed.

_____ _____
Defendant attorney          Defendant
Bar no.

I consent to this waiver: _____
              Prosecuting Attorney          Bar No.

**ADULT BIND OVER**

☐ 4. Examination has been waived
   on _____
          Date

☐ 5. Examination was held on _____ and it was found that probable cause exists to believe both that an offense not cognizable by the
   district court has been committed and that the defendant committed the offense.

☐ 6. The defendant is bound over to circuit court to appear on _____ at _____
                                                Date              Time
   ☐ on the charge(s) in the complaint.
   ☐ on the amended charge(s) of _____
              MCL/PACC Code

7. Bond is set in the amount of $ _____ . Type of bond: _____ ☐ Posted

_____
Judge signature and date

**Bind Over/Transfer Page 1**

## JUVENILE BINDOVER/TRANSFER

☐   3.   Examination was waived on _____
                               date

☐   4.   Examination was held on _____ and it was found that
                            date

       ☐   there is probable cause that a life offense occurred and there is probable cause that the juvenile committed the life offense.

       ☐   there is no probable cause that a life offense occurred or there is no probable cause that the juvenile committed the life offense, but some other offense occurred that if committed by an adult would constitute a crime, and there is probable cause to believe the juvenile committed that offense.

☐   5.   The juvenile is bound over to circuit court criminal division to appear on _____ at _____ m.
                                                    Date             Time

       ☐   on the charge(s) in the complaint.

       ☐   on the amended charge(s) of _____

                      _____ MCL/PACC Code _____

☐   6.   This case is transferred to the family division of the circuit court for further proceedings
       ☐   immediately.

       ☐   On _____ at _____ .
             Date             Time

    7.   Bond is set in the amount of $_____ . Type of Bond: _____   ☐ Posted

                                              Judge signature and date

## CERTIFICATION

I certify that on this date I have transmitted _____ to the circuit court criminal division the prosecutor's authorization for a warrant application, the complaint, a copy of the register of actions, and any recognizances received.

                                              Court clerk signature and date

**NOTE:** Send a copy of this bind over to the Michigan State Police Criminal Justice Information Center.

8223702556-01 - 99

| STATE OF MICHIGAN<br>**36TH DISTRICT COURT**<br>**3RD JUDICIAL CIRCUIT** | **INFORMATION**<br>**FELONY** | CASE NO.: 8223702556-01<br>DISTRICT:<br>CIRCUIT: |
|---|---|---|

| District Court ORI: MI- MI820365J<br>421 MADISON, DETROIT, MI 48226 (313) 965-2400 | Circuit Court ORI: MI- MI821095J<br>1441 ST. ANTOINE DETROIT, MI 48226 313-224-2520 |
|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN<br><br>v<br><br>**DANIEL LIORN WHITE 8223702556-01**<br>**PORCHA AMAYA WOODRUFF 8223702556-02** | Complaining Witness<br>**Officer Lashauntia Oliver**<br>Victim or complainant<br>**Laurence Earl Walker, Jr.** |
|---|---|

| Location<br>**BESSEMORE/GRATIOT, Detroit, MI, 48213** | | | Date:<br>**01/29/2023** |
|---|---|---|---|
| County in Michigan<br>**Wayne** | Defendant TCN | Defendant SID | Defendant DOB:<br>**Put DOB in Ref. No. row 1 on MC 97** |
| Police agency report no.<br>**82DPD/2301290262** | Charge<br>**See below** | | Maximum penalty<br>**See below** |
| ☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | DLN Type: | Defendant DLN<br>**Put DLN in Ref. No. row 3 on MC 97** |

**WITNESSES:** See Witness List

**STATE OF MICHIGAN, COUNTY OF WAYNE**

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described above, the defendant:

**COUNT 1:** CARJACKING [01, 02]
did, in the course of committing a larceny of Chevrolet Malibu, a motor vehicle, use the threat of force or violence against Laurence Earl Walker Jr., the operator of the motor vehicle; contrary to MCL 750.529a. [750.529A]
FELONY: Life or any term of years. DNA to be taken upon arrest. A consecutive sentence may be imposed for any other conviction arising out of the same transaction.

**COUNT 2:** ROBBERY - ARMED [01, 02]
did, in the course of committing a larceny of necklace, assault or put in fear a person present, Laurence Earl Walker Jr., and in the course of that conduct possessed an article used or fashioned in a manner to lead a person present to reasonably believe the article was a dangerous weapon; contrary to MCL 750.529. [750.529]
FELONY: Life or any term of years

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE [01]**
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 9/22/1998 he or she was convicted of the offense of Robbery Armed, in violation of 750.529 in the 3rd Circuit for Wayne County, in the State of Michigan;
And on or about 9/22/1998, he or she was convicted of the offense of Carjacking, in violation of 750.529A, in the 3rd Circuit for Wayne County, in the State of Michigan;
And on or about 9/22/1998, he or she was convicted of the offense of Felony Firearm, in violation of 750.227B-A, in the 3rd Circuit for Wayne County, in the State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]
PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years. The maximum penalty cannot be less than the maximum term for a first conviction.

and against the peace and dignity of the State of Michigan.

Kym L. Worthy
P38875
Prosecuting Attorney

February 4, 2023
Date

By: _____
Bar Number

The undersigned certifies that on _____ a copy of this information was served on
Date

_____ P _____ , the attorney representing the defendant.
Print Defense Attorney's Name    Bar Number

Signed _____ P _____
APA's Signature    Bar Number

**Felony Information Page 1**

## DETROIT POLICE REQUEST FOR WARRANT

| 23CATS080CJ | **INVESTIGATOR'S REPORT** | | Prosecutor Case No. |
|---|---|---|---|
| **Police Offense Number** | **COMMERCIAL AUTO THEFT SECTION** | | |
| | **2301290262** | **DATE** 2/4/2023 | |

| CUST | DEFENDANT NAME (Last, First, Middle)   FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| IC | **White, Daniel, Liorn** ▬ **Detroit MI 48234** | 42 | M | B | ▬ | ▬ |
| NIC | **Woodruff, Porcha, Amaya** ▬ **Detroit MI 48015** | 32 | F | B | ▬ | ▬ |

| Offense (To be filled in by Prosecutor) | | | | | | |
|---|---|---|---|---|---|---|

| Place of Offense: | Date: | 1/29/2023 | Date of Complaint:: |
|---|---|---|---|
| Bessemore/Gratiot Ave | Time: | 7:45PM | 2/4/2023 |

| Complainant's Name (Last, First, Middle)   Full Address: | Age | Sex | Race | Phone No. |
|---|---|---|---|---|
| Walker, Laurence, Earl JR ▬ ▬ Highland Park MI | 25 | M | B | 248-▬ |

| Person to Sign (Last, First, Middle) | Reviewing Attorney and Bar No. |
|---|---|
| Information and Belief | |

### DETAILS OF INVESTIGATION

GUN - Yes   INJURY - Yes   VIDEO - Yes

**Vehicle: Gold 2018 Chevrolet Malibu ERY4446/MI VIN:** ▬

***Circumstances:*** Sunday January 29, 2023, Detroit Police Officers Kelly Larson badge 2770 and Gregory Scouten badge 3573, dressed in Detroit Police class B approved uniforms, responded to 9963 Gratiot for a robbery not armed in progress run. Officers met the victim, Laurence Walker who stated he was robbed and carjacked at gunpoint.

Mr. Walker stated earlier in the day, he met a female in the area of 7 Mile and Hoover in the city of Detroit. Mr. Walker stated he was dropping the female off in the area of Bessemore/Gratiot, when the female exited, she was let in the back seat of a dark color Chevy Tahoe. A male then exits the Tahoe and approach Mr. Walker, stating the female left her phone in his vehicle. Mr. Walker exits his vehicle

| | Reviewed & Approved By: | Approved via E-MAIL /S/ Captain Anthony O'Rourke |
|---|---|---|
| Officer in Charge   Badge.   Precinct/Bureau | | Commanding Officer   Precinct/Bureau |
| **P.O. LaShauntia Oliver  #4585** | **CATS** | **Captain Anthony O'Rourke** |

## DETROIT POLICE REQUEST FOR WARRANT

and begun to look for the females phone when the male produced a handgun stating "take everything off". Mr. Walker took his coat, shoes, and pants off. The male suspect then gets into Mr. Walker's Gold 2018 Chevy Malibu bearing Michigan license plate ERY4446 VIN ███████████ and flee the area.

Members of Detroit Police Commercial Auto Theft Section responded to the location of 9963 Gratiot. Detective Fletcher obtained a written statement from Mr. Walker. Mr. Walker stated earlier in the day on January 29, 2023, he met a black female at 19934 Hoover. Mr. Walker stated the female was upset and crying so, he asked if she wanted to talk in his car. Mr. Walker and the female got into his vehicle and began drinking liquor that the female had in her bag. Mr. Walker and the female went to a liquor store where they continued to hang with one another in Mr. Walker's Chevy Malibu. Mr. Walker stated to Det. Fletcher, he did not know the exact street he was on however stated he believes it was two streets North of the 9963 Gratiot, when he was dropping the female off. Once there, the female exits and gets into a dark color Chevy Tahoe as a black male exited the same vehicle and approached him stating the female left her phone in his car. While looking for the phone, the male produced a handgun pointing it at Mr. Walker's chest, demanding Mr. Walker's property. Mr. Walker stated to Det. Fletcher, the male suspect demanded that he took off his pants while taking his gold chain. Mr. Walker's wallet containing his identification cards were left inside the vehicle when the suspect fled driving away in Mr. Walker's Gold 2018 Chevy Malibu.

*Investigation:* I OIC Oliver of Commercial Auto Theft was assigned this case January 30, 2023. January 31, 2023, I contacted Mr. Walker using his mother's phone number. Mr. Walker advised me he had his cell phone in his possession and stated the phone was dropped off at 6420 Van Dyke by a female and that the clerk answered the phone when the phone rang so that is how he was able to retrieve it. I OIC Oliver made the location of 6420 Van Dyke where I observed on video surveillance, a black female, medium complexion, wearing red pants, dark color jacket, and had the same exact hair style (honey blonde/brown) curly wig, Mr. Walker described over the phone to me. I OIC Oliver submitted an AVERT request for a member of Detroit Police to extract the video. I OIC Oliver, submitted a facial rec on the female who turned the cell phone over to the clerk. I OIC Oliver was given the name of Porcha Woodruff, Defendant number two.

February 2, 2023, I OIC Oliver, obtained a statement from Mr. Walker. Mr. Walker stated as a few days had gone by, he was able to recall more details of the carjacking incident and the events prior to. Mr. Walker stated after he met Defendant Woodruff, who he named as (Trinidad) at Hoover Market located at 19934 Hoover, the two went to Bellagio Liquor parking lot where they engaged in sexual intercourse. While leaving, Mr. Walker and Defendant Woodruff drove to the BP gas station located at 6420 Van Dyke. Mr. Walker stated he observed Defendant Woodruff have several interactions with people. Mr. Walker stated after he and Defendant Woodruff left the BP gas station, he drove to the area of Bessemore and Gratiot where he was then carjacked.

After I had spoken with Mr. Walker and he advised me he recalls being at the BP gas station prior to being carjacked, I made the location a second time and checked for video. I observed Mr. Walker's

| | | | Reviewed & Approved By: | Approved via E-MAIL |
|---|---|---|---|---|
| | | | | /S/ Captain Anthony O'Rourke |
| Officer in Charge | Badge. | Precinct/Bureau | | Commanding Officer    Precinct/Bureau |
| P.O. LaShauntia Oliver  # 4585 | | CATS | | Captain Anthony O'Rourke |

UD-94 (2-89)

AUTHORITY: PA 59 of 1935
Compliance Voluntary

## DETROIT POLICE REQUEST FOR WARRANT

Gold Chevy Malibu pull into the parking lot at approximately 5:53pm on January 29, 2023. I observed on video, Defendant Woodruff exiting the passenger seat of the Malibu. Defendant Woodruff had bizarre behavior, she was wearing a red t-shirt no coat, coming in and out of the gas station several times, appearing to be arguing with someone over the phone, having many different interactions with people there, and I also observed several vehicles pull into the lot and Defendant Woodruff approaching them. I observed on video, a Black Chevy Tahoe, which was described earlier, and a Silver GMC Envoy with a black male exiting. I observed on video, Defendant Woodruff open the driver side door of Mr. Walker's Malibu and the black male who exited the Envoy at the passenger door of Mr. Walker vehicle. Both front doors were open and both Defendant Woodruff and the male subject can be observed pulling and tugging on Mr. Walker who was in the driver seat. Defendant Woodruff can be observed on video taking what appeared to be an item from Mr. Walker. Mr. Walker stated to OIC Oliver, he believed he may have been drugged by Defendant Woodruff because he stated he has never felt the way he did that night, Mr. Walker stated he was dazing off several times, falling asleep, and just did not feel like himself and knows that just from consuming liquor would not make him feel the way he did while in the presence of Defendant Woodruff. I OIC Oliver watched on video, Mr. Walker's brake lights and gas being pressed several times even though the vehicle was parked. This is odd behavior for one who is alert and aware. Mr. Walker did not mention to OIC Oliver he was being tugged and pulled on, I OIC Oliver strongly believe he may have not been aware of what was occurring due to him dazing off and coming in and out of his sleep.

February 2, 2023, Commercial Auto Theft Section members, wearing plain clothes, were canvassing the area of Van Dyke and Lynch when Detective Fletcher observed the vehicle bearing Michigan plate ERY4446, traveling N/B Van Dyke passing Lynch. Members conducted moving surveillance following the vehicle to a business located at 19458 Conant, the driver exited the location and entered the location, moments later, the same male re-entered the carjacked vehicle. Members called for a marked patrol car to conduct a traffic investigation. Scout 7-8 Adam manned by Officer Justin Wilcox badge 4452, operating a marked patrol vehicle wearing Detroit Police class B approved uniform conducted the traffic investigation. Officers confirmed the Michigan plate ERY4446 Vin ▮▮▮▮▮▮▮▮▮▮▮▮▮ into L.E.I.N and the vehicle came back as the 2018 RA UDAA Chevrolet Malibu registered to Mr. Walker. The subject was identified by a Michigan identification card as Daniel White. Defendant White was handcuffed and checked for contraband, Officer Hebner retrieved the vehicle key from the driver's seat where Defendant White was sitting. Officer Hebner, retrieve Defendant White's red Apple iPhone which was placed on evidence tag number 690577-2. Officer Wilcox transported Defendant White to the Detroit Detention Center. Members of Commercial Auto Theft remained at the scene awaiting an adult to pick up the minor child who was inside the carjacked vehicle. The vehicle was towed to Mt. Elliot, placed on evidence tag number 690577-3.

February 3, 2023, Mr. Walker came to the Detroit Detention Center to view a live lineup however there were not enough males to conduct a proper live lineup therefore, a photo lineup was conducted with OIC Oliver, Det. Greenwald, and Attorney Wyatt Harris P number 54891, present. Mr. Walker positively identified Defendant White as the person who carjacked him. Mr. Walker viewed a photo lineup which included a photo of Defendant Woodruff and positively identified her as being the

| Reviewed & Approved By: | /S/ Captain Anthony Diouro |
|---|---|

Approved via Email

| Officer in Charge | Badge. | Precinct/Bureau |
|---|---|---|
| P.O. LaShauntia Oliver  # 4585 | | CATS |

| Commanding Officer | Precinct/Bureau |
|---|---|
| Captain Anthony O'Rourke | |

SUBPOENA DUCES TECUM
Compliance Voluntary

## DETROIT POLICE REQUEST FOR WARRANT

female he was with for hours and was with just before he was carjacked on Bessemore/Gratiot. I asked Mr. Walker if Defendant Woodruff attempted to help him during or after the carjacking and he replied "no".

***Confession/Admission:*** February 3, 2023, Officer Glover and Gray of Commercial Auto Theft conducted an interrogation of Defendant White. Defendant White Read his Constitutional Rights. Defendant White stated he knows the female who goes by the name of "Trinidad" and denied carjacking Mr. Walker.

***Witnesses:***

1) P.O Kelly Larson of the 7th precinct will testify to responding to the scene of report 2301290262.
2) P.O Gregory Scouten of the 7th precinct will testify to responding to the scene of report 2301290262.
3) Officer Gary Guarino of AVERT unit will testify to the extraction of video at 6420 Van Dyke.
4) Crime Analyst Nathan Howell of Crime Intel will testify to the facial rec, report 2301290262.
5) P.O Justin Wilcox of the 7th precinct will testify to transport of Defendant White.
6) Det. Don Greenwald of CATS will testify to preparing Defendant Woodruff lineup, being present at the time of lineups.
7) P.O Jacob Hebner of CATS will testify to being on the arrest scene and retrieving Defendant White's cell phone.
8) P.O Ned Gray of CATS will testify to the interrogation of Defendant White.
9) P.O Quentin Glover of CATS will testify to the interrogation of Defendant White.
10) Det. Anthony Fletcher of CATS will testify to observing vehicle/driver.
11) OIC Oliver of CATS will testify to preparing the investigator's report and being the OIC of case 2301290262.

| Officer in Charge | Badge. | Precinct/Bureau |
|---|---|---|
| P.O. LaShauntia Oliver  # 4585 | | CATS |

Reviewed & Approved By:

Approved via Email
/s/ Captain Anthony O'Rourke

| Commanding Officer | Precinct/Bureau |
|---|---|
| Captain Anthony O'Rourke | |

**23CATS080CJ**

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

| IN CUSTODY<br>(x)  YES  ()  NO | Dept. Precinct<br>DPD /CATS | Date 2/4/2023 | ( )  Further Investigation Ordered<br>( )  Further Investigation Completed |
|---|---|---|---|

I ( ) DENY    ( ) RECOMMEND THE ISSUING OF A WARRANT AGAINST:                    MISDEMEANOR ( )    FELONY ( )

| DEFENDANT NAME (Last, First, Middle) | FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| White, Daniel, Liorn | Detroit MI 48234 | 42 | M = | B | | |
| Woodruff, Porcha, Amaya | Detroit MI 48015 | 32 | F | M | | |

Offense 1 _____  Defn. No. 1  2  3
    Attempted ( )  MCLA _____

Offense 2 _____  Defn. No. 1  2  3
    Attempted ( )  MCLA _____

Offense 3 _____  Defn. No. 1  2  3
    Attempted ( )  MCLA _____

Denial Reason:



Denial Code:

Defn. No. 1:                    Defn. No. 2:                    Defn. No. 3:

Instructions:



| Date Completed | Signed: _____<br>Assistant Prosecuting Attorney & Bar No. |
|---|---|

**DETROIT**

**DEPARTMENT**

**POLICE**

## INFORMATION FOR ARRAIGNMENT ON WARRANT

| DEFENDANT'S NAME **DANIEL LIORN WHITE** AKA **DANIEL LIRONE WHITE** | RACE **B** | SEX **M** | ▬▬▬ | WARRANT NUMBER |
|---|---|---|---|---|

| DEFENDANT'S ADDRESS ▬▬▬▬ **DETROIT MI 48234** | LENGTH OF TIME LIVED IN DETROIT |
|---|---|

| MARITAL STATUS ☐MARRIED   ☐SINGLE   ☐OTHER (SPECIFY) | NUMBER OF CHILDREN | SUPPORTING FAMILY? ☐YES   ☐NO |
|---|---|---|

| EMPLOYED? ☐YES   ☐NO   **UNK** | IF YES, WHERE? | HOW LONG? |
|---|---|---|

### RECORD OF CONVICTIONS

| FELONIES **SEE CCH** | MISDEMEANORS |
|---|---|
|  |  |
|  |  |

| OTHER CASES PENDING | BOND ON OTHER CASES |
|---|---|
|  |  |
|  |  |
|  |  |

| ON PAROLE? ☐YES   ☐NO | ON PROBATION? ☐YES   ☐NO | OFFICERS REQUEST EXAMINATION? ☐YES   ☐NO |
|---|---|---|

FURLOUGH OR TIME OFF DATES WHICH MIGHT INTERFERE WITH EXAMINATION

ADDITIONAL INFORMATION

| NAME OF OFFICER IN CHARGE OF CASE **P.O. LASHAUNTIA OLIVER** | RANK **P.O.** | UNIT **CATS** |
|---|---|---|

| DATE ARRAIGNED | JUDGE |
|---|---|

| PLEA | BOND | EXAMINATION DATE | DEFENSE ATTORNEY |
|---|---|---|---|

| NAME OF ARRAIGNMENT OFFICER | RANK | UNIT |
|---|---|---|

**DETROIT**

**DEPARTMENT**                    INFORMATION FOR ARRAIGNMENT ON WARRANT

**POLICE**

| DEFENDANT'S NAME | RACE | SEX | | | WARRANT NUMBER |
|---|---|---|---|---|---|
| PORCHA WOODRUFF | **B** | **F** | ▬ | | |

| DEFENDANT'S ADDRESS | LENGTH OF TIME LIVED IN DETROIT |
|---|---|
| ▬ **Detroit MI 48015** | |

| MARITAL STATUS | | NUMBER OF CHILDREN | SUPPORTING FAMILY? |
|---|---|---|---|
| ☐MARRIED   ☐SINGLE   ☐OTHER (SPECIFY) | | | ☐YES   ☐NO |

| EMPLOYED? | IF YES, WHERE? | HOW LONG? |
|---|---|---|
| ☐YES   ☐NO   **UNK** | | |

## RECORD OF CONVICTIONS

| FELONIES | MISDEMEANORS |
|---|---|
| **SEE CCH** | |
| | |
| | |

| OTHER CASES PENDING | BOND ON OTHER CASES |
|---|---|
| | |
| | |
| | |

| ON PAROLE? | ON PROBATION? | OFFICERS REQUEST EXAMINATION? |
|---|---|---|
| ☐YES   ☐NO | ☐YES   ☐NO | ☐YES   ☐NO |

FURLOUGH OR TIME OFF DATES WHICH MIGHT INTERFERE WITH EXAMINATION

ADDITIONAL INFORMATION

| NAME OF OFFICER IN CHARGE OF CASE | RANK | UNIT |
|---|---|---|
| **P.O. LASHAUNTIA OLIVER** | **P.O.** | **CATS** |

| DATE ARRAIGNED | JUDGE |
|---|---|
| | |

| PLEA | BOND | EXAMINATION DATE | DEFENSE ATTORNEY |
|---|---|---|---|
| | | | |

| NAME OF ARRAIGNMENT OFFICER | RANK | UNIT |
|---|---|---|
| | | |

# Wayne County Prosecutor's Office Witness List

The People of the State of Michigan

**Vs.**
**DANIEL WHITE**

Attorney for Defendant

Circuit Court No. _____

Recorder's Court No._____

Detroit Case No.

**2301290262**

*The names and residences of the witnesses for the People in the above-entitled cause are listed below. The witnesses the People intend to produce at trial, pursuant to MCLA 767.40a(3), are designated by an "X" in the boxes to the left.*

| **NAMES** | **RESIDENCES** |
|---|---|
| | (List next leave/furlough dates for all police witnesses) |
| | (List phone numbers for all civilian witnesses) |
| ☐ **P.O KELLY LARSON** | **DPD 7TH PRECINCT** |
| ☐ **P.O GREGORY SCOUTEN** | **DPD 7TH PRECINCT** |
| ☐ **P.O GARY GUARINO** | **DPD AVERT UNIT** |
| ☐ **P.O NATHAN HOWELL** | **DPD CRIME INTEL UNIT** |
| ☐ **P.O JUSTIN WILCOX** | **DPD 7TH PRECINCT** |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ **DET. DON GREENWALD** | **Detroit Police Department** |
| ☐ **P.O JACOB HEBNER** | **Commercial Auto Theft Section** |
| ☐ **P.O NED GRAY** | **1180 Oakman Blvd Detroit, MI** |
| ☐ **P.O QUENTIN GLOVER** | **(313) 596-2555** |
| ☐ **DET. ANTHONY FLETCHER** | |
| ☐ | |
| ☐ **ATTORNEY WYATT HARRIS** | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ **OIC: LASHAUNTIA OLIVER** | **OLIVERL410@detroitmi.gov (313) 596-2555** |

| Warrant APA | Date: | Trial APA-Final Witness List | Date: |
|---|---|---|---|
| | | | |

**INFORMATION FOR ARRAIGNMENT ON WARRANT**

DEPARTMENT

POLICE

| DEFENDANT'S NAME | RACE | SEX | ▇ | | WARRANT NUMBER |
|---|---|---|---|---|---|
| DANIEL LIORN WHITE<br><br>AKA<br><br>DANIEL LIRONE WHITE | B | M | | | |

| DEFENDANT'S ADDRESS | | LENGTH OF TIME LIVED IN DETROIT |
|---|---|---|
| ▇ **DETROIT MI 48234** | | |

| MARITAL STATUS | | NUMBER OF CHILDREN | SUPPORTING FAMILY? |
|---|---|---|---|
| ☐MARRIED ☐SINGLE ☐OTHER (SPECIFY) | | | ☐YES ☐NO |

| EMPLOYED? | IF YES, WHERE? | HOW LONG? |
|---|---|---|
| ☐YES ☐NO | **UNK** | |

## RECORD OF CONVICTIONS

| FELONIES | MISDEMEANORS |
|---|---|
| **SEE CCH** | |
| | |
| | |

| OTHER CASES PENDING | BOND ON OTHER CASES |
|---|---|
| | |
| | |
| | |
| | |

| ON PAROLE? | ON PROBATION? | OFFICERS REQUEST EXAMINATION? |
|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | ☐YES ☐NO |

FURLOUGH OR TIME OFF DATES WHICH MIGHT INTERFERE WITH EXAMINATION

ADDITIONAL INFORMATION

| NAME OF OFFICER IN CHARGE OF CASE | RANK | UNIT |
|---|---|---|
| **P.O. LASHAUNTIA OLIVER** | **P.O.** | **CATS** |

| DATE ARRAIGNED | JUDGE |
|---|---|
| | |

| PLEA | BOND | EXAMINATION DATE | DEFENSE ATTORNEY |
|---|---|---|---|
| | | | |

| NAME OF ARRAIGNMENT OFFICER | RANK | UNIT |
|---|---|---|
| | | |



**PROBATION** ☐ **PAROLE** ☐ **ID ONLY** ☐ **17 YEAR ONLY** ☐

# Detainee Input Sheet

Kiosk ID Number_____

| Section 1 Detainee Information | | Booking # 103487 | Booking Date / Military Time:02/02/2023 13:40 | |
|---|---|---|---|---|
| SID # ███████ | CB # | ID # | | TCN Live Scan ████ |

| Name WHITE, DANIEL LIRONE | | | SS# | Hair BRO | Eyes BRO |
|---|---|---|---|---|---|
| Alias SCOTT, ANTHONY | Drivers Lic # ████ | Age / Sex / Race 42 / M / B | Date of Birth ████ | Complx LGT | Height 5'10 |
| Address ████ DETROIT, MI 48234 | | | Married Unknown, 0 | Weight 190 | Precinct 11 |

List Detainee Medical / Mental Issues and Observations:  Asthma,

Have you traveled to any Western African Country within the past 21 days? If yes, the date, country and airline: ☐ Yes ☑ No

Notification:

Arrest Location: 19458 Conant

| Arrest Date/Time 02/02/2023 1244/45 | Agy DPD | F/M F | Report # 2301290262 | MICR 1200 | Arresting Officer Leonard, Kenneth G | Badge # D 4179 | Scout Car # 5330 |
|---|---|---|---|---|---|---|---|
| Charge Description ROBBERY - CARJACKING  + BUILD + | | | | | | Warrant # | |

| OPEN Charges | Fel / Misd. | FINAL CHARGES | | Fel / Misd. | | Warrant # | |
|---|---|---|---|---|---|---|---|
| OPEN Charges | Fel / Misd. | FINAL CHARGES | | Fel / Misd. | | Warrant # | |

| Review of Arrest UF-001 Completed: ☐ Yes ☐ No | Material Witness UF-006 Completed: ☐ Yes ☐ No | Privilege Restriction UF-008/DPD 700 Completed: ☐ Yes ☐ No Initiated by: _____ |
|---|---|---|

| **FDS** | Probable Cause? ☑ Yes ☐ No | Date / Military Time: 2 / 2 / 23  1350 | Custodial Status of Detainee: Yes | DNA on file? ☑ Yes ☐ No DNA Required? ☐ Yes ☑ No |
|---|---|---|---|---|
| | Print /Signature/ Badge of Supervisor Reviewing Probable Cause and Authorizing Custodial Status | | | DNA sample collected by: |

*Page 2 - HOLD*

Ph# 517-████

| Member Identifying Hold(s) / Warrant(s) Print Rank, Last, First Name: Cpl Derrick Wilson | Badge 5120 | Date: 2/2/23 | Signature: |
|---|---|---|---|

jbook

Page 1

# Detroit Police Department

**Arrest Report**

1301 3rd Ave
Detroit, MI 48226
Tel: 313-596-1800    Fax: 313-596-1450

CB Number: 103487|129792
Arrest Date: 02-02-2023 :
Report Printed: 02-02-2023 15:10

## ARRESTEE

| Name | | | | | S.S.N. | | | |
|---|---|---|---|---|---|---|---|---|
| WHITE, DANIEL LIRONE | | | | | | | | |

| D.O.B. | Sex | Race | Height | Weight | Hair Color | Eye Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| | M | B | 510 | 190 | BRO | BRO | | |

| Street Address | City | State | Zip | County |
|---|---|---|---|---|
| | DETROIT | MI | 48234 | |

| Telephone | Cell Phone | Business Phone | Pager |
|---|---|---|---|
| | | | |

| Alias | Alias D.O.B. | Maiden |
|---|---|---|
| SCOTT, ANTHONY | | No |

| Place of Birth | Arrest Location (Location Name, Street Address, City, State, Zip) |
|---|---|
| MICHIGAN | |

## I.D.

| DPD Number | CB Number | Case # |
|---|---|---|
| 5296868 | 103487|129792 | |

| SID | FBI # | D.L. State | D.L. Number |
|---|---|---|---|
| | | | |

## PHYSICAL

| Hair Style | Facial Hair | Hair Length | SMTO | |
|---|---|---|---|---|
| | | | **Code** | **Description** |
| | | Handed | | |
| | | Glasses No | | |
| | | Contacts No | | |

## BACKGROUND

| Marital Status | Education | Read English No | Write English No | Speak English No | Caution |
|---|---|---|---|---|---|
| Gang | Gang Name | Member Type | | | |
| Employer | Occupation | Employer Telephone | | | |
| Employer Address | City | State | Zip | | |
| Emergency Contact | Relationship | Phone | | | |

## VEHICLE

| Year | Make | Model | Color | VIN |
|---|---|---|---|---|
| Owner | Plate | Insured By | Towed By | Accident No |
| Release Info | | | | |

## UIO

| P.B.T. | B.A.C. | Blood Test No | Urine Test No | In Car Video No | Squad # | Testing Officer |
|---|---|---|---|---|---|---|

## CHARGES

| Charge 1 | Charge Code & Description | | | Offense Location | |
|---|---|---|---|---|---|
| | 1200 ROBBERY | | | | |
| Arrest Type Flag F | Count 1 | Incident # 2301290262 | Criminal Tracking # | Charge Type Code 3 | Disposition REW | Date of Offense 02-02-2023 |

| Charge 2 | Charge Code & Description | | | Offense Location | |
|---|---|---|---|---|---|
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | Charge Type Code | Disposition | Date of Offense |

| Charge 3 | Charge Code & Description | | | Offense Location | |
|---|---|---|---|---|---|
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | Charge Type Code | Disposition | Date of Offense |

| Charge 4 | Charge Code & Description | | | Offense Location | |
|---|---|---|---|---|---|
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | Charge Type Code | Disposition | Date of Offense |

| Charge 5 | Charge Code & Description | | | Offense Location | |
|---|---|---|---|---|---|
| Arrest Type Flag | Count | Incident # | Criminal Tracking # | Charge Type Code | Disposition | Date of Offense |

# Wayne County Prosecutor's Office Witness List

The People of the State of Michigan      Circuit Court No. _____

Vs.      Recorder's Court No._____

**PORCHA WOODRUFF**

     Detroit Case No.

Attorney for Defendant      **2301290262**

*The names and residences of the witnesses for the People in the above-entitled cause are listed below. The witnesses the People intend to produce at trial, pursuant to MCLA 767.40a(3), are designated by an "X" in the boxes to the left.*

| | NAMES | RESIDENCES |
|---|---|---|
| | | **(List next leave/furlough dates for all police witnesses)** |
| | | **(List phone numbers for all civilian witnesses)** |
| ☐ | **P.O KELLY LARSON** | **DPD 7TH PRECINCT** |
| ☐ | **P.O GREGORY SCOUTEN** | **DPD 7TH PRECINCT** |
| ☐ | **P.O GARY GUARINO** | **DPD AVERT UNIT** |
| ☐ | **P.O NATHAN HOWELL** | **DPD CRIME INTEL UNIT** |
| ☐ | **P.O JUSTIN WILCOX** | **DPD 7TH PRECINCT** |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | **DET. DON GREENWALD** | **Detroit Police Department** |
| ☐ | **P.O JACOB HEBNER** | **Commercial Auto Theft Section** |
| ☐ | **P.O NED GRAY** | **1180 Oakman Blvd Detroit, MI** |
| ☐ | **P.O QUENTIN GLOVER** | **(313) 596-2555** |
| ☐ | **DET. ANTHONY FLETCHER** | |
| ☐ | | |
| ☐ | **ATTORNEY WYATT HARRIS** | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | **OIC: LASHAUNTIA OLIVER** | **OLIVERL410@detroitmi.gov (313) 596-2555** |

| Warrant APA | Date: | Trial APA-Final Witness List | Date: |
|---|---|---|---|
| | | | |

**DEPARTMENT**

## INFORMATION FOR ARRAIGNMENT ON WARRANT

**POLICE**

| DEFENDANT'S NAME | | RACE | SEX | ▮▮▮▮ | | | WARRANT NUMBER |
|---|---|---|---|---|---|---|---|
| PORCHA WOODRUFF | | B | F | | | | |

| DEFENDANT'S ADDRESS | | LENGTH OF TIME LIVED IN DETROIT |
|---|---|---|
| ▮▮▮▮▮▮ Detroit MI 48015 | | |

| MARITAL STATUS | | | NUMBER OF CHILDREN | SUPPORTING FAMILY? | |
|---|---|---|---|---|---|
| ☐MARRIED ☐SINGLE ☐OTHER (SPECIFY) | | | | ☐YES ☐NO | |

| EMPLOYED? | | IF YES, WHERE? | HOW LONG? |
|---|---|---|---|
| ☐YES ☐NO | **UNK** | | |

### RECORD OF CONVICTIONS

| FELONIES | MISDEMEANORS |
|---|---|
| **SEE CCH** | |
| | |
| | |

| OTHER CASES PENDING | BOND ON OTHER CASES |
|---|---|
| | |
| | |
| | |
| | |

| ON PAROLE? | ON PROBATION? | OFFICERS REQUEST EXAMINATION? |
|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | ☐YES ☐NO |

FURLOUGH OR TIME OFF DATES WHICH MIGHT INTERFERE WITH EXAMINATION

ADDITIONAL INFORMATION

| NAME OF OFFICER IN CHARGE OF CASE | RANK | UNIT |
|---|---|---|
| **P.O. LASHAUNTIA OLIVER** | **P.O.** | **CATS** |

| DATE ARRAIGNED | JUDGE |
|---|---|
| | |

| PLEA | BOND | EXAMINATION DATE | DEFENSE ATTORNEY |
|---|---|---|---|
| | | | |

| NAME OF ARRAIGNMENT OFFICER | | RANK | UNIT |
|---|---|---|---|
| | | | |

AUTHORITY PA 59 of 1935

Compliance Voluntary

## DETROIT POLICE REQUEST FOR WARRANT

| | | | |
|---|---|---|---|
| 23CATS080CJ | **INVESTIGATOR'S REPORT** | | |
| **Police Offense Number** | **COMMERCIAL AUTO THEFT SECTION** | | **Prosecutor Case No.** |
| ☐ | **2301290262** | **DATE** | 2/4/2023 |

| CUST | DEFENDANT NAME (Last, First, Middle)     FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| IC | **White, Daniel, Liorn**  ▉  Detroit MI 48234 | 42 | M | B | ▉ | ▉ |
| NIC | **Woodruff, Porcha, Amaya** ▉ Detroit MI 48015 | 32 | F | B | ▉ | ▉ |

| Offense  (To be filled in by Prosecutor) | | | |
|---|---|---|---|
| | | | |

| Place of Offense: Bessemore/Gratiot Ave | Date: 1/29/2023 | Date of Complaint:: 2/4/2023 |
|---|---|---|
| | Time: 7:45PM | |

| Complainant's Name (Last, First, Middle)     Full Address: | Age | Sex | Race | Phone No. |
|---|---|---|---|---|
| Walker, Laurence, Earl JR ▉ ▉ Highland Park MI | 25 | M | B | 248-▉ |

| Person to Sign (Last, First, Middle) Information and Belief | Reviewing Attorney and Bar No. |
|---|---|

## DETAILS OF INVESTIGATION

### GUN - Yes   INJURY - Yes   VIDEO - Yes

**Vehicle: Gold 2018 Chevrolet Malibu ERY4446/MI VIN:** ▉

**Circumstances:** Sunday January 29, 2023, Detroit Police Officers Kelly Larson badge 2770 and Gregory Scouten badge 3573, dressed in Detroit Police class B approved uniforms, responded to 9963 Gratiot for a robbery not armed in progress run. Officers met the victim, Laurence Walker who stated he was robbed and carjacked at gunpoint.

Mr. Walker stated earlier in the day, he met a female in the area of 7 Mile and Hoover in the city of Detroit. Mr. Walker stated he was dropping the female off in the area of Bessemore/Gratiot, when the female exited, she was let in the back seat of a dark color Chevy Tahoe. A male then exits the Tahoe and approach Mr. Walker, stating the female left her phone in his vehicle. Mr. Walker exits his vehicle

| | Reviewed & Approved By: | Approved via E-MAIL /S/ Captain Anthony O'Rourke |
|---|---|---|
| Officer in Charge     Badge.     Precinct/Bureau | | Commanding Officer     Precinct/Bureau |
| **P.O. LaShauntia Oliver  # 4585** | **CATS** | **Captain Anthony O'Rourke** |

**DETROIT POLICE REQUEST FOR WARRANT**

and begun to look for the females phone when the male produced a handgun stating "take everything off". Mr. Walker took his coat, shoes, and pants off. The male suspect then gets into Mr. Walker's Gold 2018 Chevy Malibu bearing Michigan license plate ERY4446 VIN ▮▮▮▮▮▮▮▮▮▮▮▮ and flee the area.

Members of Detroit Police Commercial Auto Theft Section responded to the location of 9963 Gratiot. Detective Fletcher obtained a written statement from Mr. Walker. Mr. Walker stated earlier in the day on January 29, 2023, he met a black female at 19934 Hoover. Mr. Walker stated the female was upset and crying so, he asked if she wanted to talk in his car. Mr. Walker and the female got into his vehicle and began drinking liquor that the female had in her bag. Mr. Walker and the female went to a liquor store where they continued to hang with one another in Mr. Walker's Chevy Malibu. Mr. Walker stated to Det. Fletcher, he did not know the exact street he was on however stated he believes it was two streets North of the 9963 Gratiot, when he was dropping the female off. Once there, the female exits and gets into a dark color Chevy Tahoe as a black male exited the same vehicle and approached him stating the female left her phone in his car. While looking for the phone, the male produced a handgun pointing it at Mr. Walker's chest, demanding Mr. Walker's property. Mr. Walker stated to Det. Fletcher, the male suspect demanded that he took off his pants while taking his gold chain. Mr. Walker's wallet containing his identification cards were left inside the vehicle when the suspect fled driving away in Mr. Walker's Gold 2018 Chevy Malibu.

***Investigation:*** I OIC Oliver of Commercial Auto Theft was assigned this case January 30, 2023. January 31, 2023, I contacted Mr. Walker using his mother's phone number. Mr. Walker advised me he had his cell phone in his possession and stated the phone was dropped off at 6420 Van Dyke by a female and that the clerk answered the phone when the phone rang so that is how he was able to retrieve it. I OIC Oliver made the location of 6420 Van Dyke where I observed on video surveillance, a black female, medium complexion, wearing red pants, dark color jacket, and had the same exact hair style (honey blonde/brown) curly wig, Mr. Walker described over the phone to me. I OIC Oliver submitted an AVERT request for a member of Detroit Police to extract the video. I OIC Oliver, submitted a facial rec on the female who turned the cell phone over to the clerk. I OIC Oliver was given the name of Porcha Woodruff, Defendant number two.

February 2, 2023, I OIC Oliver, obtained a statement from Mr. Walker. Mr. Walker stated as a few days had gone by, he was able to recall more details of the carjacking incident and the events prior to. Mr. Walker stated after he met Defendant Woodruff, who he named as (Trinidad) at Hoover Market located at 19934 Hoover, the two went to Bellagio Liquor parking lot where they engaged in sexual intercourse. While leaving, Mr. Walker and Defendant Woodruff drove to the BP gas station located at 6420 Van Dyke. Mr. Walker stated he observed Defendant Woodruff have several interactions with people. Mr. Walker stated after he and Defendant Woodruff left the BP gas station, he drove to the area of Bessemore and Gratiot where he was then carjacked.

After I had spoken with Mr. Walker and he advised me he recalls being at the BP gas station prior to being carjacked, I made the location a second time and checked for video. I observed Mr. Walker's

| | | |
|---|---|---|
| Officer in Charge | Badge. | Precinct/Bureau |
| **P.O. LaShauntia Oliver  #4585** | | **CATS** |

Reviewed & Approved By:

*Approved via E-MAIL*
*/S/ Captain Anthony O'Rourke*

Commanding Officer    Precinct/Bureau

**Captain Anthony O'Rourke**

## DETROIT POLICE REQUEST FOR WARRANT

Gold Chevy Malibu pull into the parking lot at approximately 5:53pm on January 29, 2023. I observed on video, Defendant Woodruff exiting the passenger seat of the Malibu. Defendant Woodruff had bizarre behavior, she was wearing a red t-shirt no coat, coming in and out of the gas station several times, appearing to be arguing with someone over the phone, having many different interactions with people there, and I also observed several vehicles pull into the lot and Defendant Woodruff approaching them. I observed on video, a Black Chevy Tahoe, which was described earlier, and a Silver GMC Envoy with a black male exiting. I observed on video, Defendant Woodruff open the driver side door of Mr. Walker's Malibu and the black male who exited the Envoy at the passenger door of Mr. Walker vehicle. Both front doors were open and both Defendant Woodruff and the male subject can be observed pulling and tugging on Mr. Walker who was in the driver seat. Defendant Woodruff can be observed on video taking what appeared to be an item from Mr. Walker. Mr. Walker stated to OIC Oliver, he believed he may have been drugged by Defendant Woodruff because he stated he has never felt the way he did that night, Mr. Walker stated he was dazing off several times, falling asleep, and just did not feel like himself and knows that just from consuming liquor would not make him feel the way he did while in the presence of Defendant Woodruff. I OIC Oliver watched on video, Mr. Walker's brake lights and gas being pressed several times even though the vehicle was parked. This is odd behavior for one who is alert and aware. Mr. Walker did not mention to OIC Oliver he was being tugged and pulled on, I OIC Oliver strongly believe he may have not been aware of what was occurring due to him dazing off and coming in and out of his sleep.

February 2, 2023, Commercial Auto Theft Section members, wearing plain clothes, were canvassing the area of Van Dyke and Lynch when Detective Fletcher observed the vehicle bearing Michigan plate ERY4446, traveling N/B Van Dyke passing Lynch. Members conducted moving surveillance following the vehicle to a business located at 19458 Conant, the driver exited the vehicle and entered the location, moments later, the same male re-entered the carjacked vehicle. Members called for a marked patrol car to conduct a traffic investigation. Scout 7-8 Adam manned by Officer Justin Wilcox badge 4452, operating a marked patrol vehicle wearing Detroit Police class B approved uniform conducted the traffic investigation. Officers confirmed the Michigan plate ERY4446 Vin 1G1ZD5ST5JF231757 into L.E.I.N and the vehicle came back as the 2018 RA UDAA Chevrolet Malibu registered to Mr. Walker. The subject was identified by a Michigan identification card as Daniel White. Defendant White was handcuffed and checked for contraband, Officer Hebner retrieved the vehicle key from the driver's seat where Defendant White was sitting. Officer Hebner, retrieve Defendant White's red Apple iPhone which was placed on evidence tag number 690577-2. Officer Wilcox transported Defendant White to the Detroit Detention Center. Members of Commercial Auto Theft remained at the scene awaiting an adult to pick up the minor child who was inside the carjacked vehicle. The vehicle was towed to Mt. Elliot, placed on evidence tag number 690577-3.

February 3, 2023, Mr. Walker came to the Detroit Detention Center to view a live lineup however there were not enough males to conduct a proper live lineup therefore, a photo lineup was conducted with OIC Oliver, Det. Greenwald, and Attorney Wyatt Harris P number 54891, present. Mr. Walker positively identified Defendant White as the person who carjacked him. Mr. Walker viewed a photo lineup which included a photo of Defendant Woodruff and positively identified her as being the

| Reviewed & | *Approved via Email* |
| Approved By: | /S/ Captain Anthony D'Rourke |

Officer in Charge        Badge.        Precinct/Bureau        Commanding Officer        Precinct/Bureau

**P.O. LaShauntia Oliver  # 4585          CATS                    Captain Anthony O'Rourke**

## DETROIT POLICE REQUEST FOR WARRANT

female he was with for hours and was with just before he was carjacked on Bessemore/Gratiot. I asked Mr. Walker if Defendant Woodruff attempted to help him during or after the carjacking and he replied "no".

***Confession/Admission:*** February 3, 2023, Officer Glover and Gray of Commercial Auto Theft conducted an interrogation of Defendant White. Defendant White Read his Constitutional Rights. Defendant White stated he knows the female who goes by the name of "Trinidad" and denied carjacking Mr. Walker.

***Witnesses:***

1) P.O Kelly Larson of the 7th precinct will testify to responding to the scene of report 2301290262.
2) P.O Gregory Scouten of the 7th precinct will testify to responding to the scene of report 2301290262.
3) Officer Gary Guarino of AVERT unit will testify to the extraction of video at 6420 Van Dyke.
4) Crime Analyst Nathan Howell of Crime Intel will testify to the facial rec, report 2301290262.
5) P.O Justin Wilcox of the 7th precinct will testify to transport of Defendant White.
6) Det. Don Greenwald of CATS will testify to preparing Defendant Woodruff lineup, being present at the time of lineups.
7) P.O Jacob Hebner of CATS will testify to being on the arrest scene and retrieving Defendant White's cell phone.
8) P.O Ned Gray of CATS will testify to the interrogation of Defendant White.
9) P.O Quentin Glover of CATS will testify to the interrogation of Defendant White.
10) Det. Anthony Fletcher of CATS will testify to observing vehicle/driver.
11) OIC Oliver of CATS will testify to preparing the investigator's report and being the OIC of case 2301290262.

Officer in Charge     Badge.     Precinct/Bureau

**P.O. LaShauntia Oliver # 4585**          **CATS**

Reviewed & Approved By:

*Approved via Email*
*/s/ Captain Anthony O'Rourke*

Commanding Officer     Precinct/Bureau

**Captain Anthony O'Rourke**

Complainant: 23012902821

23CATS080CJ

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

| IN CUSTODY<br>(x)  YES  ()  NO | Dept. Precinct<br>DPD /CATS | Date 2/4/2023 | ( )  Further Investigation Ordered<br>( )  Further Investigation Completed |
|---|---|---|---|

I ( ) DENY    ( ) RECOMMEND THE ISSUING OF A WARRANT AGAINST:          MISDEMEANOR ( )   FELONY ( )

| DEFENDANT NAME (Last, First, Middle) | FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| **White, Daniel, Liorn** | Detroit MI 48234 | 42 | M = | B | | |
| **Woodruff, Porcha, Amaya** | Detroit MI 48015 | 32 | F | M | | |

Offense 1 _____     Defn. No. 1  2  3
     Attempted ( )  MCLA _____
Offense 2 _____     Defn. No. 1  2  3
     Attempted ( )  MCLA _____
Offense 3 _____     Defn. No. 1  2  3
     Attempted ( )  MCLA _____

Denial Reason:

Denial Code:
Defn. No. 1:                     Defn. No. 2:                     Defn. No. 3:
Instructions:

| _____<br>Date Completed | Signed: _____<br>Assistant Prosecuting Attorney & Bar No. |
|---|---|