UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Porcha Woodruff,

                      Plaintiff(s),

v.                                         Case No. 5:23−cv−11886−JEL−APP
                                               Hon. Judith E. Levy

Detroit, City of, et al.,

                      Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                               s/Judith E. Levy
                                             Judith E. Levy
                                             United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                             s/W. Barkholz
                                             Case Manager

Dated:  May 20, 2025