UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Porcha Woodruff,

           Plaintiff,        Case No. 23-11886

v.                                 Judith E. Levy
                                  United States District Judge

LaShauntia Oliver,
                                  Mag. Judge Anthony P. Patti
           Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                              KINIKIA D. ESSIX
                                              CLERK OF THE COURT

                                 By:   s/William Barkholz
                                              DEPUTY COURT CLERK

Date: August 5, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE