# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PORCHA WOODRUFF,
    an individual,
        Plaintiff,

Case No. 5:23-cv-11886
Hon. Judith E. Levy

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in her Official
Capacities, and

        Defendants.

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Porcha Woodruff, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment entered on August 5, 2025 (ECF No. 79) dismissing the case with prejudice, and from all adverse orders, rulings, and opinions entered in this matter, including but not limited to the Court's Order (ECF No. 78, entered August 5, 2025). granting Defendant's Motion for Summary Judgment (ECF No. 23) and denying Plaintiff's Motion for Partial Summary Judgment (ECF No. 25).

Dated: August 30, 2025            Respectfully Submitted,

/s/ Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4
Federal Rule of Appellate
Procedure 4(a)(1)(A).540
ill4law@aol.com
**Attorney for Plaintiff/Appellant**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice of Appeal with the Court Clerk via CM/ECF on August 30, 2025, to serve all parties.

Dated: August 30, 2025				Respectfully Submitted,

								/s/Ivan L. Land
								Ivan L. Land (P65879)