UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Porcha Woodruff,

            Plaintiff(s),

v.                                              Case No. 5:23-cv-11886-JEL-APP
                                               Hon. Judith E. Levy

LaShauntia Oliver, et al.,

           Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH 45202-3988

and all interested parties, by electronic means or first class U.S. mail, on September 2, 2025.

                                                   KINIKIA D. ESSIX, CLERK OF COURT

                                                   By: s/ M Chryczyk
                                                       Deputy Clerk

Dated: September 2, 2025